IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA RAMSAY,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**NATIONAL BOARD OF MEDICAL EXAMINERS,**<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)  **Case No. 2:19-cv-02002-JCJ**<br>)<br>)<br>)<br>)<br>)<br>) |

## DISCLOSURE STATEMENT FORM

Pursuant to Fed. R. Civ. P. 7.1, defendant National Board of Medical Examiners (NBME) states that it is a non-profit corporation that does not have any parent corporation, and no publicly held corporation owns any stock in LSAC.

144910586.1

Dated:  July 8, 2019    Respectfully submitted,

/s/  Nancy L. Goldstein
Nancy L. Goldstein (Pa. Bar No. 40019)
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443
Phone: 215-255-8590
Facsimile:  215-255-8583
goldsteinnl@hamburg-golden.com

Robert A. Burgoyne
(Pro hac vice application forthcoming)
Perkins Coie LLP
700 Thirteenth Street, N.W. Suite 600
Washington, D.C.  20005-3960
Phone:  202-654-1744
RBurgoyne@perkinscoie.com

Counsel for Defendant NBME

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed on July 8, 2019, via the Court's CM/ECF System, which will send notification of such filing to counsel of record for Plaintiff and have sent a copy by e-mail to the following on the date below:

>Lawrence D. Berger, Esquire
>Reisman Carolla Gran & Zuba, LLP
>19 Chestnut Street
>Haddonfield, N.J. 08033
>**larry@rcglawoffices.com**
>
>Counsel for Plaintiff
>
>Mary C. Vargas
>Michael D. Stein
>Stein &Vargas LLP
>10 G Street NE, Suite 600
>Washington D.C. 20002
>**mary.vargas@steinvargas.com**
>Counsel for Plaintiff

s/   Nancy L. Goldstein
Nancy L. Goldstein

Counsel for Defendant NBME

July 8, 2019