IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSICA RAMSAY                             : CIVIL ACTION    19-2002

    VS.                                    :

                                               :

NATIONAL BOARD OF MEDICAL EXAMINERS

## NOTICE

AND NOW, this 9TH day of JULY, 2019, it is Ordered that this matter is **SCHEDULED** for a RULE 16 CONFERENCE in chambers before the Honorable J. Curtis Joyner, on**, JULY 23, 2019** at **10:30AM** in Room 17614 - 17TH FLOOR.

PS: If counsel is not available at this time and wish to reschedule or change this to a telephone conference - that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

    ATTEST:                                 or     BY THE COURT


BY: S/SHARON SCOTT                          _____
    SHARON SCOTT                            Judge
    Deputy Clerk
Civ 12 (9/83)