## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **JESSICA RAMSAY,**     ) | |
| ) | |
| **Plaintiff,**     ) | |
| ) | **Case No. 2:19-cv-02002-JCJ** |
| **v.**     ) | |
| ) | |
| **NATIONAL BOARD OF MEDICAL**     ) | |
| **EXAMINERS,**     ) | |
| ) | |
| **Defendant.**     ) | |
| ) | |

## DISCLOSURE STATEMENT FORM

Pursuant to Fed. R. Civ. P. 7.1, defendant National Board of Medical Examiners (NBME) states that it is a non-profit corporation that does not have any parent corporation, and no publicly held corporation owns any stock in NBME.

Dated:  July 10, 2019                         Respectfully submitted,


                                              /s/ Nancy L. Goldstein
                                              Nancy L. Goldstein (Pa. Bar No. 40019)
                                              Hamburg & Golden, P.C.
                                              1601 Market Street, Suite 3310
                                              Philadelphia, PA 19103-1443
                                              Phone: 215-255-8590
                                              Facsimile:  215-255-8583
                                              goldsteinnl@hamburg-golden.com

                                              Robert A. Burgoyne
                                              (Pro hac vice application forthcoming)
                                              Perkins Coie LLP
                                              700 Thirteenth Street, N.W. Suite 600
                                              Washington, D.C.  20005-3960
                                              Phone:  202-654-1744
                                              RBurgoyne@perkinscoie.com

                                              Counsel for Defendant NBME

144910586.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed on July 10, 2019, via the Court's CM/ECF System, which will send notification of such filing to counsel of record for Plaintiff and have sent a copy by e-mail to the following on the date below:

Lawrence D. Berger, Esquire
Reisman Carolla Gran & Zuba, LLP
19 Chestnut Street
Haddonfield, N.J. 08033
**larry@rcglawoffices.com**

Counsel for Plaintiff

Mary C. Vargas
Michael D. Stein
Stein &Vargas LLP
10 G Street NE, Suite 600
Washington D.C. 20002
**mary.vargas@steinvargas.com**
Counsel for Plaintiff

/s/ Nancy L. Goldstein
Nancy L. Goldstein

Counsel for Defendant NBME

July 10, 2019

144910586.1