IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JESSICA RAMSAY                    : CIVIL ACTION   19-2002

        VS.                       :

                                  :
NATIONAL BOARD OF MEDICAL EXAMINERS


**NOTICE**

        AND NOW, this 10TH day of  JULY, 2019, it is Ordered that this matter is **RESCHEDULED** for a RULE 16 CONFERENCE in chambers before the Honorable J. Curtis Joyner, on**, AUGUST 6, 2019** at **10:30AM** in Room 17614 – 17TH FLOOR.


PS: If counsel is not available at this time and wish to reschedule or change this to a telephone conference – that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.


        ATTEST:                   or    BY THE COURT


BY: S/SHARON SCOTT             _____
    SHARON SCOTT                   Judge
    Deputy Clerk
Civ 12 (9/83)