# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA RAMSAY, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-2002 |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : | |
| | : | |
|     Defendant | : | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

AND NOW, this _____ day of _____, 2019, upon consideration of plaintiff's Motion for Preliminary Injunction, defendant's opposition thereto, and the evidence presented at the hearing before this Court held on _____ _____, 2019, and based upon the Findings of Fact and Conclusions of Law entered herewith, it is HEREBY ORDERED as follows:

    1.    Plaintiff's Motion is hereby GRANTED.

    2.    Defendant National Board of Medical Examiners, its officers, agents, servants, employees and attorneys, and all other persons in active concert or participation with them, are hereby ENJOINED and RESTRAINED from failing to provide plaintiff Jessica Ramsay with 100 percent extended testing time (double time) for the United States Medical Licensing Examination ("USMLE") Step 1, Step 2 CK and Step 3 examinations, and for the reading and written segments of the Step 2 CS examination.

    3.    This Order shall remain in effect until the final hearing on the merits, or further Order of this Court.

4. There being no risk of monetary harm to defendant, plaintiff is not required to provide security for the issuance of this Order.

BY THE COURT:

_____
J. CURTIS JOYNER
United States District Judge