IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Jessica Ramsay

           :   CIVIL ACTION

v.

National Board of Medical Examiners

            NO.   2:19-cv-02002-JCJ

## ORDER

AND NOW, this    Day of      , 2019 , it is hereby

ORDERED that the application of <u>Robert A. Burgoyne</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

   ☐ GRANTED.

   ☐ DENIED.

                    _____

                                  J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:19-cv-02002-JCJ

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

#### I. APPLICANT'S STATEMENT

I, __Robert A. Burgoyne__ the undersigned, am an attorney who is not currently ~~admitted to~~ an active member of either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.     I state that I am currently admitted to practice in the following state jurisdictions:

| Washington, DC | 12/13/1982 | 366757 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Pennsylvania | 11/19/1996 | 77964 (INACTIVE) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.     I state that I am currently admitted to practice in the following federal jurisdictions:

| US Supreme Court | 6/13/1988 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| USCA, DC Circuit | 2/22/1983 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| See attached list | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.     *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*     Defendant

(Applicant's Signature)

7/25/19
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Perkins Coie LLP / 700 13th Street, NW / Ste. 600 / Washington, DC / 20005

(202) 654-1744 / rburgoyne@perkinscoie.com

Sworn and subscribed before me this
25th Day of July, 2019

Notary Public

10/04

| COURT ADMISSIONS: ROBERT A. BURGOYNE | | |
|---|---|---|
| **COURT** | **DATE OF ADMISSION** | **STATUS** |
| U.S. Supreme Court | June 13, 1988 | Active / Good Standing |
| U.S. Court of Appeals for the District of Columbia | Feb. 22, 1983 | Active / Good Standing |
| U.S. Court of Appeals for the Second Circuit | Sept. 10, 1990 | Active / Good Standing |
| U.S. Court of Appeals for the Third Circuit | Jan. 17, 1995 | Active / Good Standing |
| U.S. Court of Appeals for the Fourth Circuit | Nov. 23, 1987 | Active / Good Standing |
| U.S. Court of Appeals for the Fifth Circuit | Jan. 19, 1983 | Active / Good Standing |
| U.S. Court of Appeals for the Seventh Circuit | Jan. 29, 1993 | Active / Good Standing |
| U.S. Court of Appeals for the Ninth Circuit | Feb. 22, 2010 | Active / Good Standing |
| U.S. Court of Appeals for the Tenth Circuit | June 26, 1989 | Active / Good Standing |
| U.S. Court of Appeals for the Eleventh Circuit | June 15, 1989 | Active / Good Standing |
| Court of Appeals, District of Columbia | Dec. 13, 1982 | Active / Good Standing |
| U.S. District Court for the District of Columbia | Feb. 7, 1983 | Active / Good Standing |
| U.S. District Court for the Eastern District of Michigan | Sept. 6, 2017 | Active / Good Standing |
| U.S. District Court for the Eastern District of Pennsylvania | Jan. 10, 2006 | Inactive because no longer an active member of the Pennsylvania Bar |
| District of Columbia Bar (Bar No.: 366757) | Dec. 13, 1982 | Active / Good Standing |
| Pennsylvania Bar (Bar No.: 77964) | Nov. 19, 1996 | Inactive |

141354734.1

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of **Robert A. Burgoyne** to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Nancy L. Goldstein | *[signature]* | August 27, 1986 | 40019 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

HAMBURG & GOLDEN, P.C.

1601 Market Street, Suite 3310, Philadelphia, PA 19103

(215) 255-8590

Sworn and subscribed before me this 30 Day of July 2019

*[signature]*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Davida Carter, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires July 21, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed on July 30, 2019, via the Court's CM/ECF System, which will send notification of such filing to counsel of record for Plaintiff and have sent a copy by e-mail to the following on the date below:

>Lawrence D. Berger, Esquire
>Reisman Carolla Gran & Zuba, LLP
>19 Chestnut Street
>Haddonfield, N.J. 08033
>*larry@rcglawoffices.com*
>
>Counsel for Plaintiff
>
>Mary C. Vargas
>Michael S. Stein
>Stein &Vargas LLP
>10 G Street NE, Suite 600
>Washington D.C. 20002
>*mary.vargas@steinvargas.com*
>Counsel for Plaintiff

>/s/ Nancy L. Goldstein
>NANCY L. GOLDSTEIN

Dated: July 30, 2019