IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSICA RAMSAY,
    Plaintiff

v.                              CIVIL ACTION NO. 19-2002

NATIONAL BOARD OF MEDICAL
EXAMINERS,
    Defendant

## APPLICATION FOR ADMISSION TO PRACTICE
## PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.2(b)

I, MARY VARGAS, the undersigned, am an attorney who is not currently admitted to the bar of this court, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b),[1] and am submitting ~~a check, number~~ *credit card payment* for the $40.00 admission fee.

In support of this application, I respectfully represent as follows:

I am currently admitted to practice and in good standing in the following state jurisdictions:

| State | Admission Date | Attorney Identification No. |
| --- | --- | --- |
| Maryland | 1998 | 14135 |
| Connecticut | 1998 | 415860 |
| Pennsylvania | 2017 | 324005 |

---

[1] I am a member of the Bar of the Supreme Court of Pennsylvania as stated below, and plan to apply for full admission to the bar of this Court in the near future. However, I am not able to be present for the regular weekly admission ceremonies prior to the date of the Rule 16 conference scheduled for August 6, 2019. I will bring with me on August 6, 2019 the application for full admission, and the Admissions Clerk has informed co-counsel Lawrence D. Berger, Esquire that this would also be an acceptable procedure.

I am currently admitted to practice and in good standing in the following federal jurisdictions:

| State | Admission Date | Attorney Identification No. |
|---|---|---|
| District of Maryland | 1998 | 14135 |
| District of Connecticut | 2013 | 415860 |
| Middle District of PA | 2018 | 324005 |

I am at present a member of the aforesaid bars in good standing.

I will demean myself as an attorney of this court uprightly and according to law, and I will support and defend the Constitution of the United States.

Mary Vargas
STEIN & VARGAS LLP
10 G Street NE, Suite 600
Washington, DC 20002
(202) 248-5092
Mary.Vargas@steinvargas.com

Sworn to and subscribed before me this
1st day of August, 2019

Notary Public

## SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of MARY VARGAS, Esquire, to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know that the applicant is a member in good standing of the above- referenced state and federal courts

2

and that the applicant's private and personal character is good. I certify that this application form has been served on this date on all interested counsel by filing the same in the Court's electronic case filing system and by first class mail, postage prepaid.

                                                   *[signature]*
                                                   Larry@reglawoffices.com
                                                   REISMAN CAROLLA GRAN & ZUBA LLP
                                                   19 Chestnut Street
                                                   Haddonfield, NJ 08033
                                                   (856) 354-0021

                                                   Attorney for Plaintiff

Dated: August 1, 2019