**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JESSICA RAMSAY     :
          :
   Plaintiff    : CIVIL ACTION
          :
 vs.        :
          : NO. 19-CV-2002
NATIONAL BOARD OF MEDICAL :
EXAMINERS      :
          :
   Defendant   :

**FILED**

AUG 0 1 2019

KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this _31st_ day of July, 2019, upon

consideration of the Motion of Nancy L. Goldstein, Esquire for

the *Pro Hac* Vice admission of Robert A. Burgoyne, Esquire (Doc.

No. 8), and it appearing to the Court that the foregoing

attorney is a member in good standing of the Bars of the

Commonwealth of Pennsylvania and the District of Columbia and

has been admitted to practice before numerous United States

District and Circuit Courts of Appeals throughout the country as

well as before the United States Supreme Court, it is hereby

ORDERED that the Motion is GRANTED and Robert A. Burgoyne,

Esquire is  admitted to practice *Pro Hac Vice* before this Court

as co-counsel with Nancy L. Goldstein, Esquire on behalf of the

Defendant for purposes of this action only in accordance with

the provisions of Local Rule of Civil Procedure 83.5.2.

BY THE COURT:

_____
J. CURTIS JOYNER          J.