## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA RAMSAY,<br>    Plaintiff<br><br>      v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br>    Defendant | :<br>:<br>:<br>:  CIVIL ACTION NO. 19-2002<br>:<br>:<br>:<br>: |

## **ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of the Joint Proposed Briefing Schedule For Plaintiff's Preliminary Injunction Motion And Proposed Rule 26(f) Discovery Plan (Document No. 11) submitted jointly by the parties, it is hereby ORDERED as follows:

1.  The proposed Briefing Schedule for plaintiff's Preliminary Injunction Motion as set forth in paragraph 1.a. and 1.b. of the parties' Proposed Briefing Schedule is hereby APPROVED.  Defendant's Opposition Brief may be filed on or before August 30, 2019, and plaintiff's Reply Brief may be filed on or before September 13, 2019.

2.  Discovery relating to plaintiff's Preliminary Injunction Motion (Document No. 7) shall be completed on or before November 15, 2019 (unless the parties agree to and the Court determines a different date to accommodate scheduling of the preliminary injunction hearing).

3.  The parties shall exchange Initial Disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure on or before August 20, 2019.

4.  As agreed by the parties, electronically stored information that is produced in discovery, including e-mail communications, shall be produced in PDF format with searchable text.

2

5. The Court will hold an evidentiary hearing on plaintiff's Preliminary Injunction Motion (Document No. 7) beginning on _____, 2019 at _____ M. in Courtroom No. 17-A.

6. The Court will defer consideration of further proceedings to follow the hearing on Plaintiff's Preliminary Injunction Motion.

BY THE COURT:

_____
J. Curtis Joyner
United States District Judge