IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA RAMSAY : | |
| : | |
| Plaintiff : | CIVIL ACTION |
| : | |
| vs. : | |
| : | NO. 19-CV-2002 |
| NATIONAL BOARD OF MEDICAL : | |
| EXAMINERS : | |
| : | |
| Defendant : | |

### ORDER

AND NOW, this   6th   day of August, 2019, upon consideration of the Motion of Lawrence D. Berger, Esquire for the *Pro Hac* Vice admission of Mary Vargas, Esquire (Doc. No. 9), and it appearing to the Court that the foregoing attorney is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the States of Maryland and Connecticut and has been admitted to practice before the United States District Courts for the Districts of Maryland and Connecticut and the Middle District of Pennsylvania, it is hereby ORDERED that the Motion is GRANTED and Mary Vargas, Esquire is admitted to practice *Pro Hac Vice* before this Court as co-counsel with Lawrence D. Berger, Esquire on behalf of the Plaintiff for purposes of this action only in accordance with the provisions of Local Rule of Civil Procedure 83.5.2.

```
                              BY THE COURT:


                              s/ J. Curtis Joyner
                              _____
                              J. CURTIS JOYNER,     J.
```