IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA RAMSAY | : | Date of Notice: August 8, 2019 |
| | : | |
| v. | : | |
| | : | CIVIL ACTION NO. 19-2002 |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : | |

TAKE NOTICE that the above-captioned matter is scheduled for <u>EVIDENTIARY HEARING</u> in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Hon. J. Curtis Joyner, on **DECEMBER 3, 2019**, at **11:00 A.M.** in Courtroom No. <u>17A - 17TH FLOOR</u>.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

S/SHARON SCOTT
Sharon Scott, Deputy Clerk
Judge J. Curtis Joyner