IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA RAMSAY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**NATIONAL BOARD OF MEDICAL** )<br>**EXAMINERS,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 2:19-cv-02002-JCJ |

### [PROPOSED] ORDER

This matter is before the Court on Plaintiff Jessica Ramsay's motion for a preliminary injunction that would order Defendant National Board of Medical Examiners (NBME) to grant her 100% extended testing time (double time) on the USMLE Step 1 examination, Step 2-CK (Clinical Knowledge) examination, Step 2-CS (Clinical Skills) examination, and Step 3 examination.

Based on the Findings of Fact and Conclusions of Law entered herewith, the Court hereby DENIES Plaintiff's motion.

Dated: _____

_____
J. Curtis Joyner
United States District Judge