**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JESSICA RAMSAY,<br>　　　　Plaintiff<br><br>　　v.<br><br>NATIONAL BOARD OF MEDICAL<br>EXAMINERS,<br>　　　　Defendant | :<br>:<br>:<br>:  CIVIL ACTION NO. 19-2002<br>:<br>:<br>:<br>: |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME FOR FILING**
**REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Jessica Ramsay respectfully moves this Honorable Court to extend the time for filing her Reply Brief in support of her Motion for Preliminary Injunction (Document No. 7) from September 13, 2019, the date set in this Court's August 8, 2019 Order (Document No. 16) until September 19, 2019.  Plaintiff's undersigned counsel does not believe that this brief extension will delay any other proceeding in this case, including the Injunction Hearing which has been previously set for December 3, 2019.  Plaintiff's counsel has consulted with counsel for defendant, Mr. Burgoyne, and defendant does not object to this request.

In support of this motion, plaintiff respectfully represents as follows:

1.　　Since the time that the briefing schedule was set, one of plaintiff's undersigned attorneys (Lawrence Berger) has suffered a hand injury which requires medical attention, and another of plaintiff's attorneys (Mary Vargas) is now scheduled for court appearances in Massachusetts during the week of September 9 to 13.

2.　　Because of the hand injury, Mr. Berger is scheduled for a therapy appointment on September 12, and a doctor's appointment on September 13.

3.　　Other preparation for the Injunction Hearing will not be affected by this brief requested postponement.

WHEREFORE, plaintiff respectfully requests that this Honorable Court enter an Order extending the time for plaintiff to file her Reply Brief in support of her Motion for Preliminary Injunction to September 19, 2019.

Respectfully submitted,

/s/   Lawrence D. Berger
Lawrence D. Berger (ID No. 6028)
Larry@rcglawoffices.com
REISMAN CAROLLA GRAN & ZUBA LLP
19 Chestnut Street
Haddonfield, NJ 08033
(856) 354-0021

Mary C. Vargas (ID No. 324005)
Stein & Vargas llp
10 G Street NE, Suite 600
Washington, DC 20002
(202) 248-5092

Attorneys for Plaintiff Jessica Ramsay

Dated: September 6, 2019

**Certificate of Service**

I hereby certify that a copy of Plaintiff's Unopposed Motion To Extend Time For Filing Reply Brief In Support Of Motion For Preliminary Injunction, and proposed Order, were electronically filed on September 6, 2019, via the Court's CM/ECF System, which will send notification of such filing to counsel of record for defendant and I have also sent a copy by e-mail to the following on the date below:

Nancy L. Goldstein, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443

goldsteinnl@hamburg-golden.com

Robert A. Burgoyne, Esquire
Perkins Coie LLP
700 Thirteenth Street, N.W. Suite 600
Washington, D.C. 20005-3960

RBurgoyne@perkinscoie.com

Attorneys for Defendant

/s/ Lawrence D. Berger
Lawrence D. Berger

Attorney for Plaintiff Jessica Ramsay

September 6, 2019