## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA RAMSAY, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-2002 |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : | |
| | : | |
|     Defendant | : | |

## **ORDER**

AND NOW, this _____ day of September, 2019, upon consideration of Plaintiff's Unopposed Motion To Extend Time For Filing Reply Brief In Support Of Motion For Preliminary Injunction, it is hereby ORDERED that the time for plaintiff to file her Reply Brief in support of her Motion for Preliminary Injunction (Document No. 7) is extended to September 19, 2019.

BY THE COURT:

_____
J. CURTIS JOYNER
United States District Judge