```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JESSICA RAMSAY | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 19-CV-2002 |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : | |
| | : | |
|     Defendant | : | |

**<u>ORDER</u>**

AND NOW, this 9th day of September, 2019, upon consideration of Plaintiff's Unopposed Motion to Extend Time for Filing Reply Brief in Support of Motion for Preliminary Injunction (Doc. No. 18) and it appearing to the Court that good cause exists, it is hereby ORDERED that the Motion is GRANTED and the time within which Plaintiff has to file her Reply Brief in Support of her Motion for Preliminary Injunction is EXTENDED to <u>September 19, 2019</u>.

                                          BY THE COURT:

                                          S/J. CURTIS JOYNER_____
                                          J. CURTIS JOYNER,    J.