IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:19-cv-02002-JCJ

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Caroline M. Mew__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| North Carolina | 08/21/1999 | 26454 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| District of Columbia | 05/08/2000 | 467354 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| U.S.D.C. M.D.N.C. | 05/29/2001 |  |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S.D.C. D.C. | 06/03/2002 |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| See attached list |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for     Defendant

*Caroline M. Mew*
(Applicant's Signature)

10/16/19
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Perkins Coie LLP / 700 13th Street NW, Ste. 600 Washington, DC 20005-3960

(202) 654-1767  cmew@perkinscoie.com

Sworn and subscribed before me this
16th Day of Oct., ~~200~~ 2019

Notary Public
*Vera M. Weathersby*

10/04

Additional federal jurisdictions where Caroline M. Mew is admitted to practice:

| Court where admitted | Admission Date | Attorney identification number |
|---|---|---|
| U.S. Court of Appeals for the Federal Circuit | 07/24/2001 | |
| U.S. Supreme Court | 08/04/2003 | |
| U.S. Court of Appeals for the Fourth Circuit | 02/09/2004 | |
| U.S. Court of Appeals for the D.C. Circuit | 10/15/2012 | |
| U.S. Court of Federal Claims | 11/21/2014 | |
| U.S. Court of Appeals for the First Circuit | 12/16/2015 | Bar No. 1173142 |
| U.S. Dist. Ct. for the Eastern District of Michigan | 10/06/2017 | |

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Caroline M. Mew___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Nancy L. Golden | [signature] | 08/27/1986 | 40019 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Hamburg & Golden, P.C.

1601 Market Street, Suite 3310, Philadelphia, PA 19103

(215) 255-8590

Sworn and subscribed before me this

16 Day of October, 2019

[signature]
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Alexis Dickson, Notary Public
Philadelphia County
My commission expires March 29, 2023
Commission number 1348767

Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jessica Ramsay | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| National Board of Medical Examiners | : | |
| | : | NO.  2:19-cv-02002-JCJ |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Caroline M. Mew

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

By email and first class mail to:

Lawrence Berger, Reisman Carolla Gran & Zuba LLP, 19 Chestnut St.,

Haddonfield, NJ 08033, larry@rcglawoffices.com; Mary C. Vargas,

Stein & Vargas LLP, 10 G St NE, Ste. 600, Washington, DC 20002,

mary.vargas@steinvargas.com

_____
Signature of Attorney

Nancy L. Goldstein
Name of Attorney

Nat'l Bd. of Med. Exam'rs
Name of Moving Party

October 16, 2019
Date

APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jessica Ramsay | CIVIL ACTION |
| v. | |
| National Board of Medical Examiners | NO.  2:19-cv-02002-JCJ |

### ORDER

AND NOW, this _____ Day of _____, 2019 , it is hereby

ORDERED that the application of _Caroline M. Mew_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                        J.