IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA RAMSAY : | |
| : | CIVIL ACTION |
| Plaintiff : | |
| vs. : | |
| : | NO. 19-CV-2002 |
| NATIONAL BOARD OF MEDICAL : | |
| EXAMINERS : | |
| : | |
| Defendant : | |

**ORDER**

AND NOW, this     16th     day of October, 2019, upon consideration of the Motion of Nancy L. Goldstein, Esquire for the Admission *Pro Hac Vice* of Caroline M. Mew, Esquire (Doc. No. 21), and it appearing to the Court that Ms. Mew is a member in good standing of the Bars of the State of North Carolina and the District of Columbia and has been admitted to practice before the United States District Courts for the Eastern District of Michigan, the Middle District of North Carolina and the District of Columbia and the United States Courts of Appeals for the 1st, 4th, D.C., and Federal Circuits, the United States Court of Federal Claims and the U.S. Supreme Court, it is hereby ORDERED that the Motion is GRANTED and Caroline M. Mew, Esquire is admitted to practice before this Court *Pro Hac Vice* as co-counsel with Nancy L. Goldstein, Esquire on behalf of Defendant

in this action only in accordance with Local Rule of Civil Procedure 83.5.2.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER,    J.