IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA RAMSAY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : | NO.  19-2002 |

ORDER

AND NOW, this           Day of                  , 20   , it is hereby

ORDERED that the application of <u>Michael Steven Stein</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐  GRANTED.

☐  DENIED.

_____

J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 19-2002

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

### I. APPLICANT'S STATEMENT

I, **Michael Steven Stein**, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am paying by credit card, for the $40.00 admission fee.

**A.** I state that I am currently admitted to practice in the following state jurisdictions: (see attached sheet for full list)

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Massachusetts | 07/11/2007 | 668992 |
| D.C. | 12/05/2010 | 997614 |
| New York | 06/18/2012 | 5049853 |

**B.** I state that I am currently admitted to practice in the following federal jurisdictions: (see attached sheet for full list)

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| W.D.N.Y. | 06/02/2014 | |
| N.D.N.Y. | 09/22/2015 | 519662 |
| E.D. Va. | 07/07/2017 | |

**C.** I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for **Jessica Ramsay**

_(Applicant's Signature)_

10/29/19
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Stein & Vargas, LLP, 10 G Street NE, Suite 600, Washington, DC 20002

Tel.: (202) 510-9553

Sworn and subscribed before me this 29 Day of October, 2019

Notary Public

ANDREW J. SCHEWE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 30, 2024



10/04

## Michael Steven Stein

## List of Bar Memberships

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| Massachusetts | 668992 | July 11, 2007 | Active |
| U.S. Court of Appeals, 7th Circuit | | May 30, 2008 | Active |
| District of Columbia | 997614 | December 5, 2010 | Active |
| New York | 5049853 | June 18, 2012 | Active |
| U.S. District Court, W.D.N.Y. | | June 2, 2014 | Active |
| U.S. District Court, N.D.N.Y. | 519662 | September 22, 2015 | Active |
| U.S. District Court, D.N.D. | | June 22, 2016 | Active |
| Virginia | 91775 | June 7, 2017 | Active |
| U.S. District Court, E.D. Va. | | July 7, 2017 | Active |
| U.S. Court of Appeals, 11th Circuit | | April 9, 2018 | Active |
| U.S. District Court, S.D.N.Y. | | July 20, 2018 | Active |
| U.S. District Court, E.D.N.Y. | | July 20, 2018 | Active |

II.  SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>Michael Steven Stein</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b) and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was served on this date on all interested counsel by filing the same in the Court's electronic filing system and by e-mail.

| <u>Lawrence D. Berger</u> | *[signature]* | <u>1975</u> | <u>16028</u> |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Sponsor's Admission Date | Sponsor's Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Reisman Carolla Gran & Zuba, LLP
19 Chestnut Street
Haddonfield, NJ  08033

(856) 354-0021


Sworn and subscribed before me this
30th day of October 2019

*[signature]*
Notary Public

```
CONSTANCE L. TRACEY
Commission # 2450679
Notary Public, State of New Jersey
My Commission Expires
November 03, 2019
```