IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA RAMSAY | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| vs. | : |
| | : NO. 19-CV-2002 |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : |
| | : |
| Defendant | : |

FILED
OCT 30 2019
KATE BARKMAN, Clerk
By ___VA___ Dep. Clerk

**ORDER**

AND NOW, this 30th day of October, 2019, upon consideration of the Motion of Lawrence D. Berger, Esquire for the Admission *Pro Hac Vice* of Michael Steven Stein, Esquire (Doc. No. 23), and it appearing to the Court that Mr. Stein is a member in good standing of the Bars of the States of Massachusetts, New York and the District of Columbia and has been admitted to practice before the United States District Courts for the Eastern and Northern Districts of Virginia, the Northern, Southern, Eastern and Western Districts of New York, and the United States Courts of Appeals for the 7th and 11th Circuits, it is hereby ORDERED that the Motion is GRANTED and Michael Steven Stein, Esquire is admitted to practice before this Court *Pro Hac Vice* as co-counsel with Lawrence D. Berger, Esquire on behalf of Plaintiff in this action only in accordance with Local Rule of Civil Procedure 83.5.2.

BY THE COURT:

_____
J. CURTIS JOYNER, J.