**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
JESSICA RAMSAY,                  :
                                 :   CIVIL ACTION
        Plaintiff                :
                                 :
    vs.                          :   NO. 19-CV-2002
                                 :
NATIONAL BOARD OF MEDICAL        :
EXAMINERS                        :
                                 :
        Defendant                :
```

**ORDER**

AND NOW, this 30ᵀᴴ day of December, 2019, upon consideration of Plaintiff's Motion for Preliminary Injunction (Doc. No. 7) and Defendant's Response in Opposition thereto, and following Hearings in this matter and for the reasons set forth in the preceding Memorandum, it is hereby ORDERED that the Motion is GRANTED and Defendant National Board of Medical Examiners is ENJOINED from failing and/or refusing to provide Plaintiff Jessica Ramsay with 100 percent extended (2X or double time) testing time for the United States Medical Licensing Examinations (USMLE) Step 1, Step 2 CK and Step 3 and for the

reading and written segments of the Step 2 CS examination.

                              BY THE COURT:

                              S/J. CURTIS JOYNER
                            _____
                            J. CURTIS JOYNER,    J.