## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA RAMSAY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 2:19-cv-02002-JCJ** |
| ) | |
| **NATIONAL BOARD OF MEDICAL** ) | |
| **EXAMINERS,** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF APPEAL

Notice is hereby given that defendant National Board of Medical Examiners appeals under 28 U.S.C. § 1292(a)(1) to the United States Court of Appeals for the Third Circuit from the Memorandum and Order (Doc. No. 28) and Order (Doc. No. 29) of this Court entered on December 31, 2019, granting plaintiff Jessica Ramsay's motion for a preliminary injunction (Doc. No. 7).

Dated: January 7, 2020

Respectfully submitted,

 /s/ Robert A. Burgoyne
Robert A. Burgoyne (*pro hac vice*)
Caroline M. Mew (*pro hac vice*)
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005
Tel: (202) 654-1744
rburgoyne@perkinscoie.com

Nancy L. Goldstein (Bar No. 40019)
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443
Phone: 215-255-8590
Facsimile: 215-255-8583
goldsteinl@hamburg-golden.com

Attorneys for Defendant

146126308.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2020, I filed a copy of the foregoing Notice of Appeal

electronically with the Court's CM/ECF system, which will serve a copy of the document on the

following counsel of record, each of whom is registered as an ECF filer:

Lawrence D. Berger, Esquire
Reisman Carolla Gran & Zuba, LLP
19 Chestnut Street
Haddonfield, N.J. 08033
larry@rcglawoffices.com

Mary C. Vargas
Michael Steven Stein
Stein & Vargas LLP
10 G St. NE, Suite 600
Washington, DC 20002
Mary.vargas@steinvargas.com
Michael.stein@steinvargas.com

/s/ Robert A. Burgoyne
Robert A. Burgoyne

146126308.1