# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>               Defendant,<br><br>  v.<br><br>JESSICA RAMSAY,<br><br>               Plaintiff. | Civil Action No. 2:19-CV-02002-JCJ |

## DEFENDANT'S MOTION TO STAY PENDING APPEAL
## AND REQUEST FOR EXPEDITED RULING

The National Board of Medical Examiners ("NBME") respectfully moves to stay the mandatory preliminary injunction that the Court entered on December 30, 2020 (ECF 28, 29), pending NBME's appeal to the Third Circuit. As set forth more fully in the accompanying memorandum of law, the Court's order should be stayed because (1) NBME is likely to succeed on the merits of its appeal, (2) NBME will be irreparably harmed absent a stay, (3) Plaintiff will not be substantially injured if a stay issues, and (4) the public interest favors a stay.

NBME also respectfully requests an expedited ruling on its motion to stay by **January 30, 2020** so that, if this Court denies this motion, the Court of Appeals may decide a stay request from NBME in an orderly manner.

146983640.1

Wherefore, NBME requests that the Court grant its motion and stay the mandatory preliminary injunction ordered in this case pending NBME's appeal to the Third Circuit.

Dated: January 23, 2020                                Respectfully submitted,

       /s/ Robert A. Burgoyne
Robert A. Burgoyne (*pro hac vice*)
Caroline M. Mew (*pro hac vice*)
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005
Tel: (202) 654-1744
rburgoyne@perkinscoie.com

Nancy L. Goldstein (Bar No. 40019)
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443
Phone: 215-255-8590
goldsteinnl@hamburg-golden.com

Attorneys for Defendant NBME

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document, memorandum in support, and proposed order were electronically filed on January 23, 2020, via the Court's CM/ECF System, which will send notification of such filing to counsel of record for Plaintiff.

                                              /s/ Robert A. Burgoyne
                                              Robert A. Burgoyne

                                              Counsel for Defendant NBME