IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>    Defendant,<br><br> v.<br><br>JESSICA RAMSAY,<br><br>    Plaintiff. | Civil Action No. 2:19-CV-02002-JCJ |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO STAY PENDING APPEAL**

Upon consideration of Defendant's Motion To Stay Pending Appeal, any opposition by Plaintiff, and the record herein, it is hereby ORDERED that Defendant's Motion to Stay Pending Appeal is GRANTED. The Court's Order of December 30, 2019 (ECF No. 29), enjoining the National Board of Medical Examiners from failing and/or refusing to provide Plaintiff Jessica Ramsay with 100 percent extra testing time for the United States Medical Licensing Examinations (USMLE) Step 1, Step 2 CK, and Step 3 and for the reading and written segments of the Step 2 CS examinations, and corresponding Memorandum and Order of the same date (ECF No. 29), are hereby STAYED pending NBME's appeal to the Third Circuit.

Dated: _____

                _____
                J. Curtis Joyner
                United States District Judge