1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE EASTERN DISTRICT OF PENNSYLVANIA
         - - -

3   JESSICA RAMSAY,          :  CIVIL ACTION NO.
         Plaintiff,          :  2:19-cv-02002
4                            :
5     v.                     :
                             :
6   NATIONAL BOARD OF MEDICAL :  PRELIMINARY
    EXAMINERS,               :  INJUNCTION HEARING
         Defendant.          :  DAY 1
7   _____

8
9                           James A. Byrne U.S. Courthouse
                            601 Market Street
10                          Philadelphia, PA 19106
                            December 3, 2019
11                          Commencing at 10:44 a.m.
    _____

12          BEFORE THE HONORABLE J. CURTIS JOYNER

13  _____

14
    APPEARANCES:
15
        REISMAN CAROLLA GRAN & ZUBA, LLP
16      BY:  LAWRENCE D. BERGER, ESQUIRE
        19 Chestnut Street
17      Haddonfield, New Jersey 08033
        (856) 354-5640
18      larry@rcglawoffices.com
        Representing the Plaintiff
19

20

21                 - - -

22      Ann Marie Mitchell, CRR, RDR, RMR
             Official Court Reporter
23              (267) 299-7250

24
    Proceedings taken stenographically and prepared utilizing
25  computer-aided transcription

FILED
FEB 05 2020
KATE BARKMAN, Clerk
By_____ Dep. Clerk

ORIGINAL

```
 1   APPEARANCES CONTINUED:

 2

 3           STEIN & VARGAS LLP
             BY:  MICHAEL STEVEN STEIN, ESQUIRE
             BY:  MARY C. VARGAS, ESQUIRE
 4           10 G Street NE
             Suite 600
 5           Washington, DC 20002
             (202) 248-5092
 6           michael.stein@steinvargas.com
             mary.vargas@steinvargas.com
 7           Representing the Plaintiff

 8

 9
             PERKINS COIE LLP
10           BY:  ROBERT A. BURGOYNE, ESQUIRE
             BY:  CAROLINE M. MEW, ESQUIRE
11           700 - 13th Street, NW
             Suite 600
12           Washington, DC 20005
             (202) 654-6200
13           rburgoyne@perkinscoie.com
             cmew@perkinscoie.com
14           Representing the Defendant

15

16                                -  -  -

17

18

19

20

21

22

23

24

25
```

1           (Court called to order at 10:44 a.m.)

2           THE COURT:  You may be seated.  Good morning.

3           RESPONSE:  Good morning, Your Honor.

4           THE COURT:  All right, Counsel.  Are we ready to

5     proceed in Ramsay v. National Board of Medical Examiners?

6           MR. BURGOYNE:  Yes, Your Honor.

7           MR. BERGER:  Yes, Your Honor.

8           THE COURT:  Very good.

9           Let me hear from you.

10          Obviously I'm familiar with the reasons why we're

11    here, in reference to the injunction hearing today.  And I saw

12    your pleadings, memorandums.

13          So if you want to make a brief opening statement, you

14    can.  If you don't, that's fine.  We can move on.  Your choice.

15          MS. VARGAS:  Just briefly, Your Honor.  My name is

16    Mary Vargas, and this is Larry Berger, and together we

17    represent the plaintiff, Jessica Ramsay, who is with us at

18    counsel table.

19          Jessica Ramsay is an extraordinary young woman.  She's

20    completed three years of medical school successfully.  She's

21    been nominated by her peers for an honors award, an honor

22    society, because of her excellence in care of patients.  And

23    part of what makes Ms. Ramsay so extraordinary is what she's

24    achieved despite a lifetime of struggling with reading and

25    focus.

1          Since Ms. Ramsay was a small child, she's required

2     extra time.  She's received accommodations either formally or

3     informally throughout her life.  But we're here because the

4     National Board of Medical Examiners, which administers the

5     United States Medical Licensing Examination, the USMLE, has

6     refused repeated requests and a wealth of documentation to

7     provide her here the accommodation that is very basic, that is

8     nothing unusual in the world of test administration, and it

9     costs them nothing to provide her at this point.

10          So despite all of her hard work, despite all of the

11     evidence that she's provided, she's now very literally on the

12     precipice of losing her future.  Her ability to be a doctor, to

13     practice medicine, rests on what this Court does.  She must

14     take the USMLE Step 1 by March 2, 2020, or she will be

15     dismissed from medical school and that will be the end of her

16     career.  This isn't like law school where you can transfer.  In

17     medical school it is almost unheard of for a student to go to

18     another medical school.  And it is entirely impossible once

19     you've been dismissed.  You have to be a student in good

20     standing to even begin the process of trying to transfer to

21     another medical school.

22          Every expert that has examined Ms. Ramsay, all of her

23     treating sources, her medical school, their faculty, her

24     college, her teachers when she was younger, everyone has

25     recognized the same thing, that she has difficulty reading,

1    that reading is slow and laborious for her.  She is a brilliant
2    young woman, but she has dyslexia and she has ADHD.
3         So in order for her to read, as you'll hear in her
4    testimony, it's an entirely different process from what you and
5    I might do, and it takes significantly more time.  The question
6    that is before the Court, as I understood from Mr. Burgoyne
7    when we met in August or September in chambers, is a very
8    limited one.  It's a question of whether or not Ms. Ramsay has
9    a disability.  This isn't a question where we look to the DSM.
10   This isn't really even a question where experts ought to be
11   competing with each other.  This is a question of whether she
12   has a substantial impairment that limits a major life activity
13   such as reading.  And the evidence will show that she does.
14        In the face of an extraordinary amount of evidence
15   from multiple sources showing that she needs extra time, the
16   NBME is offering only one thing -- well, really two things.
17   They're offering the testimony of two hired NBME consultants
18   who reviewed papers that Ms. Ramsay submitted.  They did not
19   evaluate Ms. Ramsay.  They haven't even met her before today.
20   And in the context of learning disabilities, the United States
21   Department of Justice has recognized that it is critically
22   important, specifically for learning disabilities, that an
23   individual be examined in person.
24        When the ADA Amendments Act was passed in 2008, the
25   entire purpose of that change in the law was to make it less of

1   a focus on determining narrowly whether somebody has a

2   disability.   There were Supreme Court decisions that very

3   narrowly interpreted that analysis.   The change in the law was

4   intended to avoid the very reason that we're here.   And the

5   NBME participated in that process, objected to the changes in

6   the law, sought to have the regulations not say what they

7   actually say.   And having failed to do that before in the

8   legislative process, they are now trying to do that on Ms.

9   Ramsay's back in this courtroom.

10         We ask the Court to apply the law as it's written, the

11   regulations as they were promulgated.   The United States

12   Department of Justice testing accommodations guidelines and

13   technical assistance as it was drafted, not what the NBME

14   wishes it was and not what they're trying to change it to be in

15   this courtroom.

16         And just to go very quickly through the key points of

17   that law.   First of all, Congress has said that the

18   determination of disability should not require extensive

19   analysis, that the definition of disability is meant to be

20   broadly defined, that whether a person is disabled is

21   determined without regard for any kind of self-mitigation or

22   ameliorative effects of mitigating measures.

23         The Department of Justice has specifically said with

24   respect to testing entities that they should defer to the

25   opinion of qualified professionals who have actually examined

1   the candidate in question.

2          And most notably -- and I'm going to read this part so

3   I don't get it wrong -- a person with a history of academic

4   success may still be a person with a disability who is entitled

5   to testing accommodations under the ADA.  A history of academic

6   success does not mean that a person does not have a disability

7   that requires testing accommodations.  For example, someone

8   with a learning disability may achieve a high level of academic

9   success but may nevertheless be substantially limited in one or

10  more of the major life activities of reading, writing, speaking

11  or learning because of the additional time or effort he or she

12  must spend to read, write, speak or learn.

13          That is Ms. Ramsay.

14          And finally -- well, two things.

15          The Department of Justice has said that reliance on a

16  student's grades, for example, what they got in history in 3rd

17  grade or what they got on a standardized test, reliance on that

18  in determining disability is inconsistent with the

19  Congressional intent in enacting the ADA Amendments Act.  And

20  that's what the NBME is asking this Court to do.

21          Finally, the regulations provide that testing entities

22  have to make accommodations, not to just let the person in the

23  door, but to make sure that the testing is administered in a

24  way so that it best ensures that the candidate or the student

25  is showing what they know and is not showing their disability.

1    And that is critical for Ms. Ramsay.  Having the extended time

2    in a separate room, that with extended break time, that is how

3    she can best show what she knows because of a lifetime of

4    reading disabilities.

5            So in the real world, with the law and the

6    regulations, all of the documentary evidence, all of her

7    history of accommodations, she has demonstrated that she needs

8    the accommodations that she's requested.  And applying the law

9    as it actually is mandates a conclusion that she needs those

10   accommodations.  There is an extraordinary likelihood of

11   success on the merits in this case.

12           The public interest must support an accomplished young

13   woman who has fought tooth and nail to achieve despite

14   disabilities.  They must support her.  And in this case there

15   is no cost to the NBME because they've already agreed that she

16   can have the test over two days.  So doing the test with

17   extended time, it's still a two-day test.  It doesn't require

18   any additional testing beyond that.  There is no cost.

19           And most importantly, it allows us to have a young

20   woman who has worked incredibly hard for what she's

21   accomplished to become a doctor.  And that's the kind of doctor

22   that I want, and that's certainly the kind of doctor that the

23   public interest wants to be supporting.

24           Thank you.

25           THE COURT:  Very well.  Yes, Counsel.

1          MR. BURGOYNE:   Thank you, Your Honor.   Robert Burgoyne

2    for the National Board of Medical Examiners.   And with me today

3    is my colleague, Caroline Mew.

4          We're here today, Your Honor, as you know, on a motion

5    for a preliminary injunction which the Supreme Court has

6    described as a drastic and extreme remedy.

7          The burden on Ms. Ramsay in this case is to establish

8    that all four preliminary injunction factors support her

9    request for relief, and it's a burden that's even higher

10   because she's seeking a mandatory preliminary injunction.

11   She's asking the Court to give her the relief that she's

12   otherwise entitled to only if she prevails on the merits at the

13   end of the case.

14          It's a burden she can't meet on this case.  The first

15   factor, likelihood of success on the merits.  We don't disagree

16   that Ms. Ramsay is an extraordinary young woman from everything

17   we've seen.  We don't disagree that she's worked hard in

18   medical school.  Most students do.  Where we do disagree is

19   whether she meets the ADA standard for being disabled, because

20   she's only entitled to accommodations on the NBME licensing

21   exams if she's substantially limited in a major life activity

22   relevant to taking the exam as compared to most people in the

23   general population, not compared to her medical school peers,

24   not compared to other individuals with high school or college

25   educations, compared to the general population.

1       That's a burden she can't meet in light of the real

2  world evidence that is in the record and the Court will hear

3  today.

4       Ms. Vargas referred to the real world.  What the real

5  world objective evidence has shown is that Ms. Ramsay was not

6  diagnosed with dyslexia until 2018.  We'll hear from the expert

7  who was the first expert to identify her as having dyslexia.

8       She was first identified with having ADHD in 2009 when

9  she went in to see her primary care physician, met with him for

10  half an hour, was diagnosed with ADHD and put on Ritalin and

11  then obtained accommodations starting at the end of her

12  sophomore year in college.  Prior to that point, no one had

13  ever diagnosed her formally with ADHD or dyslexia.  She had

14  never received accommodations in her high school years or

15  college years up until the end of her sophomore year in

16  college.

17       And notwithstanding that fact, she was an excellent

18  student, receiving mostly As, occasionally Bs, National Honor

19  Society, participated in varsity sports, took many standardized

20  tests that regrettably we will painfully walk through in which

21  she performed not just average but at the upper echelon.  She

22  did extremely well on other standardized tests, including the

23  ACT College Admission Test, which she took twice and on the

24  second time scored in the 95th percentile, and then also on the

25  Medical College Admission Test in which her overall score was

1   in the 79th percentile, an exam taken by a very accomplished

2   population and an exam as to which one has to have strong

3   reading and comprehension.

4          We also believe that Ms. Ramsay won't be able to

5   established irreparable harm, the other key factor for a

6   preliminary injunction.  In order to be irreparably harmed, she

7   has to show that she will suffer immediate and certain

8   irreparable harm.  The harm at issue here is a delay in her

9   medical education, the core irreparable harm.  Her medical

10  school has said she has the option.  If she doesn't, she has to

11  take the Step 1 exam prior to March 2, 2020.  Or she could

12  withdraw and then reapply to the school.  Or she could simply

13  test in the meantime with the accommodations that NBME has

14  approved for her.  So she's not going to be able to establish a

15  clear and certain likelihood of immediate irreparable harm.

16          There was a fair amount of reference to the Department

17  of Justice's guidance.  The Department of Justice itself has

18  said that any guidance we issue has no legal impact beyond the

19  statute or the regulations, which is to say that if there are

20  obligations found in technical guidance documents, the DOJ

21  won't enforce those obligations if they don't trace back to the

22  actual statutory language or the regulatory language.  There's

23  nothing in the ADA that requires the National Board of Medical

24  Examiners to defer to an examinee's treating professional.

25  There's nothing in the DOJ guidance that prohibits the NBME

1  from getting input from external experts.  In fact, that's a
2  good thing.  NBME doesn't make these decisions on their own.
3  They go to external professionals with expertise in the area of
4  the impairment and get input before they make their decisions,
5  and they did that in this case.
6         There's nothing in the ADA Amendments Act that changed
7  the ultimate legal standard, which is to say is someone
8  substantially limited as compared to most people in the general
9  population.  There's no question it made the enforcement of the
10 statute broader and that that's what Congress anticipated, but
11 it didn't alter the standard in a way that impacts the outcome
12 of this case.
13        In many respects, this case is very much like a 2016
14 case decided by Judge Dalzell by the name of Bibber v. National
15 Board of Osteopathic Medical Examiners.  A similar case,
16 plaintiff diagnosed with dyslexia, a longer history of
17 diagnosis, ultimately came time to take her licensing exam,
18 similar to the NBME licensing exam, and the Court ultimately
19 held that as compared to most people in the general population,
20 she wasn't disabled and therefore wasn't entitled to
21 accommodations, which again consisted primarily of extended
22 testing time.  That was a case decided after the ADA Amendments
23 Act.  And in deciding the case, Judge Dalzell looked to the
24 plaintiff's history of academic performance on real world
25 objective measures.

1       So for all these reasons, Your Honor, we encourage you

2   and ask the Court to deny the request for a preliminary

3   injunction.

4       THE COURT:  Very good.

5       Let us proceed.  Call your first witness.

6       MS. VARGAS:  Your Honor, if I may ask, does the Court

7   have a preference where counsel stands or sits.

8       THE COURT:  I don't just as long as the court reporter

9   is able to hear you clearly and loudly and take down any

10  testimony.

11      MS. VARGAS:  Thank you.

12      THE COURT:  So you can stay there.  It doesn't matter.

13      MS. VARGAS:  Thank you, Your Honor.

14      Then plaintiff calls Jessica Ramsay.

15      THE COURT:  Ms. Ramsay, please come up here and watch

16  your step coming around the witness box.  It has a slight

17  incline.

18      THE WITNESS:  Can I bring the water?

19      THE COURT:  Sure.

20      JESSICA RAMSAY, after having been duly sworn, was

21  examined and testified as follows:

22      COURT REPORTER:  Please state your name for the

23  record.

24      THE WITNESS:  Jessica Ramsay.

25      THE COURT:  You may proceed, Counsel.

1                          DIRECT EXAMINATION

2    BY MS. VARGAS:

3    Q.   Good morning, Ms. Ramsay.  What is your current

4    occupation?

5    A.   I am a medical student currently on leave of absence.

6              THE COURT:  Ma'am, you can bend that mic right

7    straight to you and speak directly into it.  All right?

8              THE WITNESS:  Is this good?

9              THE COURT:  Keep your voice up loud and clear so if

10   you have to, you can shout.

11             THE WITNESS:  Okay.

12             THE COURT:  All right?

13             THE WITNESS:  Yes.

14   BY MS. VARGAS:

15   Q.   Ms. Ramsay, why did you want to go to medical school?

16   A.   I think that the desire has evolved over time.  I think --

17   I've always really enjoyed learning about the body and how it

18   works and what happens when it doesn't work and how to fix

19   that.  And then growing up with my brothers who are autistic

20   and have a lot of other special needs, and having other

21   siblings that are foster siblings in my life, the desire to

22   learn more about that kind of built over time.  And

23   particularly, I became interested in the genetics of it and how

24   that worked.  And so I decided I wanted to study genetics in

25   college and picked schools that had a genetics program for

1  undergrad.

2          And then while I was there, I really kind of --

3          THE COURT:  Go ahead.  I don't want to stop you, but

4  it's still kind of very light.

5          THE WITNESS:  I'm sorry.

6          THE COURT:  It's okay.

7          COURT REPORTER:  The microphone doesn't seem to be on.

8          THE COURT:  You'll have to excuse me today.  My clerk

9  is out.

10          And they were in here fixing or adjusting things

11  earlier.  Let's see.

12          THE COURT:  Tap that mic, would you, please.  It's not

13  on.

14  BY MS. VARGAS:

15  Q.  We'll continue.  And if you can just speak as loud as you

16  can, we'll try to make this work.

17  A.  Okay.

18  Q.  So you were testifying about why you decided to go to

19  medical school.

20  A.  Yeah.

21  Q.  Had you finished answering that question or was there

22  more?

23  A.  I think I was still talking.

24          Do you know what the last thing I said was?

25          I think I was still talking.  Do you know what the last

RAMSAY - DIRECT

1   thing I said was?

2   Q.   Well, let me ask you this:  Is there a certain area of

3   medicine that interests you?

4   A.   I really want to go into pediatrics.  It's something I'm

5   really passionate about.

6   Q.   Why pediatrics?

7   A.   Because I've always loved working with kids, so I was

8   drawn to that.  And in my clinical rotations in my third year,

9   I liked learning everything.

10        But the difference was -- what sort of solidified this for

11   me was when I was on my pediatrics rotation, I -- no matter

12   what kind of day I was having in the morning, when I would go

13   in, and whether I was in the hospital or in the clinic, and

14   then come home, I was always having, like, a better day.  I was

15   always happier coming home than when I went in.  And that to me

16   just like screamed that that's what I was supposed to be doing.

17   And that's what I wanted to do with my life, and that's what

18   I'm going to do with my life, so...

19   Q.   So you testified a few minutes ago that you're on leave

20   from medical school.

21        What happened?

22   A.   Yeah.  Well, first, I applied for accommodations for the

23   Step 1 exam, and I didn't receive them.  And I discussed with

24   my school what my best option would be and was advised to go

25   ahead and try to take Step 1 without the accommodations to see

RAMSAY - DIRECT

1   if I could stay on track with my class and graduate on time.

2   And I -- so I attempted it without the accommodations that I

3   needed, and I failed.

4       And then I was currently in a fourth year rotation when I

5   found out that I failed, and so I was allowed to finish that

6   rotation, but then the school had me drop everything after that

7   until I was able to receive accommodations and take the Step

8   again.  And in the process, I was -- the school had me go on

9   leave of absence.  And I've had to extend the leave of absence

10  and this process.  And I'm still on leave.

11  Q.   So did you receive accommodations in medical school?

12  A.   Yes.

13  Q.   What accommodations did you receive?

14  A.   Mostly double time on tests and a separate room to take

15  them in.  And for the tests that were written by my school, as

16  opposed to like the NBME, I had those tests on paper instead of

17  on the computer so that I could use like my markers and

18  highlighters and stuff to like help me read and annotate as I

19  go.

20       THE COURT:  Excuse us for a moment.

21       (A discussion off the record occurred.)

22       THE WITNESS:  And I also had a water bottle and my

23  meds and like a granola bar in the room, but out of sight, so

24  that if the test were -- when I needed to take a medication,

25  then I was able to do that quickly and not distract for too

1    long from the test.

2         And I also had -- for the clinical exams that we had

3    with standardized patients, which are called OSCEs, which is

4    O-S-C-E, I think.  And for that I had -- initially I started

5    with time-and-a-half for the note writing portion, but I wasn't

6    able to write all that I had done in the encounter in the note

7    in that time.  And I was still struggling to read the prompt

8    for the encounter going in.  So my school -- I had requested

9    from my school the double time like I had been receiving on my

10   other exams and for the note writing portion.  And a few extra

11   minutes at the beginning to make sure I was able to read the

12   prompt and the instructions before going into the room.  And

13   they granted that.  So I had that for the -- all of -- I

14   believe all of the third-year OSCEs.

15   BY MS. VARGAS:

16   Q.  Did you have any other accommodations in medical school?

17   A.  Yeah.  When -- at the beginning of the year, I was really

18   struggling -- beginning of the first year, sorry, I was really

19   struggling to like keep up with reading and really get to most

20   of the reading.  And my school ended up providing the Kurzweil

21   software, which is it reads like PDFs and stuff to me.  And it

22   highlights the words as it reads them so I can follow along.

23   So they provided that software, which I use for most reading

24   that's longer than like a line.

25   Q.  So what kind of reading did you use the Kurzweil speech

RAMSAY - DIRECT

1  reading software for?

2  A.    Pretty much anything that I had to read, whether it was

3  like assigned reading from textbooks or maybe research articles

4  or even if I had to look something up online and it was like a

5  couple paragraphs, sometimes emails, if they're long.   Pretty

6  much everything.

7  Q.    You mentioned that you take medication.

8        What kind of medication do you take?

9  A.    I take a few.   I have Vyvanse, which is like Adderall but

10 it's longer acting.

11 Q.    So what is the Adderall for?

12 A.    My ADHD.

13 Q.    Okay.

14 A.    And it helps me like focus throughout the day.   And if I

15 do get distracted, it helps me kind of realize that and bring

16 myself back to what I was supposed to be focusing on.   And like

17 if I need to read, which takes a lot of mental effort, it helps

18 me to focus on what I need to do to read.   And then it helps me

19 to sit still and not be too fidgety throughout the day.

20 Q.    What other medications do you take?

21 A.    I take Buspar, which is in the morning and in the evening.

22 And that's for anxiety that started like after I was denied

23 accommodations the first time.   And then metoprolol, which I

24 take in the evening, which is for migraine prevention, like

25 prophylaxis.   And then I take an aspirin every other day for a

RAMSAY - DIRECT

1  blood thinner.

2  Q.   Why do you take aspirin, blood thinners?

3  A.   Because I had a DVT when I was in my -- the end of my

4  second year of med school and later found out I had a clotting

5  disorder.   And I was on Xarelto, which was another blood

6  thinner, for two years.   And when I was taken off of that, I

7  was advised to take aspirin to kind of maintain a blood

8  thinner.

9  Q.   You testified a moment ago that you used the Kurzweil to

10  read to you your medical school work.

11      Was there reading that you did yourself?

12  A.   Can you clarify what you mean by that?

13  Q.   Where you weren't able to use the speech reading

14  software --

15  A.   Uh-huh.

16  Q.   -- how do you read?

17  A.   You mean like if it's in a book?

18  Q.   Yeah.

19  A.   I -- it's like a long process.   I have to decode

20  everything and take each word one at a time and figure out what

21  the word is and what it means and then build that up into like

22  the sentence and try to figure out what the sentence means, and

23  then build that up with like each sentence and figure out what

24  the paragraph means.   And hopefully by that time I still

25  remember what it all meant.   And then I can put it together and

RAMSAY - DIRECT

1   process it.  And generally when I do that, I need to like write

2   on the text itself.  And I use a lot of colors, which have

3   specific meanings to me, and I draw pictures and I -- like

4   pretty much it looks like a mess to other people, but it all

5   has meaning to me.  But that's how I decipher what's on the

6   page and make it -- translate it into something that I can

7   understand.

8   Q.   Can you explain what you mean by using colors?

9   A.   Yeah.  I have a lot of like markers and highlighters and

10  stuff that I use, and I have them, but they -- I don't know.

11  It's a system, and I have different colors for different

12  meanings.  And as I read, I -- it would be hard to describe

13  without showing, but...

14  Q.   You have your markers with you?

15  A.   Yeah.

16          MS. VARGAS:  Your Honor, would it be okay to let the

17  witness explain using her markers?

18          THE COURT:  Sure.  We'll allow it.

19          Just out of some curiosity, were you precluded from

20  using these markers in that earlier test that you say you

21  failed?

22          THE WITNESS:  What is precluded?

23          THE COURT:  Pardon?

24          THE WITNESS:  What does precluded mean?

25          THE COURT:  Not allowed.

RAMSAY - DIRECT

1          THE WITNESS:  No, I was not allowed to.

2          THE COURT:  You were not allowed to do that?

3          THE WITNESS:  No, Your Honor.

4          THE COURT:  Very well.

5          THE WITNESS:  Do you want me to get them?

6          MS. VARGAS:  Yes, please, if that's all right?

7          THE COURT:  Sure.

8          THE WITNESS:  Thank you.

9          I'll try to hold them up so you can see.

10   BY MS. VARGAS:

11   Q.   What are these?

12   A.   These are my markers and pens and pencils and -- sorry.

13   And I pretty much always have them with me because if I have to

14   read, it helps.

15   Q.   How do you use them?

16   A.   Let me get them out.

17          Okay.  I'll hold them up so you can see.

18          So I have colored pencils, because I hate writing with pen

19   because it's permanent and I make a ton of mistakes, so I also

20   always have erasers.  But I have a color system.  And each

21   color means something.

22          So red is like diseases or disorders or typically down

23   arrows, because I can't distinguish arrows just looking at

24   them, or like distinguish the direction.  And so making it a

25   color when I'm looking at it once I've figured out what it is

1    helps me to see it when I'm looking at it with the rest of the

2    text.

3        So the opposite then is green, which is up arrows and

4    pretty much any like treatment or management of a disease, so

5    like drug names or if a specific therapy is recommended, like

6    physical therapy.

7        And then blue -- sorry, that's not blue but this is blue.

8        Okay.  So blue is like diagnostic tests like labs or chest

9    x-rays or biopsies and the findings that you would find on

10   those.

11       And light blue is like physical findings like on a

12   physical exam or symptoms like shortness of breath or like if

13   you have a rash and what the rash looks like.

14       And then orange is like chemicals or like mechanisms of

15   actions, mechanism of actions for drugs or like how they work

16   or like a disease process, like if there's a specific enzyme

17   that's not functioning or something, that's orange.

18       And then purple is -- oh, sorry.  Purple is like

19   histology, which is like what cells look like under a

20   microscope.  And then it's like if there's a specific cell line

21   that's they're talking about, like skin cells or something,

22   then that's histology, and so that's purple.

23       And then, sorry, this teal color is genetics.  And so

24   anything that has to do with genes, so like a gene that's

25   mutated or like mode of inheritance or like just -- I guess a

1    gene that's not functioning or the gene that's mutated that --

2    I will use that color.

3        And then yellow is for like risk factors or like if a

4    disease is particular to like women over men or in children

5    versus adults or smokers versus nonsmokers, things that really

6    stick out or is like a key finding or things that are like

7    super important or like specific to that disease, then that's

8    yellow because that stands out.

9        Gray is protozoa.

10       This yellow is also -- specifically this one, not any

11   other yellow, is fungi or yeast.

12       Brown is bacteria.  And again, specifically this brown.

13       And this one is like a tan -- orangish-tan.  And that one

14   is viruses.

15       And I think pink is negative symptoms, so like things that

16   are like an infection or like if you have hemorrhaging or

17   something that is a side effect of something else but it has a

18   negative effect on the person and that's not just something

19   benign like headache or swelling or something, then that would

20   be pink.

21       And then I always carry Wite-Out because I -- when I write

22   in pen or in marker and make the mistakes that I do, I need to

23   fix them a lot, and so I have Wite-Out.

24       And I always -- or pretty much always have these with me

25   to read.

1   Q.   Is this something -- have you seen other medical students

2   do this?

3   A.   No.

4   Q.   Why do you do this?

5   A.   Because I need to.  Otherwise, the -- it doesn't -- the

6   reading that I have to do doesn't really make sense to me

7   without being able to use a system to give it meaning.

8   Q.   So after you put these colors on it, how does that help

9   you?

10  A.   So it's kind of like when you're learning another language

11  and you have to translate what the words mean and you probably

12  write it out or do whatever notes you would do to remember what

13  you're learning, I have to do that with pictures and colors.

14  And I have to translate whatever the chunk of text is on the

15  page to something that I can see and recognize and know what it

16  means.

17       And so if you ask me, you know, what is the name of this

18  enzyme and you just hand me a page and I don't -- I can't -- I

19  couldn't find it if I tried, if my life depended on it.  But if

20  it -- unless it was already like visually standing out, and

21  then I might see it.

22       And for me, if you just hand me a chunk of text, nothing

23  stands out.  So I have to go through piece by piece and give

24  each word or each important word, so something like not "the,"

25  give it meaning.  And then I can look at it and know where that

1   thing is and what it means, so if someone is like what is this

2   enzyme and I see the orange on the page, there's the enzyme and

3   I can tell you what that is.  Or if they say what diagnostic

4   test was used, then I can see where it's blue.  And I can say

5   they used a chest x-ray and these were the findings.

6   Q.   When did you first start using this system?

7   A.   This one specifically, med school.  But I developed using

8   colors over time.  And I think I've pretty much almost always,

9   from what I can remember, in school used colors to mean -- to

10  mean something for whatever I was studying.

11  Q.   So talking about school, what was elementary school like

12  for you?

13  A.   Well, I've always really liked learning.  I like to learn

14  things and to problem solve.  But the -- reading in

15  particularly has always been hard.  Spelling has been very much

16  not my best subject.  And writing has been extremely difficult

17  for me, because in order to write, you also have to read and

18  spell what you're writing.  And I've always struggled with

19  that.

20       And so, you know, as you're learning that when you grow

21  up, it's like you want to do well, because I liked learning, I

22  wanted to impress my teachers, do well in school, impress my

23  parents, and also just for my own knowledge, but it was really

24  difficult.  And I struggled.  And so it was embarrassing.

25  Q.   Did anyone else know that you struggled in school?

RAMSAY - DIRECT

1  A.   Sorry.  Can I get some Kleenex?

2        THE COURT:  There's some tissues right behind you.

3        THE WITNESS:  Can you repeat the question, please?

4  BY MS. VARGAS:

5  Q.   Did anyone else know that you struggled in school?

6  A.   Yeah.  My teachers helped me a lot, and I think they did

7  that because they recognized that I was having a lot of

8  difficulty with like learning to read and with switching my

9  letters around.  And so they tried to help me because they knew

10 that I wanted to do it right and I wanted to learn.  And so

11 they took the time to make sure that I could, like, do the best

12 I can to learn it.

13 Q.   What kind of things did your teachers do to help you?

14 A.   First, they spent a lot of extra time with me, but they

15 would -- specifically like I remember my first grade teacher

16 would put me like at the time-out desk, which was also really

17 embarrassing, because no one wants to be at the time-out desk.

18 But it would separate me from my class.  And she would do that

19 for like assignments or tests or quizzes, especially like

20 reading or -- like reading, class reading or like writing

21 assignments or spelling tests.  And she would do that so I

22 wasn't distracted by everyone else and so that I would try to

23 focus on my work.

24        And then because I really struggled with like the

25 reversals, switching my letters around and like writing the

RAMSAY - DIRECT

1  wrong letter because it looked like another letter or writing

2  it backwards, they gave me an alphabet chart so that I could

3  make sure that the letter I was writing was the same as the

4  letter that I wanted to be writing.

5      So I would have to like -- say if I was trying to spell

6  boat, I would know that, okay, the sound is B, so I would have

7  to go AB and then figure out, okay, that's a B.  I need to

8  write that one.

9      It would like -- if I had a spelling test, they would

10  reread -- after they read the words for everybody, they would

11  come over to just my desk and read them for me and give me the

12  time between each one to figure out what I wanted to put down.

13  And then reread the word and read it slowly and spend that

14  extra time doing that for me.

15      And like a lot of times if I wasn't getting something,

16  they would keep me in at recess and work with me over recess.

17      And -- or if I couldn't finish an assignment, they would

18  have me finish it over recess because I didn't have enough time

19  during class.

20  Q.  Did anyone ever raise concern in elementary school about

21  your reading?

22  A.  Yeah.  I mean, I don't know exactly how many, but I know

23  my first grade teacher, the one who started giving me the

24  alphabet chart and putting me at the time-out desk, I know that

25  she told my mom that I was having trouble with reversing

RAMSAY - DIRECT

1   letters and I was a slow reader and recommended that I get that

2   checked out.  And so I was referred to Dr. Tanguay, who was the

3   optometrist or ophthalmologist.  I'm not sure what her title

4   is.

5   Q.  What did you do with Dr. Tanguay?

6   A.  She gave me some tests, like I think it's called visual

7   perception testing.  And it had like these pictures, like where

8   one -- the column on the left was like a reference.  And then I

9   would have to find which one looked -- which one was the same.

10   And I had to do that over and over for all these different

11   pictures.

12       And then she said something, I did have a problem with

13   something.  And -- with like discriminating between shapes, I

14   think.  And then she recommended that I have like more therapy

15   with her for that.  And so we did that for a while.  Like a

16   couple years, I think.

17   Q.  Did she recommend any other treatment?

18   A.  She gave glasses, but they didn't help, so I didn't really

19   wear them like after I realized they didn't really help.

20       And then like since then, I've gotten my vision testing.

21   And I have like 20/13 vision, so it's fine.

22   Q.  Did you receive extra time on tests in elementary school?

23   A.  Yeah.  I definitely pretty much was always given the time

24   I needed to complete tests or assignments.

25       I think, again, especially because my teachers knew that I

1  wanted to do it and I was working really hard to do it, I

2  wasn't just slacking off or goofing off or, you know, causing

3  trouble, that they saw that I wanted to do it and I wanted to

4  do it right, and so they gave me the time that I needed to work

5  through it and do it.  And so, I mean, as early as we started

6  having assignments is when I started being given like extra

7  time to do those things.

8  Q.   How were your grades in elementary school?

9  A.   I mean, I don't remember specifically, but I know that

10  they were As and Bs.

11  Q.   And did you have any kind of formal IEP or 504 plan?

12  A.   No, not that I'm aware of.

13  Q.   And how did you do -- as elementary school went on, how

14  did you do in fourth, fifth grade?

15  A.   Well, fourth grade specifically was like a really hard

16  year for me because we had to do a lot more writing.  Instead

17  of just writing maybe like a paragraph on a page, we were

18  supposed to write papers with like the intro and the body

19  paragraphs and the conclusion.  And we had to write a lot of

20  them.  And we were supposed to like proofread our own stuff and

21  have multiple drafts.

22       And this was all new, and it was a lot.  And I was still

23  struggling just to write and read in general, and so that added

24  a lot of -- added like stress and hard work for me.  And I --

25  my teacher was also really strict.  And she was the language

1    arts teacher in that grade.  And we had multiple teachers, like

2    for each class.

3         And so my I guess homeroom teacher was the language arts

4    teacher, and she was really strict and expected a lot from us.

5         And I would always be turning stuff in late or forgetting

6    assignments or forgetting to bring it home, even if I

7    remembered that I had the assignment, like when I got home.

8    And so she would get mad at me in class.  Or if I was talking

9    and not paying attention, she would kind of be like Jessie, get

10   back to work.  And it would stress me out because I didn't want

11   to be disrespectful and I didn't want to be getting in trouble.

12   So I would frequently come home in tears, upset and telling my

13   mom like, this is so hard, like I need help.

14        And I know my mom went in and talked to her a lot.  And

15   she ended up working with me a lot to get better and tried to

16   help me set up ways to remind myself to do things.  Or she

17   would remind me or have my mom remind me.  Or she would help me

18   to make it so that I could be successful, even though I was

19   still struggling with all of these things.

20   Q.   What kind of things did your mother do to help you?

21   A.   Everything.  My mom, like, spent hours working with me on

22   everything, from which direction letters are supposed to face

23   to spelling to writing.  She would edit everything that I

24   wrote, spellcheck it, proofread it, make sure punctuation was

25   where it was supposed to be.  If I needed help with math,

RAMSAY - DIRECT

1  because they assigned like story problems which were hard for

2  me because I couldn't figure out what the question was asking,

3  but I could do the math, she would read the question to me and

4  help me figure out what it was asking so that I could actually

5  do my homework.

6       And my dad would do that too.  And they would make me

7  write my spelling words over and over, like ten times every

8  night.  Like if they were assigned at the beginning of the week

9  and my test was Friday, every night they would sit there and

10  just have me do it again.  And they would do like mock spelling

11  tests.  And then if I got something wrong, they would do it

12  again.

13       Yeah.  And like a lot of times, I guess it's probably

14  started either late elementary or early middle school.  But I

15  would end up having to pull like all-nighters or be up late

16  working on papers or reading because I couldn't finish it in

17  like a reasonable amount of time.

18       And so my mom would -- like if it was reading, she would

19  let me do as much as I could, and then she would read the rest

20  to me out loud or like talk me through it and help me process

21  what I was reading.

22       When I was struggling with writing papers, she would help

23  me like organize my thoughts and put my thoughts in words so

24  that it made sense on paper.

25       Yeah.  She did like a lot for me.

1  Q.   When you were in fifth grade, did you have any kind of

2  special testing?

3  A.   Are you referring to the ACE program?

4  Q.   What is the ACE program?

5  A.   I forget what it stands for, and I think in the deposition

6  Mr. Burgoyne said it was something creative.  I don't remember

7  what the A and E stood for.

8  Q.   What was the test for?

9  A.   For math.  I had to -- when I was in Texas, I was in the

10  ACE program for math, which was -- I thought was an accelerated

11  math, but I wouldn't be able to tell.  I don't know the

12  curriculum from regular math.

13     So when we moved to Michigan in the middle of fifth grade,

14  they didn't accept that to start their accelerated math

15  program, and so they had me take a test with anybody else who

16  wanted to start that in sixth grade.

17     And was your question, what was the test?

18  Q.   Yeah.  So how did you do on that test?

19  A.   Well, it was a test -- I think it was 60 questions, and I

20  don't know how long they gave us, but --

21  Q.   Did they give you extra time on that test?

22  A.   No.

23  Q.   So what happened?

24  A.   So we were supposed to complete 30 -- or get 30 right in

25  order to be able to go into their math program in sixth grade.

RAMSAY - DIRECT

1  And I ran out of time on the test, but I got through 29 of the

2  questions.  And I was really confident that I knew what I was

3  doing and I knew the answers.  And I had started the 30th one

4  when the time ran out, so I was really upset because I knew

5  that was what was needed to be able to go forward.  And so when

6  I got home that day, I was upset and I told my mom.  And she

7  went in and met with the principal to see if I could, like,

8  finish that question or if they could give partial credit and

9  see if the work for that one was right, like if they graded the

10 first 29 and I got those right, if they could grade the work

11 for the 30th.  And it turned out that I did get the 29 right,

12 so they did grade the work that I had and said that it was on

13 the right track to get the right answer, and so they let me

14 into the program.

15 Q.   How did your workload -- say, when you got into high

16 school, how did your workload compare to your peers, your

17 friends?

18 A.   I don't know specifically, because we never really talked

19 about like how long we were spending each night, but I know

20 that my friends were like hanging out and doing other things,

21 and I really didn't get the chance to during the school year.

22 I was pretty much only able to hang out with people during the

23 summer and maybe once or twice on weekends.  But they were all

24 hanging out, and they were frustrated with me because I was

25 never able to hang out.  Ad I was always doing homework.  I did

RAMSAY - DIRECT

1  play sports, but I wasn't like -- you know, once I got home

2  from the sport I was always doing homework.  And I was up until

3  like 3:00 in the morning usually with my mom sitting there at

4  the kitchen table, like helping me or making me focus.  And

5  then I would get up and do it again.

6      And so I didn't have the time that they did.  And I know

7  they were always frustrated with me for that.  And I just

8  didn't understand how they had so much time when I, like, was

9  always doing homework.

10 Q.  And then you went to college.

11     What happened when you went to college?

12 A.  There was a lot more reading.  And couldn't really, like,

13 manage it.  I didn't have enough time in the day to keep up

14 with the reading and, like, organizing everything and keeping

15 track of everything.  And I was making a lot of mistakes.  And

16 so I pretty much felt like I was drowning, like I was trying so

17 hard to swim but I like couldn't keep up with everything.

18     And then I was -- I don't know.  I was really frustrated.

19 So I was talking to my teachers about like what could I do to

20 be better, did they have any suggestions.

21     And I remember like my Spanish teacher was the first one

22 who said something, but -- and I had been really good at

23 Spanish in high school because I had pretty much been taking

24 Spanish lessons since I was little, like 3.  And I lived in

25 Texas and it's spoken there a lot.  And so I was around it a

1   lot.  And I had gotten really good at it through high school.

2   And college, the Spanish class, there was like an oral

3   component.  So we had to like take an oral test where we would

4   speak conversationally with the professor and then there was

5   the written part.  And I would do really great on the oral part

6   and she knew I knew my stuff, but then I would always get

7   marked off for like stupid things like writing the letters in

8   the wrong order or spelling it wrong or, like, not putting the

9   words in the right order and -- on the written test.

10       And I was so frustrated because I knew the stuff.  And so

11   I asked her, like, what else can I do, do you recommend

12   anything?  And she was like, no, I can't -- I can't do anything

13   for you.  And I was like, can you -- I mean, you know that I

14   know this, can you not grade the spelling if I'm close.  And

15   she said, I can't do that unless you have like a diagnosis or

16   something.  And you would have to go to ODS to do that.

17   Q.   What is ODS?

18   A.   Office of Disability Services.

19       And I kind of thought of that, but I didn't necessarily do

20   anything about it.  I was still just frustrated, but it made me

21   not enjoy Spanish anymore, which is sad.

22       So then the second teacher that kind of, like, said

23   something was my organic chemistry professor.  And he knew me

24   really well.  And this was in I think -- maybe later, the last

25   chemistry.

1          And I was working really hard.  And I liked organic
2    chemistry because it was visual and it wasn't like a lot of
3    like reading and writing, it was like putting things together
4    like molecules together and figuring out like how they would
5    fit together, which was easy for me.  But the tests were really
6    long, and I wouldn't -- I would get like halfway through the
7    tests or partway through the tests and I wouldn't even get to
8    the other questions.  And I thought I was maybe just struggling
9    to understand the material or process it or something.  And so
10   I asked my teacher, like, what -- do I need a tutor or
11   something, like what can I do to be better and do this better.
12         And he looked at my test, and he flipped through it and
13   said, well, a tutor is not going to help you because you know
14   all of this.  Everything in here is right, but the second half
15   of this is blank, like you didn't even get there, so I think
16   you just need more time.  And I think you should go and talk to
17   ODS.
18         And I really liked this teacher and I trusted him.  And so
19   when he said that, I -- since it was the second time I had been
20   told this, I thought maybe I need to.  And so I went into set
21   up an appointment with ODS.  And they assigned me an advisor.
22   And she talked to me about like what my struggles were.  And
23   she said she thought I needed to be evaluated and that they
24   would give me temporary accommodations while that was
25   happening.

RAMSAY - DIRECT

1  Q.  So did you have that evaluation?

2  A.  I went in to see my primary care provider, who at the time

3  was Dr. Smiy.

4      And I told him about like my struggles and that I was

5  concerned with actually dyslexia, because I was switching my

6  letters around still and I was having such a hard time with

7  like reading and pretty much all the struggles I've had this

8  whole time.  But that for some reason now it was so much harder

9  to, like, fix it before it was noticed by someone else.  And I

10  saw I was missing a lot of points on tests and stuff.

11      And he started asking me other questions and ended up

12  diagnosing me with ADD at the time, which is ADHD now.  And he

13  said, you probably are dyslexic, but I can't diagnose that

14  myself.  You would need testing.  I can't do the testing

15  because that's really expensive and it takes a long time, and I

16  know that you need to like -- we need to do something about

17  this now.  And what I can do is try to treat the ADHD

18  medically.  And having the improved focus may help you a little

19  bit with the reading and improve your focus and -- on what you

20  need to do to read.

21      And so he trialed me on Ritalin.  And then over time we

22  switched that to Adderall, but we like adjusted the dose to

23  maximize the -- how much it helped.

24      And he said that, you know, the accommodations that would

25  be needed for dyslexia are probably the same accommodations

RAMSAY - DIRECT                                      39

1   that you'll get for ADHD or ADD.  And so, you know, I don't

2   think that you need the testing because that should be adequate

3   for what you need.  And if it's not, just come back to me and

4   I'll refer you for testing.

5   Q.   So what did you do next?

6   A.   Well, the ODS had him fill out a form, and then they

7   evaluated the form.  And also when they met with me and they --

8   and looked at some of the tests, I think that I maybe brought

9   in to show them what mistakes I was making.  And then they gave

10  me the additional time and tests in a separate room, and they

11  let me have tests on paper instead of on the computer.  And

12  they let me use like markers and stuff.  I think I got priority

13  scheduling.  And I had access to the ODS counselor.

14  Q.   How much extra time did they give you?

15  A.   Time-and-a-half.

16  Q.   And then what did you do after college?

17  A.   I applied for medical school and didn't get in the first

18  time.  So then I tried to do some things to like build up my

19  resume, my application.  And I was still interested in autism,

20  so I did some research, genetic research in autism.  First I

21  was a volunteer, but then I ended up getting paid for it later

22  on, towards the end.  And then I always worked at a bar in town

23  because I wasn't getting paid for most of the time.  And then I

24  danced with a local modern dance company.  And then I reapplied

25  for med school.

RAMSAY - DIRECT

1   Q.   Did you take the MCAT?

2   A.   Yes.

3   Q.   Did you have accommodations for the MCAT?

4   A.   No.

5   Q.   Why not?

6   A.   By the time that I was diagnosed, it was right before my

7   test was scheduled, my MCAT was scheduled.  And I didn't know

8   that they even offered accommodations until someone said

9   something to me about it.  And I sent an email to -- I looked

10  it up once I heard that it was a thing.  And I -- it said that

11  there were these requirements for documentation that you had to

12  submit in order to request accommodation.  And one of them was

13  an evaluation by a -- like a licensed evaluator or something.

14  And I wasn't sure if Dr. Smiy's evaluation counted, so I

15  emailed them to ask.  And they responded kind of generically,

16  like please see our guidelines, and they didn't really offer

17  any advice as to whether or not his evaluation would be

18  adequate.

19       And so then I met with my ODS advisor to see if she

20  thought that it was adequate.  And she said, in our experience,

21  no, that's not going to be adequate.  They want to see like a

22  neuropsych evaluation, which your primary care doctor didn't

23  refer you to do.

24       And she also recommended that I not apply for

25  accommodations, because at that time they were flagged.  So

RAMSAY - DIRECT

1    like if I -- when I got my score report or when the schools

2    that I applied to received my score report, it would say that I

3    received accommodations and that it would probably, like,

4    negatively impact my application regardless of how I did on the

5    test.

6    Q.   How did you do on the test, on the MCAT?

7    A.   I got a 30M.

8    Q.   On which section did you get a 30M?

9    A.   That's all of them.  That's the score.  30 is the

10   cumulative score and the M is the writing score.

11   Q.   Okay.  So did you get scores for different parts of the

12   test or was there only one score?

13   A.   There were subscores for each section.  And like there's

14   physical sciences and then verbal reasoning and biological

15   sciences.  And then a writing section, which was like two

16   passages -- two prompts, and you write two essays.

17   Q.   After you took the MCAT, you testified that you did not

18   get into medical school initially?

19   A.   No.

20   Q.   And then did you reapply?

21   A.   Yes.

22   Q.   And what happened the second time?

23   A.   I initially was waitlisted for a couple places.  First

24   waitlisted for interviews.  And then I got an interview at my

25   school, like Ohio State.  And then later got an interview at

RAMSAY - DIRECT

1   Western Michigan University, their school.  And then I was

2   waitlisted for both after my interview.

3       And in I think May, I got accepted to Western Michigan

4   University and then much later in the summer I got rejected

5   from OSU.  And I guess my only option -- I could go to Western

6   Michigan, which I did, or not go.  And obviously, I went.

7   Q.   So what is the USMLE?

8   A.   It's a testing agency for med schools.  I think the MD

9   degree, not the DO degree.  And they write the Step exams.

10  Q.   How many parts of this exam are there?

11  A.   There's Step 1, Step 2 clinical knowledge, Step 2 clinical

12  skills and Step 3.  But Step 3 is taken during residency.

13  Q.   So when do you have to take -- when in your medical school

14  education do you take Step 1?

15  A.   I think it varies by school, and it also varied in my

16  school, because my school was new, like brand new.  And so our

17  class had to take it after third year, but the class after us

18  took it sometime in the middle of third year.  And the class

19  after them took it at a different time.  So it changes.  But I

20  think right now their policy -- my school's policy is that you

21  are supposed to take it before you start -- you're supposed to

22  pass it before you start fourth year.

23  Q.   What happens if you don't pass it before you start fourth

24  year?

25  A.   You either have to go on leave or you don't start fourth

1  year until you do pass it.

2  Q.   Are you allowed to take the test as many times as you

3  want?

4  A.   No.

5  Q.   What are the limits on taking the test?

6  A.   Our school only allows a student to take it three times

7  before they're dismissed from the school if they don't pass it.

8  But I think that the NBME or the USMLE only allows six.

9  Q.   How are the scores used in terms of getting residency?

10 A.   So the Step 1 score is usually the most heavily weighted

11 or the most commonly used factor to evaluate, at least

12 initially.  So when you submit your application for residency,

13 a lot of times the first thing they look at is your Step

14 1 score, and whether or not you passed it but also was your

15 score competitive.  And by competitive it needs to be like

16 higher, in the higher range for whatever field you're applying

17 for.  And if you have a failed attempt, then that is a big red

18 flag usually for most programs.  And so if they have a -- if

19 you have a failed attempt, you know, they may give you a chance

20 and ask you what happened, or they just may not look at the

21 rest of your application.

22 Q.   So when did you -- when were you supposed to take the Step

23 1 of the USMLE?

24 A.   I was supposed to take it after my -- completing my third

25 year.  And we were allowed to take it after starting fourth

RAMSAY - DIRECT

1  year, as long as like we passed it before I think they gave us

2  like September 9th is when our school wanted us to pass it by.

3  Q.   Is there any preparation that you do as part of your

4  medical school education to be prepared to take the Step 1?

5  A.   Pretty much all of med school, like the first two years in

6  particular are the basic sciences.  And then the third year is

7  like the clinical sciences so you take clinical rotations but

8  we're also still learning the basic sciences to -- like

9  integrated and medicine.  And --

10      What was the question?  I'm sorry.

11 Q.   Let me ask you this:  What is the shelf exam?

12 A.   A shelf exam is an exam that's specific for the

13 rotation -- the clinical rotation you're on.  So like there's

14 an internal medicine exam and there's like a family medicine.

15 That would be pediatrics, psych and surgery.  And they're

16 written by the NBME to test that.  So they're standardized

17 across all medical schools.

18 Q.   Did you have accommodations on those shelf exams?

19 A.   Yes.

20 Q.   What accommodations did you have?

21 A.   I had double testing time, a separate room and I think --

22 oh, and they let me use colored dry erase markers on a

23 laminated -- not on a laminated -- on a laminated sheet they

24 give to everybody but usually everybody just has a black

25 marker.

RAMSAY - DIRECT

1  Q.   How did you do on those shelf exams?

2  A.   It varied by the content, like the type of course.  The

3  first one that I had was internal medicine, which is known to

4  be a pretty hard exam.  It covers a lot of material, and it's

5  pretty intricate, like, medicine-wise.

6       And because it was my first clinical rotation and we

7  didn't have a class ahead of us to like give us pointers or

8  anything, I was kind of just thrown into a new context I had

9  never really been in before.  And so I wasn't able to get to a

10 lot of material during the course, like the reading that was

11 assigned, but I learned a lot in clinic.  And so I didn't score

12 as well as probably other ones, but I passed.  And like I think

13 my OB and my peds I did -- and psych I did really well on

14 because I was able to get to the material during the course and

15 I was able to show that I knew that.

16      But on the OB one, I -- we also have OSCEs that go with

17 the shelf exams in order to pass the course.  And that's a

18 clinical test.  So we have a standardized patient, and we go in

19 and see this patient.  And then we have to write a note that --

20 it's like the history is a paragraph and the physical findings

21 are a paragraph.  And then you list your differential

22 diagnosis, so what you think it could be.  And then you also

23 have to list the support for each diagnosis, and you're

24 supposed to list -- so there's three -- like you can put three

25 differential diagnoses.  You can put more but I never got that

RAMSAY - DIRECT

1   far.  And then you are supposed to put at least three support,

2   whether it's historical findings or physical findings, for each

3   diagnosis that you put.  And then there's a line for any

4   diagnostic tests that you want to order.

5       And -- so it's a lot of writing.  And so even if I got all

6   the information in the clinical encounter, I usually didn't

7   have enough time on the OSCE to like get my thoughts out and

8   organize it and put it in the framework.  And when I type, I

9   still mess things up.  So I spent a lot of time trying to make

10  sure I had the right words, like it said what I was trying to

11  say.

12      And so usually I would run out of time.  And on that one,

13  the OB one, I learned that if you put diagnoses in the

14  diagnostic part -- the diagnosis part but you don't put the

15  support that you have in that support part also in the

16  paragraphs, it doesn't count.  And so I failed that OSCE.

17      And then I also failed a neuro OSCE twice because I hadn't

18  gotten to the reading that the OSCE was based off of.

19      And so my clerkship director after I failed the first one

20  met with me and said you did a phenomenal job on the patient

21  encounter, you asked all the right questions.  I think you're a

22  like little too specific in your -- what you think it might be

23  and maybe like make it broader, but I can't give you much more

24  because it would give it away.

25      And so I tried again.  The same thing happened.  And she

RAMSAY - DIRECT

1  was like, I'm sorry, you failed this again.  Why don't you take

2  a look at this reading specifically and then, you know, come

3  back in a week and we'll try again.

4       And so after I had been pointed to a specific reading and

5  I had the time to like have it read to me with my computer,

6  then I passed.

7  Q.   You said that you didn't get to the reading initially.

8       Why was that?

9  A.   There's just too much reading and we were in clinic a lot

10  or like our clinical hours were -- like we had long days.  And

11  so at the end I would do as much reading or studying as I could

12  get to without compromising like my health, because I needed to

13  sleep in order to take care of patients.  I didn't want to

14  compromise my decision-making ability, like when I'm taking

15  care of other patients.  So I would do as much reading as I

16  could each night, and if I had like a lunch break during the

17  day, but I just didn't get to all of the reading.

18       And like in the clinic, if I don't have my computer, I

19  don't have access to the software that I use to read to me, so

20  it's like I am stuck trying to use this method, which, you

21  know, doesn't really work if you only have like ten minutes to

22  read in between cases or something.  So I didn't get to a lot

23  of the reading assignments.  And that was one that I didn't get

24  to.

25  Q.   So you testified earlier that you applied for

1    accommodations for Step 1 of the USMLE.

2         Can you tell me how you did that?

3    A.   Sorry, can you repeat that?

4    Q.   You testified that you applied for accommodations to take

5    Step 1.

6         What did you do to apply for accommodations?

7    A.   So I -- there's like an application that they -- form that

8    they have online.  And I printed that out, and I had the

9    guidelines that they publish.  And I filled that out, and

10   there's also a form that the school has to fill out that

11   certifies that I received accommodations there.  And --

12   Q.   We can actually take a moment, Your Honor.  We have

13   binders, and I don't think that we've given them yet, with the

14   exhibits prepared.

15        THE COURT:  Sure.

16        MS. VARGAS:  Shall we provide that to you?

17        THE COURT:  Yeah.  You can leave a copy here and make

18   sure your witness has a copy so that she can identify the

19   exhibits.  Let's move along.

20        MS. VARGAS:  May I approach?

21        THE COURT:  Give it to your witness first.  I can get

22   it later.  Watch yourself.  Don't hurt yourself.

23        MS. VARGAS:  On the clerk's bench?

24        THE COURT:  That would be fine.  Thank you.

25        Are we going to need our markers or pencils

RAMSAY - DIRECT

1    or anything like that?

2              MS. VARGAS:  No.  We can put those away.

3              THE COURT:  Very good.

4              THE WITNESS:  Sorry.

5    BY MS. VARGAS:

6    Q.  So the book of documents in front of you is open to the

7    document that I'd like you to look at.

8        Do you know what that document is?

9    A.  I think that was an email I sent to the USMLE or NBME

10   disability services asking about like what I would need to do

11   to apply for accommodations.

12             THE COURT:  What exhibit number is that?

13             THE WITNESS:  1?

14             THE COURT:  Very good.  Continue, Counsel.

15   BY MS. VARGAS:

16   Q.  So this is Exhibit 1 in the binder.

17       If you could look through that first exhibit and let us

18   know if you know what the entirety of the first exhibit is.

19   A.  You want me to say what things are as I get to them?

20   Q.  Right.

21   A.  So after the email is the form that I filled out to submit

22   my request, which is the NBME's form.  Sorry, at the top it

23   says USMLE form, but that I submitted for my request.

24       And then the next one is the one my school sent that said

25   what I received at school in terms of accommodations.  And

1    there are five, that I received them.

2    Q.   So, okay.  On page 8 of 83, the numbers are at the very

3    bottom right, what is that document?

4    A.   It says it's the USMLE's certification of prior test

5    accommodation.

6    Q.   Okay.  And then what's the next page?

7    A.   That is my personal statement that I submitted with it.

8    Q.   Did you write your personal statement?

9    A.   Yes, with help.

10    Q.   How did you write your personal statement?

11    A.   A lot of -- like I would try to write my ideas out,

12    usually like either in a table or a bulleted list.  And then my

13    mom would help me expand that and put it in words.  And then I

14    would go back through and try to add more to it and make it

15    meet the guidelines that they published.  And then my mom would

16    go back and edit it.  And we would just go back and forth until

17    it was like cohesive and made sense.

18    Q.   How much time did you spend writing this personal

19    statement approximately?

20    A.   Probably more than a month, maybe months.

21    Q.   Turning to the next document in this exhibit, on page 18

22    of 83.

23    A.   Do you want me to identify it?

24    Q.   What is that?

25    A.   That is the -- my medical school's request for

 1   accommodation that I filled out.  And then I think the

 2   following pages are the supplemental writing -- things that I

 3   submitted.

 4   Q.  Turning to page 32 of 83, you do you recognize that

 5   document?

 6   A.  Yeah.

 7   Q.  What is that?

 8   A.  That is Dr. Tanguay's letter from when I was in like first

 9   or second grade.

10   Q.  What comes after that in this document?  What else did you

11   submit?

12   A.  There's another letter from her, from like three years

13   later.  Page 34 is a physical exam that my primary care

14   provider at the time filled out and -- as part of my med school

15   like entry requirements.  Then the following page is Dr. Smiy's

16   notes, records that I had from when I requested accommodations

17   at OSU.  And so they -- I sent those because they talked about

18   the ADHD.

19       And then -- do you want me to keep going?

20   Q.  If you could just flip through this and let me know if

21   this is all of the information that you provided to the NBME

22   when you first requested accommodations.

23       MS. VARGAS:  Your Honor, do we need to have these

24   admitted into evidence?

25       THE COURT:  You can move them in at the conclusion of

RAMSAY - DIRECT

1    the hearing.

2         MS. VARGAS:  Okay.

3         THE COURT:  That's if you want them to be considered.

4    That's your call.

5         THE WITNESS:  There seems to be mostly everything.

6    And then there's also the email of receipt from the NBME.  And

7    they asked for my MCATs score report.

8    BY MS. VARGAS:

9    Q.  And did you provide that?

10   A.  Yes.

11        MS. VARGAS:  I'd like to move to have this admitted

12   into evidence as Exhibit 1.

13        MR. BURGOYNE:  We don't have any objection.  In the

14   interest of sort of moving more quickly through this two-day

15   hearing, my assumption was we weren't going to go through every

16   document and try to prove it up and get it into evidence, but

17   we haven't had a chance to discuss that with counsel.

18        I don't know if Your Honor has a preference.

19        THE COURT:  Very well.  I'll grant the admission of

20   this document and you can talk about it during our break and

21   reduce the time process that we're here.

22        MR. BURGOYNE:  Thank you, Your Honor.

23        THE COURT:  Sure.

24        (Exhibit P-1 admitted.)

25   BY MS. VARGAS:

RAMSAY - DIRECT

1  Q.   What happened after you submitted this application for

2  accommodations the first time?

3  A.   I waited more than the 60 days that they recommend.   And

4  then I got denied the accommodations.

5  Q.   Did the NBME give you any accommodations at all?

6  A.   No.

7  Q.   And what did you do?

8  A.   Then I talked to my school and asked them what I should

9  do, whether I should try to appeal or reapply or like if they

10 thought I should just take the exam.   And everybody that I

11 talked to in the like student affairs or the testing people

12 said that I should take the exam to try to stay on track with

13 my expected graduation.

14 Q.   Did you do that?

15 A.   I did.

16 Q.   And what happened?

17 A.   I failed.

18 Q.   When did you find out that you failed?

19 A.   A month after I took it.   And I believe I took it in July

20 of 2017 and found out in August.

21 Q.   So then what did you do?

22 A.   So then I tried to figure out what my best option to move

23 forward was.   And I knew that I needed the accommodations that

24 I had requested to be able to show my knowledge on the exam.

25 And so I tried to find an evaluator who could do the testing

1   like that I thought was needed to show that I did have these

2   disabilities and the need for the accommodations I had

3   requested since the NBME had said that I didn't have the

4   documentation showing this.

5        And I scheduled an appointment with the first available

6   person who had an availability who was willing to do the

7   testing.  And that was several months out, I believe in like

8   the fall.  And then I had to wait for the actual testing after

9   meeting with them.  And then had to wait several months just to

10  get the report from -- it's Dr. Lewandowski who did the

11  evaluation.

12       And then I was also waiting for letters of support from

13  the school, because they had found a document about applying

14  for accommodations and provided that to me.  And in there was a

15  description of schools providing a letter of support, so I

16  asked the school to do that.  And they did.  And so I was

17  waiting for that.  And I was waiting for the letter from Dr.

18  Ruekberg and Dr. Houtman to describe why I needed

19  accommodations and what they -- and how they helped.

20       And so once I got all of those pieces in like June, I

21  submitted my second application.

22  Q.  Okay.  And what did your school do when they found out

23  that you failed Step 1?

24  A.  Well, first they made me drop all of the courses I was in.

25  And then because I was the first person to fail Step 1, I was

1  in the first class of -- I was the first.  And they didn't

2  really know what to do.  And in their policy manual -- well,

3  now it's called the policy manual, but their handbook at the

4  time said that the test should be retaken in three months

5  unless there were extenuating circumstances.  And they thought

6  that mine was an extenuating circumstance.  And they wanted me

7  to be able to get the accommodations that I need.  And so they

8  had me go on a leave of absence, which by the time they figured

9  this out was in March.  And so they backdated the leave of

10  absence to August when I found out I failed.  And so that they

11  would pause the timeline that requires me to take it in the

12  three months but also the timeline for how long we have to

13  complete our school -- our education.

14  Q.   So then when did you submit your second application for

15  accommodations?

16  A.   I believe that was June of 2018.

17  Q.   And what did you ask the NBME to provide?

18  A.   Double testing time and a separate room and extra break

19  time at that time.

20  Q.   And what was the purpose of the double time?

21  A.   To give me the time that I need to work through and read

22  each question and the answer choices, since I can't read all of

23  the questions in that -- the given time.  And also to, like,

24  have time to read aloud and use the compensatory mechanisms

25  that I do use and to move around when I need to and especially

1   like because I have the clotting disorder, to walk when I need

2   to so that I don't increase my risk of having another clot.

3   And to be able to like fidget and read aloud and do the things

4   that may be distracting but also things that I need and not

5   take away time from the exam.

6        And then -- did you only ask about the time?

7   Q.   And then what happened with your second request for

8   accommodation to the NBME?

9   A.   They approved the room and the -- the separate room and

10  the break time, but they denied the additional testing time.

11  Q.   And what were the disabilities that you had listed as

12  needing accommodation when you applied for accommodation to the

13  NBME?

14  A.   The first time or the second time?

15  Q.   Second time.

16  A.   ADHD, dyslexia, migraines with aura, and DVT with

17  postthrombotic syndrome and my clotting disorder.

18        THE COURT:  And the first time was it ADHD and

19  dyslexia?

20        THE WITNESS:  Yeah, dyslexia and ADHD because I didn't

21  know at that time that I could request accommodations for

22  clotting disorder, DVT and the migraines.

23  BY MS. VARGAS:

24  Q.   When do you get migraines?

25        THE COURT:  Go ahead.  I was going to ask one further

1   question.

2                 MS. VARGAS:  I'm sorry.

3                 THE COURT:  In reference to your failing the first

4   test, you failed the first test by 1; is that correct?

5                 THE WITNESS:  That is correct.

6                 THE COURT:  You had a what, 160 or 159?

7                 THE WITNESS:  I had 191, and it needed 192 to pass.

8                 THE COURT:  And that's without any accommodations at

9   all?

10                THE WITNESS:  Yes.

11                THE COURT:  Very well.  You can continue, Counsel.

12  BY MS. VARGAS:

13  Q.   So what happened with your second request for

14  accommodations?

15  A.   They approved the room and the break time but not the

16  additional testing time.

17  Q.   So what did you do?

18  A.   So I -- in their denial letter, they had said that I

19  didn't have sufficient documentation of my -- or objective data

20  of my slow reading, which I figured was something I could

21  provide, so I got additional testing to address that.  And so I

22  did that, and I -- I don't remember if I wrote another personal

23  statement or not, but I submitted that.  And they denied --

24  they still denied my request.

25  Q.   Who provided this new testing?

RAMSAY - DIRECT

1  A.   Dr. Smith.

2  Q.   Where is he employed?

3  A.   Michigan Dyslexia Institute.

4  Q.   How did the testing that he provided compare to other

5  testing that you received from -- over the years?

6  A.   It was different.  It actually tested like -- it was

7  reading specific versus testing my head before.  It was more

8  like just cognitive ability in general.  And so he had me read

9  a lot of -- a lot of just like paragraphs or questions

10  sometimes versus like before the tests were like one word, like

11  can you read this one word, which if it's one word, I can

12  generally like sound it out or if I -- it's something I

13  recognize, I might know it.  But it's also not crowded by like

14  being in the middle of a block of text.  And usually the prior

15  ones weren't timed, and some of Dr. Smith's were timed.  And

16  then he had like different computer based tests for, like --

17  before I had one where you click on the letter X and then it

18  shows you some other stuff in between.  And then Dr. Smith's

19  was both like visual and audio, so I had headphones.  And they

20  said or showed the number 1 or the number 2, and then I had to

21  click I think for number 1 whether it was said or showed.

22  Q.   And what happened after you submitted Dr. Smith's

23  documentation and your -- to the NBME?

24  A.   They denied it.

25  Q.   And then what did you do?

1  A.   And then I filed the complaint.  Well, actually, we

2  submitted a letter for reconsideration, and they denied it

3  again.  And then we filed a complaint.

4         MS. VARGAS:  Your Honor, I have -- all of her

5  applications for accommodations are in this binder.  I'd like

6  them to be in evidence, but rather than taking all the time to

7  go through all of them, if counsel doesn't object and Your

8  Honor is amenable, I propose that we just admit to evidence all

9  of the applications for accommodation, which are Exhibit 1, 2,

10 3 and 4.

11        MR. BURGOYNE:  I don't have any objection to that,

12 Your Honor.

13        THE COURT:  Very well.  They're admitted.

14        (Exhibits P-2, P-3 and P-4 admitted.)

15        MS. VARGAS:  Thank you, Your Honor.

16        Your Honor, might we take a break?

17        THE COURT:  I wanted to go 15 more minutes before we

18 break for lunch.  I have a conference call in another case that

19 I have to take at 1:00, and so I'm trying to have a lunch and

20 do business also.  Okay?

21        MS. VARGAS:  Are you okay for another 15 minutes?

22        THE WITNESS:  Yeah.

23 BY MS. VARGAS:

24 Q.   If you could turn to Exhibit 19.

25 A.   Okay.

1   Q.   And then do you recognize what this is?

2   A.   I believe it is the MCAT or a version.

3   Q.   If you could turn to page 7 of that exhibit.  The numbers

4   are on the very bottom right corner of the page.

5   A.   Okay.

6   Q.   Could you explain how you took the MCAT without

7   accommodations?

8   A.   Sure.  Do you want me to like walk you through overall, or

9   do you want me to go through a question?

10  Q.   Well, look at a question.

11       Why don't you start with the first question.

12  A.   Okay.

13  Q.   How would you go about answering the first question?

14  A.   Is this the same exhibit that the NBME had in their

15  deposition with me?

16  Q.   Yes.

17  A.   I have notes on that.  Can I use those to help me describe

18  it?

19  Q.   Would that help you remember how to -- how you answered

20  these questions?

21  A.   Yeah.

22            MS. VARGAS:  Your Honor, may I show her?  And I have a

23  copy for everyone.

24            THE COURT:  Yes.

25            MR. BURGOYNE:  I've never seen the notes before, Your

1  Honor, so that would be great.

2          MR. BERGER:  It's just an annotation.

3          MS. VARGAS:  May I approach, Your Honor.

4          THE COURT:  Sure.  And counsel need not ask permission

5  to approach your witness to give her an exhibit to assist in

6  this testimony.

7          THE WITNESS:  Okay.  So generally when I go through --

8  BY MS. VARGAS:

9  Q.  Can you explain -- go ahead.

10 A.  Like if I were going to do the first passage, I would skip

11 ahead to the question, and I would -- there's like a number of

12 questions.  And then I would read the last line, but in this

13 case this only has one line, so I would read the line.  And I

14 would do it -- if it was something I could answer without

15 reading the passage, I would.  If it was something like that I

16 needed maybe numbers to do, so like it's math, which like here

17 I talk about -- and I highlighted it in blue, which means it's

18 a formula, like a math formula.  And so I knew that there would

19 be numbers in the passage that I would have to use to solve it.

20 And I don't think my comments that were on here show up, but I

21 had written where on the page went with each number.

22         But I would pretty much look.  And it says in the

23 question, based on the passage, the volume of the collected CO2

24 gas at the -- and then I can't see what's there -- was closest

25 to which of the following.  And then it gives like one of the

1    variables.  And so I would basically look for where it's CO2

2    gas, and then it says -- I basically would find the numbers

3    there.  And then because numbers stand out as opposed to a

4    chunk of words, I would highlight those.  And then I would plug

5    them into a formula.  And I pretty much didn't read any of the

6    passage.

7         And then I would move on to the next question, and I would

8    read that.  And if I knew that without having to read anything,

9    I would answer that.

10        And then in the third question, where there is like a

11   couple lines, I would still start with the last line.  And it

12   says, like, compared to the volume and reaction and to the

13   volume in reaction 1 and the volume in reaction 3 would -- and

14   then so I saw where there was three reactions.  And so based on

15   that, I would see if I could answer it, which I couldn't.  So

16   then I would look to see if I could see where it said something

17   about reaction 2, because that's what it's referencing, like

18   the reference point.  And at the bottom of the page, there's

19   like a number 2.

20        So I saw that it was reaction 2, and then I read that

21   reaction 2 was best.  And so if it was best, then I would

22   probably guess that the other two were lower U.  So --

23   Q.   So when you took the MCAT, did you have time to read the

24   entire test?

25   A.   No.

RAMSAY - DIRECT

1  Q.  Do you know if other students had time to read the entire

2  test?

3  A.  Yes.

4        MR. BURGOYNE:   Objection, Your Honor.  I don't think

5  there's any foundation for that testimony.

6        THE COURT:  I'm going to sustain the objection.

7  BY MS. VARGAS:

8  Q.  Did you take any test prep courses --

9  A.  Yes.

10  Q.  -- before taking the MCAT?

11      And what test-taking strategies did you use, did you learn

12  in that class?

13  A.  I didn't necessarily learn any new ones, but I -- the ones

14  that I pretty much used my whole life to kind of do the minimum

15  reading possible, which was read the question line and then the

16  answer choices and then if needed go back and read something

17  from a passage.  That's how they recommended reading it in

18  order to be able to answer the questions that didn't require a

19  lot of reading first and get through as many of those as

20  possible.  And then if you have time, go back and do the other

21  ones that required more reading.

22  Q.  How many multiple choice options for answers are there on

23  the MCAT, the questions?

24  A.  Four.

25  Q.  Is that different from Step 1?

RAMSAY - DIRECT

1   A.   Yeah.

2   Q.   How many multiple choice answers are there on Step 1

3   questions?

4   A.   It varies.  There can be anywhere from four to like

5   whatever J or K is, so like ten or more.

6   Q.   Ten or more options to answer?

7   A.   On some, yeah.

8   Q.   And so did you use other self-mitigation strategies to

9   take the MCAT beyond what you learned in your test-taking prep

10  course?

11  A.   I mostly used that -- like the how to answer, not read.

12  So I read the question without reading a lot of the passages.

13  And then because there wasn't like a guessing penalty like

14  there was on the ACT, you know, when it would get to like the

15  five-minute warning at the end, I would just go back and select

16  answers to make sure that all of them were filled so at least I

17  would have a chance of getting credit for some of the ones I

18  couldn't get to.  And then with like the remaining five

19  minutes, try to go back and read if I could to maybe get one or

20  two of the answers more.

21       I wasn't allowed to like read aloud or anything.  I

22  would -- like on the scrap paper, I think there was a paper for

23  the MCAT, I would like draw things to help me like understand

24  or work through math or anything like that.

25  Q.   And those mitigation techniques that you used on the MCAT,

1   were you able to use those on Step 1?

2   A.   No, not really.

3   Q.   Why not?

4   A.   Well, I can't skip reading on Step 1 all of like -- it's

5   set up differently, so it's not just like one long passage and

6   then like six or seven questions.  It's like a passage as a

7   question and then the answers.  And it's like that for each

8   question, but some questions have videos or pictures or you

9   have to listen to a heart murmur in addition to like a

10  paragraph that you have to analyze.  And everything in that

11  paragraph is important.  And you have to take that information

12  and like consider all of it in order to be able to answer the

13  question.  And so I can't just skip reading on the MCAT -- I'm

14  sorry, the USMLE Step 1.

15  Q.   When you took Step 1, what was your strategy?  How did you

16  go about taking that test?

17  A.   So I mean, I can walk you through it again, but it's kind

18  of the same, like.  I would start at the beginning, so we only

19  had like an hour per block.  And if I could understand, I would

20  read the last line of the question prompt or whatever, which

21  was the question line generally.  And if I understood what it

22  was asking and I could answer it, I would -- like if it was

23  something I knew what it was asking, I would read the answer

24  choices so I knew what to look for in the body of the question,

25  and then I would read the body of the question and highlight

1   the key things related to the answer choices that would help me

2   decide between them.  And then I would answer.  And because I

3   didn't have a lot of time, I didn't take a lot of time to like,

4   you know, second guess myself and would move on to the next

5   question.  And I would do as much as I could.  And then if I

6   got to a question that was -- like I couldn't understand or I

7   was confused by the question line, I knew not to spend a lot of

8   time trying to figure that out and I would move on to the next

9   one.

10   If the question body was particularly long, then I would,

11   you know, move on to the next one.  And then generally I

12   would -- that would be a first pass of the questions.  And that

13   would maybe take like -- I'm not sure.  I have notes on that

14   too, of how I went through the test.

15   But I would go back, and I would have like half, around

16   half of the time left and a lot of the questions left.  And

17   then I would go back to the ones I hadn't got to, and then they

18   would probably be the longer ones.  And I would try to read

19   the -- I would go through it the same way and read the question

20   line.  If I understood it, I would read the answers and then

21   try to look for the information in the body paragraph that

22   would help me distinguish between them as I read the body and

23   then answer the question.

24   And because I knew I didn't have a lot of time, I wouldn't

25   spend a lot of time second guessing or anything like that.  I

1   would move on to the next one.

2        And then I would get through the second pass.  And then if

3   I would maybe have, I don't know, 10, 12 minutes left and have

4   probably 20-some questions left.  And -- or like around 20

5   questions left.  And then I would take the last 10, 12 minutes

6   to go through the ones that were confusing to me at the

7   beginning and see if this time when I read the question line I

8   understood it.  And if so, I would do the same thing and go

9   through and pick an answer.  And then when the timer gets to

10  five minutes, it flashes on your screen and it makes you select

11  to -- like it pops up in the middle, and you have to ignore it.

12       And then -- so at five minutes, I knew there were five

13  minutes left.  And I would go and put an answer for any that I

14  haven't gotten an answer for or hadn't had the chance to read

15  the whole question.  And then I would -- after doing that,

16  would try to go back through to the ones that I hadn't gotten

17  to and still try to read as much as I could and maybe answer

18  one or two.

19  Q.   Did you have the time that you needed to show what you

20  knew on Step 1?

21  A.   No.

22  Q.   If you could turn to Exhibit 20 --

23       THE COURT:  We'll take our break now.  We'll be in

24  recess until 1:30.  All right?  And enjoy your lunch today.

25       (Luncheon recess at 12:45 p.m. **until 1:30 p.m.**)

RAMSAY – DIRECT

1          THE COURT:  You may be seated.

2          Are we ready to proceed?

3          MS. VARGAS:  Yes, Your Honor.

4          THE COURT:  Ma'am, would you resume the witness stand,

5     please.

6          And I'll remind you, you are still under oath from

7     previously being sworn in.  Do you understand that?

8          THE WITNESS:  Yes.

9          THE COURT:  And this pitcher here is for you along

10    with the water.  If you want it down there, that's fine.  If

11    not, I'll move it so I can watch you.

12          THE WITNESS:  Perfect.  Sorry.

13          MS. VARGAS:  Your Honor, we had been discussing

14    Exhibit 19 and 20, and I would like to move to have Exhibits 19

15    and 20 moved into evidence?

16          THE COURT:  I take it there's no objection thereto?

17          MR. BURGOYNE:  Certainly not to 19, Your Honor.

18          THE COURT:  What is 20?

19          MS. VARGAS:  It's the Step 1.

20          THE COURT:  Sample test questions?

21          MR. BURGOYNE:  That's fine.  I didn't realize we had

22    gotten to those.  Thank you.

23          THE COURT:  Very well.  They're both admitted.

24          (Exhibits P-19 and P-20 admitted.)

25          THE WITNESS:  Are we looking at one of them?

RAMSAY - DIRECT

1  BY MS. VARGAS:

2  Q.   Jessie, if you could look at Exhibit 19, about halfway

3  through that exhibit, it says Verbal Reasoning Section.   And

4  it's page 29 of 74.

5  A.   Okay.

6  Q.   And if you could turn to page 31 of 74.

7       What is this?

8  A.   This is a passage, the first passage.

9  Q.   How would you go about answering this passage?

10 A.   Well, I would --

11 Q.   Answering the questions about this passage, I should say.

12 A.   I would go to the questions.   And similarly, I had like a

13 marked-up, annotated version from before.   But I would do the

14 same thing.   I would read the last line, the question line.

15 And if there was something that was like -- said like referred

16 to, paragraph whatever or line whatever, and what does this

17 word within that mean, or something like that, then I would do

18 those first, because it told me where to go.   So I wouldn't

19 have to read all of the passage.   And then if there were other

20 questions that I could answer or reason through without

21 reading, I would answer those.

22      And then if there were things that were like italicized

23 words or something that would be a little easier for me to

24 visually find in a passage that were talked about in the

25 question, then I would try to find those and just read around

1    those in the passage.  And I think in my notes, I highlighted

2    to show where I would read and where I wouldn't.

3    Q.   Would it help you remember how you answered these

4    questions if I showed you your annotated notes?

5    A.   Yes.

6         MS. VARGAS:  May I do that, Your Honor?  I'm happy to

7    provide copies.

8         MR. BURGOYNE:  I don't have any objection, Your Honor.

9    I don't know that this is an annotation of how she actually

10   answered her questions on the MCAT.  It's something they

11   created for the purposes of today.

12        THE COURT:  Very well.  You'll have an opportunity to

13   cross-examine the witness on it.

14        MR. BURGOYNE:  That's fine.

15        THE WITNESS:  Thank you.

16   BY MS. VARGAS:

17   Q.   So Jessie, can you explain what you did with this

18   document?

19   A.   Yes.  So after it was provided in the deposition, I tried

20   to explain how I would go through, but it didn't seem to be

21   very clear.  So I annotated the document, and I went through --

22   like for the physical sciences, I went through and kind of

23   showed like the order I would go through and how I would do

24   that.

25        But for the verbal reasoning, where it was pretty much all

1    reading, it was harder for me to just -- there was no formulas

2    really for me to show like what formula I would use.  So I went

3    through, and I basically had to take this in order to annotate

4    it.

5          And so I went through like I would go through it if I were

6    taking it, and then tried to annotate what I was doing as I did

7    it.

8          And so for like 43, I would read it, which says:  Which of

9    the following developments would be least likely to be useful

10   to photo trappers?  And then I would read the answer choices

11   and see if there were anything that I could rule out.

12         But since I don't really know what photo trappers are, I

13   would probably look back at this document and see if I could

14   find where it was in there.

15         And just kind of glancing, I saw where there were like

16   two dashes in the fourth paragraph, which kind of caught my

17   attention.  And then I saw next to it was photo trapper.  And

18   so then I recognized that and said so.  And then would have

19   read a little bit around there.

20         But -- and then I went through and did kind of the same

21   thing for each question.  But apparently when I did this for

22   real, I probably, because I didn't know what photo trappers

23   were, I went to 44 and then started with that one.  And it

24   said:  What was the main purpose of the fourth paragraph of --

25   I'm sorry, the main purpose of the fourth paragraph of the

1    passages to.  And then -- so because it pointed to the fourth

2    paragraph, I would go through and read the fourth paragraph and

3    then recognize the photo trapper from the first question.  And

4    then reading that paragraph, I think I would have guessed on

5    the main purpose.  And I ruled out A and B, and then I would

6    have guessed on D.

7         Do you want me to reason through that or --

8    Q.   No.  So looking at the passage, how much of that passage

9    would you have read in order to answer the questions?

10   A.   Well, I tried to show where I would read by like

11   underlining or describing where I would start reading or -- and

12   reading.  And so I calculated -- sorry.

13        I calculated like how many words versus how many words

14   were in the whole passage.  And I did that by copying the

15   passage and putting it in Word and using word count.  And then

16   where I would start reading and end reading on here, I would

17   highlight that in the Word document and have it do the word

18   count for me.  So I would figure out how many words I actually

19   read of the actual passage, which is at the top of the page.

20   And I did that for each passage.

21   Q.   So all of the cross-throughs and the highlights and the

22   red words that are on this document, who wrote those?

23   A.   I did.

24   Q.   Did anybody help you with that?

25   A.   No.

1          MS. VARGAS:  Your Honor, I would like to move to admit

2     her annotated verbal reasoning section into evidence.

3          THE COURT:  Okay.  No objections, it will be admitted

4     into evidence.

5          MR. BURGOYNE:  You're correct, Your Honor.  No

6     objection.

7          THE COURT:  Very good.

8          (Exhibit P-19A admitted.)

9          MS. VARGAS:  Is that 19A?

10         THE COURT:  Is this an additional number that you're

11    submitting?  What was the last number?

12         MS. VARGAS:  This was an annotation of Exhibit 19.

13         THE COURT:  Right.  So you want to have it marked as

14    19A?

15         MS. VARGAS:  Yes, please.  Thank you.

16         THE COURT:  Very well.  We'll mark it as 19A.

17         MS. VARGAS:  Thank you.

18         Should I give a copy to the Court?

19         THE COURT:  Sure.  Put it right down there.  And we'll

20    include it in our -- that's fine.

21    BY MS. VARGAS:

22    Q.  If you could turn to Exhibit 13.

23    A.  Okay.

24    Q.  Do you recognize that document?

25    A.  Yes.  That's our medical student policy manual or our

RAMSAY - DIRECT

1  handbook.

2  Q.   And is this the handbook that's in effect currently at

3  your medical school?

4  A.   I believe so.

5          MS. VARGAS:   I would like to move to have Exhibit 13

6  admitted into evidence.

7          MR. BURGOYNE:   No objection, Your Honor.

8          THE COURT:   It's admitted.

9          (Exhibit P-13 admitted.)

10  BY MS. VARGAS:

11  Q.   And then turning to Exhibit 14.

12  A.   Okay.

13  Q.   If you could turn to page 8 of 13.

14  A.   Okay.

15  Q.   Do you recognize this document?

16  A.   Yes.

17  Q.   What is this?

18  A.   This is a letter from my school, specifically from Dr. Z

19  or Ziemkowski in response to my request for an extension to my

20  leave of absence.

21  Q.   And what was the school's response to your last request

22  for a leave of absence?

23  A.   That they would only extend it until March 2nd.

24  Q.   And after March 2nd what happens?

25  A.   If I can't get accommodations and take the test by then, I

1  will be forced to withdraw or I will be dismissed from the

2  program and I will be done.

3  Q.   What happens if you withdraw from the program?

4  A.   Technically, I can reapply, although I was told very --

5  they made a point of telling me that doesn't mean that they

6  will re -- like re-accept me to the school, just that I have

7  the opportunity to reapply, versus if I was dismissed from the

8  school, then I would not be allowed to reapply.

9  Q.   Would you be able to apply to other schools if you were

10  dismissed from Western Michigan?

11  A.   I could apply, but the chances of me being accepted

12  because I had already been enrolled in another school and been

13  forced to withdraw or withdrawn and I had not already passed

14  Step 1, then I would have a very -- it would be very unlikely

15  for me to be accepted anywhere.

16            MS. VARGAS:   I would like to move to have Exhibit 14

17  admitted into evidence.  This is the packet of leave of absence

18  documents.

19            MR. BURGOYNE:   No objection, Your Honor.

20            THE COURT:   Very well.  It's admitted.

21            (Exhibit P-14 admitted.)

22  BY MS. VARGAS:

23  Q.   Jessie, why is it important to you to have accommodations

24  on Step 1?

25  A.   Because the accommodations I requested are the

1  accommodations I need in order to be able to read all of the

2  questions and therefore have the opportunity to answer the

3  questions based on my knowledge.  And if I don't have the

4  opportunity to read all of the questions, then the score that I

5  get isn't an accurate representation of what I actually know

6  and my competency of the material.  And if I don't have the

7  opportunity to show that, then my score doesn't accurately

8  reflect -- like if I pass, I should be able to know that I

9  passed because I knew the material.  And if I fail, I should be

10  able to know that I failed because I didn't know the material,

11  not because I wasn't able to read the questions and have an

12  opportunity to answer them, like other students get to.

13  Q.   And what importance, if any, does your score have on

14  residency match?

15  A.   It's huge.  That's the first thing that programs look at.

16  And if you failed, they may not even look at the rest of your

17  application.  It may get filtered out before they even see your

18  name.  And if you have -- if you have a low score even, like if

19  you pass and have a low score, they still may filter you out.

20  So it's huge.

21  Q.   If you had received a 192 on Step 1 without accommodation,

22  do you believe that would have been representative of your

23  ability?

24  A.   No.

25  Q.   Why not?

1   A.   Because it would have been a score based on me only

2   getting to read part of -- like some of the questions and not

3   all of them.  So they don't know whether I don't know that

4   material or I never got to see the questions and didn't answer

5   the questions based on my knowledge, so they were just random

6   guesses.

7        So when my score is compared to everyone else, my score

8   looks like -- they take it at face value, like that was my

9   ability.  And they don't know that I didn't get to answer or

10  see -- read the questions for a large portion of the test, and

11  they don't know that I actually do know the material and I can

12  do this.  And they think that I am not as competent as other

13  students, and so they don't give me the opportunity to show

14  that.

15  Q.   What will you do if you can't take Step 1 by March 2nd?

16  A.   I don't know.  I haven't gotten that far.

17  Q.   How many of the questions on your Step 1 attempt do you

18  estimate that you could read completely?

19  A.   On Step 1?

20  Q.   Uh-huh.

21  A.   I believe it was 65, about 65 percent, to 70.

22  Q.   How do you make that estimate?

23  A.   When I was going through the test, based on how I had gone

24  through, you have an option to like mark the question.  So by

25  the time I hit that five-minute warning and I had to fill in

RAMSAY - DIRECT

1  guesses, the ones that I had guessed on, I marked.  And I like

2  kept track of about how many I had marked or had -- that were

3  left when I guessed on them for each section.  And it was

4  roughly overall about 65 percent of the ones -- sorry, like

5  35 percent I had guessed on.  And I had only gotten to about

6  65 percent, an average over all of the sections.

7  Q.   How did you prepare, study for Step 1?

8  A.   I did a lot of things.  I listened to Pathoma lectures and

9  watched them.  And they show you pictures and they talk about

10  it and they relate everything to not only a clinical context

11  but the test and how it -- like how it's important to the test.

12  And I used First Aid, which is a book -- a review book that's

13  well known.  All of these sources are well known for medical

14  students.  But it's like the bible of studying for Step 1.  And

15  it is a review source.

16      And then I also used the UWorld question bank and Kaplan

17  question bank.  And I would go through those questions and then

18  answer them.  And if I got them wrong, or even if I got them

19  right but maybe didn't know exactly why it was right or I

20  wasn't confident on the material, it would give an explanation.

21  And I would read and process that explanation.  And then I

22  would write it into my First Aid book and draw pictures like in

23  the relevant section.  And then if there wasn't enough room to

24  fit it there, I would do it on notebook paper and shove that in

25  my book in there, so it would be in there.

RAMSAY - DIRECT                                    79

1        And then I would watch a lot of online videos, like

2   OnlineMedEd or the Pathoma, which breaks things down but it

3   walks you through.  And it's visual, and somebody is talking to

4   me so I don't have to read it, so it helps me process and

5   review a lot faster than if I were to have to read it.  And

6   then I compile all of this, and I write it down and I keep

7   doing questions and I repeat.

8        We would do practice questions with like friends who were

9   also studying -- or sorry, practice tests.  And they would read

10  the question and then we would both like separately select our

11  answer and then go through the explanation.

12  Q.   What do you mean, they would read the question?

13  A.   My friends who are supportive of me and study with me,

14  they read the questions out loud so that I don't have to read

15  them.  And also it doesn't slow them down waiting for me to

16  read the question and get to my answer while they've already

17  read it and got their answer.  And since it's like a -- it's a

18  really fast-paced time.  Everybody is trying to cram as much

19  knowledge into their brains as possible before they take Step 1

20  over like the course of a couple months.

21       And so if I'm there slowing them down, like that's not

22  okay.  And so they would read it so that I could get the

23  material and answer the question.  And they could do it, so...

24  Q.   Have you done any preparation for Step 2?

25  A.   Yes.

1   Q.   What is Step 2, Step 2CK?

2   A.   CK is clinical knowledge, which is a similar test to Step

3   1 in that it's computerized, like written test, like multiple

4   choice questions.  But it is more clinically focused, but

5   because of that, the questions are longer and have more

6   information in them that you have to like analyze in order to

7   answer the question.

8   Q.   Can you explain what you mean by the questions are longer?

9   As compared to Step 1, how much longer are they?

10  A.   I'm not sure exactly, but I just know that looking at the

11  screen, like if a Step 1 question is like this, the Step 2 can

12  be anywhere from like a paragraph to like sometimes they're

13  like a page.  And they have more information, like labs and

14  stuff, whereas the Step 1 does have labs and stuff that you

15  have to coordinate or consider in coordination with the other

16  information sometimes, but Step 2 has a lot of more of that,

17  because it's more clinical.  So there's a lot -- there's more

18  information you have to integrate to answer the question.

19  Q.   Will you need accommodations for Step 2?

20  A.   Yes.

21  Q.   What accommodations will you need for Step 2?

22  A.   Specifically CK?

23  Q.   Yes, I'm sorry, for CK.

24  A.   I will need double time and I will need a separate room

25  and break time, just like I do for Step 1.

1  Q.   At any point did you request that the NBME provide speech

2  reading for your test?

3  A.   No.

4  Q.   Why not?

5  A.   I didn't know that it was allowed.  I didn't know it was

6  something they offered.  It was a fairly new thing.  I didn't

7  know it was available for a long time as an accommodation in

8  general.  And so by the time I found out, it was pretty -- I

9  think I was in my -- as a test accommodation, let's see -- I

10  think it was in med school when I realized it was a thing.  So

11  I didn't know I was allowed to ask for it.

12  Q.   Would that help you?

13  A.   I believe -- I believe it would, but I would have to know

14  the system that was used.  Like I wouldn't -- I wouldn't -- it

15  would help me to have something read to me as opposed to me

16  struggling to read through it, but if I didn't know how to use

17  the system that they use on the test before going into the

18  test, then I wouldn't want to like waste time trying to figure

19  that out on the test, if that makes sense.

20  Q.   Did you ever request that the NBME provide you with paper

21  tests rather than a computerized version?

22  A.   Not -- I don't think for Step 1, but for the other NBME

23  exams that our school receives or gives, like the shelf exams

24  or the -- they're called like CBSE exams, the comprehensive

25  basic science exams that our school gave, they had requested

1  from the NBME that the test be given on paper because that's

2  how they provided their exams to me.  And the NBME responded to

3  them that that wasn't allowed, they don't give anyone tests on

4  paper, because it's a computerized exam.  And so I assumed that

5  that was not allowed at all, so I didn't request that for my

6  Step 1 exam.

7  Q.   What accommodations -- did you have accommodations for the

8  other NBME exams you took that you just mentioned?

9  A.   The CBSE ones?

10 Q.   Yes.

11 A.   For the ones that counted for our -- either like moving on

12 into third year, the clinical year, or the ones that were like

13 shelf exams, I did have accommodations.

14 Q.   What did you have?

15 A.   I had the double time, the separate room and the colored

16 dry erase markers.  And then my meds and the water bottle and

17 the granola bar in the room.  But I didn't use -- there was a

18 couple exams at the end after my third year -- after I had

19 found out that I was not receiving accommodations because the

20 NBME had denied them but before I took Step 1 -- that our

21 school had us take the CBSE again as a formative exam, which is

22 their term for it doesn't count as a grade, it's only for like

23 informing us -- seeing how we would do on Step 1.  It was sort

24 of a benchmark.

25      And then I had been approved for the same accommodations

RAMSAY - DIRECT

1    that I received on all the other NBME exams, but because I knew

2    I wasn't receiving accommodations for the Step 1 exam, I

3    decided to try to simulate a timed -- a standard timed exam.

4    So I had the proctor tell me when it was five minutes to the

5    end of a normal block, which I believe is an hour, and then I

6    would do the same thing as I would and mark whatever I hadn't

7    and pick an answer, whatever I hadn't gotten to.  And when it

8    was 60 minutes, the proctor would tell me, and I would submit

9    that section and move on.  So I tried to simulate what my Step

10   1 would be like.

11   Q.   Did you have enough time?

12   A.   No.

13   Q.   Did you say that you -- did you testify that you took

14   practice exams for Step 2?

15   A.   Yes.

16   Q.   And how much -- did you have a sense of how much you were

17   able to read of the questions on the sample Step 2 exam?

18   A.   Yeah.  It was like 50 at most.  The questions are a lot

19   longer, so I couldn't read as many of them.

20           MS. VARGAS:  I have no further questions.

21           THE COURT:  Very well.

22           Cross-examination.

23           MR. BURGOYNE:  Thank you, Your Honor.

24           Good morning, Jessica.

25           THE COURT:  Afternoon.

1          THE WITNESS:  Good morning.  Afternoon.

2          MR. BURGOYNE:  Afternoon, yes.  Where has the day

3  gone?

4                    CROSS-EXAMINATION

5  BY MR. BURGOYNE:

6  Q.  Let me ask you a few questions for follow-up before we get

7  into another line of inquiry.

8          Specifically relating to your status in medical school, as

9  I understand it, you've been told by your medical school that

10  you are required to take the Step 1 exam prior to March 2,

11  2020; is that correct?

12  A.  I am required to -- in order to return to the curriculum,

13  I have to take Step 1, but in order to stay in the curriculum,

14  I have to pass Step 1.

15  Q.  But by the date March 2, that's when you have to take the

16  exam?

17  A.  Yeah.

18  Q.  And the medical school has told you that you have the

19  option of voluntarily withdrawing?

20  A.  Yes.

21  Q.  And you can apply for readmission if you were to do that?

22  A.  Yes.  They have said that.

23  Q.  There was a little bit of testimony there at the end about

24  the Step 2 CK exam.

25          Are you registered to take the Step 2 CK exam?

RAMSAY – CROSS

1  A.   Not anymore.

2  Q.   Were you ever registered to take the Step 2 CK?

3  A.   Yes.

4  Q.   When were you registered?

5  A.   I'm not exactly sure, but it was shortly after -- the

6  first time was shortly after I was registered for the Step 1

7  exam the first time, so it would have been I think in the fall

8  of 2017.  But I didn't get to take it because I failed Step 1.

9  And then I may have registered another time, but I don't know.

10 I don't remember.

11 Q.   And there's nothing in the letter that you received from

12 your school regarding your leave of absence that relates to the

13 Step 2 CK exam.  Is that --

14 A.   Not that I recall, there isn't anything.

15 Q.   Let me make sure I understand your allegations regarding

16 the impairments that you've experienced and the impact they've

17 had on you.

18      I'll bring you a different set of exhibits, because

19 they're -- and I'll try to work out of these so you don't have

20 to go back and forth.

21      Let me get that out of your way.

22           MS. MEW:  Your Honor, would you like these?

23           THE COURT:  Yes.  Just put them down there.

24 BY MR. BURGOYNE:

25 Q.   Here is the RDX number.  This will be Exhibit 1.  And then

RAMSAY - CROSS

1  I'll be asking you sometimes about tabs that are within an

2  exhibit, to help orient you.

3       Let's look at one of the personal statements that you

4  provided in support of your accommodation requests.  If you

5  look at the first exhibit, and then go to Tab A.

6  A.  Okay.

7  Q.  And then will you go to page 9 of that document.  This is

8  your June 6, 2018 personal statement.

9  A.  Page 9?

10  Q.  Page 9, yes.

11  A.  Okay.

12  Q.  At the bottom.

13  A.  What about it?

14  Q.  Okay.  You found that page?

15  A.  Yeah.

16  Q.  Okay.  And this is the personal statement you described

17  earlier as something you had worked on for a month or longer?

18  A.  Is this the first one or second one I filed?

19  Q.  This is your second one.

20  A.  I believe I spent about a month on it, if not more.

21  Q.  And if you look at the second paragraph here, there's a

22  statement that reads:  The effects that ADHD and learning

23  disabilities have on my life are most quantifiable when

24  assessing my academic performance, but they do not just affect

25  school.  For me they are a 24 /7 thing.

RAMSAY - CROSS

1      Are those accurate statements?

2   A.   Yes.

3   Q.   Look at Exhibit 1, Tab C, if you would, please.

4   A.   Okay.

5   Q.   And do you recognize this document?

6   A.   I believe this is Dr. Smith's report.

7   Q.   Right.  And he's the doctor you went to see in support of

8   your request for reconsideration when you were denied

9   accommodations?

10  A.   The -- yes.  The third time.  Yeah.

11  Q.   And look, if you would, please, at page 4 of his report.

12  And you'll have to look at the top of the document for the page

13  numbers.

14  A.   Okay.

15  Q.   And there's a statement that says that Ms. Ramsay,

16  Jessica, had a history of academic struggle that began from

17  hers first days in school --

18  A.   I'm sorry, where are you?

19  Q.   Right under School History.

20  A.   Okay.

21  Q.   Do you see that language?

22  A.   Yes.

23  Q.   So it reads:  Ms. Ramsay, Jessica, has a history of

24  academic struggles that began from her first day in school and

25  has consistently required accommodation such as extended time

1  on tests and assignments, altered grading schemes, frequent

2  breaks and a private space for testing and completing class

3  work in order to compensate for distractibility, impaired

4  attention and concentration, impaired reading comprehension,

5  impaired reading speed and hyperactivity.

6         Is that information you provided to Dr. Smith?

7  A.   I provided my history and current symptoms at the time

8  that he evaluated me, and he put the information he thought was

9  relevant or important into the report.

10  Q.   A slightly different question, but are those statements

11  accurate?

12  A.   Yes.

13  Q.   So you've had a history of academic struggle that began

14  from your first day in school?

15  A.   From what I remember, yeah, from the beginning of school.

16  Q.   And then look, if you would, please, at page 5, the next

17  page here.

18  A.   Okay.

19  Q.   And there's an additional discussion of your symptoms and

20  impairment.

21         And beginning in the first paragraph, there's a statement

22  discussing your experience in third grade at Carrollton-Farmers

23  Branch Public School System.  That was in Texas.  Correct?

24  A.   Yeah.

25  Q.   And you attended Carrollton-Farmers public schools through

RAMSAY – CROSS

1   the fifth grade?

2   A.   Through part of fifth grade, yeah.

3   Q.   And then you moved to Michigan?

4   A.   Yes.

5   Q.   And then there's a statement there that you were still

6   struggling with reading, writing and spelling when compared to

7   your peers, and your mother informed your teachers about your

8   history and what prior teachers had done to help Jessica.

9        Are those accurate statements?

10  A.   Yes.

11  Q.   And then the next paragraph states that Jessica and her

12  mother, Jerri Shold also reported that beginning in her

13  earliest school years and continuing through elementary school

14  and beyond, Jessica had severe problems in the following areas.

15  And then they walk through the various areas where you had been

16  experiencing severe problems?

17  A.   Okay.

18  Q.   Are those statements accurate?

19  A.   Where are they on the page?

20  Q.   Second full paragraph.

21  A.   Which ones are you asking about?

22  Q.   Well, we'll look at all of them.

23       Were you having severe problems with making mistakes in

24  your school work?

25  A.   Yes.

RAMSAY - CROSS

1  Q.   Were you having severe problems sustaining attention when

2  you were doing tasks or activities at school?

3  A.   Yeah.

4  Q.   Did you have severe problems finishing your school work

5  both at home and at school?

6  A.   Yeah.

7  Q.   Were you having severe problems procrastinating and losing

8  attention and being distractible?

9  A.   Yes.

10  Q.   If you go to the next paragraph, the last sentence,

11  there's a statement that your first, second, third and fourth

12  grade teachers noticed that Jessica had difficulty with

13  reading, spelling and writing, and each teacher provided extra

14  individual but informal remedial spelling and writing

15  instruction during those grades.

16       Are those accurate statements?

17  A.   Yes.  And with reading.

18  Q.   So they were also providing assistance with reading that

19  was referenced here?

20  A.   Yeah.

21  Q.   And are you aware of any written evidence to support those

22  statements, or is that based on information you provided to Dr.

23  Smith?

24  A.   I believe it was both some comments on either report cards

25  or progress reports or something that we had at the time, and

RAMSAY - CROSS

1  as well as the history provided by myself and my mom who had

2  better memory of what happened when -- at least with the

3  teachers, or discussion with the teachers when I was younger.

4  Q.   So the struggles began in elementary school.  They

5  involved reading, writing and spelling.  Your teachers were

6  aware of those struggles?

7  A.   I believe so, which would be why they would work with me.

8  Q.   And your parents were aware of those struggles?

9  A.   I think in some ways.  I don't know if they knew the

10  extent.

11  Q.   And so I take it you were not able to mask the problems

12  you were having by virtue of your intelligence or your

13  knowledge of a given subject, they were still aware of the

14  issues you were having?

15  A.   Again, I don't think they knew the extent.  I think they

16  were aware that I was struggling to read because I was an

17  extremely slow reader or would struggle to read like story

18  problems for math, so they would read it to me.  But I think

19  because I was working hard and trying to do the things, they

20  helped me to do them.  And so they were aware that I needed

21  extra help to do these things.

22  Q.   Look, if you would, at your personal statement that you

23  provided in support of your initial request for accommodations

24  on the Step 1 exam, which is Defendant's Exhibit 4, Tab B.

25  A.   You said B?  You said Tab B?

1   Q.   Tab B as in boy, yes.

2   A.   Okay.

3   Q.   In that document, you'll look at page 2, first full

4   paragraph.   There's a discussion of a teacher in the second

5   grade who had noticed trouble that you were experiencing with

6   letter reversals.

7   A.   Uh-huh.

8   Q.   And then it goes on to say that she provided you with an

9   alphabet chart?

10   A.   Uh-huh.

11          THE COURT:   That's a yes?

12          THE WITNESS:   Yes, sorry.

13   BY MR. BURGOYNE:

14   Q.   And then put you in what's referred to here as a time-out

15   desk?

16   A.   Yes.

17   Q.   I believe in your testimony earlier, you said that was

18   your first grade teacher.   Is it in fact your second grade

19   teacher?

20   A.   No.   I believe it was actually my first grade.   My memory

21   at the time that I wrote this, I wasn't sure.   But then when he

22   looked back at the timeline of everything, figured out that it

23   was my first grade teacher.   But I also had these things -- the

24   alphabet chart and the separate desk in second grade, so I

25   remembered having it in second grade too.

RAMSAY - CROSS

1  Q.   Look at the last two, three sentences of this paragraph,

2  if you would, please.

3       After discussing those accommodations that you received

4  from the teacher -- and you're saying that was in both the

5  first grade and the second grade?

6  A.   And later too, but...

7  Q.   And these were informal accommodations.   Right?

8  A.   Correct.

9  Q.   They weren't anything that the school had officially

10 approved for you?

11 A.   I wouldn't know.   I just know that the teacher provided

12 them.

13 Q.   Okay.   Well, in fact you say in your next sentence here,

14 you address that issue.   You say:  Unfortunately, these

15 accommodations were unofficial, enacted by my teacher rather

16 than the school, so I do not have any record that they were

17 provided.   Other than this visual testing --

18      And you're referring there to the evaluation you had by

19 Dr. Tanguay; is that correct?

20 A.   Yes.

21 Q.   And you say:  Other than this visual testing, I was not

22 evaluated for learning disabilities until 2009 and so did not

23 receive any other aid or accommodation.   Consequently, I have

24 little supporting documentation from my childhood.

25      Was it accurate, as you said in this report, that you did

RAMSAY - CROSS

1   not receive any other aid or accommodation, informal or formal,

2   during your educational years?

3   A.   I believe in my mind when I wrote this, I was referring to

4   formal accommodations, because I didn't receive other formal

5   accommodations.   I did receive informal accommodations

6   throughout my education.

7   Q.   But this paragraph, you agree, is dealing with informal

8   accommodations that you received?

9   A.   Are you asking if it's talking about I did not receive any

10  other informal accommodations?

11  Q.   No.   When you were discussing the alphabet charts and the

12  time-out chair, that was an informal accommodation?

13  A.   Yeah.   That's what I remember.   We don't have

14  documentation of them.

15  Q.   Look at the bottom of this paragraph.   And there's some

16  discussion that overlaps with some testimony you gave this

17  morning.

18      First of all, at the end of that paragraph that begins

19  "growing up," there's a statement:   I rarely got an exam grade

20  that accurately reflected how much I knew.

21      Was that an accurate statement?

22  A.   Yes.

23  Q.   You then go on to discuss your -- then you had tested into

24  the ACE, Academic Creative Education program in elementary

25  school when you lived in Texas.

1       And that was an accelerated program, I think you said, for

2   math?

3   A.   I believe it was accelerated and it was math.

4   Q.   Then you go on to say that when you moved to Michigan, you

5   had to wait until the end of the year to test into an

6   accelerated program that started in the sixth grade in Michigan

7   and continued through high school.

8       So were you in an accelerated educational program from

9   sixth grade through high school while you were in Michigan?

10  A.   Just in math.

11  Q.   Just in math.  You were first diagnosed with dyslexia in

12  2018 by Dr. Smith.  Correct?

13  A.   Yes.

14  Q.   And how old were you at that time?

15  A.   I would have been 28 probably, depending on the month.  I

16  think that was in the fall, so yeah, 28.

17  Q.   And you were first diagnosed with ADHD in 2009 by Dr.

18  Smiy?

19  A.   Yes.

20  Q.   And at that point you were a sophomore in college?

21  A.   I believe so.

22  Q.   Look again, if you would, please, at your personal

23  statement, which was Defendant's Exhibit 1, Tab A.  And this is

24  again a personal statement that you sent to NBME in support of

25  your second request for accommodations?

1  A.   Okay.

2  Q.   Look at page 8, if you would, and the second full

3  paragraph that begins "in 2009."

4  A.   Under the asterisks?

5  Q.   Yes.

6  A.   Okay.

7  Q.   Do you see that paragraph?

8  A.   Yes.

9  Q.   Did you see the statement:  Dr. Smiy also clinically

10  diagnosed me with dyslexia but did not recommend further

11  workup.

12        Did accurate that Dr. Smiy clinically diagnosed you with

13  dyslexia in 2009?

14  A.   I'm sorry, where is it, the sentence you're talking about?

15  Q.   The last sentence in that paragraph.

16  A.   Okay.  And then what was your question again?

17  Q.   Whether Dr. Smiy clinically diagnosed you with dyslexia,

18  as you informed the NBME in 2008?

19  A.   Yes.

20  Q.   Okay.  So which is it?  I thought you were first diagnosed

21  with dyslexia by Dr. Smith or -- Dr. Smith in 2018, and here

22  you're referring to having been diagnosed by Dr. Smiy in 2009?

23  A.   My understanding at that time was that it could be

24  clinically diagnosed not just with neuropsychological testing.

25  And so I -- from my understanding, he had clinically diagnosed

RAMSAY - CROSS

1   me with dyslexia.  He just hadn't referred me for the

2   neuropsychological evaluation which later was provided by Dr.

3   Smith in...

4   Q.   And what's the documentation that you can point us to that

5   reflects his clinical diagnosis?

6   A.   When he filled out the form for OSU and wrote on there.

7   Q.   And that's a form that was verifying the fact that you had

8   ADHD?

9   A.   Yes.

10  Q.   Look if you would, please, at Defendant's Exhibit 8 and

11  let's go through some of your educational records.

12  A.   You said 8?

13  Q.   Defendant's Exhibit 8.  This colorful page with stickers.

14       Do you recognize Exhibit 8 as records that you obtained

15  from your kindergarten years?

16  A.   Yes.

17  Q.   And you don't have to spend much time on these, but was it

18  the general practice that if you were doing everything you were

19  supposed to do and exhibiting proper behavior, you would get a

20  sticker for that week?

21  A.   I don't know about everything, but generally if you

22  weren't misbehaving or causing too many problems, you would get

23  a sticker.  I mean, it's kindergarten, so...

24  Q.   There are various comments provided in the kindergarten

25  report by your teachers?

1  A.   I'm sorry, what was the question?

2  Q.   Yeah.  Your teachers in kindergarten provided comments,

3  didn't they?

4  A.   Sometimes.

5  Q.   Look, if you would, at Defendant's Exhibit 9.

6       And I believe you testified earlier that some of your

7  particular struggles were occurring in grades 1 through 4; is

8  that correct?

9  A.   They were always occurring.

10 Q.   Okay.

11 A.   But they were probably -- I received the most help in

12 grades 1 through 4.

13 Q.   Let's look at Exhibit 9, which is in fact your report card

14 from kindergarten.

15 A.   Okay.

16 Q.   Do you see there's comments on the left side?

17 A.   Yes.

18 Q.   Jessica is a wonderful student, works hard in class,

19 always does her best.  Making good progress in all areas.

20 Becoming more assertive and independent, doing well in class,

21 very nice girl.

22      And is that your mother's signature there?

23 A.   Yes.

24 Q.   And then the next page is your grades for that year?

25 A.   Okay.

RAMSAY - CROSS

1   Q.   And then it has your general work habits over there and

2   your social development.

3        And were there any work habits such as adequately paying

4   attention, your adequate attention span, or showing personal

5   organization in which you were given anything other than

6   excellent progress?

7   A.   Just under the social development and conduct one,

8   there's --

9   Q.   That has to do with self-confidence.   Right?

10  A.   Yeah.

11  Q.   Look if you would, please, at Defendant's Exhibit 10.

12       Is this a first grade report that you provided?

13  A.   Yes.

14  Q.   And look at the second page of this document for me.

15  A.   Okay.

16  Q.   And again, are these the grades that you received in first

17  grade?

18  A.   Yes.

19  Q.   And you got a grade for phonics, which was a 94.   And your

20  reading grade was E at that time, and that reflected excellent

21  progress?

22  A.   Yeah, excellent progress.

23  Q.   Defendant's Exhibit 11 is your second grade report card

24  from kindergarten or from Sunset Oaks Academy; is that correct?

25  A.   Yes.

RAMSAY - CROSS

1   Q.   And then on page 2, are those your grades from the -- from

2   that grade?

3   A.   Yes.

4   Q.   And you had a 94 in phonics, S plus in reading and then 97

5   in spelling; is that correct?

6   A.   Yes.

7   Q.   Exhibit 12 is the report card you produced.  And this is

8   your physical education report card which just addresses your

9   conduct in physical education; is that right?

10  A.   Yes.

11  Q.   Exhibit 13.  Now we're at Carrollton-Farmers Branch School

12  District, which was the school we discussed a few minutes ago

13  in Texas where you indicated that I believe you had time --

14  were struggling there as well?

15  A.   Yes.

16  Q.   And the first one is your grade 3 report card; is that

17  correct?

18  A.   Yes.

19  Q.   And on the bottom left of the first page, does that

20  indicate that you had achieved mastery in reading?

21  A.   I'm sorry, yes.

22  Q.   And then there's a place where it looks like where your

23  mother could indicate whether you needed any tutorials.

24       And did she indicate at that time that you needed any

25  tutorials?