LOVETT - CROSS

1    problems can sometimes be treated very effectively.  But can

2    someone who has one point has a diagnosis or some sort of

3    reading problems later become successful through appropriate

4    intervention?  Absolutely.

5    Q.   Aren't there in fact very well known business and

6    political leaders who have been widely reported as having

7    either ADHD or dyslexia?

8    A.   I don't think that relates to your prior question, because

9    I would just say in those cases, we rarely have the sort of

10   evidence to review to know whether or not that's the case.

11   Historical figures are often said to have had dyslexia or ADHD.

12   We never know that to be the case.

13   Q.   Okay.  Well, whether -- forget about my previous question.

14   Answer this question.

15        Isn't it true that there are well known political and

16   business figures who have been widely reported as having either

17   ADHD or dyslexia?

18   A.   I certainly have heard of famous people who it is claimed

19   have ADHD or dyslexia.

20   Q.   I believe that there have been such reports about Charles

21   Schwab, for example?

22   A.   I have heard of that.

23   Q.   And about Sir Richard Branson?

24   A.   I heard of that as well.

25   Q.   And about David Boies, the attorney?

LOVETT - CROSS

1   A.   Yes.

2   Q.   Leading attorney.

3   A.   I have heard that claim.

4   Q.   And one that I remember from long ago in my life, former

5   vice president and former governor Rockefeller.  Correct?

6   A.   I don't know that I've heard of that particular case of

7   purported disability or dyslexia or ADHD.  I don't know the

8   details of what you're referring to there.

9   Q.   Do you believe that somebody who has ADHD can successfully

10   become a physician?

11   A.   I don't think there's anything about having ADHD per se

12   that would prevent someone from becoming a physician.  ADHD is

13   heterogenous in terms of its level of severity.  And again,

14   with appropriate intervention, and at times accommodations, I

15   don't think that it would be impossible for someone to both

16   meet the criteria at some point, perhaps, prior to

17   intervention, and then be able to be a physician.

18   Q.   Do you believe that -- same question for dyslexia.  Do you

19   believe that somebody with dyslexia could successfully complete

20   training and practice as a physician?

21   A.   Again, with dyslexia, I'm hesitant to say much about that

22   term, but for a learning disability in reading with appropriate

23   intervention, someone who at one point -- or accommodations,

24   someone who at one point met criteria for a learning disability

25   in reading may well be able to be a successful physician.

LOVETT - CROSS

1  Q.   Have you in your work as a reviewer for NBME ever made a

2  recommendation for an extended testing time accommodation --

3  A.   I'm sure --

4  Q.   -- for a student on any of the step exams?

5  A.   I'm sure I have.

6  Q.   And do you remember what -- what the diagnosis was that

7  the request was based on in that case or in those cases?

8  A.   I am sure there have been multiple times when I've

9  recommended it.  The diagnoses would vary, but, I mean, I don't

10  remember -- we're not talking about a particular instance, so I

11  typically review cases where learning disabilities and ADHD are

12  at least part of the list of diagnoses that someone is

13  requesting accommodations under, but I can't --

14  Q.   So again, just in general, not right now specifically

15  referring to Ms. Ramsay, can extended testing time be an

16  appropriate accommodation for someone who has ADHD?

17  A.   There are times when that would be an appropriate

18  accommodation.

19  Q.   And can extended testing time be an appropriate

20  accommodation for somebody with dyslexia?

21  A.   Yes, there are times when that would be an appropriate

22  accommodation.

23  Q.   We discussed earlier some of the tests that Dr. Smith did.

24  I think we talked about the WIAT-information and the

25  Nelson-Denny and the GORT and also I think the Woodcock-Johnson

LOVETT - CROSS

1    IV.

2        Are any of those tests tests for which somebody can study,

3    that is, the person who is taking the tests, who is being

4    evaluated, can you study for that test?

5    A.   I mean, if by study you mean prepare, I'm trying to think

6    about how one would study for those sorts of tests.

7        Unless you found -- I suppose you could find out

8    information by looking them up, but I don't think of those as

9    tests that people typically study for.

10   Q.   And actually, isn't it true that the publishers of those

11   tests go to great lengths to make sure that the tests are not

12   publicly disclosed?

13   A.   It's true.  I mean, some tests there are available things

14   online about them, the Nelson-Denny in particular.  But it's

15   true that some of those tests would not generally be studied

16   for.  I wouldn't expect that to be typical.

17   Q.   By contrast to those tests, the MCAT is a test for which

18   you could study.  Correct?

19   A.   Yes.

20   Q.   And the ACT is a test for which you could study?

21   A.   Yes.

22   Q.   Were you present yesterday when Ms. Ramsay testified about

23   the way in which she took the MCAT?

24   A.   I believe so.

25   Q.   And particularly, you might recall -- and I don't know

1   whether you've had an opportunity to see this, but there was an

2   exhibit that was marked in which she had marked up a form of

3   the verbal reasoning section of the MCAT.

4        Have you see that exhibit?

5   A.   I have not.  I remember being present when it was

6   discussed, but I haven't seen it.

7        MR. BERGER:  Your Honor, the exhibit to which I'm

8   referring -- and, Professor Lovett -- Professor Lovett, the

9   exhibit to which I'm referring was marked as P-19A yesterday.

10  It's not in the binders, so I don't know whether a copy is

11  readily available.  I have one copy that I can show the

12  witness, and I can --

13       THE COURT:  Did you give it to the Court?

14       MR. BERGER:  Yes, yes, we did.  We did give a copy to

15  the reporter.

16       This is it.

17       THE COURT:  All right.  Take it up to him.

18  BY MR. BERGER:

19  Q.   Have you reviewed this exhibit before?

20  A.   No.

21  Q.   All right.  Let me direct your attention to the pages that

22  have the numbers 29 and 30.

23  A.   Okay.

24  Q.   And you'll see that on page 29 is a copy of a -- is a

25  reading passage.  And then on page 30, there are several

LOVETT - CROSS

1  questions that are based on the reading passage.

2  A.   I see.

3  Q.   In each of these, Ms. Ramsay had marked up the document.

4  This was, by the way, a document that was marked during her

5  deposition.  And so she took that and marked up a copy of it as

6  she explained yesterday to indicate how she would have

7  approached these questions.

8       Look at page 30 and question number 44.

9  A.   Okay.

10  Q.   And Ms. Ramsay in her comments said she would have tried

11  to answer this one first.  And that you see the question itself

12  refers to the fourth paragraph, so the question gives you a

13  specific reference, and she would have read the fourth

14  paragraph and answered based on that.

15       Is that approach to a question like this that would reduce

16  the amount of reading that she would have had to do?

17  A.   Well, with regard to the question -- with regard to

18  question 44, reading the fourth paragraph to answer that as

19  opposed to reading the whole paragraph -- or rather the whole

20  passage would be less reading, so...

21  Q.   All right.  And then she indicates that she would then

22  have tried question 43 based on having read paragraph 4 and so

23  forth.

24       I mean, my general -- what I'm trying to get at here, and

25  I think now let's refer back to your report, the report that

LOVETT - CROSS

1   you submitted.  It will just take me a little bit, because I

2   have to find it in the defendant's binder.  And I think it's

3   Exhibit 6 and Tab B.

4        You knew from --

5   A.  I'm at Defendant's 6, B now.

6   Q.  All right.  Now, the exhibit we were looking at a moment

7   ago was part of the verbal reasoning test, the MCAT verbal

8   reasoning test.

9        THE COURT:  Is that a question or a statement?

10       MR. BERGER:  I'm just reminding the witness of what we

11  were talking about.

12  BY MR. BERGER:

13  Q.  We were looking at Exhibit P-19A.  That is Ms. Ramsay's

14  notes about the verbal reasoning test, about an MCAT verbal

15  reasoning test.

16  A.  I can't speak to what it is.  I don't know that you

17  described, and I don't recall from yesterday whether this is a

18  release test or a practice test, so I can't comment on that,

19  but...

20  Q.  All right.  In Ms. Ramsay's request for accommodations,

21  she commented about the MCAT.

22       Do you remember what generally she said about her

23  performance on the MCAT?

24  A.  I remember more I think from the testimony that I've

25  heard -- and it's hard to distinguish whether there was a

LOVETT - CROSS

1  difference between those two things, but I remember her

2  describing strategies that she used to try to avoid significant

3  reading --

4  Q.   All right.

5  A.   -- on the MCAT, which she reports having used.

6  Q.   All right.  Now, you, in your report -- and now I am

7  referring to DX-5, Tab B, which is your report.

8  A.   I think it's DX-6.

9  Q.   I'm sorry, DX6.  Which is your report at -- it's page 2 of

10  your report, page 35 of the overall, but page 2 of your report.

11      In the carryover paragraph at the top of page 2, you say

12  that you were extremely skeptical that Ms. Ramsay possesses a

13  special way of answering ACT and MCAT items without actually

14  reading relevant text.  And you go on to say, still quoting,

15  and it is disappointing that her credulous advocates have

16  accepted her explanation, unquote.

17      But we just reviewed something that shows that you could

18  answer at least one question on the MCAT without reading the

19  entire reading test.

20      Do you agree?

21  A.   I agree that for item I believe 44 it was that -- I don't

22  believe that I said that in my testimony.  I think I agreed

23  that it would be less reading to read the fourth paragraph than

24  to read the entire passage, which is I believe what you had

25  asked.

LOVETT - CROSS

1  Q.   No, that is what you said.   And --

2  A.   And so I don't believe that I made any comment about

3  whether or not any of these strategies were used and whether or

4  not they could be used to take the MCAT in its entirety.

5  Q.   Well, you don't know, do you?   You've never taken the

6  MCAT.   Correct?

7  A.   I haven't taken the MCAT.

8  Q.   And you've never been a reviewer for the MCAT, have you?

9  A.   I've never reviewed accommodation requests for the MCAT.

10 Q.   But one of the things that you emphasized in your report

11 as what you called a real world example that showed that -- or

12 that caused you to question whether Ms. Ramsay had dyslexia,

13 one of the things that you cited in your report was her score

14 on the MCAT.   Correct?

15 A.   Yes.

16 Q.   And yet you're telling me that you haven't taken the MCAT

17 yourself?

18 A.   I've never applied to medical school.

19 Q.   Okay.   And you don't know -- is this -- let me approach

20 this a different way.

21      I think you have said or someone from NBME has said that,

22 oh, yes, everybody uses that strategy, something like that, the

23 strategy of not reading as much.   I don't know whether that's

24 in your report.   I can look for it.

25      But is that, to your knowledge, a widely used strategy for

LOVETT - CROSS

1  people taking a test like the MCAT?

2  A.   I'm familiar with different strategies of taking tests,

3  and I've even done some research on it.  I know that it's

4  common, as I say in my report, for people to read questions

5  first and then go to the passage afterwards, and as I say, to

6  search for relevant information in the passage.  So I believe

7  that is common.  And I've done some research consistent with

8  that, that has demonstrated that.  But as I say in my report,

9  that still involves reading a substantial amount of text.

10  Q.   Can that strategy be used in the USMLE Step 1?

11  A.   I don't know that there's a difference between those.  I

12  can't really speak to the differences with regard to what

13  strategies would and would not work in that regard.  As was

14  discussed so far, the questions have a somewhat different

15  format, but -- in that they tend to be a single vignette about

16  a patient followed by a question about the scenario.  But

17  beyond that, I've never actually considered whether or not

18  different strategies would be appropriate.

19  Q.   All right.  Do you recall that Dr. Smith in his report

20  referred to several different measures of reading fluency?

21  A.   Yes.

22  Q.   And I think that we reviewed some of these or NBME's

23  counsel reviewed some of these with you before today.  But do

24  you recall, for example, that he found that -- and I can refer

25  you to pages, if that would be helpful.  But he found reading

1   comprehension and fluency according to the WIAT-information, he

2   found at the 4th percentile.  Correct?

3   A.   I would have to check the specifics about the 4th

4   percentile, but I remember that there were low scores on --

5   Q.   Okay.  It's DX-3 and Tab B, which is his report, Dr.

6   Smith's report.  Tell me when you're there.

7   A.   I think it's Tab B?

8   Q.   Yeah, I'm sorry.

9   A.   Okay.

10  Q.   I think that's what I said, Tab B.

11  A.   Okay.  I'm at the WIAT-information table of scores on page

12  18 of 31 of the report.

13  Q.   Well, yes.  Actually, there are references both -- I was

14  looking at page 16, but, yes, there are references on page 18.

15  And that's fine.

16       So reading comprehension and fluency, 4th percentile?

17  A.   Yes.  I don't know that we discussed that particular score

18  earlier, but I'm just reading fluency, that's reading

19  comprehension and fluency, that was at the 4th percentile.

20  Q.   Yeah.  And he also refers to the GORT-5 and to -- and I

21  think we did discuss these before.  I think you referred in

22  your testimony before to the little table that's in the middle.

23  Oh, that -- I'm sorry, that's Woodcock-Johnson still.  So let's

24  look at that too.

25       In the middle of page 21 of the report, there is a table

LOVETT - CROSS

1   of scores from the Woodcock-Johnson.  And that shows a reading
2   rate score at the 1st percentile.  Correct?
3   A.   Yes.
4   Q.   And a sentence reading fluency at the 7th percentile and
5   word reading fluency at the 0.2 percentile?
6   A.   Yes.
7   Q.   And then on the same page below that, there is a
8   discussion of the rate score from the GORT on the last
9   paragraph on the page, rate score of 3, which is at the 1st
10  percentile and an accuracy score of 5, which is at the 5th
11  percentile.  And then over on to the next page, on to page 22,
12  fluency measure, which is from combining the rate and accuracy
13  scores.  And that's at the 2nd percentile.
14       So we have three different assessments that Dr. Smith
15  administered.  And you accept that he administered them, you
16  accept -- haven't personally confirmed, but you accept that
17  he's reporting accurately how Ms. Ramsay performed.  And I
18  think you also testified before the break that these were all
19  appropriate things to consider in considering a diagnosis of
20  dyslexia.
21       Does the fact that there are three different instruments
22  that he administered would show a consistent pattern of
23  results, is that something that should be considered in making
24  this decision?
25  A.   Should it be considered, absolutely.  In this particular

LOVETT - CROSS

1   case, this does not suggest that there is a learning disability

2   in reading.  Should all of the scores be considered, certainly.

3   Q.   In looking at a result like the MCAT result in Ms.

4   Ramsay's case, or the ACT result in Ms. Ramsay's case, is it

5   important to know how she got whatever score she got?

6   A.   It's important to consider -- I believe it's important to

7   consider all of the information that an applicant provides when

8   they submit a request for an accommodation.  And so if someone

9   describes a strategy which they report having used when they

10  took a test, it certainly is something that should be

11  considered and that I do consider.  Like any information, it

12  has to be weighted with regard to its credibility, its

13  accuracy, its consistency with other information.

14  Q.   All right.  You spoke this morning about her report cards

15  from elementary school.  And I think you must have heard her

16  testify yesterday and today about the informal help, not

17  documented, but the informal help that her teachers provided

18  for her.

19       And in this proceeding, it's not for you or me to decide

20  who is telling the truth and who is not telling the truth.

21  That's the judge's job.

22       But if what Ms. Ramsay testified is true about the way in

23  which her teachers helped her, is that something that should be

24  considered in looking at those report cards?

25  A.   When I review the request, I certainly consider all

LOVETT - CROSS

1  information -- I guess I should say when I reviewed the

2  request, I don't believe I had access to the report cards.  So

3  I apologize, could you ask your question again?

4  Q.   Well, but you did refer to the report cards in your

5  testimony this morning.

6  A.   Yes, uh-huh.

7  Q.   And you heard Ms. Ramsay's testimony about how her

8  teachers assisted her during those grades.  So is that

9  something that should be considered in evaluating those report

10  cards?

11  A.   Descriptions of people's experiences, what their teachers

12  in the school, should certainly be considered when making any

13  sort of decision about diagnosis or accommodation needs.  And

14  as with other information, like test scores, it has to be

15  weighted with regard to its credibility, accuracy and

16  consistency.

17  Q.   And you did have information about Ms. Ramsay's

18  experiences in primary school in her personal statement.

19  Correct?

20  A.   I believe so.  I'd have to check, but I believe that there

21  were reports relating to her childhood.  I would have to check

22  again my report or her submission.

23  Q.   I believe that you said that you have been working as a

24  reviewer for NBME for nine or ten years?

25  A.   Yeah, I believe it's been about nine maybe.

LOVETT - CROSS

1   Q.   And how are you paid for your services to NBME?

2   A.   For reviewing requests, I'm paid by the hour.   Currently I

3   received $200 an hour for reviewing requests.

4   Q.   And for testifying?

5   A.   For testifying, instead it's based on days and half --

6   it's a day rate, so it's $2,000 for a full day, $1,000 for a

7   half day, I believe.

8   Q.   Does NBME have an annual conference for its reviewer

9   consultants?

10  A.   It has a meeting, yes.

11  Q.   And have you attended those conferences?

12  A.   Most years for the past nine, I believe so.

13  Q.   Okay.  Let me just ask you to look very briefly

14  at exhibit -- and this is in the plaintiff's binder, so I may

15  need to help find that for you, but it's P-34 that I want you

16  to look at very briefly.

17  A.   I think I just have the defendant's exhibits.

18  Q.   Not in -- and 34, P-34.

19  A.   Okay.  I'm there.

20  Q.   All right.  Can you identify for the record what P-34 is?

21  A.   This appears to be slides from a presentation for NBME and

22  its outside consultants about ADA.

23  Q.   And what was the date?

24  A.   December 5, 2016.

25  Q.   Who was the presenter?

LOVETT - CROSS

1  A.   Robert Burgoyne.

2  Q.   And do you recall attending the conference that year?

3  A.   Not specifically, but I was likely there.  As I said, I've

4  attended the vast majority of the meetings since I've been

5  working with them.

6  Q.   Do you know if Professor Zecker also attends those

7  conferences?

8  A.   Yes.

9  Q.   And Mr. Burgoyne is NBME's counsel.  Correct?

10  A.   I know that he represents NBME in some cases.  I don't

11  know the exact title or relationship.

12         THE COURT:  We can take notice of that, Counsel.

13  Moving along.

14  BY MR. BERGER:

15  Q.   Am I right that prior to yesterday when Ms. Ramsay

16  testified and you were in court, you had never met Ms. Ramsay

17  before?

18  A.   Yes.

19  Q.   And you've never done yourself any evaluation of Ms.

20  Ramsay by administering testing instruments to her or

21  interviewing her, anything of that kind.  Correct?

22  A.   No.  That is correct.

23  Q.   In your review of her application, what consideration did

24  you give to the fact that her medical school had provided her

25  with various testing accommodations?

LOVETT - CROSS

1   A.   I certainly gave that, you know, some weight in terms of

2   considering someone's history of accommodations.  I always

3   consider that.  It's really impossible to interpret the data in

4   someone's file without knowing their history of accommodations.

5   When you're looking at someone's history of performance, you

6   have to know when did they receive them, when did they not

7   receive them.  So to me that's very important information.

8   Q.   And would you say the same thing with respect to the

9   accommodations she received from Ohio State University?

10  A.   Yes.  Again, it doesn't mean the likely -- the information

11  about the medical school, it doesn't mean that someone needed

12  them then or needs them now, but it certainly is very important

13  information to know when you're interpreting everything in the

14  file.

15  Q.   Do you know whether Ms. Ramsay was taking ADHD medication

16  at the time that she took the MCAT?

17  A.   I don't recall whether that information was in the

18  documentation.

19       MR. BERGER:  Your Honor, can I just have one minute to

20  consult with my colleagues?

21       THE COURT:  Sure.

22       MR. BERGER:  Your Honor, I would like to offer in

23  evidence P-34, which is the presentation from the 2016 NBME

24  consultants meeting that Professor Lovett testified about.

25       THE COURT:  Any objections?

LOVETT - CROSS

1          MS. MEW:  No objection, Your Honor.

2          THE COURT:  It's admitted.

3          (Exhibit P-34 admitted into evidence.)

4          MR. BERGER:  I have no further questions.

5          THE COURT:  Very well.  Any redirect?

6          MS. MEW:  No redirect, Your Honor.

7          THE COURT:  Very well.  So you may step down.

8          And Counsel, this witness can be excused?

9          MS. MEW:  Thank you, Your Honor.

10         Is that all right with plaintiffs?

11         THE COURT:  Yes.  I'm asking counsel, is there any

12   reason to keep this witness around?

13         MR. BERGER:  No.

14         THE COURT:  You can be excused, sir.

15         THE WITNESS:  Thank you, Your Honor.

16         THE COURT:  Next.

17         MS. MEW:  Your Honor, the defense would like to call

18   Dr. Steven Zecker.

19         THE COURT:  Very well.

20         Watch your step coming around there, sir, and also

21   around here.

22         DR. STEVEN ZECKER, after having been duly sworn, was

23   examined and testified as follows:

24         COURT REPORTER:  Please state your name.

25         THE WITNESS:  Steven Zecker.

ZECKER - VOIR DIRE - DIRECT

1                          DIRECT EXAMINATION

2    BY MS. MEW:

3    Q.   Good afternoon, Dr. Zecker.

4    A.   Good afternoon.

5    Q.   Are you an external consultant for NBME?

6    A.   Yes, I am.

7    Q.   And how long have you served in that capacity?

8    A.   16 years, I believe.

9    Q.   And can you briefly explain what you do in that role?

10   A.   As Professor Lovett described, I receive documentation

11   submitted by applicants for accommodations and review it and

12   provide my professional opinion about that.

13   Q.   Did you review Jessica Ramsay's request for testing

14   accommodations on the USMLE?

15   A.   Yes, I did.

16   Q.   And just to get the timeline in your role, I understand

17   that you reviewed her first request in December 2016.

18   A.   Yes.

19   Q.   Correct?

20        And then she submitted another request in June of 2018.

21        Did you review that request?

22   A.   Yes.

23   Q.   And then when she sought reconsideration, that's the

24   request that Dr. Lovett reviewed; is that correct?

25   A.   Yes.

1   Q.   For your reviews, did you provide a written analysis and

2   recommendation for NBME following review?

3   A.   I did.

4   Q.   If you will please look at volume 1 of the defendant's

5   exhibits, we're going back to the black binders.

6       Dr. Zecker, if you would please turn to Exhibit 5.  That's

7   Exhibit 5.

8   A.   Okay.

9   Q.   Do you recognize this document?

10   A.   Yes.

11   Q.   And is this a declaration that you prepared in connection

12   with this litigation?

13   A.   Correct.

14   Q.   And then Tab A to Exhibit 5, is this a copy of your CV at

15   the time you submitted this declaration in August of 2019?

16   A.   Yes, it is.

17   Q.   Then Exhibit B, is this your January 13, 2017

18   recommendation letter to NBME for Ms. Ramsay's first question

19   for testing accommodations?

20   A.   Yes, it is.

21   Q.   And finally, turning to Exhibit C, is this your July 19,

22   2018 recommendation letter to NBME with respect to Ms. Ramsay's

23   second request for testing accommodations?

24   A.   Yes, it is.

25   Q.   Dr. Ramsay (sic), are the opinions expressed in these

ZECKER - VOIR DIRE - DIRECT

1  documents, do they remain your opinions today?

2  A.   Yes.

3       MS. MEW:   Your Honor, the defendants would like to

4  offer Exhibit 5 to the record.

5       THE COURT:   Hearing no objections, they're admitted.

6       (Exhibit DX-5 admitted.)

7  BY MS. MEW:

8  Q.   Dr. Zecker, we did just discuss that Ms. Ramsay

9  subsequently sought reconsideration and she submitted an

10 additional report from Dr. Robert Smith in support of that

11 request.

12      Since the time you prepared your reports, have you

13 subsequently reviewed Dr. Smith's report?

14 A.   I have subsequently, yes.

15 Q.   Has anything in that report changed your opinions with

16 respect to Ms. Ramsay's request for testing accommodations?

17 A.   No.

18 Q.   And have you also reviewed the school -- the additional

19 report cards and standardized test scores that have been

20 discussed in the hearing the last two days and were produced in

21 discovery in this litigation?

22 A.   Yes, I have.

23 Q.   And have your opinions expressed in your prior reports

24 changed in any way in light of this new information?

25 A.   No.

ZECKER - VOIR DIRE - DIRECT

1   Q.   Dr. Zecker, we're just going to briefly discuss your

2   credentials.   And if you'd like, you may turn back to

3   Exhibit 5A, which is your CV.

4   A.   Uh-huh.

5   Q.   Could you just briefly explain your educational

6   background?

7   A.   Yes.   I have a bachelor's degree in psychology and

8   sociology from the University of Michigan and a master's and

9   PhD in psychology from Wayne State University.

10  Q.   And where do you currently work?

11  A.   At Northwestern University.

12  Q.   And what is your position there?

13  A.   I am professor in communication sciences and disorders.

14  Q.   And how long have you held this position?

15  A.   35 years.

16  Q.   Do you have any particular specialties?

17  A.   My specialties are learning disabilities and ADHD.

18  Q.   And in your role at Northwestern, do you teach classes?

19  A.   I do teach multiple classes, yes.

20  Q.   If we can turn to page 12 of Exhibit 5A.   And that's 12 in

21  the lower right-hand corner.

22  A.   Yes.

23  Q.   Is this a listing here on page 12 of courses that you have

24  taught?

25  A.   Yes.

ZECKER - VOIR DIRE - DIRECT

1  Q.   Have you taught courses specifically relating to learning

2  disabilities?

3  A.   I have.

4  Q.   So I'm looking down here.

5  A.   I am currently, in fact.

6  Q.   So it looks like you've been teaching a learning

7  disabilities class for the past ten years?

8  A.   Correct.

9  Q.   And another one, it looks like attention deficit disorder

10  and related behavior disorders.

11      How long have you been teaching this class?  It might

12  require --

13  A.   20 -- 25-plus years.

14  Q.   And do you perform any research in the area of learning

15  disabilities or ADHD?

16  A.   In both areas I do, yes, uh-huh.

17  Q.   If we could also turn to page 7 in your CV.

18  A.   Uh-huh.

19  Q.   It looks like this list, invited presentations, can you

20  just very briefly describe the types of groups that you give

21  presentations to and on what topics?

22  A.   I give presentations to a variety of groups, to parent

23  groups, to school districts, to -- at professional conferences,

24  primarily those.

25  Q.   And do you also have a clinical practice, Dr. Zecker?

ZECKER - VOIR DIRE - DIRECT

1  A.   Correct.

2  Q.   Are you a licensed psychologist?

3  A.   Yes, I am.

4  Q.   How long have you been seeing patients or clients -- do

5  you use patients or clients?

6  A.   Oh, since the -- since around 1990.

7  Q.   Do you perform diagnostic evaluations of individuals for

8  learning disabilities and ADHD as part of this practice?

9  A.   I do.  That's my primary focus, yes.

10  Q.   And then do I understand that you also supervise the

11  clinic at Northwestern?

12  A.   Correct.

13  Q.   And what clinic is that?

14  A.   It's currently called the speech language and learning

15  clinic.  For many years it was called the learning disabilities

16  clinic.

17  Q.   And are you supervising diagnostic evaluations at this

18  clinic?

19  A.   I am a consultant at this point with that.  I supervised

20  the clinic for about 20 years or so.

21  Q.   And so who are you supervising?

22  A.   Primarily graduate students who are working on their

23  masters degrees and who plan to work in the field of learning

24  disabilities.

25  Q.   And what are you supervising them on?

ZECKER - VOIR DIRE - DIRECT                          145

1  A.   We would have a weekly diagnostic evaluation that would

2  cover two days.  And they would learn the various techniques

3  involved in proper evaluation and diagnosis of learning

4  disabilities.

5  Q.   And if we could also turn to page 11 in your CV.  We're

6  still in Exhibit 5A.

7  A.   Uh-huh.

8  Q.   Down at the bottom you list some professional memberships.

9  And it carries over to page 12.  But I wanted to ask about just

10  a couple of these -- a few of these organizations.

11       What is the Learning Disabilities Association of America?

12  A.   That is a group of professionals, largely professionals,

13  who have a shared interest in the field of learning

14  disabilities and meet for an annual meeting to discuss current

15  topics in the field.

16  Q.   And are you a member of this group?

17  A.   Yes.

18  Q.   And you're also a member of the International Dyslexia

19  Association?

20  A.   I am.

21  Q.   And what is this group?

22  A.   That is a worldwide group that does essentially the same

23  thing, gets together on an annual basis and presents results of

24  research and talks about current trends in the field.

25  Q.   And then Children and Adults With Attention Deficit

ZECKER - DIRECT

1  Disorder.

2      What is this group?

3  A.    That is a group that was initially started by parents and

4  is both a parent and professional organization that provides

5  parents with opportunities to learn about ADHD and allows

6  professionals in the field to interact with each other and

7  discuss contemporary issues.

8          MS. MEW:  Your Honor, the defendants offer Dr. Zecker

9  as an expert witness in the evaluation and diagnosis of

10  individuals with learning disabilities and ADHD, as well as the

11  review of accommodation requests on standardized tests.

12         THE COURT:  Very well.

13         Counsel, any questions as to qualifications?

14         MR. BERGER:  No.  I think that there are particular

15  areas that we may question, but -- as we said with Professor

16  Lovett.

17         THE COURT:  Very well.  It goes to the weight of the

18  consideration of the expertise.

19         We find this witness to be an expert in those fields.

20         MS. MEW:  Thank you, Your Honor.

21                      DIRECT EXAMINATION

22  BY MS. MEW:

23  Q.    With my apologies for switching notebooks, if you could

24  get the plaintiff's white notebook exhibits back, please.

25         MR. BURGOYNE:  Can I do this, Your Honor?

ZECKER - DIRECT

1          THE COURT:  Yes, Counsel.

2          MR. BURGOYNE:  Which one do you want?

3          MS. MEW:  33, please.

4    BY MS. MEW:

5    Q.   Dr. Zecker, are you now looking at Plaintiff's Exhibit 33?

6    A.   Yes.

7    Q.   Do you recognize this document?

8    A.   Yes.  This is an article that I wrote for a journal in I

9    believe 1999 or 2000.

10   Q.   And what is the title of this article?

11   A.   "Underachievement and Learning Disabilities in Children

12   who are Gifted."

13   Q.   If you turn to page 2 of this article, sort of midway

14   through this page, you give an example of a boy who you named

15   Lucas with an IQ at the 99th percentile and then reading

16   decoding skills at an average range in the 50th percentile.

17        Do you see where I am?

18   A.   Yes.

19   Q.   Here you state that:  Despite the fact that Lucas is

20   decoding at a grade appropriate level, by virtually any

21   definition of a learning disability, he's underachieving and he

22   would be considered learning disabled.

23        What theory are you applying there in this conclusion?

24   A.   Yes.  That was based on the discrepancy model, which was

25   discussed earlier today, which, at the time that this was

1  written, was still the prevailing model being used in Illinois,

2  where most of the consumers of this information would have

3  been.

4  Q.   And do you go on to state that:  Even if Lucas was

5  performing, if his decoding score was in the 75th percentile,

6  he would still qualify for -- as being learning disabled.

7       And that, again, is that also under the discrepancy

8  analysis?

9  A.   Correct.  And was applicable to school-aged children.

10  Q.   And I know that Dr. Lovett covered this, we don't need to

11  go through it again, but in your professional opinion, is the

12  discrepancy theory now applicable in diagnosing learning

13  disabilities?

14  A.   Correct.

15  Q.   I'm sorry, is it still applicable or not applicable?

16  A.   Oh, no, I'm sorry.  It's not applicable anymore, yes.

17  Q.   And even if you were to accept this example that someone

18  had the discrepancy between IQ and achievement, where the IQ is

19  at the 99th percentile and achievement is at the 50th

20  percentile, would this individual be substantially limited in

21  the major life activity of reading?

22  A.   No.

23  Q.   How did NBME reach out to you to review Ms. Ramsay's first

24  request for testing accommodations?

25  A.   In the same manner that Professor Lovett described

ZECKER - DIRECT

1    earlier.  I received an email and accessed the secure website

2    where the documentation that Ms. Ramsay had submitted was

3    contained.

4    Q.   Did you have any communication with NBME between the time

5    you received this file and the time that you submitted your

6    letter report?

7    A.   No.

8    Q.   And then how did -- after you submitted that letter

9    report, did NBME contact you in any way and ask you to make any

10   changes or revisions to your report?

11   A.   No.

12   Q.   And then how did NBME reach out to you to ask you to

13   review Ms. Ramsay's June 2018 request for accommodations?

14   A.   In an identical manner.

15   Q.   Did you have any communications with NBME between the time

16   that they reached out to you and the time you submitted your

17   second letter report?

18   A.   No.

19   Q.   And did NBME reach out to you after receiving that second

20   report and ask you to make any changes or revisions to your

21   recommendations?

22   A.   No.

23   Q.   We're going to primarily stand on the written reports in

24   the interest of time.

25        So can you just very briefly state what conclusions you

ZECKER - CROSS

1  reached regarding Ms. Ramsay's request for testing

2  accommodations on the USMLE?

3  A.   I -- in both instances or --

4  Q.   Yes.

5  A.   Okay, yeah.  It's essentially the same in both.  I had

6  reviewed all of the materials and did not believe that they

7  demonstrated that she had a substantial limitation in either

8  attention or reading and did not believe that accommodations --

9  an extended time accommodation was warranted.

10  Q.   And again, we mentioned or you mentioned that you've since

11  reviewed Dr. Smith's report, you've reviewed the additional

12  school records and standardized testing scores that have been

13  discussed in this hearing.

14       Does that remain your opinion today?

15  A.   I have reviewed those, yes.

16  Q.   And does it remain your opinion that Ms. Ramsay is not

17  substantially limited in a major life activity relative to --

18  A.   My opinion has not changed from that, no.

19       MS. MEW:  I don't have any further questions.

20       THE COURT:  Cross-examination.

21              CROSS-EXAMINATION

22  BY MR. BERGER:

23  Q.   Professor Zecker, in your clinical practice, do you see

24  primarily children or primarily adults or both?

25  A.   Primarily school-aged kids, starting at around age 7 up

ZECKER - CROSS

1  through young adults.  An occasional older adult, but it's

2  unusual.

3  Q.  Would you look at Exhibit 5 again.  That is your

4  declaration.  And I'm referring to the declaration itself now,

5  so not one of the tabs.

6       Do you have that volume there, or do I need to help you?

7  A.  I don't think I do.

8            MR. BURGOYNE:  Which one are you asking about?

9            MR. BERGER:  Exhibit 5, D-5.

10           THE WITNESS:  I am there.

11  BY MR. BERGER:

12  Q.  Okay.  Just one more question before we get to that.

13       I think you said in your answer just now that you

14  generally saw children starting with age 7?

15  A.  6 or 7, yeah.

16  Q.  6 or 7.

17       Why don't you see children younger than that?

18  A.  The diagnosis of learning disabilities and ADHD is

19  notoriously unreliable at those ages.  Good instruments to

20  assess and diagnose are not prevalent.

21  Q.  In your declaration, I want to refer you to paragraph 3.

22  And you can read the whole paragraph to yourself if you want,

23  but the part that I want to read is actually just the last

24  sentence of paragraph 3, which begins on page 2.  And let me

25  just read that into the record.

ZECKER - CROSS

1        As part of my work I frequently meet with young adults who

2   have diagnoses of learning and attention problems to assess

3   both their self-reported symptoms and their objective

4   performance on various tests of cognitive, academic and

5   behavioral functioning.

6        Do you see that sentence?

7   A.   Yes.

8   Q.   Who wrote that sentence?

9   A.   As I recall, I did.  Well, it was edited to some degree,

10  but I provided most of this.

11  Q.   All right.  Would you now look at Exhibit 6, which is

12  Professor Lovett's declaration.

13  A.   Yes.

14  Q.   And also paragraph 3.  And the last sentence of Professor

15  Lovett's paragraph 3 reads:  As part of my work, I frequently

16  meet with young adults who have diagnoses of learning and

17  attention problems, and I assess both their self-reported

18  symptoms and their objective performance on various tests of

19  cognitive, academic and behavioral functioning.

20  A.   Yes, I see that.

21  Q.   Okay.  I think the two sentences that I just read to you

22  are word for word the same.

23  A.   They appear to be.

24  Q.   So I'll ask again, who wrote the sentence as it appears in

25  your declaration?

ZECKER - CROSS

1  A.   I wrote parts of it.  I don't recall exactly that

2  sentence, but I certainly reviewed it all and agreed with it

3  all.

4  Q.   You have testified that you have been a reviewer for NBME

5  for some time.  I don't remember exactly how many years you

6  said.

7  A.   16 or so.

8  Q.   16 years.  And I guess you heard Professor Lovett testify

9  about the annual meetings that he attends?

10  A.   Yes.

11  Q.   And do you also attend those meetings?

12  A.   Most of them, yeah.  I have missed several, but most of

13  them.

14  Q.   All right.  You said that you had reviewed Dr. Smith's --

15  let me start the question again.

16       As I understand it, you were not asked by NBME to do a

17  written review of Dr. Smith's report but that you had read it

18  at some point?

19  A.   Yes.  I saw it fairly recently, yes.

20  Q.   Okay.  And do you understand Dr. Smith to be a clinical

21  psychologist engaged in private practice?

22  A.   Yes.

23  Q.   Do you think that people like Dr. Smith who are -- whose

24  main activity is clinical practice are inherently biased in

25  favor of the people that they evaluate?

ZECKER - CROSS

1  A.   I can't speak for Dr. Smith in that regard.

2  Q.   In general.

3  A.   There has been some research to show that practitioners

4  are biased in some regards, yes.

5  Q.   So when you're doing your work as a reviewer for NBME, if

6  you receive a report from a private practitioner evaluating the

7  student, you assume that the practitioner is biased in favor of

8  the student.  Right?

9  A.   No.

10  Q.   Okay.  What do you assume?

11  A.   I assume that the person who was conducting the evaluation

12  was doing so in a straightforward and unbiased manner.

13  Q.   From your review of Dr. Smith's report, is there any

14  reason why you question that in this case?

15  A.   Question bias?

16  Q.   Question in this case whether he was performing his work

17  in an unbiased and professional manner.

18  A.   I don't have any question about that, no.

19  Q.   Is there a consensus about the discrepancy model

20  currently, or is it still a matter of discussion?

21  A.   It has largely fallen into disfavor.  It varies from state

22  to state, and even from school district to school district, but

23  it is not commonly used anymore.

24  Q.   What about -- I'm sorry.

25  A.   There's been a substantial amount of research that has

ZECKER - CROSS

1  discredited the validity of it.

2  Q.   Just for the record, because I'm not trying to be cute or

3  tricky about this, is Illinois the only state in which you are

4  licensed as a psychologist?

5  A.   Yes.

6  Q.   Have you ever been licensed in another state?

7  A.   No.

8  Q.   So you're not licensed in Texas?

9  A.   I am not.

10  Q.   Or in Michigan?

11  A.   Correct.

12  Q.   All right.  Do you know whether the discrepancy model

13  is -- well, I'm sorry.  Strike that.

14       Are you familiar with a manual that is known as the ICD or

15  International Classification of Diseases?

16  A.   I am.

17  Q.   And do you know what the current edition of ICD is?

18  A.   10.

19  Q.   And is ICD-10 also a widely used manual for diagnosing,

20  among other things, not just this, but among other things,

21  learning disorders and conditions like ADHD?

22  A.   Yes.  It is -- as the name says, it's the international

23  classification.  And as a result, it is more commonly used in

24  other countries than in the United States, but, yes, it is

25  used.

ZECKER - CROSS

1  Q.  Are you a reviewer for the MCAT?

2  A.  Yes.

3  Q.  And how long have you been a reviewer for the MCAT?

4  A.  About ten years.  I'm not sure exactly, I'd have to look

5  it up.

6  Q.  Let me ask you to look at -- we're going back now to

7  Exhibit 5, which is your declaration, and Tab B, which I think

8  you have identified as the report.

9  A.  Is that this one?

10 Q.  Exhibit DX-5 and Tab B, which is the report that you did

11 for NBME in January of 2017.

12 A.  Oh, DX-5.  Correct.  Yes, I have it.

13 Q.  And on the second page of Tab B, the paragraph that starts

14 about in the middle of the page, you comment twice about --

15 well, you're generally commenting about Ms. Ramsay's personal

16 statement here.

17     What's the personal statement in the USMLE accommodations

18 application?  What role does that play?

19 A.  It is weighed along with everything else as a factor in

20 the decision.

21 Q.  That's something that NBME asks students to provide.

22 Correct?

23 A.  Yes.  All students provide one.

24 Q.  And you comment in the paragraph to which I just referred

25 in the first line that Ms. Ramsay's personal statement was

ZECKER - CROSS

1  lengthy?

2  A.   Yes.

3  Q.   And then about in the middle of the paragraph, you

4  describe it as her well-written, nine page long personal

5  statement?

6  A.   Yes.

7  Q.   Can a student with ADHD write something that is lengthy?

8  A.   Sure.

9  Q.   Can a student with ADHD write something which is well

10  written?

11  A.   Yes.

12  Q.   Do you know how long it took Ms. Ramsay to write her

13  personal statement?

14  A.   I have heard that discussed over the last two days.  I did

15  not know that at this time.

16  Q.   I don't recall the exact amount, but it was an extended

17  effort?

18  A.   Yes.  I think she said a month or so, yes.

19  Q.   Is that different from or the same as taking a test like

20  the USMLE?

21  A.   I'm sorry, is writing a personal statement --

22  Q.   Yes.

23  A.   -- the same as taking a test?  No.

24  Q.   And how is it different?

25  A.   Well, one has as much time as they need to do it, can go

1    back and edit, revise, rewrite, ask for assistance from other

2    individuals on it, all things that are not possible on a

3    standardized test.

4    Q.    In the same paragraph, you refer to the fact that Ms.

5    Ramsay was in a gifted program through fifth grade?

6    A.    Uh-huh, yes.

7    Q.    Do you recall or do you know what subject the gifted

8    program was in?

9    A.    In math.

10    Q.    Okay.  Could somebody with dyslexia succeed in a gifted

11    program in math?

12    A.    Yes.  As Dr. Lovett was referring to earlier, that most

13    people have patterns of strengths and weaknesses, and one can

14    be very strong in one area and weaker in another, yes.

15    Q.    So the fact that Ms. Ramsay is gifted in math doesn't

16    indicate that she doesn't have dyslexia?

17    A.    It in and of itself doesn't preclude that, no.

18    Q.    All right.  You wrote in the same paragraph -- well, let

19    me just read a couple of sentences and ask you about them.

20          You wrote, and this is about in the middle of the

21    paragraph:  Ms. Ramsay indicates that writing is "pure agony"

22    for her and she experiences "panic and despair" and "awareness

23    of the impending doom" while working on tests.  Such

24    descriptions, in my professional opinion, are highly suggestive

25    of a significant effective component to her described

ZECKER - CROSS

1   struggles, although as I will indicate, this has never been

2   explored in any evaluation.

3        All right.  Did you ever evaluate Ms. Ramsay personally?

4   A.  No.

5   Q.  And are you aware that Dr. Smith did evaluate her in

6   person?

7   A.  Yes.

8   Q.  Let's go to Tab C now, which is the second review that you

9   did.

10  A.  Yes.

11  Q.  If you look at the second page -- actually, it starts on

12  the first page and continues over, but you're listing a number

13  of things that were submitted as part of Ms. Ramsay's

14  application.  Correct?

15  A.  Yes.

16  Q.  And am I right in understanding this was a whole new

17  application that she submitted?

18  A.  Yes.  That also contained some of -- the documentation

19  that was submitted earlier, yes.

20  Q.  So she submitted the first application and that was turned

21  down.  Right?

22  A.  Yes.

23  Q.  And now she in -- at this time has submitted a brand new

24  application.

25       And one of the things you list around the middle of the

ZECKER - CROSS

1    carryover paragraph on page 2 is a letter from Dr. Ruekberg?

2    A.    Which point number is that?

3    Q.    It is page -- 2nd of Tab C.

4    A.    No, no, no, I'm looking at that, but each of these

5    documents is numbered here.

6    Q.    Yeah.

7    A.    I was just asking you which number it was.

8    Q.    Yeah.  The page numbers at the top are a different thing.

9          So about in the middle.

10   A.    Oh, yes.  Okay.

11   Q.    Okay.  Do you remember reviewing Dr. Ruekberg's letter?

12   A.    I'm sure I did.  I don't specifically remember it.

13   Q.    Okay.  Do you remember if Dr. Ruekberg said anything about

14   whether Ms. Ramsay's difficulties were the result of, as you

15   called it, an effective disorder as opposed to dyslexia and

16   ADHD?

17   A.    I do not recall.

18   Q.    Okay.  Do you know whether Dr. Ruekberg had met with Ms.

19   Ramsay in person?

20   A.    I would assume he did.  And I have heard today that he

21   did.

22   Q.    Still on Tab C, your second review report, you comment

23   near the bottom of the page about Ms. Ramsay's MCAT score

24   report.

25   A.    Yes.

ZECKER - CROSS

1  Q.  Is the MCAT an appropriate diagnostic instrument for

2  dyslexia?

3  A.  No.

4  Q.  Have you ever administered the MCAT to somebody who you

5  were evaluating?

6  A.  No.

7  Q.  If I asked you the same questions about the ACT exam,

8  would you give the same answers?

9  A.  Yes.

10 Q.  All right.  You said that you had reviewed Dr. Smith's

11 report.  And since I think you were in the courtroom when

12 Professor Lovett testified, you might recall that I reviewed

13 with Professor Lovett several of the tests that Dr. Smith

14 performed.

15 A.  Correct.

16 Q.  And in general, from your review of Dr. Smith's report, do

17 you have any reason to question that he actually administered

18 the tests that he said that he administered?

19 A.  No.

20 Q.  Or got the results that he reported?

21 A.  I'm sorry?

22 Q.  Or got the results that he reported in his report?

23 A.  Oh, no.  No, I do not.

24 Q.  Okay.  Would you agree with Professor Lovett that one of

25 those tests, the WIAT-information, is an appropriate test to

ZECKER - CROSS

1  administer when a diagnosis of dyslexia is being considered?

2  A.   Sure.  It is among the measures that are appropriate, yes.

3  Q.   And also that the GORT-5 is an appropriate test to

4  administer in such a case?

5  A.   Yes.  With the caveat there that the norms were not

6  completely appropriate given the age, but yes.

7  Q.   And the Woodcock-Johnson IV reading rate cluster, is that

8  an appropriate test to administer?

9  A.   Yes.

10  Q.   And the Nelson-Denny reading test, is that an appropriate

11  test to administer?

12  A.   Well, as Dr. Lovett pointed out, it is not -- the

13  Nelson-Denny is not considered a good diagnostic measure due to

14  its technical weaknesses, but as a screening measure, yes.

15  Q.   I also asked Professor Lovett about a test called the

16  IVA+Plus.

17       Are you familiar with that test?

18  A.   I am.

19  Q.   And you know from your review of Dr. Smith's report that

20  he administered that test.  Correct?

21  A.   Twice as I recall, yes.

22  Q.   Why did he administer it twice?

23  A.   He indicated he was looking for consistency of results.

24  Q.   And do you agree that that's an appropriate test to

25  administer in a case where an ADHD diagnosis is being

ZECKER - CROSS

1  considered?

2  A.   Yes.  It can supplement the other information obtained,

3  yes.

4  Q.   And you don't have any reason to doubt that he actually

5  did administer that test or that he got the results that he

6  described?

7  A.   Correct.

8  Q.   I also asked Professor Lovett about whether these are

9  tests, the WIAT and the Woodcock-Johnson and the GORT, that

10  somebody can study for before they're administered.

11  A.   No, I do not believe it is.  Those are measures of

12  acquired knowledge, acquired skills, and as such really can't

13  be studied for.

14  Q.   And they're different in that way from the MCAT.  Correct?

15  A.   Yes.

16  Q.   When NBME sends you a case to review, do they set any kind

17  of time limit on the review?

18  A.   Yes.

19  Q.   Do you recall what that was in the case of your first

20  review of Ms. Ramsay?

21  A.   I believe ten days.

22  Q.   Is that typical in your experience?

23  A.   Yes.

24  Q.   And was it similar for the second review?

25  A.   Yes.

ZECKER - CROSS

1   Q.   Your first review, which is Tab B, I think, in Exhibit 5,

2   is dated January 13, 2017.

3   A.   Yes, it is.

4   Q.   All right.  Am I right that you did not -- at least not at

5   that time, see whatever letter NBME sent to Ms. Ramsay?

6   A.   Correct, I did not.

7   Q.   If I refer to that as a decision letter, do you --

8   A.   Yes.

9   Q.   Do you know when the decision letter was sent?

10  A.   Offhand, no, I do not.

11  Q.   Okay.  And looking at Tab C, your review letter is dated

12  July the 19th, 2018; is that correct?

13  A.   Correct.

14  Q.   And do you know when in that case NBME sent the decision

15  letter to Ms. Ramsay?

16  A.   I do not.

17  Q.   If a young child is thought to be underachieving for

18  whatever reason, would you still say that parents of such a

19  child should consider looking for help for that child even if

20  some people think the discrepancy model is no longer any good?

21  A.   Certainly individuals who have a discrepancy as we were

22  discussing earlier can be assisted by appropriate interventions

23  and so on, sure.

24  Q.   So if there is a discrepancy, that could be an indication

25  that the person has a learning disability?

ZECKER - CROSS

1  A.   Not under -- well, it would depend on the level at which

2  they were functioning, but it could be the case.

3  Q.   I'm not asking at this point whether that's a diagnostic

4  standard.  I'm just saying is that something that would lead

5  you to -- if you were speaking to a parent and the parent told

6  you my son is really, really smart but he can't read very

7  quickly, a very, very slow reader, would that be a reason that

8  you would suggest the parent get the child evaluated?

9  A.   Yes.

10  Q.   All right.  If that same child got informal help that

11  allowed him to function in school without an evaluation, would

12  you say that means he doesn't have a disability?

13  A.   It depends on what you mean by informal help, I think.

14       If a child is able to function at an appropriate level,

15  then I would say they're not disabled, yes.

16  Q.   Well, some of the help that was described by Ms. Ramsay in

17  her testimony was the teacher giving her an alphabet chart, the

18  teacher reading things to her, other people reading things to

19  her.  If Ms. Ramsay had dyslexia and if Ms. Ramsay nevertheless

20  had a high level of intelligence, is that kind of help

21  something that would help her to do well in school?

22  A.   In some aspects.  In the area -- for example, she received

23  very good grades in reading.  And having someone read to her

24  would not lead to a grade of A in reading, I would presume.

25  That it's based on her own reading that would lead to that

ZECKER - CROSS

1    grade.

2    Q.   Do you know whether any of the grades for reading at that

3    level were for timed reading tests?

4    A.   I do not know.

5              MR. BERGER:   Your Honor, may I have a moment to

6    consult?

7              THE COURT:   Yes, Counsel.   As a matter of fact, you

8    can have a break.   We'll be in recess for 15 minutes.

9              (Recess at 3:04 p.m. until 3:18 p.m.)

10             THE COURT:   Are we ready to proceed?

11             MR. BERGER:   Yes, Your Honor.

12             THE COURT:   Very well.

13             MR. BERGER:   We have no further questions for

14   Professor Zecker.

15             THE COURT:   Excellent.   Any redirect?

16             MS. MEW:   No, Your Honor.

17             THE COURT:   And is there any reason why this witness

18   can't be excused?

19             MR. BERGER:   No, Your Honor.

20             MS. MEW:   No.

21             THE COURT:   Very well.   This witness is done.   And,

22   sir, you can be excused.

23             THE WITNESS:   Thank you.

24             THE COURT:   And that completes your expert witnesses

25   that you needed to call out of order?

ZECKER - CROSS

1          MS. MEW:  Yes, that is correct.  Thank you, Your

2     Honor.

3          THE COURT:  Very well.  And now back to the

4     plaintiff's case in chief.

5          MS. VARGAS:  Your Honor, we already consulted with

6     defense, and they have no objection.  Would it be all right

7     with the Court if Ms. Ramsay stood in the back?  She has been

8     sitting for a long time and is having leg issues.

9          THE COURT:  Sure.  There's no requirement that she

10    even be here, you know.

11         MS. VARGAS:  Okay.

12         THE COURT:  This is not a criminal case or anything.

13    She's a plaintiff.  I've had cases where the plaintiff missed a

14    day or two, so it's not necessary.

15         Whatever makes you feel comfortable, ma'am.

16         MS. RAMSAY:  Thank you.

17         MR. BERGER:  Your Honor, plaintiff calls Dr. Robert

18    Smith as our next witness.

19         THE COURT:  Very well.  Come forward, sir, watch your

20    step coming around the corner there and also around the corner

21    by the witness box.  There's an incline and a decline.

22         DR. ROBERT SMITH, after having been duly sworn, was

23    examined and testified as follows:

24         THE COURT REPORTER:  Please state your name for the

25    record.

SMITH - VOIR DIRE - DIRECT

1          THE WITNESS:  Robert Dean Smith.

2                    DIRECT EXAMINATION

3  BY MR. BERGER:

4  Q.  Dr. Smith, I am going to begin by asking you some

5  questions about the declaration that you submitted in this case

6  and the various exhibits to that.  So let me make sure that you

7  have the right document in front of you.

8          MR. BERGER:  May I approach, Your Honor?

9          THE COURT:  Yes.

10  BY MR. BERGER:

11  Q.  Dr. Smith, do you have plaintiff's exhibit binder in front

12  of you?  And I have turned to Tab 21.

13      Would you look at Exhibit P-21 and tell me if you

14  recognize that as being the declaration that you submitted in

15  this case?

16  A.  Yes, it is.

17  Q.  And that is your signature on page 10.  Correct?

18  A.  Yes.

19  Q.  And if you turn past that, you come to Exhibit A, which is

20  your curriculum vitae; is that correct?

21  A.  Yes.

22  Q.  Can you briefly describe for the court your educational

23  history.

24  A.  I have a bachelor's degree in psychology from Central

25  Michigan University, a master of arts in clinical psychology

1    from Central Michigan University and a PhD in counseling

2    psychology from Michigan State University.

3    Q.   Did you also complete a post-doctoral program at Fielding

4    University?

5    A.   Yes.  At the time was called Fielding Institute.  It's now

6    called Fielding University.  It's a two-year post-doc in

7    neuropsychology.

8    Q.   And can you briefly describe your work history after you

9    completed the post doctoral program in 1999?

10   A.   At that time I was in private practice and a part of the

11   time at that time, about a third of the time as a consultant

12   for the Michigan Dyslexia Institute.

13   Q.   Are you licensed as a psychologist?

14   A.   Yes.

15   Q.   In what state are you licensed in?

16   A.   Michigan.

17   Q.   And how long have you been licensed?

18   A.   Since 1986.

19   Q.   Are you a member of any professional associations that

20   relate to your work as a psychologist?

21   A.   The American Psychological Association and the National

22   Academy of Neuropsychology.

23   Q.   What are the membership requirements for the National

24   Academy of Neuropsychology?

25   A.   To be a full member, you have to complete what's a

1  recognized -- a program that follows policies that they have in

2  terms of what they recognize as the appropriate training

3  regimen.  Then you have to be recommended by somebody who is a

4  member, who knows your work.

5  Q.  You have already heard testimony since you've been in the

6  courtroom about something called the Diagnostic and Statistical

7  Manual of Mental Disorders?

8  A.  Yes.

9  Q.  Are you familiar with that?

10  A.  Yes.

11  Q.  And are you familiar with the current edition of DSM?

12  A.  5.

13  Q.  DSM-5?

14  A.  Yes.

15  Q.  Are you also familiar with something called the

16  International Classification of Diseases?

17  A.  Yes.

18  Q.  And what is the current edition of the ICD?

19  A.  That's 10, Clinical Modification.

20  Q.  And am I right that the ICD-10 Clinical Modification is a

21  version that is specifically designed for use in the United

22  States?

23  A.  Yes.

24  Q.  Are you familiar with a condition that is known as

25  dyslexia?

SMITH - VOIR DIRE - DIRECT

1  A.   Yes.

2  Q.   What is dyslexia?

3  A.   Dyslexia is a physiological and neurological disorder that

4  interferes with acquiring and applying basic reading skills.

5  Q.   What is it like for a dyslexic person to try to read or

6  understand a written text?

7  A.   They have difficulty recognizing the words, regardless of

8  what the meaning of the word is, just identify correctly what

9  the word is.  And it takes a lot of mental energy, even after

10  remediation, to correctly identify those words.  A lot of their

11  mental effort has to go into that.  And that, of course, does

12  interfere with reading comprehension, although reading

13  comprehension may frequently function in the average range.

14  Q.   How do you go about assessing a person for dyslexia?

15  A.   Well, primarily it's through -- dyslexia is primarily

16  defined as an impairment of acquiring basic reading skills,

17  which is -- and developing what's called automaticity or oral

18  fluency.  And you administer tests that primarily measure those

19  skills.  You also administer reading comprehension, but the

20  disorder is defined by the difficulty of acquiring the basic

21  reading skills.

22  Q.   Are you familiar also with a condition that is known as

23  attention-deficit/hyperactivity disorder or ADHD?

24  A.   Yes.

25  Q.   And what is ADHD?

1   A.   Well, ADHD, there are several presentations.  But ADHD is

2   difficulty focusing attention, being excessively distracted,

3   disorganized, misunderstanding directions.  There are some

4   other criteria which I don't recall off the top of my head.

5        Then the other category, which are hyperactivity,

6   impulsivity symptoms.  Primarily hyperactivity symptoms.  There

7   are three impulsive symptoms.  Basically difficulty, for an

8   adult, sitting still or feeling restless even when they do sit

9   still; talking too much, interrupting other people, difficulty

10  waiting in line, abnormal impatience, that kind of thing.

11  Q.   And how do you assess a person for ADHD?

12  A.   You acquire through interview, questionnaires, rating

13  scales, a description of their current functioning.  And in

14  particular, you're looking for signs of theses symptoms and how

15  frequent they are and whether those symptoms also appeared when

16  they were before the age of 12.  It doesn't require the -- that

17  for them to -- it's difficult to establish the range of

18  symptoms that occurred before the age of 12, because recall is

19  often not entirely accurate.  So it only requires that some of

20  the symptoms were present then.  And it causes significant

21  interference in functioning.

22  Q.   Is it common or uncommon for somebody with dyslexia to

23  also have ADHD?

24  A.   It's very common.

25  Q.   And by the way, can you -- over the course of your career,

SMITH - VOIR DIRE - DIRECT

1   can you estimate how many assessments you've done in which

2   you've evaluated a person for dyslexia or for ADHD or both?

3   A.   Together, about 1,300, since around 1995.

4   Q.   Based on your experience with doing that, with evaluating

5   people with both or one or the other, how is somebody affected

6   if he has or she has both of these conditions?

7   A.   Well, they feed on each other.  They make each one worse.

8   Can't distinguish -- reliably it's a matter of opinion about

9   how much of the problem is due to the attention deficit and how

10  much is due to the dyslexia, because they overlap a lot and

11  they just make each other worse, exacerbate the problems in

12  each condition.

13  Q.   As you know, the case that brings us to court today is a

14  case about testing accommodations for a test, for the USMLE.

15       In any of the assessments that you've done, have you ever

16  made a recommendation about whether an individual had a

17  disability that affected her ability to take a timed test like

18  the USMLE?

19  A.   Yes.  That's the most common problem for somebody who has

20  either dyslexia or attention deficit disorder.  That's the most

21  standard, common accommodation.

22       Some people with dyslexia read so poorly that they also

23  have to have things read to them.  Particularly the extended

24  time is primarily applying to people who have developed

25  compensatory strategies, either on their own or through formal

SMITH - DIRECT

1  kinds of instruction, to strength their reading skills.

2          MR. BERGER:  Your Honor, we would like to offer Dr.

3  Smith as an expert witness on the assessment of individuals

4  with ADHD and dyslexia and how those conditions affect their

5  ability to take timed tests.

6          THE COURT:  Very well.  Any questions as to

7  qualifications?

8          MR. BURGOYNE:  No objection, Your Honor.

9          THE COURT:  Very well.  We so find.

10                    DIRECT EXAMINATION

11  BY MR. BERGER:

12  Q.  When someone comes to you for an assessment, what do you

13  do?

14  A.  I do the interview.  Well, we have some questionnaires

15  that we send out to them and ask for them to fill them in

16  before they come in.  And that helps guide me in the interview

17  to ask additional information from what they respond there.

18      They try to, first of all, size up how likely is it that

19  they have that condition and should we go forward and do

20  testing.  It's not uncommon where I've -- basically, we've

21  stopped at the end of the interview because I've concluded or

22  recommended to them -- I'm generally willing to consider doing

23  the evaluation, but I usually make a recommendation whether

24  testing is really going to be beneficial to them or clarify

25  things based on what I learn from the interview.

SMITH - DIRECT

1    And whatever records they may have, I ask them to bring

2    those in, because that helps make -- any past testing that's

3    been done provides information about -- even more information

4    about how likely they are to have the condition, either ADHD or

5    dyslexia.

6  Q.   So does it ever occur after this initial interview that

7    you don't go forward or the individual doesn't go forward with

8    getting the full assessment?

9  A.   Yes.

10  Q.   You, I know, are acquainted with Ms. Ramsay, the plaintiff

11    in this case.

12    When did you first meet her?

13  A.   Face to face, that would have been on September 25, 2018.

14    I spoke with her on the phone somewhat prior to that.

15  Q.   And what did she tell you about what she was coming to

16    speak to you about?

17  A.   Well, she described to me that she was a medical student

18    and had been denied accommodations.  And she'd had other

19    evaluations done.  And that she was doing an appeal and that

20    she was looking for somebody who was capable of doing that kind

21    of an evaluation, who was experienced or familiar with it.  And

22    I asked her to send me whatever data she had so I could look it

23    over to see what's been done in the past and whether or not

24    there was things that were done in the past that would

25    basically tell me whether or not right off the bat whether she

1  was likely to have it or not have it.

2       It's not uncommon for me, when I get a phone call like

3  that -- if I get enough information that tells me that, you

4  know, I don't think this is really going to do for you what you

5  want it to do and it's -- you know, because there's evidence

6  here that shows otherwise, I usually discourage people from

7  going forward with the evaluation.

8  Q.  So in the case -- in Ms. Ramsay's case, what did you tell

9  her at this stage?

10  A.  Well, when I looked it over, nobody had done the kind of

11  testing that you need to do to even check into dyslexia.  The

12  only thing that they had done was a couple of brief things and

13  then a couple of reading comprehension tests, which don't

14  really tell you whether somebody has dyslexia or not.

15       In regards to the attention deficit, I thought some of the

16  work that was done, particularly by Dr. Ruekberg, seemed pretty

17  okay.  But the reports, from my experience, didn't try to

18  address more specifically what the DSM-5 requires and what

19  people generally expect to see in one of these reports if

20  you're making that kind of an application.

21  Q.  Okay.  When you refer to the report in that last answer,

22  were you referring to Dr. Lewandowski's report?

23  A.  In -- well, yes.  That was the one that -- he didn't --

24  there wasn't much of a write-up.  And he didn't -- as far as --

25  he didn't address specifically the DSM-5 criteria and how she

SMITH – DIRECT

1  met it.  And in regards to dyslexia or reading, the tests that

2  he administered was inadequate for evaluating that.  It was a

3  reading -- no, I'm sorry, it wasn't a reading comprehension.

4  It was a screening test, the WRAT5, I think, which is just a

5  screening.  That's not considered an adequate battery for

6  evaluating a learning disability.

7      Let me add, dyslexia is the most common learning

8  disability, although that is not the title -- the terminology

9  that is typically used.  It's mentioned in the DSM-5.  But the

10  labeling in the DSM-5 refers to specific learning disorders in

11  either reading, writing or math.  And you could have basic

12  reading or a disorder in reading comprehension.  They are kind

13  of mutually exclusive -- not mutually exclusive.  You can have

14  one or the other.  You can have both.  You can have both, but

15  you can have one or the other.

16  Q.  And what's the terminology in ICD-10 for dyslexia?

17  A.  I don't recall the specific -- I don't recall the specific

18  language, something along the lines of a -- I don't remember,

19  scholastic learning disorder, something like that.

20  Q.  So --

21  A.  Or academic learning disorder.

22  Q.  -- after having this conversation with Ms. Ramsay, you

23  told her, as I understand it, that you thought there were some

24  additional tests that you could do that hadn't been done

25  before.  Right?

1  A.   Yes.  That are a part of actually a standard battery that

2  if you're going to do dyslexia, these are the tests that are

3  agreed upon by dyslexia experts you should do.  And none of

4  those were done.

5  Q.   When you spoke to her, you didn't know what the results of

6  those tests would be; is that --

7  A.   Oh, no, not at all.

8  Q.   And did you tell her that?

9  A.   Yes.

10  Q.   And what did she decide about whether she wanted to go

11  ahead?

12  A.   Well, she decided to go forward.  Now, I did emphasize to

13  her that I didn't know and it might not turn out -- you know,

14  it might not really show that she has dyslexia.

15  Q.   All right.  You still should have Exhibit P21 in front of

16  you.  And turn, please, to page 15 of the overall document.

17       And tell me what appears at page 15?

18  A.   Well, her name, date, when the test was done and when the

19  report was completed; a list of the -- what I referred to are

20  sources of information, but that includes --

21  Q.   Okay.  Well, I'm ahead of myself.  You're ahead of me.

22  A.   Okay.

23  Q.   Just what I just wanted to actually identify -- and I

24  didn't ask it the right way -- pages 15 through 45 of P-21 are

25  your report, are they not?

SMITH - DIRECT

1  A.   Yes.

2  Q.   And that's your signature on page 45?

3  A.   Yes.

4  Q.   So this is the report that you created after you had met

5  with Ms. Ramsay and done the tests.   Right?

6  A.   Yes.

7  Q.   All right.   I'm going to ask now just briefly about some

8  of the sections.   And the first section, which I think you

9  started to talk about, is sources of information.

10      So what is that section about?

11  A.   Well, it's just listing that I did an interview with her

12  and her mother and then the tests that I administered.

13  Q.   All right.   And then the next section -- oh, by the way,

14  those tests that you describe under sources of information, are

15  those all tests that you administered yourself?

16  A.   Yes, I administered all the tests.   I don't have a

17  technician.

18  Q.   All right.   The next section which starts on page 15 and

19  continues over is called records reviewed?

20  A.   Yes.

21  Q.   And what's that section about generally?

22  A.   Well, that's about all the documents I asked her to bring

23  in for me, as much as I can get, to look over both -- primarily

24  before the interview and during the interview.   The ones that

25  she sent to me, plus anything extra she brought to the

SMITH - DIRECT

1  interview that I would then interview as part of the -- I would
2  review as part of the interview.
3  Q.   And there's a section then -- I'm going to skip over the
4  reason for referral, because I think we've already covered
5  that, that Ms. Ramsay came to see you because of her problems
6  with the USMLE.
7       But the next section, which starts history and interview
8  information.  And this is a long section, so I'm not asking you
9  to describe it in detail, but what generally is the purpose of
10  the section and of the interview?
11  A.   To summarize the information that I gathered from her
12  through the questionnaires and interview and even reviewing
13  some of the records about her history of her problems and
14  describe the problems that she's had leading up to the present
15  time.
16  Q.   And this was an in-person interview.  Correct?
17  A.   Yes.
18  Q.   Do you remember approximately how long the interview
19  lasted?
20  A.   Yes.  Well, these interviews -- I schedule out an hour,
21  and they usually take two before we even consider doing --
22  that's a lot of stuff to go through.  And before we even start
23  doing the testing.
24  Q.   All right.  As part of the history and interview
25  information, if you turn to page 18 of Exhibit P-21.  And it's

SMITH - DIRECT

1   page 4 of your report.

2       There's a section that starts on that page called school

3   history?

4   A.   Yeah.

5   Q.   And what generally is the purpose of that section?

6   A.   Well, similar to what I just described, except related to

7   her experiences in school, difficulty she's had in school, what

8   she's done to try to address it up to the present time.

9   Q.   What did you find out about whether Ms. Ramsay had formal

10  accommodations while she was in elementary school?

11  A.   I found out that she hadn't had any formal -- she hadn't

12  had any really evaluation and had not had any formal

13  accommodations.

14  Q.   And what did you -- and if I ask the same question about

15  middle school and high school, would it be the same answer?

16  A.   Yes.

17  Q.   Is that unusual for people, adults with dyslexia that

18  hasn't previously been diagnosed?

19  A.   No.  I might qualify that.  That happens -- in my

20  experience, that happens fairly frequently.  I mean, it's not

21  like half the time.  If I put a figure -- make up a figure,

22  maybe 10 or 15 percent of the time that people come in with

23  that kind of a history.

24  Q.   On page 8 of the report --

25  A.   Page 8?

SMITH - DIRECT

1  Q.   Yes.  It's page 22 of the total document, but it's page 8

2  of the report, the section at the top of the page, mental

3  status and observations.

4  A.   Okay, yeah.

5  Q.   What generally is the purpose of that section?

6  A.   You know, I'm still looking for that section, I'm sorry.

7       What page are you talking about?

8  Q.   It should -- well, it should say -- at the top, it should

9  say page 22 of 60.  And at the bottom --

10 A.   Oh, never mind.  I got it.

11 Q.   Well, and then there's the actual -- so it's page 8 of the

12 report?

13 A.   Sure.  I'm there now.

14 Q.   We have too many page numbers in this case.

15      All right.  So you've got the page that has mental status

16 and observations at the top?

17 A.   Right.

18 Q.   And what generally is the purpose of that section?

19 A.   It's to describe her general functioning, to review some

20 questions that I would ask her about her sleep and just my

21 observations about how she handled herself.  These are

22 screening things that -- these kind of observations are used to

23 screen -- initial screening for whether you have a severe kind

24 of behavioral disorder or something that stands out, a

25 psychological disorder that we might need to look into further.

SMITH - DIRECT

1   It's not the end of it, but it's the beginning part of checking

2   into that.

3   Q.   During your interview or all of your testing of Ms.

4   Ramsay, did you observe anything that would affect her ability

5   to respond to your questions or respond to the instruments that

6   you were giving her?

7   A.   No.  And I left -- it's not just a description of her

8   psychological functioning.  I'm also including in there general

9   statements about what she was like during the interview and how

10  she interacted with me so that I could make some kind of an

11  assessment or comment about how she responded to the tasks I

12  asked her to do.

13  Q.   Okay.  Toward the bottom of the same page, there is a

14  section entitled intellectual functioning.  And that continues

15  over to page 11 of your report, which is page 25 of the overall

16  document.

17       What generally was the purpose of that section?

18  A.   Well, number one is to make sure she doesn't have low

19  ability, which her history says that's probably not the case.

20  She's in medical school, so I didn't think she got -- but it's

21  to double check that.

22       But also, since I'm evaluating for attention deficit

23  disorder and cognitive functioning in general, it's to get a

24  general sense of what is her cognitive functioning like to

25  begin with.  And this reflects functioning in four basic

SMITH - DIRECT

1   domains that are generally associated with the IQ score,

2   although not necessarily intelligence.

3   Q.   So you're referring, I think, to -- or let me see if I've

4   got this right.   You're referring to verbal comprehension?   You

5   said for --

6   A.   Yes, I'm referring to verbal comprehension.   It's called

7   perceptual reasoning, but most people would think of it as and

8   it used to be called nonverbal reasoning.   Working memory,

9   which is actively processing information in your head.   And

10   processing speed, which is really an attention-related

11   condition.   It's kind of a -- the terminology, it's evolved --

12   historically that's the terminology that they've used.   But the

13   nature of the subtests that are done really tap into

14   difficulties with attention.

15   Q.   Now I'd like to ask you about some of the specific

16   findings that are contained in your report.

17         And look first, if you would, at page 16 through page 18.

18   A.   Which page --

19   Q.   So it's page 30 of the document, starting with page 30 of

20   the document, 30 through 32.

21   A.   All right.

22   Q.   Now, you refer in these pages and some other places to

23   fluency.

24         And can you tell me how you're using the word "fluency" in

25   your report?

SMITH - DIRECT

1  A.   Fluency -- oral reading fluency, which is what we're

2  referring to there, is the speed and accuracy with which a

3  person can read words and oftentimes referred to as

4  automaticity, which is a reflection of how -- the non-dyslexic

5  reader reads effortlessly in doing this.  The dyslexic reader,

6  even when they had remediation, substantial remediation, still

7  stumbles and is slow and often makes a lot of mistakes in doing

8  this, as opposed to the non-dyslexic or non-impaired reader who

9  does it without thinking, or not thinking very much.

10 Q.   So as part of the testing you did, were there some

11 measurements of fluency?

12 A.   Several.  Both silent and oral.

13 Q.   So on page 18 of the report, there is a summary of scores

14 from the WIAT-information?

15 A.   Yes.

16 Q.   I think it's been referred to before in the hearing, but

17 just for the record, what is WIAT-information an abbreviation

18 for?

19 A.   The Wechsler Individual Achievement Test, Third Edition,

20 most recent edition.  Although they're coming out with a new

21 one next year.

22 Q.   All right.  And is there information on page 18 of the

23 report, page 32 of the document, about fluency?

24 A.   Yes.

25 Q.   Describe that.

SMITH - DIRECT

1   A.   Oral reading fluency.  She had to read -- she ended up

2   reading three passages.  You only use -- the reason for that

3   was the way that the WIAT sets things up is that you start off

4   at a level of difficulty that is expected that a person of her

5   age would be able to read fairly efficiently within a certain

6   time limit.

7        If they go over that time limit, regardless of the

8   mistakes, you don't score that.  You stop that testing,

9   although you're allowed to continue, because I've found it

10  awkward to stop somebody.  It's embarrassing for them to be

11  stopped.  But you don't score that.

12       You then revert to -- somewhat easier, the next two easier

13  passages and do that.  And the first one that she does, she has

14  to do that within a certain maximum time limit.  And if she

15  does that, then you administer the next one in the order.  And

16  those are the two that are used for scoring.  And you're --

17  there are two scores, both the speed with which she does it and

18  then the number of errors, although the oral -- this score, the

19  oral reading fluency, is a combination of the speed with which

20  she does it and some of the errors but not all of the errors.

21       There's another -- am I getting ahead of myself?

22  Q.   No.  That's -- I think it's a good thing to explain at

23  this point.

24  A.   I should stop?

25  Q.   No, no, no.  Go ahead and explain how the errors are

SMITH - DIRECT

1    treated.

2    A.   The nature of the scoring for the WIAT, in terms of

3    scoring errors, you do have another -- there's a subscore.  You

4    have a speed score, which is how fast did she do it, and then

5    you have another score considering accuracy.  The accuracy

6    score, which is a component score, you count the times that she

7    omitted a word, misread a word and didn't correct it, added a

8    word.  Is there another one in there?  No, that's it.  And that

9    ends up with that score.  However, in terms of the errors that

10   are counted to come up with the primary oral reading, the only

11   errors that factor in there are the times that she added a word

12   or misread a word and didn't correct it.  If you turn around

13   and correct it, it doesn't count as an error.

14   Q.   So -- and I think that if I have this right, that we're on

15   page 18 of the report.  But on page 16, you talk about the oral

16   reading accuracy score being average and at the 55th

17   percentile.  Correct?

18   A.   Let me find it again.

19        Yes, 55th percentile.

20   Q.   Okay.  So generally speaking, on this test, subject to the

21   explanation you gave of how this test treats accuracy,

22   generally speaking, she read accurately but slowly?

23   A.   On this test.  The Gray Oral is scored differently, so it

24   produces a different score with a different meaning.

25   Q.   Okay.  So we'll talk about that too.

SMITH - DIRECT

1      But -- and I think you explained generally how this is

2   scored, but on page 18 for oral reading fluency, it says that

3   the standard score was 67?

4   A.   Yes.

5   Q.   And that the percentile rank was 1?

6   A.   1.

7   Q.   Okay.  And I think we all have been talking about

8   percentile for two days, but just to put it in the record here,

9   when you say that a score is in the 1st percentile, what does

10  that mean?

11  A.   That means her performances was only as good or high as

12  1 percent of other people her age.  Now, conversely that means

13  that 99 percent of people her age were better at her than that.

14  Q.   And for the WIAT-information, this is an age-based

15  comparison?

16  A.   Yes.

17  Q.   You're comparing her with other like-aged people?

18  A.   That's correct.  This goes up to age 50.

19          MR. BERGER:  Your Honor, at this point I had planned

20  to try to play some of the recordings that Dr. Smith made of

21  Ms. Ramsay's actual performance.  And we have yet to master the

22  technical difficulties of playing them, so I'm going to pass

23  over that for now.

24          THE COURT:  That's a good idea.

25  BY MR. BERGER:

SMITH - DIRECT

1   Q.   So on this fluency score that we've just been talking

2   about, the oral reading fluency score on the WIAT-information,

3   is that -- is it fair to say that is determined mainly by

4   reading speed?

5   A.   On this test it is.  It is much more influenced by speed

6   than the errors that are made, unless you make a whole bunch of

7   errors.  She didn't make enough of those -- primarily speed is

8   influenced on that particular score.

9   Q.   And I think one of the things you said is if you make an

10  error and then correct it, then it isn't counted as an error.

11  Right?

12  A.   That's correct.

13  Q.   Okay.  All right.  Well, then let's talk about the GORT,

14  because you've mentioned that.  And the GORT is discussed in

15  your report, I believe starting at page 21 of the report, but

16  page 35 of the document.

17  A.   Yup.  Okay.

18  Q.   And that discussion continues on over to the next page

19  too.  So on the GORT, according to your report, Ms. Ramsay had

20  an accuracy score that was at the 5th percentile.

21  A.   Right.

22  Q.   And a rate score that was at -- well, and then it goes on

23  to say the fluency score.  The fluency score, that was at the

24  2nd percentile.  That's over on the next page.

25  A.   Uh-huh.

SMITH - DIRECT

1  Q.   And you say in your report, she was able to correctly read

2  most of the words but her reading was slow.

3  A.   Where is that at here?

4  Q.   That's on page 22 of the report, third line.

5  A.   All right.  Let me look at that.

6       22, the third line?

7       Read most of the words but her reading was slow.

8       Yes.  That's reflecting -- the way that the Gray Oral was

9  scored, she made a lot of corrections.  She would read a word

10  wrong and then would correct it.  Unlike the WIAT, those are

11  not counted as errors on the WIAT.  Those are counted as errors

12  on the GORT, because it reflects stumbling and awkwardness and

13  misreading something at first and then having to go back and

14  correct it.

15  Q.   And in fact, you went on in this same page to give a

16  description in your report of the manner in which she read?

17  A.   Correct.

18  Q.   Can you just summarize that very briefly?

19  A.   Well, she read in short phrases, two- and four-word

20  phrases, halting, a lot of hesitations, a lot of

21  self-corrections, a lot of rereading of a phrase or a

22  four-word -- a four-word phrase throughout the passages that

23  she was reading.  So it reflects a lot of hesitation and

24  uncertainty about what's the correct word.

25  Q.   Okay.  Let's just turn back one page to page 21 of the

SMITH - DIRECT

1  report.  And there's a discussion there at the top of the page

2  and then a table in the middle of the page of results from the

3  Woodcock-Johnson IV?

4  A.  Yes.

5  Q.  And first can you just summarize what you found about

6  reading rate and sentence reading fluency and word reading

7  fluency?

8  A.  Those are -- well, sentence reading fluency is a silent

9  reading task.  And what you do is basically you're reading

10  simple sentences, they're not really difficult words to read,

11  and you're marking whether they're true or false, yes or no.

12  Like, for instance, a bird writes books, is that false or true.

13  Well, you know, that's pretty simple.  And so -- and then you

14  get three minutes to do as many of those as you can.

15      Every error you make gets counted against you.  It

16  detracts from your score.

17      The word reading fluency is you have a -- rows of four

18  words.  Two of the words are related, like shoe, stone, sock

19  and pencil.  Well, shoe and sock would be the ones that are

20  related.  And she has to mark those.  And then she's allowed to

21  skip -- like in the silent reading, the instructions are skip

22  anything you're not sure about.  You can go back for it later

23  if you have time.  Most people don't finish the whole task in

24  the three minutes.  And the same is the true for the word

25  reading.  You can skip anything you're not sure about.  Get as

SMITH - DIRECT

192

1    many done as you can as fast as you can.

2    Q.    So we've reviewed so far three different tests that you

3    did, the WIAT-information --

4    A.    Let me also add that those -- you're reading those

5    silently.   Unlike the WIAT and the GORT-5 where you're reading

6    out loud, those you're reading silently.

7    Q.    Okay.   So anyhow, three different tests, the WIAT and the

8    Woodcock-Johnson and the GORT-5.

9         And your results for all three of those, for three

10   different tests, and you've described the tests, showed low

11   scores for fluency?

12   A.    Very low scores.

13   Q.    And then there also is a test that you did called the

14   Nelson-Denny?

15   A.    Yes.

16   Q.    And you can see a reference to that on page 30 of the

17   report, which is page 44 of the document.

18        And what generally did the Nelson-Denny testing tell you

19   about Jessica's performance?

20   A.    Well, let me look at this -- I'm at the wrong -- you said

21   44 of the doc?

22   Q.    Yes.   It's the page with the title recommendations at the

23   top.

24   A.    I'm confused.   You're referring to the Nelson-Denny.   I'm

25   not -- and that's not in this part, I don't think, is it?

SMITH - DIRECT

1  Q.   Well, it's discussed as part --

2  A.   Oh, yeah.  I see that I referred to the Nelson-Denny.

3  Q.   Correct.  There may -- I mean, if you want to look for a

4  different reference to the Nelson-Denny, that's fine, but --

5  A.   I'll do that, because it's -- I go into a little more

6  detail earlier than that.

7       So what's your question again, please?

8  Q.   Just what -- whether the Nelson-Denny was another piece of

9  evidence about Ms. Ramsay's reading ability.

10  A.   Yes.  Mostly I'm focusing on the reading comprehension

11  test, which you get 20 minutes for.  Like Dr. Lovett said

12  earlier, I take -- the rate score, I take with a grain of salt.

13  It's not terribly -- it's not terribly reliable the way it's

14  conducted.  It's only one minute reading and silently.

15      But what she did was she answered 95 percent of the

16  questions that she attempted correctly.  But I think it was

17  only 40 -- she only attempted 42 percent of the questions that

18  were there before the time ran out.

19  Q.   And that's because she ran out of time?

20  A.   Yes.  Most adult -- most -- there was some research done

21  on this that most high school seniors can finish the whole 38

22  questions in the 20-minute time limit.  But that's not part of

23  the scoring.  That's just some supplemental testing that was

24  done on high school seniors.

25  Q.   Now, there's evidence in the case about various

SMITH - DIRECT

1   standardized tests that Ms. Ramsay took over time, especially

2   the ACT, which is a college admissions test, and the MCAT.

3   A.    Uh-huh.

4   Q.    How would you compare the kinds of tests that we've just

5   been discussing, the WIAT-information, the GORT-5, the

6   Woodcock-Johnson IV and the Nelson-Denny, with a test like the

7   ACT or the MCAT?

8   A.    Those are not diagnostic reading tests.  They primarily

9   rely on reading comprehension.  And they don't give us any

10  information about what was going on for the person in order to

11  accomplish what they accomplished on it.

12  Q.    You have testified generally and your report refers to the

13  fact that you reviewed early school records --

14  A.    Yes.

15  Q.    -- for Jessica.  I think report cards?

16  A.    Yes.

17  Q.    And would you say that there is any indication in those

18  records of a reading problem?

19  A.    No, not much.  Actually, none.

20  Q.    Is it common or uncommon for dyslexia to be unrecognized

21  in early school records?

22  A.    Yes.  I mean, it's common in my experience.  I don't find

23  those kind of school records to be all that accurate of a

24  reflection of what was going on.  They typically don't say

25  much.  I mean, they give the grades and they make a few

1   comments, but my impression about most -- over these years

2   about most teachers is that they're -- if the student is

3   managing to accomplish the tasks and get a good grade, no

4   matter how they do it, the teacher wants to be encouraging and

5   positive and they don't want to focus on anything that's

6   negative.

7           MR. BURGOYNE:   Lack of foundation, Your Honor,

8   objection.

9           THE COURT:   Overruled.   We'll grant him some expert

10  license.

11          THE WITNESS:   If I could say one more thing about

12  that?

13  BY MR. BERGER:

14  Q.   Yes.

15  A.   My experience, again, is that I look for those things,

16  because sometimes there's something there that says something.

17  But the absence of something there doesn't -- doesn't tell me

18  that something wasn't going on.   That's the basic -- what I'm

19  trying to say.

20  Q.   I want to show you now an exhibit from defendant's exhibit

21  book.   So let me help find that for you, but I'm going to be

22  referring to D-27.

23       Dr. Smith, D27 appears to be a report on a test called the

24  Iowa Test of Basic Skills that Ms. Ramsay took when she was 11

25  years old.

SMITH - DIRECT

1  A.   Yes.

2  Q.   Do you see that?

3       And have you reviewed this before?

4  A.   I don't think that was available to me when I did my

5  evaluation, but I have looked at it subsequently.

6  Q.   And is there any information on this report that relates

7  to the difference between Jessica's performance and her

8  cognitive ability?

9  A.   Yes.

10  Q.   Could you describe that?

11  A.   The Iowa Test is frequently done in combination with a

12  test called the Cognitive Abilities Test, which is a

13  group-administered test trying to measure IQ or intelligence.

14  And it's not as -- considered as precise as the individually

15  administered tests like the Wechsler, but it's commonly done.

16  I remember when I was this age doing it.  Or remember looking

17  at these things at that.

18       And what this does, though, is that for the cog, it gives

19  a -- for the cog ability test, it provides a combination -- I

20  mean, percentile ranks, scores in relation to other children

21  her age, as well as other children in the same grade.  And

22  those are mentioned here.  They're both far above average.

23       And what it says, though, is that her -- the measurements

24  of her -- this is a standardized group administered test.  What

25  this says is that like her -- a number -- well, I'll just read

SMITH – DIRECT

1    what it says here.

2         That a number of her academic skills are significantly

3    below what they would have expected given her cognitive

4    abilities test.  The vocabulary reading comprehension,

5    spelling, capitalization, punctuation, social studies and math

6    computation, they represent areas in which Jessica is not doing

7    as well as she might be expected.

8         The measures of her intelligence are -- the overall

9    measure for the grade -- they're using the grade -- well,

10   they're both -- they're using the grade score here.  That's at

11   the 98th percentile.  And her reading score is at the 74th

12   percentile.  And although that's a good score compared to other

13   kids, that's far below what you would expect for somebody with

14   that of a cognitive ability.

15   Q.   When Professor Lovett and Professor Zecker testified,

16   there was some discussion about what they called the

17   discrepancy model.

18        Do you recall that?

19   A.   Yes, yes.

20   Q.   Is the discrepancy model still recognized either in DSM-5

21   or ICD-10?

22   A.   It's recognized in ICD-10.

23   Q.   And are there also scholars in the field that have

24   advocated for the discrepancy model?

25   A.   Yes.  The problem with the discrepancy model is that there

SMITH - DIRECT

1  is a lot of controversy about that, a lot of debate among

2  expert researchers about this thing, some for it, some against

3  it.  And leading to a lot of criticism about the DSM-5

4  eliminating it.  The problem with the discrepancy model is that

5  with children with learning disabilities frequently didn't

6  exhibit a significant discrepancy.  And then they were ruled

7  out from having a learning disability when in fact they were

8  struggling.

9       But the presence of a discrepancy is a meaningful thing.

10 And that's what these other experts are saying, is that the

11 absence of it, we should eliminate it for that reason and not

12 disqualify somebody if they don't have that discrepancy,

13 because there's an interactive effect that can happen where

14 your learning disability can actually depress the development

15 of your intellectual abilities.  But if you happen to have one,

16 that's still meaningful.  That's what the criticism is, that

17 that shouldn't have been thrown out for that reason in order to

18 solve the other problem.

19      That's particularly promoted by Drs. Bennett and Sally

20 Shaywitz at the Yale University Dyslexia Center in their

21 research on the connections and the importance of the IQ and

22 discrepancy.

23 Q.  And in your report, did you consider whether there were

24 discrepancies between Jessica's performance and her cognitive

25 ability?

SMITH - DIRECT

1  A.   Yes.  And let me add to that.  It's not enough to have a

2  discrepancy.  That can happen just by the nature of the test.

3  The issue then is if you have a discrepancy, it means that,

4  well, it didn't happen just because of the sloppiness of the

5  test, but you also have to look how frequently does that occur

6  in the general population for it to be clinically meaningful.

7  It needs to be unusual.  And generally the cut for that is

8  generally anything 15 percent or less is considered unusual,

9  therefore, abnormal.

10  Q.   And did you consider that in your report?

11  A.   Yes, absolutely.

12  Q.   Is page 11 the right reference in your report?  That's

13  page 25 of the overall document, page 11 of your report.

14       And I can help you find it if that --

15  A.   As long as I don't knock things over here.

16       What page?

17  Q.   It's page 11 of the report.

18  A.   That should be at the end of the academic discussion.

19  Q.   Yep.

20  A.   That's usually where I -- no.  That would be at the end of

21  the WIAT, because that's really the only one I use for that.

22  That's the only one -- they did studies on -- they did

23  develop -- I call it the WIAT.  The WIAT, the WIAT.

24       Where they -- in the standardization sample, they do like

25  5,000 kids and adults to measure how frequently these kind of

SMITH - DIRECT

1   discrepancies occur in the population sample.  And that's where

2   those figures come from.  And it's a big enough sample that we

3   can make a generalization that that probably reflects what

4   occurs out there with the whole population in general.

5   Q.   Okay.

6   A.   You want me to find that?  Is that what you're looking for

7   here?

8   Q.   I don't think we need --

9   A.   I'm there now, so if you want me to refer to it.

10  Q.   No.

11  A.   I did it in two ways.  Because there's a -- I used the IQ,

12  even though I don't think that's a valid measure of her

13  intelligence.  And I use it with the General Ability Index,

14  which is a preferred measure among the -- many of the

15  organizations that deal with gifted, because -- especially the

16  gifted learning disabled, because they often do have these

17  discrepancies in some of these other domains, like processing

18  speed and working memory index.

19       And those are also -- these discrepancies, that's also

20  important, because base rate, how frequently does that occur

21  with people at that level?  So, again, it has to be unusual,

22  lower than 15 percent.  So it's not like it just occurs all the

23  time for people.  It's not occurring very often, therefore,

24  it's unusual and, therefore, abnormal.

25       And so that's where the General Ability Index doesn't use

SMITH - DIRECT

1   those.   The working memory index and the processing speed index

2   are actually attention-related components.   And so when you

3   factor those out, the verbal comprehension and the perceptual

4   reasoning are solving problems, both verbally and nonverbally,

5   which is what most people would think of as intelligence to

6   begin with.   And it would represent your optimal -- well, a

7   better estimate of your intelligence when you're able to use

8   all of your compensatory strategies that you may have.

9   Q.   And what's the reason why, in Ms. Ramsay's case, the

10  General Ability Index is a better measure than IQ?

11  A.   Well, because her -- the unusual discrepancies between her

12  verbal comprehension index and her performance reasoning index

13  and her -- in particular, the processing speed index.   That --

14  I could -- I need to go back to the IQ or the Wechsler

15  intelligence scale to comment on it.

16       Do you want me to do that?

17  Q.   Yes.

18  A.   How frequently that was?   I mean, that's important.   It's

19  not enough to have a discrepancy.   I said that.

20  Q.   I think page 9 of your report, if I'm looking at the right

21  thing.

22  A.   Thank you.   Page 9.

23       The -- and we're comparing her against other -- in this

24  instance, against other people who have an IQ of 117.

25       And I did some comparisons.   I'm -- I didn't include it in

SMITH - DIRECT

1   the report.  We're making kind of an arbitrary decision about

2   which group are we going to calculate these things.

3         If I calculated it based on how frequently do these kind

4   of discrepancies occur with people with an even higher IQ,

5   which would be where people typically think of gifted, with an

6   IQ score, they occur even less frequently.  But it's pretty

7   infrequently here.

8         This is -- the difference between her performance

9   reasoning index and processing speed occurred in only

10  1.3 percent of the population of people at that level.  That's

11  pretty uncommon.

12  Q.   What page are you?

13  A.   I'm on page 24 of 60 of the exhibit.

14  Q.   Okay.

15  A.   Or 10 of 31 of my report.

16  Q.   Okay.  I want to change the subject now and talk about the

17  diagnosis of ADHD --

18  A.   Okay.

19  Q.   -- in Jessica's case, in Ms. Ramsay's case.

20        What generally did you base the diagnosis on in her case?

21  A.   The descriptions that she and her mother and her fiancé

22  Neil gave and their responses to the rating scales that I asked

23  them to fill out, which I asked him -- her mother -- pretty

24  sure -- yes, I did.  I asked her mother to fill out that rating

25  scale, about how Jessica was when she was under the age of 12,

1  during her elementary school years.  And that's primarily how

2  you conclude about an attention deficit.

3        There are no -- you want me to get into this?

4  Q.  Well, let me just ask this:  Was there a specific test

5  that you did with respect to ADHD?

6  A.  Yes.

7  Q.  And what test was that?

8  A.  That was the IVA, the Integrated Visual and Auditory

9  Attention -- Continuous Performance Test.

10  Q.  And what were the findings from it?

11  A.  She was extremely low, both administrations.

12  Q.  Well, for example, in your report on -- in your report,

13  you begin the discussion of the -- let's just have it in the

14  record at this point, what you're referring to.  The full name

15  is the Integrated Visual and Auditory Continuous Performance

16  Test.  Correct?

17  A.  Yes.

18  Q.  Sometimes called the IVA or the IVA+Plus?

19  A.  The IVA+Plus is the term.

20  Q.  And that begins at page 11 of the report.  And then at

21  page 12 you begin to explain the findings.  And you said that

22  you administered it twice?

23  A.  Yes.

24  Q.  And why did you administer it twice?

25  A.  Because the scores were so low, I wanted to see if I would

SMITH - DIRECT

1  get a similar result to see how reliable that was.

2      Trying to factor in some of the test error that are built

3  into some of these kind of tests.  So offset it to see if I get

4  it, a similar kind of result or something drastically

5  different.

6  Q.   All right.  So on page 13 of the report, around the middle

7  of the page, where you're just describing the first time you

8  administered it -- and actually, there are a number -- let me

9  just review them quickly.

10      On page 12, you talk about the Full Scale Response Control

11  Quotient?

12  A.   Yeah.

13  Q.   And you say that that was -- got you a score of 44, which

14  was in the extremely impaired range.  Correct?

15  A.   Let me just move this before I knock it over.

16      What page?

17  Q.   Page 12 of the report, and near the bottom.

18  A.   Okay.  All right.

19  Q.   There's a global quotient scale score you report on the

20  first time you administered the test of 44?

21  A.   Yes.

22  Q.   And you say that fell in the extremely impaired range?

23  A.   Yes.

24  Q.   And then you also describe her auditory response control

25  quotient scale was 38?

SMITH - DIRECT

1  A.    Oh, wait a minute.  Auditory response.

2  Q.    And the visual response control quotient scale on the next

3  page.

4  A.    That's 38 for the auditory and 65 for the visual.

5  Q.    Okay.  And you say they both fell into the -- or all three

6  of those fell into the extremely impaired range?

7  A.    Yes.  Well, one is extremely and one is severely.  I don't

8  know if they're different.  They're both bad.

9  Q.    All right.  And on the next page you described something

10  called the Full Scale Attention Quotient?

11  A.    Uh-huh.

12  Q.    Also in the extremely impaired range?

13  A.    Uh-huh.  Oh, you're asking the question?

14  Q.    Yeah, yeah.

15  A.    What's the question again?

16  Q.    Just to confirm that you described the Full Scale

17  Attention Quotient as falling in the severely impaired range?

18  A.    Yes.

19  Q.    And the visual attention quotient also in the extremely

20  impaired range?

21  A.    Yes.

22  Q.    And the next paragraph down, you refer to the combined

23  sustained attention scale also in the extremely impaired range

24  and the visual sustained attention quotient scale also in the

25  extremely impaired range?

SMITH - DIRECT

1  A.   Could I -- well --

2  Q.   And without going through the second administration in as

3  much detail, did those findings generally confirm the findings

4  from the first administration?

5  A.   Yes.

6  Q.   So was this additional evidence that you considered as

7  part of your ADHD diagnosis?

8  A.   Yes.  Just as a note, these kind of tests, there are

9  several on the market, they're all patterned after air traffic

10 controllers sitting in front of a screen watching something

11 that's extremely boring and having to keep their attention on

12 it because these are very boring.  Most people with attention

13 deficit hate doing this test.  It's miserable for them to sit

14 through 15 minutes of this.

15 Q.   Let's look at page 8 of your report.  It's page 22 of the

16 big document but page 8 of the report, page 8 of 31.

17      And I'm going to be discussing this section called --

18 under the heading symptom validity.

19 A.   Yes.

20 Q.   You describe that you administered a test called a Test of

21 Memory Malingering, or TOMM?

22 A.   Yes.

23 Q.   Why did you administer the TOMM in this case?

24 A.   It's one of the most commonly used tests, it has a lot of

25 research behind it, beyond being experimental.

SMITH - DIRECT

1    And I'm assessing for both attention deficit and dyslexia.

2  And it's one of the most frequently used tests that's used.

3  Q.  Besides the TOMM, is there anything else that you relied

4  on in considering whether Ms. Ramsay was making genuine effort

5  during all this testing?

6  A.  Yes.  Well, her general demeanor -- well, primarily her

7  general demeanor.  And she came across to me as a very sincere

8  person who was trying her best.  And the symptom validity

9  test -- actually, they used to be called symptom validity

10  tests, but they're actually referred to as performance validity

11  tests now.  It's a supplement to try to see if there's any --

12  to supplement what my own judgment was about her, her efforts.

13  Q.  But you did also choose to do the TOMM, the Test of Memory

14  Malingering in this case.  You didn't rely just on your

15  clinical --

16  A.  No, no.  I choose to do this.  And this has been -- it's

17  been used in studies with -- to examine people who have reading

18  disabilities in addition to memory or attention deficit.  It's

19  been used in a broad range of neuropsychological dysfunction,

20  brain dysfunction, attention deficit, learning disabilities,

21  dyslexia.  And so it's been researched in those areas as being

22  effective.

23  Q.  Taking account of everything that we've reviewed this

24  afternoon and everything that you've described in your report,

25  what conclusion did you reach about whether Jessica Ramsay has

SMITH - DIRECT

1  dyslexia?

2  A.   I had no question about it.

3  Q.   And would you -- could you briefly summarize your reasons

4  for that conclusion?

5  A.   Well, her performance on the test that actually measured

6  dyslexia, the measures of basic reading, oral reading fluency,

7  silent reading speed, those are the primary tests that reflect

8  whether or not you have dyslexia.

9  Q.   And based on everything that you've described and in your

10  report, what conclusion did you reach about whether she had

11  ADHD?

12  A.   I concluded that she did have ADHD.  By the description

13  from her mother and her, it seemed credible to me.  The

14  explanation for why it doesn't -- what they did for her when

15  she was a youngster in elementary school seemed credible to me

16  and was -- supported that those symptoms were there.

17  Q.   You're aware and you describe in your report about prior

18  professional evaluations of whether she had ADHD or not.

19  A.   Uh-huh.

20  Q.   By Dr. Smiy?

21  A.   Yes.

22  Q.   And also by Dr. Ruekberg?

23  A.   Yes.

24  Q.   And did you consider their findings in reaching your

25  conclusion about ADHD?

1   A.   Not so much Dr. Smiy.  And I don't mean that in a negative

2   way toward him, but a general office practice doesn't go into a

3   lot of detail.  They're making the best guess they can with the

4   limited time they have.  They're going to treat them.  They get

5   to make that decision.  And then they're going to see how well

6   they respond.  That's typically what happens in a doctor's

7   office.

8        Dr. Ruekberg, from what I read, did more of what a typical

9   evaluation for attention deficit is, which is the collection of

10  interviews, information and the filling out of rating scales

11  that pertain to the symptoms of attention deficit.

12       Actually, that is what is primarily -- I mean, you collect

13  as much history as you can.  I use these -- like the IVA tests,

14  I use that.  And I look at patterns of the Wechsler to see if

15  that's consistent.  There are other conditions that can produce

16  that pattern, so that's not a -- they're not specific to that.

17       But no professional organizations have approved any

18  neuropsychological tests as a primary determinant of attention

19  deficit, either for or against having it.  And they have to

20  basically collect what information you can about their history,

21  the frequency of their symptoms that you gather from them and

22  other people who know them, and you make your best professional

23  judgment.  It's a lot less -- it's primarily not test driven.

24       So for instance, if she had scored well on the IVA, that

25  wouldn't matter, because those kind of tests in general have

SMITH - DIRECT

1    been found to have a very high false negative rate.  I mean,

2    they've failed to detect it, roughly speaking, about 50 percent

3    of the time when in fact it's there.  If they happen to find

4    something, they're right about 90 percent of the time.  That

5    doesn't mean that they have attention deficit.  It means they

6    have impaired attention, which could be from psychosis,

7    depression, brain damage, a whole host of many things, having

8    the flu, taking medicine.  But then based on the history, you

9    could make an inference about, well, what could that be about,

10   why did they perform in the impaired range.

11   Q.   And Ms. Ramsay didn't have any of those --

12   A.   No, she did not have anything going on.  And she didn't

13   take any medication because what good would it do to do a test

14   of attention if she's getting the treatment for it?

15   Q.   Based on your testing, everything in your report,

16   everything you've described this afternoon, is it your opinion

17   that Ms. Ramsay needs testing accommodations for timed written

18   tests like the USMLE?

19   A.   Yes.

20   Q.   And what accommodations do you believe that she needs?

21   A.   I think she needs to have double the usual time because of

22   those measures of reading speed and oral reading fluency and

23   other tests like the Nelson-Denny that reflected very slow

24   reading on a reading comprehension test.  I don't mean the

25   rate.  I mean the number of questions she was able to attempt

1   in the 20-minute time limit.

2           MR. BERGER:  Thank you.  That concludes our direct

3   examination, Your Honor.

4           THE COURT:  All right, Counsel.  Rather than get

5   started with cross-examination this afternoon, let's start

6   tomorrow morning at 9:30.  All right?

7           MR. BURGOYNE:  Thank you, Your Honor.

8           THE COURT:  We're adjourned.

9           (Proceedings concluded at 4:38 p.m.)

10

11

12

13           I certify that the foregoing is a correct transcript

14   from the record of proceedings in the above-entitled matter.

15

16   _____

17   Ann Marie Mitchell, CRR, RDR, RMR
     Official Court Reporter

18

19

20

21

22

23

24

25

1                            -   -   -

2                         I N D E X

3                            -   -   -

4

| Witness | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| JESSICA RAMSAY | | 4 | 48 | 58 |
| DR. BENJAMIN LOVETT - VOIR DIRE | 62 | | | |
| DR. BENJAMIN LOVETT | 71 | 110 | | |
| DR. STEVEN ZECKER - VOIR DIRE | 139 | | | |
| DR. STEVEN ZECKER | 146 | 150 | | |
| DR. ROBERT SMITH - VOIR DIRE | 168 | | | |
| DR. ROBERT SMITH | 174 | | | |

17

18                           -   -   -

19                     E X H I B I T S

20                           -   -   -

21

| NO. | ADMITTED PAGE |
|---|---|
| DX-5 | 141 |
| DX-6 | 65 |
| P-34 | 138 |

25

**$1,000** [1] - 135:6
**$2,000** [1] - 135:6
**$200** [1] - 135:3
**0.2** [1] - 132:5
**0003** [1] - 25:11
**08033** [1] - 1:17
**1** [35] - 4:23, 8:13, 14:9,
29:17, 37:18, 39:25, 42:20,
42:22, 43:1, 56:10, 56:12,
56:14, 56:21, 58:8, 58:10,
58:23, 58:24, 67:3, 86:23,
87:1, 88:10, 88:12, 89:8,
89:11, 90:20, 98:19, 99:22,
104:12, 115:23, 116:8,
130:10, 140:4, 188:5, 188:6,
188:12
**1,300** [1] - 173:3
**1.3** [1] - 202:10
**10** [8] - 2:4, 90:13, 102:19,
155:18, 168:17, 170:19,
181:22, 202:15
**100** [1] - 87:24
**106** [2] - 33:18, 34:18
**10:47** [1] - 48:14
**11** [12] - 28:4, 29:1, 98:1,
98:2, 145:5, 183:15, 195:24,
199:12, 199:13, 199:17,
203:20
**110** [1] - 212:8
**117** [1] - 201:24
**11:00** [1] - 48:13
**11:01** [1] - 48:14
**11th** [3] - 85:11, 85:13
**12** [16] - 36:9, 74:23, 91:21,
98:1, 115:7, 115:13, 142:20,
142:23, 145:9, 172:16,
172:18, 202:25, 203:21,
204:10, 204:17
**120** [2] - 33:25, 79:18
**12:30** [1] - 109:14
**12:46** [1] - 117:18
**13** [4] - 102:22, 140:17,
164:2, 204:6
**130** [1] - 79:18
**138** [1] - 212:24
**139** [1] - 212:10
**13th** [1] - 2:11
**14** [2] - 26:23, 98:2
**141** [1] - 212:22
**146** [1] - 212:12
**15** [9] - 166:8, 178:16,
178:17, 178:24, 179:18,
181:22, 199:8, 200:22,
206:14
**150** [1] - 212:12
**152** [1] - 24:4
**16** [8] - 26:24, 69:10, 131:14,
139:8, 153:7, 153:8, 184:17,
187:15
**168** [1] - 212:13

**17** [5] - 26:21, 27:1, 96:9,
96:21
**174** [2] - 44:14, 212:15
**175** [1] - 44:23
**18** [18] - 9:21, 9:25, 10:7,
10:11, 75:17, 87:16, 88:2,
95:17, 96:8, 96:22, 131:12,
131:14, 180:25, 184:17,
185:13, 185:22, 187:15,
188:2
**188** [1] - 42:24
**18th** [1] - 85:25
**19** [3] - 1:16, 90:23, 140:21
**191** [1] - 37:18
**19106** [1] - 1:9
**192** [2] - 37:21, 38:10
**194** [1] - 14:9
**195** [3] - 38:1, 38:5, 38:11
**198** [1] - 15:17
**1986** [1] - 169:18
**1990** [1] - 144:6
**1995** [1] - 173:3
**1999** [2] - 147:9, 169:9
**19th** [1] - 164:12
**1:00** [1] - 109:19
**1:30** [2] - 109:21, 117:9
**1:31** [1] - 117:18
**1st** [8] - 86:2, 87:25, 89:6,
90:14, 98:16, 132:2, 132:9,
188:9
**2** [21] - 1:6, 7:9, 7:18, 7:22,
34:11, 35:20, 35:24, 35:25,
36:16, 44:19, 45:3, 68:9,
94:11, 102:12, 128:9,
128:10, 128:11, 147:13,
151:24, 160:1
**20** [5] - 17:10, 33:4, 143:13,
144:20, 193:11
**20-minute** [2] - 193:22, 211:1
**2000** [1] - 147:9
**20002** [1] - 2:5
**20005** [1] - 2:12
**2007** [3] - 102:18, 102:24,
103:1
**2008** [1] - 31:24
**2010** [1] - 62:19
**2012** [1] - 31:24
**2013** [1] - 81:11
**2015** [2] - 37:2, 40:15
**2016** [6] - 41:14, 41:16,
45:21, 135:24, 137:23,
139:17
**2017** [6] - 33:22, 43:13,
44:13, 140:17, 156:11, 164:2
**2018** [23] - 4:25, 6:21, 8:10,
8:11, 11:4, 11:6, 12:5, 13:25,
17:15, 18:20, 19:18, 21:5,
23:23, 25:14, 26:18, 28:4,
29:1, 37:16, 139:20, 140:22,
149:13, 164:12, 175:13

**2019** [3] - 1:10, 67:3, 140:15
**202** [3] - 2:5, 2:12, 14:9
**207** [1] - 12:17
**21** [7] - 16:25, 88:20, 89:19,
131:25, 168:12, 189:15,
190:25
**219** [2] - 11:6, 11:10
**22** [9] - 21:5, 85:5, 89:19,
132:11, 182:1, 182:9, 190:4,
190:6, 206:15
**2200** [1] - 17:5
**223** [1] - 9:10
**2248** [1] - 6:17
**225** [1] - 10:4
**227** [1] - 10:14
**23** [2] - 85:5, 90:23
**231** [1] - 7:6
**232** [2] - 35:15, 35:21
**239** [1] - 7:25
**24** [1] - 202:13
**248-5092** [1] - 2:5
**25** [4] - 33:22, 175:13,
183:15, 199:13
**25-plus** [1] - 143:13
**25th** [1] - 29:5
**26** [1] - 4:25
**262** [1] - 45:19
**264** [1] - 46:12
**267** [1] - 1:23
**27** [4] - 17:18, 18:2, 40:10,
40:11
**29** [3] - 100:20, 125:22,
125:24
**299-7250** [1] - 1:23
**2:19-cv-02002** [1] - 1:3
**2nd** [3] - 132:13, 160:3,
189:24
**3** [13] - 26:18, 28:24, 83:25,
90:8, 90:13, 103:3, 103:17,
132:9, 151:21, 151:24,
152:14, 152:15
**30** [3] - 102:7, 102:23,
125:22, 125:25, 126:8,
184:19, 184:20, 192:16
**31** [8] - 56:9, 88:2, 98:3,
102:7, 103:6, 131:12,
202:15, 206:16
**310** [3] - 42:16, 42:23, 43:16
**31st** [2] - 56:9, 58:22
**32** [3] - 104:17, 184:20,
185:23
**33** [4] - 42:12, 42:13, 147:3,
147:5
**34** [1] - 135:18
**35** [3] - 128:10, 142:15,
189:16
**354-5640** [1] - 1:17
**37** [1] - 23:19
**38** [4] - 15:13, 193:21,

**204**:25, 205:4
**3:04** [1] - 166:9
**3:18** [1] - 166:9
**3B** [2] - 98:6, 99:15
**3rd** [1] - 27:4
**4** [4] - 1:10, 126:22, 181:1,
212:5
**40** [3] - 30:14, 32:21, 193:17
**42** [2] - 17:18, 193:17
**43** [1] - 126:22
**44** [7] - 126:8, 126:18,
128:21, 192:17, 192:21,
204:13, 204:20
**45** [4] - 24:21, 30:14, 178:24,
179:2
**46** [5] - 30:15, 95:8, 95:9,
96:3
**47** [1] - 31:16
**48** [4] - 30:8, 30:11, 30:13,
212:5
**49** [4] - 30:8, 30:11, 30:20
**4:38** [1] - 211:9
**4th** [4] - 131:2, 131:3,
131:16, 131:19
**5** [12] - 33:20, 132:10,
135:24, 140:6, 140:7,
140:14, 141:4, 151:3, 151:9,
156:7, 164:1, 170:12
**5,000** [1] - 199:25
**50** [15] - 6:15, 8:4, 8:23, 11:7,
11:16, 11:18, 11:25, 12:16,
27:24, 30:8, 30:11, 31:1,
47:17, 188:18, 210:2
**50th** [2] - 147:16, 148:19
**52** [1] - 36:14
**53** [1] - 36:25
**54** [1] - 37:13
**55th** [2] - 187:16, 187:19
**57** [2] - 31:4, 43:10
**58** [1] - 212:5
**5A** [3] - 142:3, 142:20, 145:6
**5th** [2] - 132:10, 189:20
**6** [9] - 26:15, 64:6, 64:16,
65:1, 127:3, 127:5, 151:15,
151:16, 152:11
**60** [4] - 46:2, 96:3, 182:9,
202:13
**600** [2] - 2:4, 2:11
**601** [1] - 1:9
**61** [1] - 96:3
**62** [1] - 212:6
**63** [1] - 28:1
**64** [1] - 17:18
**65** [5] - 25:6, 25:10, 25:11,
205:4, 212:23
**654-6200** [1] - 2:12
**66** [3] - 38:14, 39:22, 41:3
**67** [4] - 41:10, 44:16, 87:24,
188:3

**67th** [1] - 106:13
**68** [2] - 44:10, 86:12
**6:00** [2] - 26:19, 26:22
**6A** [3] - 66:18, 66:19, 68:9
**7** [8] - 26:15, 86:10, 100:13, 143:17, 150:25, 151:14, 151:15, 151:16
**70** [2] - 47:4, 47:6
**700** [1] - 2:11
**71** [1] - 212:8
**73** [2] - 4:7, 4:14
**74** [1] - 6:20
**74th** [1] - 197:11
**75** [2] - 8:25, 9:6
**75th** [1] - 148:5
**76** [4] - 10:25, 34:18, 95:6, 95:7
**77** [1] - 12:4
**78** [1] - 13:24
**79** [5] - 17:8, 18:8, 18:11, 33:18, 106:10
**79th** [1] - 106:9
**7th** [1] - 132:4
**8** [9] - 26:4, 26:10, 181:24, 181:25, 182:1, 182:11, 206:15, 206:16
**80** [1] - 18:19
**81** [2] - 20:16, 20:17
**82** [1] - 20:21
**85** [1] - 21:4
**856** [1] - 1:17
**87** [1] - 47:21
**87th** [1] - 102:21
**9** [5] - 24:4, 68:9, 103:5, 201:20, 201:22
**90** [1] - 210:4
**90th** [1] - 102:19
**91st** [1] - 103:4
**95** [1] - 193:15
**95th** [1] - 81:21
**97th** [2] - 59:4, 103:2
**98th** [1] - 197:11
**99** [2] - 89:12, 188:13
**99th** [3] - 59:8, 147:15, 148:19
**9:17** [2] - 26:22, 27:4
**9:29** [2] - 1:10, 3:1
**9:30** [1] - 211:6
**a.m** [4] - 1:10, 3:1, 48:14
**A5** [1] - 37:3
**abbreviation** [1] - 185:17
**abilities** [6] - 37:22, 38:2, 38:6, 46:15, 197:4, 198:15
**Abilities** [1] - 196:12
**ability** [15] - 38:12, 38:13, 78:11, 79:12, 82:11, 84:20, 173:17, 174:5, 183:4, 183:19, 193:9, 196:8, 196:19, 197:14, 198:25

**Ability** [3] - 200:13, 200:25, 201:10
**able** [21] - 28:7, 30:5, 38:3, 38:10, 49:14, 49:19, 55:2, 55:8, 71:24, 96:24, 105:13, 108:19, 120:5, 120:20, 122:17, 122:25, 165:14, 186:5, 190:1, 201:7, 210:25
**abnormal** [3] - 172:10, 199:9, 200:24
**above-entitled** [1] - 211:14
**absence** [2] - 195:17, 198:11
**absolutely** [11] - 78:1, 79:5, 79:15, 80:1, 101:11, 103:12, 105:20, 110:2, 121:4, 132:25, 199:11
**academic** [19] - 70:25, 78:2, 78:11, 79:22, 80:2, 80:14, 81:2, 81:22, 82:4, 83:17, 87:13, 99:5, 100:25, 106:6, 152:4, 152:19, 177:21, 197:2, 199:18
**academically** [3] - 82:3, 82:6, 100:4
**Academy** [2] - 169:22, 169:24
**accept** [5] - 20:11, 132:15, 132:16, 148:17
**acceptable** [1] - 86:10
**accepted** [6] - 82:14, 82:21, 86:9, 86:24, 116:1, 128:16
**access** [8] - 8:6, 12:2, 49:14, 50:5, 50:6, 59:16, 120:13, 134:2
**accessed** [1] - 149:1
**accident** [1] - 93:15
**accommodate** [1] - 61:4
**accommodation** [28] - 6:10, 12:20, 13:15, 25:16, 53:15, 63:4, 64:3, 83:8, 109:10, 114:12, 114:15, 114:17, 116:14, 116:17, 118:23, 119:13, 119:25, 123:2, 123:16, 123:18, 123:20, 123:22, 129:9, 133:8, 134:13, 146:11, 150:9, 173:21
**accommodations** [88] - 4:23, 7:17, 11:10, 11:15, 12:8, 12:24, 15:22, 15:23, 16:15, 16:16, 16:21, 21:5, 22:8, 24:10, 28:22, 28:23, 38:22, 39:1, 39:6, 39:14, 40:21, 41:3, 41:21, 42:17, 43:1, 43:18, 43:21, 43:23, 45:10, 46:1, 47:2, 53:17, 53:20, 53:23, 54:4, 54:5, 62:22, 63:7, 63:10, 63:12, 63:15, 65:11, 65:13, 67:13, 68:4, 70:25, 71:21, 71:25, 74:4,

74:6, 83:10, 83:20, 91:19, 92:19, 92:20, 92:22, 99:20, 101:7, 102:3, 104:13, 107:1, 115:22, 119:7, 120:2, 122:14, 122:23, 123:13, 127:20, 136:25, 137:2, 137:4, 137:9, 139:11, 139:14, 140:19, 140:23, 141:16, 148:24, 149:13, 150:2, 150:8, 156:17, 173:14, 175:18, 181:10, 181:13, 210:17, 210:20
**accomplish** [2] - 194:11, 195:3
**accomplished** [1] - 194:11
**according** [4] - 84:25, 85:10, 131:1, 189:19
**account** [1] - 207:23
**accumulated** [1] - 81:5
**accuracy** [14] - 89:22, 90:9, 90:11, 90:19, 132:10, 132:12, 133:13, 134:15, 185:2, 187:5, 187:16, 187:21, 189:20
**accurate** [7] - 21:8, 21:10, 69:10, 91:10, 92:5, 172:19, 194:23
**accurately** [2] - 132:17, 187:22
**achieve** [2] - 42:19, 54:10
**achieved** [4] - 42:16, 42:23, 42:25, 113:7
**achievement** [8] - 80:22, 81:3, 82:9, 87:12, 91:20, 118:9, 148:18, 148:19
**Achievement** [3] - 87:5, 88:15, 185:19
**achieving** [1] - 67:6
**Acid** [1] - 37:14
**acknowledge** [3] - 24:2, 71:5, 71:7
**acknowledges** [1] - 115:18
**acquainted** [1] - 175:10
**acquire** [1] - 172:12
**acquired** [2] - 163:12
**acquiring** [4] - 78:2, 171:4, 171:16, 171:20
**acronyms** [1] - 87:7
**acrylics** [2] - 35:6, 36:3
**act** [2] - 58:3, 76:8
**ACT** [35] - 54:19, 54:20, 55:10, 55:14, 55:22, 57:2, 58:25, 59:5, 59:10, 59:18, 91:18, 99:18, 101:12, 101:19, 102:4, 102:9, 102:13, 102:17, 102:25, 103:9, 103:13, 103:21, 103:22, 104:7, 104:15, 118:12, 118:15, 124:20, 128:13, 133:4, 161:7, 194:2,

194:7
**ACTION** [1] - 1:3
**actively** [1] - 184:9
**activities** [2] - 31:17, 63:9
**activity** [7] - 58:4, 104:9, 107:8, 108:15, 148:21, 150:17, 153:24
**actual** [4] - 85:6, 87:23, 182:11, 188:21
**ADA** [5] - 72:20, 114:7, 114:8, 114:14, 135:22
**adapt** [1] - 76:17
**add** [4] - 17:12, 177:7, 192:4, 199:1
**added** [4] - 16:22, 25:4, 187:7, 187:11
**addition** [7] - 7:1, 17:3, 69:4, 78:3, 80:10, 95:19, 207:18
**additional** [23] - 8:4, 8:5, 8:18, 8:22, 11:7, 11:25, 12:1, 12:16, 65:24, 66:2, 66:8, 69:13, 101:10, 107:19, 108:20, 109:7, 119:13, 141:10, 141:18, 150:11, 174:17, 177:24, 206:6
**address** [6] - 23:25, 69:16, 81:9, 176:18, 176:25, 181:8
**addressing** [1] - 16:15
**adequate** [3] - 104:16, 109:5, 177:5
**adequately** [2] - 97:6, 98:22
**ADHD** [103] - 9:4, 9:18, 12:24, 15:22, 22:21, 65:15, 65:19, 66:13, 67:11, 68:15, 68:17, 69:17, 70:24, 72:6, 74:7, 74:10, 74:13, 74:14, 75:1, 75:4, 75:10, 75:11, 75:13, 75:16, 75:18, 76:2, 76:18, 77:1, 77:3, 77:13, 77:15, 77:18, 77:21, 83:2, 95:1, 95:4, 95:11, 95:17, 95:18, 95:20, 96:14, 96:19, 97:11, 98:24, 99:3, 99:6, 103:14, 106:24, 108:9, 108:11, 108:17, 113:2, 113:11, 113:13, 113:15, 113:17, 113:23, 114:21, 115:1, 115:5, 115:10, 115:18, 118:21, 118:22, 120:17, 121:7, 121:11, 121:17, 121:19, 122:7, 122:9, 122:11, 122:12, 123:11, 123:16, 137:15, 142:17, 143:15, 144:8, 146:5, 146:10, 151:18, 155:21, 157:7, 157:9, 160:16, 162:25, 171:23, 171:25, 172:1, 172:11, 172:23, 173:2, 174:4, 175:4, 202:17, 203:5, 206:7,

208:11, 208:12, 208:18, 208:25
**ADHD-related** [1] - 115:18
**adjourned** [1] - 211:8
**administer** [22] - 13:20, 81:1, 87:4, 88:18, 89:16, 93:18, 111:7, 112:20, 118:11, 162:1, 162:4, 162:8, 162:11, 162:22, 162:25, 163:5, 171:18, 171:19, 186:15, 203:24, 206:23
**administered** [32] - 70:16, 78:18, 91:20, 95:1, 97:15, 97:21, 103:23, 110:15, 110:21, 110:22, 111:21, 112:12, 113:5, 132:15, 132:22, 161:4, 161:17, 161:18, 162:20, 163:10, 177:2, 179:12, 179:15, 179:16, 196:13, 196:15, 196:24, 203:22, 204:8, 204:20, 206:20
**administering** [2] - 118:9, 136:20
**administers** [1] - 104:22
**administration** [6] - 102:24, 105:15, 111:1, 111:25, 206:2, 206:4
**administrations** [1] - 203:11
**administrators** [1] - 69:3
**Admission** [1] - 104:19
**admission** [3] - 78:22, 100:9, 101:15
**Admissions** [1] - 117:2
**admissions** [4] - 91:18, 92:12, 103:17, 194:2
**admit** [1] - 65:1
**ADMITTED** [1] - 212:21
**admitted** [6] - 65:5, 65:6, 138:2, 138:3, 141:5, 141:6
**adult** [14] - 95:4, 95:11, 95:20, 96:2, 113:11, 115:11, 115:15, 115:18, 115:19, 115:20, 151:1, 172:8, 193:20
**adult-specific** [1] - 96:2
**adulthood** [2] - 95:23, 95:25
**adults** [6] - 150:24, 151:1, 152:1, 152:16, 181:17, 199:25
**Adults** [1] - 145:25
**advance** [1] - 114:6
**advice** [1] - 11:20
**advise** [1] - 117:10
**advising** [1] - 68:6
**advocated** [1] - 197:24
**advocates** [1] - 128:15
**affect** [2] - 174:4, 183:4
**affected** [3] - 77:6, 173:5, 173:17
**afternoon** [8] - 110:9,

110:10, 117:23, 139:3, 139:4, 207:24, 210:16, 211:5
**afterwards** [2] - 93:16, 130:5
**age** [27] - 74:18, 74:23, 85:18, 85:20, 88:10, 88:11, 89:9, 89:10, 89:12, 90:21, 90:22, 102:16, 115:6, 115:13, 150:25, 151:14, 162:6, 172:16, 172:18, 186:5, 188:12, 188:13, 188:14, 188:18, 196:16, 196:21, 202:25
**age-based** [1] - 188:14
**aged** [3] - 148:9, 150:25, 188:17
**agencies** [3] - 116:21, 116:24, 117:4
**agency** [1] - 117:5
**ages** [1] - 151:19
**ago** [6] - 26:16, 48:20, 95:21, 110:11, 122:4, 127:7
**agony** [1] - 158:21
**agree** [11] - 42:5, 44:17, 45:13, 46:3, 46:22, 111:6, 115:24, 128:20, 128:21, 161:24, 162:24
**agreed** [3] - 128:22, 153:2, 178:3
**ahead** [6] - 49:2, 178:11, 178:21, 186:21, 186:25
**aided** [1] - 1:25
**air** [1] - 206:9
**alleged** [1] - 103:14
**alleging** [1] - 93:14
**alleviate** [1] - 6:10
**allow** [3] - 19:6, 54:1, 119:13
**allowed** [4] - 46:7, 165:11, 186:9, 191:20
**allowing** [1] - 71:11
**allows** [1] - 146:5
**alluded** [1] - 107:18
**almost** [2] - 25:1, 26:19
**aloud** [2] - 87:21, 90:1
**alphabet** [1] - 165:17
**ambiguous** [1] - 46:10
**amended** [1] - 114:14
**America** [1] - 145:11
**American** [2] - 104:21, 169:21
**amount** [9] - 6:13, 11:20, 34:5, 49:7, 59:14, 126:16, 130:9, 154:25, 157:16
**analysis** [5] - 63:24, 64:20, 99:25, 140:1, 148:8
**analyze** [2] - 56:25, 105:14
**anatomy** [1] - 53:10
**Ann** [2] - 1:22, 211:17
**annual** [4] - 135:8, 145:14, 145:23, 153:9
**answer** [22] - 33:11, 36:7,

36:9, 38:8, 38:10, 38:11, 55:2, 55:5, 56:2, 56:21, 56:25, 59:1, 63:3, 100:15, 111:10, 121:14, 126:11, 126:18, 128:18, 151:13, 176:21, 181:15
**answered** [3] - 37:22, 126:14, 193:15
**answering** [1] - 128:13
**answers** [3] - 84:22, 90:2, 161:8
**anticipated** [2] - 81:25, 83:7
**anyhow** [1] - 192:7
**apologies** [2] - 95:8, 146:23
**apologize** [6] - 17:25, 20:18, 60:14, 110:4, 114:6, 134:3
**appeal** [1] - 175:19
**appear** [1] - 152:23
**APPEARANCES** [2] - 1:14, 2:1
**appeared** [1] - 172:15
**applicable** [5] - 148:9, 148:12, 148:15, 148:16
**applicant** [6] - 62:24, 63:5, 72:6, 72:13, 106:3, 133:7
**applicants** [1] - 139:11
**application** [9] - 31:5, 82:5, 136:23, 156:18, 159:14, 159:17, 159:20, 159:24, 176:20
**applications** [1] - 62:22
**applied** [5] - 81:25, 96:4, 104:12, 107:1, 129:18
**applies** [1] - 65:16
**apply** [1] - 115:22
**applying** [7] - 22:7, 31:10, 105:9, 106:1, 147:23, 171:4, 173:24
**appointment** [1] - 14:5
**appointments** [1] - 52:14
**approach** [5] - 81:12, 82:7, 126:15, 129:19, 168:8
**approached** [1] - 126:7
**appropriate** [34] - 22:7, 22:23, 63:10, 69:24, 82:18, 98:23, 111:6, 112:3, 112:20, 113:10, 113:22, 119:10, 120:19, 121:3, 122:14, 122:22, 123:16, 123:17, 123:19, 123:21, 130:18, 132:19, 147:20, 161:1, 161:25, 162:2, 162:3, 162:6, 162:8, 162:10, 162:24, 164:22, 165:14, 170:2
**approve** [1] - 15:23
**approved** [3] - 11:21, 28:24, 209:17
**approximate** [3] - 42:20, 42:22, 42:24
**approximates** [1] - 85:23

April [5] - 13:24, 17:10, 17:15, 28:4, 44:13
**arbitrary** [1] - 202:1
**area** [8] - 16:17, 47:23, 71:15, 81:2, 82:12, 143:14, 158:14, 165:22
**areas** [16] - 27:13, 41:6, 42:5, 46:23, 48:3, 71:6, 71:13, 79:12, 87:13, 90:18, 101:16, 105:1, 143:16, 146:15, 197:6, 207:21
**arguing** [1] - 65:21
**argument** [2] - 66:10, 66:13
**arguments** [1] - 71:9
**art** [2] - 35:6, 36:2
**article** [6] - 37:2, 37:5, 37:13, 147:8, 147:10, 147:13
**articles** [2] - 68:14, 68:16
**arts** [3] - 59:7, 67:8, 168:25
**aside** [4] - 14:18, 14:21, 86:25, 120:14
**aspects** [1] - 165:22
**assess** [5] - 71:24, 151:20, 152:2, 152:17, 172:11
**assessing** [3] - 112:7, 171:14, 207:1
**Assessment** [2] - 41:12, 43:12
**assessment** [21] - 41:18, 43:8, 43:9, 67:12, 67:24, 68:20, 70:2, 91:8, 92:25, 93:2, 93:6, 95:16, 96:1, 105:23, 118:4, 118:5, 118:8, 174:3, 174:12, 175:8, 183:11
**assessments** [8] - 13:21, 23:13, 95:2, 98:25, 132:14, 173:1, 173:15
**assigned** [3] - 10:7, 10:11, 10:19
**assignments** [2] - 16:18, 32:10
**assistance** [1] - 158:1
**assistant** [2] - 32:14, 32:15
**assistants** [1] - 33:8
**assisted** [3] - 120:16, 134:8, 164:22
**associated** [3] - 55:24, 57:3, 184:1
**Association** [4] - 104:21, 145:11, 145:19, 169:21
**associations** [1] - 169:19
**assume** [9] - 6:1, 17:16, 36:12, 53:24, 118:19, 154:7, 154:10, 154:11, 160:20
**assuming** [1] - 24:16
**attach** [1] - 5:4
**attached** [2] - 12:10, 17:17, 23:20, 26:17, 73:18
**attachment** [1] - 18:15
**attachments** [3] - 25:7, 26:8,

26:9
**attack** [1] - 81:12
**attained** [1] - 53:16
**attempt** [2] - 26:11, 210:25
**attempted** [2] - 193:16, 193:17
**attempting** [2] - 7:16, 60:24
**attend** [1] - 153:11
**attended** [2] - 135:11, 136:4
**attending** [1] - 136:2
**attends** [2] - 136:6, 153:9
**Attention** [4] - 145:25, 203:9, 205:10, 205:17
**attention** [38] - 66:12, 74:15, 76:5, 76:7, 77:8, 95:2, 97:13, 98:18, 125:21, 143:9, 150:8, 152:2, 152:17, 171:23, 172:2, 173:9, 173:20, 176:15, 183:22, 184:10, 184:14, 201:2, 203:2, 205:19, 205:23, 205:24, 206:11, 206:12, 207:1, 207:18, 207:20, 209:9, 209:11, 209:18, 210:5, 210:6, 210:14
**attention-deficit/ hyperactivity** [1] - 171:23
**attention-related** [2] - 184:10, 201:2
**attorney** [15] - 14:15, 18:23, 19:8, 19:19, 19:25, 20:1, 20:6, 20:25, 21:7, 21:16, 29:20, 37:20, 121:25, 122:2
**attorney-client** [5] - 14:15, 18:23, 19:8, 19:25, 20:6
**atypical** [2] - 74:18, 101:10
**Auditory** [3] - 97:8, 203:8, 203:15
**auditory** [3] - 204:24, 205:1, 205:4
**August** [2] - 45:20, 140:15
**author** [5] - 36:19, 37:5, 37:6, 37:7, 37:14
**automaticity** [5] - 103:11, 106:20, 106:21, 171:17, 185:4
**available** [9] - 49:11, 60:5, 60:6, 60:9, 100:24, 124:13, 125:11, 196:4
**average** [44] - 41:5, 44:18, 45:16, 45:17, 46:4, 46:23, 46:24, 46:25, 79:3, 81:22, 82:8, 83:16, 85:2, 85:9, 85:11, 85:12, 85:15, 85:17, 85:24, 87:15, 87:18, 87:19, 87:24, 89:1, 89:4, 89:5, 90:6, 90:10, 90:12, 90:13, 90:25, 98:16, 104:16, 106:5, 106:8, 107:3, 107:4, 109:5, 147:16, 171:13, 187:16, 196:22

**avocational** [3] - 34:18, 35:25, 36:2
**avoid** [1] - 128:2
**aware** [4] - 19:3, 109:15, 159:5, 208:17
**awareness** [1] - 158:22
**awkward** [1] - 186:10
**awkwardness** [1] - 190:12
**bachelor's** [3] - 66:21, 142:7, 168:24
**background** [7] - 25:23, 34:12, 66:17, 66:20, 100:6, 105:12, 142:6
**bad** [1] - 205:8
**Bar** [1] - 117:2
**bare** [1] - 12:9
**base** [2] - 200:20, 202:20
**based** [41] - 38:12, 38:13, 49:21, 50:13, 55:1, 55:5, 55:11, 63:12, 65:11, 72:2, 72:17, 79:17, 83:6, 86:20, 87:21, 89:9, 97:4, 98:24, 103:18, 105:5, 107:14, 108:13, 109:2, 114:19, 114:25, 118:21, 118:25, 123:7, 126:1, 126:14, 126:22, 135:5, 147:24, 165:25, 173:4, 174:25, 188:14, 202:3, 208:9, 210:8, 210:15
**basic** [7] - 171:4, 171:16, 171:20, 177:11, 183:25, 195:18, 208:6
**Basic** [3] - 41:11, 43:11, 195:24
**basis** [3] - 39:4, 74:5, 145:23
**bat** [1] - 175:25
**Bates** [5] - 6:16, 8:1, 9:10, 30:15, 33:17
**battery** [5] - 87:12, 111:15, 113:13, 177:5, 178:1
**beat** [1] - 95:10
**become** [6] - 18:9, 67:21, 118:2, 118:3, 121:3, 122:10
**becoming** [2] - 67:20, 122:12
**BEFORE** [1] - 1:12
**began** [1] - 73:8
**begin** [6] - 106:10, 168:4, 183:25, 201:6, 203:13, 203:21
**beginning** [5] - 51:16, 53:5, 64:13, 98:1, 183:1
**begins** [2] - 12:19, 151:24, 203:20
**behaving** [1] - 76:18
**behavior** [3] - 96:12, 97:1, 143:10
**behavioral** [3] - 152:5, 152:19, 182:24
**behaviors** [1] - 76:20

**behind** [2] - 83:25, 206:25
**believes** [1] - 92:19
**below** [33] - 41:5, 42:6, 42:25, 44:18, 45:16, 45:18, 46:4, 46:22, 46:24, 48:2, 83:16, 85:2, 85:9, 85:11, 85:15, 85:17, 86:8, 87:15, 87:18, 87:19, 89:1, 89:4, 89:5, 90:6, 90:10, 90:12, 90:25, 98:16, 132:7, 197:3, 197:13
**beneficial** [2] - 7:10, 174:24
**benefit** [1] - 114:20
**Benjamin** [2] - 62:3, 62:10
**BENJAMIN** [3] - 62:7, 212:6, 212:8
**Bennett** [1] - 198:19
**BERGER** [51] - 1:16, 35:16, 61:4, 61:9, 61:11, 61:22, 71:3, 82:16, 88:1, 98:7, 103:19, 104:2, 107:9, 109:14, 109:17, 109:20, 109:22, 109:24, 110:2, 110:4, 110:8, 117:7, 118:1, 125:7, 125:14, 125:18, 127:10, 127:12, 136:14, 137:19, 137:22, 138:4, 138:13, 146:14, 150:22, 151:9, 151:11, 166:5, 166:11, 166:13, 166:19, 167:17, 168:3, 168:8, 168:10, 174:2, 174:11, 188:19, 188:25, 195:13, 211:2
**Berger** [1] - 30:21
**best** [7] - 8:5, 23:24, 25:24, 54:2, 207:8, 209:3, 209:22
**better** [14] - 44:21, 54:10, 54:11, 79:7, 79:9, 89:12, 106:10, 106:13, 188:13, 201:7, 201:10
**between** [23] - 31:2, 34:10, 57:9, 61:23, 72:13, 73:17, 80:21, 81:3, 86:7, 91:23, 93:2, 94:17, 102:11, 109:1, 128:1, 130:11, 148:18, 149:4, 149:15, 196:7, 198:24, 201:11, 202:8
**beyond** [3] - 69:6, 130:17, 206:25
**bias** [1] - 154:15
**biased** [3] - 153:24, 154:4, 154:7
**big** [2] - 200:2, 206:16
**binder** [4] - 64:7, 127:2, 135:14, 168:11
**binders** [2] - 125:10, 140:5
**biological** [3] - 105:2, 105:4, 105:6
**biology** [2] - 55:20, 59:11

**bird** [1] - 191:12
**bit** [9] - 5:2, 33:13, 48:22, 66:16, 84:8, 84:14, 88:9, 107:17, 127:1
**black** [2] - 64:7, 140:5
**block** [2] - 7:8, 50:9
**blood** [1] - 52:10
**blue** [1] - 7:11
**BOARD** [1] - 1:5
**board** [2] - 15:21, 15:22
**Board** [2] - 116:25, 117:1
**Boies** [1] - 121:25
**book** [5] - 19:4, 57:11, 64:7, 68:4, 195:21
**booklet** [1] - 59:18
**books** [1] - 191:12
**borderline** [3] - 42:2, 42:6, 109:1
**boring** [2] - 206:11, 206:12
**bother** [1] - 76:19
**bothering** [3] - 51:18, 51:21
**bottom** [22] - 7:6, 8:1, 19:21, 22:5, 24:6, 26:4, 28:3, 31:16, 48:2, 57:16, 86:2, 87:1, 88:10, 88:12, 89:8, 98:19, 145:8, 160:23, 182:9, 183:13, 204:17
**box** [2] - 47:12, 167:21
**boxes** [1] - 15:14
**boy** [1] - 147:14
**brain** [4] - 22:20, 83:6, 207:20, 210:7
**brand** [1] - 159:23
**Branson** [1] - 121:23
**break** [10] - 8:5, 8:18, 12:1, 48:13, 48:20, 52:20, 116:11, 132:18, 166:8
**brief** [1] - 176:12
**briefly** [23] - 3:16, 62:20, 65:9, 66:20, 69:9, 74:12, 77:24, 84:9, 93:23, 95:14, 104:24, 135:13, 135:16, 139:9, 142:1, 142:5, 143:20, 149:25, 168:22, 169:8, 179:7, 190:18, 208:3
**bring** [2] - 175:1, 179:22
**brings** [1] - 173:13
**broad** [2] - 207:19
**broken** [1] - 42:1
**brought** [3] - 67:24, 71:6, 179:25
**built** [1] - 204:2
**bullet** [5] - 21:21, 21:24, 21:25, 22:12, 22:18
**bunch** [3] - 52:14, 87:13, 189:6
**Burgoyne** [2] - 136:1, 136:9
**BURGOYNE** [50] - 2:10, 3:8, 3:12, 4:6, 4:12, 6:16, 6:18, 14:17, 14:20, 15:2, 17:21,

17:23, 18:1, 19:2, 19:14, 19:16, 20:5, 20:15, 20:18, 20:20, 21:3, 22:11, 27:24, 27:25, 30:7, 30:25, 35:15, 35:20, 35:23, 48:5, 48:7, 48:11, 58:15, 58:18, 59:22, 60:1, 60:11, 60:17, 60:19, 60:22, 60:25, 61:12, 61:15, 65:4, 146:25, 147:2, 151:8, 174:8, 195:7, 211:7

**business** [2] - 121:5, 121:16
**but..** [3] - 27:14, 51:12, 127:19
**Byrne** [1] - 1:8
**calculate** [1] - 202:2
**calculated** [3] - 111:3, 112:19, 202:3
**calculating** [1] - 86:5
**calculation** [1] - 80:25
**camping** [2] - 35:7, 36:3
**candidate** [1] - 83:10
**cannot** [3] - 80:2, 108:19, 117:11
**capable** [1] - 175:20
**capacity** [1] - 139:7
**capitalization** [1] - 197:5
**caps** [1] - 84:8
**captioned** [3] - 39:24, 41:11, 43:11
**captions** [1] - 57:15
**car** [1] - 93:14
**cardiovascular** [1] - 41:6
**cards** [16] - 53:13, 66:2, 66:13, 99:12, 99:20, 100:2, 100:10, 101:9, 133:14, 133:24, 134:2, 134:4, 134:10, 141:19, 194:15
**care** [1] - 31:21
**career** [2] - 120:22, 172:25
**careers** [1] - 120:18
**careless** [1] - 75:19
**CAROLINE** [1] - 2:10
**CAROLLA** [1] - 1:15
**carries** [1] - 145:9
**carryover** [2] - 128:11, 160:1
**CAS** [1] - 39:25
**case** [60] - 48:10, 50:25, 54:12, 60:4, 61:14, 65:24, 72:5, 73:1, 73:10, 73:16, 87:3, 87:18, 89:10, 90:13, 92:2, 92:9, 94:16, 94:19, 99:4, 107:25, 109:1, 109:3, 109:4, 111:7, 112:21, 119:12, 121:10, 121:12, 122:6, 123:7, 133:1, 133:4, 154:14, 154:16, 162:4, 162:25, 163:16, 163:19, 164:14, 165:2, 167:4, 167:12, 168:5, 168:15, 173:13, 173:14, 175:11,

176:8, 182:14, 183:19, 193:25, 201:9, 202:19, 202:20, 206:23, 207:14
**cases** [17] - 62:21, 73:1, 73:13, 74:2, 77:20, 79:18, 95:23, 116:13, 116:14, 116:16, 116:19, 121:9, 123:7, 123:11, 136:10, 167:13
**categories** [5] - 10:9, 10:11, 45:13, 46:4, 77:16
**category** [2] - 83:4, 172:5
**caught** [1] - 52:9
**caused** [1] - 129:12
**causes** [2] - 76:21, 172:20
**causing** [1] - 76:13
**caveat** [1] - 162:5
**CB** [1] - 43:17
**CBSE** [1] - 52:22
**CBSSA** [1] - 52:22
**Center** [1] - 198:20
**Central** [2] - 168:24, 169:1
**ceramics** [2] - 35:6, 36:3
**certain** [6] - 24:5, 28:22, 76:6, 97:11, 186:5, 186:14
**certainly** [32] - 70:12, 71:4, 73:16, 76:4, 77:20, 82:8, 89:5, 95:22, 101:25, 105:21, 106:25, 108:20, 111:12, 112:6, 114:6, 115:12, 115:17, 115:25, 118:7, 118:18, 118:23, 120:16, 120:20, 121:18, 133:2, 133:10, 133:25, 134:12, 137:1, 137:12, 153:2, 164:21
**certified** [1] - 67:21
**certify** [1] - 211:13
**cetera** [1] - 101:3
**chance** [1] - 48:9
**change** [3] - 16:23, 76:17, 202:16
**changed** [7] - 16:5, 51:23, 66:7, 104:25, 141:15, 141:24, 150:18
**changes** [9] - 14:4, 19:18, 27:9, 27:11, 27:13, 27:14, 73:23, 149:10, 149:20
**changing** [1] - 26:12
**character** [1] - 57:13
**characteristics** [1] - 75:15
**Charles** [1] - 121:20
**chart** [5] - 6:13, 9:22, 11:2, 11:3, 165:17
**check** [13] - 52:4, 52:5, 61:1, 86:19, 86:21, 113:18, 115:16, 116:7, 131:3, 134:20, 134:21, 176:11, 183:21
**checking** [1] - 183:1
**checklist** [1] - 9:7

**checklists** [1] - 9:4
**chemistry** [5] - 32:3, 32:6, 33:9, 54:7, 55:20
**Chestnut** [1] - 1:16
**chief** [1] - 167:4
**child** [8] - 119:16, 119:23, 164:17, 164:19, 165:8, 165:10, 165:14
**childhood** [4] - 83:6, 95:22, 95:24, 134:21
**children** [8] - 95:21, 148:9, 150:24, 151:14, 151:17, 196:20, 196:21, 198:5
**Children** [2] - 145:25, 147:11
**choice** [4] - 84:22, 105:4, 105:5, 107:14
**choose** [2] - 58:5, 207:13, 207:16
**cited** [1] - 129:13
**City** [1] - 67:1
**civil** [1] - 93:13
**CIVIL** [1] - 1:3
**claim** [1] - 122:3
**claimed** [1] - 121:18
**clarify** [1] - 174:24
**class** [17] - 47:15, 47:16, 47:18, 48:25, 49:2, 52:21, 53:8, 53:10, 54:10, 143:7, 143:11
**classes** [5] - 40:6, 67:19, 69:16, 142:18, 142:19
**Classification** [2] - 155:15, 170:16
**classification** [2] - 77:17, 155:23
**clear** [5] - 54:15, 93:4, 100:10, 109:4, 110:6
**clearer** [1] - 5:3
**clearly** [3] - 100:3, 100:24
**clerk** [1] - 4:4
**clerkship** [2] - 50:20, 50:24
**client** [6] - 14:15, 18:23, 19:8, 19:25, 20:6, 90:3
**clients** [3] - 70:4, 144:4, 144:5
**clinic** [7] - 49:8, 144:11, 144:13, 144:15, 144:16, 144:18, 144:20
**Clinical** [2] - 170:19, 170:20
**clinical** [23] - 46:21, 49:5, 49:25, 50:11, 53:2, 53:5, 70:5, 70:6, 70:7, 70:12, 71:7, 75:25, 77:4, 80:24, 101:22, 118:16, 143:25, 150:23, 153:20, 153:24, 168:25, 207:15
**clinically** [2] - 13:18, 199:6
**clinician** [1] - 92:23
**clinicians** [1] - 113:25
**clocks** [1] - 6:2

**close** [3] - 50:17, 108:25, 109:3
**closely** [1] - 15:15
**closer** [1] - 61:23
**clot** [2] - 52:3, 52:15
**clotting** [1] - 74:7
**cluster** [1] - 162:7
**cmew@perkinscoie.com** [1] - 2:13
**co** [1] - 36:19
**co-author** [1] - 36:19
**cog** [2] - 196:18, 196:19
**cognitive** [9] - 34:2, 152:4, 152:19, 183:23, 183:24, 196:8, 197:3, 197:14, 198:24
**Cognitive** [1] - 196:12
**cohort** [5] - 102:13, 102:20, 103:3, 105:24, 106:8
**COIE** [1] - 2:9
**colleague** [1] - 22:7
**colleagues** [2] - 72:19, 137:20
**collect** [2] - 209:12, 209:20
**collection** [1] - 209:9
**College** [4] - 67:1, 67:9, 67:20, 104:19
**college** [11] - 54:4, 55:19, 67:8, 85:14, 92:14, 99:22, 101:15, 103:17, 106:3, 106:4, 194:2
**Colleges** [1] - 104:21
**Columbia** [2] - 67:1, 69:14
**column** [2] - 6:9, 11:14
**combination** [3] - 186:19, 196:11, 196:19
**combined** [2] - 12:25, 205:22
**combining** [1] - 132:12
**comfortable** [1] - 167:15
**coming** [7] - 3:10, 50:21, 62:4, 138:20, 167:20, 175:15, 185:20
**Commencing** [1] - 1:10
**Comment** [1] - 15:7
**comment** [16] - 7:8, 13:6, 13:12, 13:13, 15:13, 16:10, 16:24, 24:4, 127:18, 129:2, 156:14, 156:24, 160:22, 183:11, 201:15
**commented** [1] - 127:21
**commenting** [1] - 156:15
**comments** [20] - 7:2, 15:3, 15:5, 15:11, 15:12, 15:13, 15:15, 15:17, 16:7, 17:6, 19:21, 23:21, 24:15, 27:15, 27:17, 27:19, 71:3, 126:10, 195:1
**committees** [1] - 68:6
**common** [10] - 94:1, 130:4, 130:7, 172:22, 172:24, 173:19, 173:21, 177:7,

194:20, 194:22
**commonly** [6] - 81:8, 87:7, 154:23, 155:23, 196:15, 206:24
**communicated** [3] - 29:23, 35:8, 73:11
**communicating** [3] - 5:17, 15:8, 24:14
**communication** [6] - 20:1, 20:25, 73:7, 73:9, 142:13, 149:4
**communications** [4] - 5:13, 73:19, 73:25, 149:15
**compare** [7] - 55:14, 56:12, 85:14, 102:14, 105:24, 106:7, 194:4
**compared** [13] - 52:1, 85:14, 85:18, 85:20, 87:2, 88:10, 88:11, 89:10, 90:20, 90:21, 106:5, 107:5, 197:12
**comparing** [2] - 188:17, 201:23
**comparison** [3] - 85:20, 85:23, 188:15
**comparisons** [1] - 201:25
**compensation** [1] - 72:20
**compensatory** [2] - 173:25, 201:8
**complete** [3] - 122:19, 169:3, 169:25
**completed** [5] - 9:4, 46:19, 116:5, 169:9, 178:19
**completely** [2] - 14:5, 162:6
**completes** [1] - 166:24
**complicated** [1] - 84:14
**component** [5] - 58:23, 84:19, 84:21, 158:25, 187:6
**components** [1] - 201:2
**composite** [1] - 88:25
**composites** [1] - 98:14
**comprehend** [1] - 105:14
**comprehension** [32] - 84:21, 85:1, 85:24, 86:14, 86:19, 86:21, 88:9, 89:22, 90:2, 90:12, 90:19, 104:14, 106:12, 106:15, 109:6, 131:1, 131:16, 131:19, 171:12, 171:13, 171:19, 176:13, 177:3, 177:12, 184:4, 184:6, 193:10, 194:9, 197:4, 201:3, 201:12, 210:24
**comprehensive** [1] - 43:6
**Comprehensive** [2] - 41:11, 43:11
**computation** [1] - 197:6
**computer** [7] - 1:25, 25:8, 39:10, 39:11, 41:24, 45:6, 50:10
**computer-aided** [1] - 1:25
**computerized** [1] - 97:10

**computers** [1] - 49:12
**conceivable** [1] - 60:24
**concept** [2] - 79:13, 80:18
**conclude** [2] - 108:10, 203:2
**concluded** [3] - 174:21, 208:12, 211:9
**concludes** [1] - 211:2
**conclusion** [7] - 65:18, 107:9, 147:23, 207:25, 208:4, 208:10, 208:25
**conclusions** [1] - 149:25
**condense** [1] - 12:9
**condition** [6] - 170:24, 171:22, 173:12, 174:19, 175:4, 184:11
**conditions** [9] - 65:14, 78:23, 104:15, 105:14, 105:15, 155:21, 173:6, 174:4, 209:15
**conducted** [2] - 108:1, 193:14
**conducting** [2] - 82:24, 154:11
**conference** [2] - 135:8, 136:2
**conferences** [5] - 68:2, 69:8, 135:11, 136:7, 143:23
**confirm** [10] - 9:6, 9:15, 11:2, 25:6, 28:21, 30:8, 31:1, 31:5, 205:16, 206:3
**confirmed** [1] - 132:16
**confused** [1] - 192:24
**connection** [5] - 9:2, 20:9, 20:10, 57:22, 140:11
**connections** [1] - 198:21
**consensus** [2] - 113:24, 154:19
**consent** [1] - 104:24
**consequence** [1] - 77:7
**consequences** [3] - 76:14, 76:17, 76:19
**consider** [17] - 63:5, 92:8, 98:21, 98:22, 113:10, 132:19, 133:6, 133:7, 133:11, 133:25, 137:3, 164:19, 174:22, 180:21, 198:23, 199:10, 208:24
**consideration** [4] - 30:18, 111:7, 136:23, 146:18
**considerations** [2] - 19:8
**considered** [25] - 77:15, 85:12, 86:8, 92:10, 99:10, 105:22, 112:4, 112:21, 114:9, 130:17, 132:23, 132:25, 133:2, 133:11, 133:24, 134:9, 134:12, 147:22, 162:1, 162:13, 163:1, 177:5, 196:14, 199:8, 206:6
**considering** [8] - 11:23,

23:25, 104:12, 113:11, 132:19, 137:2, 187:5, 207:4
**consistency** [3] - 133:13, 134:16, 162:23
**consistent** [4] - 111:16, 130:7, 132:22, 209:15
**constitute** [1] - 76:1
**consult** [4] - 61:5, 117:11, 137:20, 166:6
**consultant** [4] - 62:15, 139:5, 144:19, 169:11
**consultants** [1] - 135:9, 135:22, 137:24
**consultation** [4] - 33:22, 34:3, 70:2, 70:6
**consulted** [1] - 167:5
**consulting** [1] - 34:1
**consumers** [1] - 148:2
**contact** [1] - 149:9
**contacted** [1] - 39:5
**contained** [4] - 96:15, 149:3, 159:18, 184:16
**containing** [1] - 64:20
**contains** [1] - 9:6
**contemplating** [2] - 23:22, 92:18
**contemporary** [1] - 146:7
**content** [8] - 44:19, 55:18, 70:20, 101:14, 105:7, 105:11, 105:12
**context** [1] - 99:7
**contexts** [3] - 72:14, 72:17, 92:11
**continuation** [1] - 3:15
**continue** [10] - 60:3, 60:14, 76:15, 76:20, 77:6, 81:13, 95:24, 98:9, 104:5, 186:9
**CONTINUED** [1] - 2:1
**continues** [6] - 37:3, 95:23, 159:12, 179:19, 183:14, 189:18
**continuing** [1] - 69:4
**Continuous** [3] - 97:8, 203:9, 203:15
**contradict** [1] - 108:4
**contrary** [1] - 91:16
**contrast** [2] - 92:16, 124:17
**contribute** [1] - 111:12, 112:7, 112:22
**Control** [1] - 204:10
**control** [4] - 97:14, 98:18, 204:24, 205:2
**controllers** [1] - 206:10
**controversy** [1] - 198:1
**conversation** [4] - 21:22, 22:13, 22:16, 177:22
**conversations** [1] - 24:17
**conversely** [1] - 188:12
**convey** [1] - 96:6
**cool** [1] - 57:14

**copy** [9] - 6:23, 36:14, 36:15, 125:10, 125:11, 125:14, 125:24, 126:5, 140:14
**core** [2] - 75:12, 80:14
**corner** [3] - 142:21, 167:20
**correct** [81] - 4:23, 8:24, 10:1, 10:18, 10:23, 15:9, 16:8, 18:5, 18:14, 21:16, 28:16, 29:5, 29:21, 29:23, 36:14, 36:17, 36:21, 37:18, 37:25, 38:20, 38:23, 41:4, 74:10, 95:2, 110:12, 111:17, 113:2, 114:22, 115:4, 115:8, 116:2, 116:6, 120:4, 122:5, 124:18, 129:6, 129:14, 131:2, 132:2, 134:19, 136:9, 136:21, 136:22, 139:19, 139:24, 140:13, 143:8, 144:1, 144:12, 148:9, 148:14, 155:11, 156:12, 156:22, 159:14, 161:15, 162:20, 163:7, 163:14, 164:6, 164:12, 164:13, 167:1, 168:17, 168:20, 180:16, 187:7, 187:12, 187:13, 187:17, 188:18, 189:10, 189:12, 190:10, 190:14, 190:17, 190:24, 193:3, 203:16, 204:14, 211:13
**correcting** [1] - 17:6
**corrections** [2] - 190:9, 190:21
**corrections/editing** [1] - 28:9
**correctly** [12] - 81:19, 86:11, 100:18, 111:3, 111:14, 112:19, 113:17, 113:20, 171:8, 171:10, 190:1, 193:16
**correlating** [1] - 86:6
**correlation** [1] - 86:7
**correspondence** [1] - 72:13
**Cortland** [1] - 67:7
**Council** [1] - 117:3
**counsel** [10] - 29:25, 53:13, 54:3, 56:10, 71:15, 82:17, 117:11, 130:23, 136:9, 138:11
**Counsel** [12] - 17:20, 30:24, 35:19, 71:6, 109:16, 117:25, 136:12, 138:8, 146:13, 147:1, 166:7, 211:4
**counseling** [1] - 169:1
**count** [3] - 59:15, 187:6, 187:13
**counted** [5] - 187:10, 189:10, 190:11, 191:15
**countries** [1] - 155:24
**couple** [9] - 13:18, 36:24, 41:7, 49:4, 58:15, 145:10,

158:19, 176:12, 176:13
**course** [11] - 42:11, 44:11, 45:1, 46:15, 46:17, 52:17, 71:8, 81:5, 107:18, 171:11, 172:25
**courses** [11] - 40:9, 67:22, 67:25, 69:10, 69:13, 118:4, 118:6, 118:7, 142:23, 143:1
**coursework** [1] - 54:12
**Court** [3] - 1:22, 3:1, 211:17
**court** [2] - 136:16, 173:13
**COURT** [3] - 1:1, 62:9, 138:24
**Courthouse** [1] - 1:8
**courtroom** [2] - 161:11, 170:6
**cover** [1] - 145:2
**covered** [2] - 148:10, 180:4
**crafting** [2] - 24:23, 24:24
**created** [2] - 6:4, 179:4
**creativity** [1] - 79:23
**credentials** [2] - 66:17, 142:2
**credibility** [2] - 133:12, 134:15
**credible** [15] - 91:2, 91:5, 91:7, 91:11, 91:14, 92:1, 93:12, 93:22, 94:24, 94:25, 97:4, 98:21, 208:13, 208:15
**credit** [1] - 51:5
**credulous** [1] - 128:15
**criminal** [1] - 167:12
**criteria** [33] - 15:21, 63:6, 74:19, 75:16, 77:3, 77:24, 78:6, 78:8, 78:14, 79:21, 80:3, 80:5, 80:6, 80:9, 80:16, 80:23, 80:24, 81:4, 81:10, 81:24, 95:21, 95:25, 96:21, 99:1, 99:2, 101:24, 108:6, 108:9, 115:6, 122:16, 122:24, 172:4, 176:25
**criterion** [4] - 74:21, 74:24, 75:2, 75:10
**criticism** [2] - 198:3, 198:16
**Cross** [1] - 212:4
**cross** [9] - 30:5, 61:24, 61:25, 104:4, 109:13, 117:11, 117:15, 150:20, 211:5
**CROSS** [3] - 4:11, 110:7, 150:21
**cross-examination** [6] - 61:25, 109:13, 117:11, 117:15, 150:20, 211:5
**CROSS-EXAMINATION** [3] - 4:11, 110:7, 150:21
**cross-examine** [2] - 30:5, 104:4
**CRR** [2] - 1:22, 211:17
**CS** [3] - 7:9, 7:18, 7:22
**curiosity** [1] - 61:21

**current** [9] - 67:14, 96:20, 114:13, 145:14, 145:24, 155:17, 170:11, 170:18, 172:13
**curriculum** [1] - 168:20
**CURTIS** [1] - 1:12
**curve** [1] - 49:6
**Customized** [1] - 39:24
**customized** [1] - 40:13
**cut** [1] - 199:7
**cute** [1] - 155:2
**CV** [10] - 36:14, 64:17, 66:18, 67:4, 68:9, 69:10, 140:14, 142:3, 143:17, 145:5
**CVA** [1] - 22:20
**D-27** [1] - 195:22
**D-5** [1] - 151:9
**D27** [1] - 195:23
**Dafoe** [4] - 25:24, 25:25, 28:4, 28:12
**damage** [1] - 210:7
**dark** [2] - 21:25, 47:23
**dashboard** [2] - 47:10, 47:11
**data** [5] - 81:12, 92:1, 119:11, 137:3, 175:22
**date** [8] - 26:21, 27:12, 43:10, 43:12, 48:3, 69:12, 135:23, 178:18
**dated** [7] - 4:25, 17:16, 27:4, 33:22, 44:13, 164:2, 164:11
**David** [1] - 121:25
**DAY** [1] - 1:6
**day-to-day** [1] - 96:12
**days** [11] - 8:5, 8:20, 12:1, 12:17, 79:20, 135:5, 141:20, 145:2, 157:14, 163:21, 188:8
**DC** [2] - 2:5, 2:12
**deal** [1] - 200:15
**dealing** [1] - 52:15
**Dean** [3] - 26:1, 27:22, 168:1
**Dear** [1] - 17:10
**debate** [1] - 198:1
**debates** [1] - 113:24
**decade** [1] - 81:5
**decades** [1] - 81:13
**December** [3] - 1:10, 135:24, 139:17
**decent** [1] - 50:7
**decide** [2] - 133:19, 178:10
**decided** [3] - 24:3, 53:22, 178:12
**deciding** [2] - 39:1, 39:13
**decision** [10] - 29:2, 38:22, 132:24, 134:13, 156:20, 164:7, 164:9, 164:14, 202:1, 209:5
**declaration** [16] - 64:2, 64:14, 64:18, 65:24, 66:6, 73:19, 140:11, 140:15, 151:4, 151:21, 152:12,

152:25, 156:7, 168:5, 168:14
**decline** [1] - 167:21
**decoding** [3] - 147:16, 147:20, 148:5
**decreased** [1] - 11:20
**defend** [1] - 3:8
**Defendant** [2] - 1:6, 2:14
**defendant's** [4] - 127:2, 135:17, 140:4, 195:20
**Defendant's** [8] - 41:10, 83:25, 95:5, 102:6, 103:6, 104:17, 127:5
**defendants** [2] - 141:3, 146:8
**Defense** [1] - 66:18
**defense** [8] - 53:13, 54:3, 56:10, 62:2, 64:7, 70:22, 138:17, 167:6
**deficit** [14] - 143:9, 173:9, 173:20, 176:15, 183:22, 203:2, 206:13, 207:1, 207:18, 207:20, 209:9, 209:11, 209:19, 210:5
**Deficit** [1] - 145:25
**deficit/hyperactivity** [1] - 171:23
**deficits** [4] - 22:19, 78:9, 80:2, 96:25
**defined** [3] - 79:17, 171:16, 171:20
**definitely** [1] - 118:14
**definition** [4] - 79:19, 80:8, 80:14, 147:21
**degree** [15] - 9:25, 66:21, 66:22, 66:23, 69:24, 77:3, 96:10, 96:11, 96:22, 97:4, 103:12, 106:21, 142:7, 152:9, 168:24
**degrees** [2] - 10:19, 144:23
**deleted** [1] - 16:5
**demeanor** [2] - 207:6, 207:7
**demonstrated** [2] - 130:8, 150:7
**denial** [1] - 24:1
**denied** [7] - 21:6, 21:14, 28:15, 28:17, 28:18, 43:23, 175:18
**Denny** [18] - 84:11, 84:14, 84:25, 85:19, 86:7, 86:14, 123:25, 124:14, 162:10, 162:13, 192:14, 192:18, 192:24, 193:2, 193:4, 193:8, 194:6, 210:23
**denying** [2] - 28:22, 108:24
**department** [2] - 45:15, 52:2
**deposited** [1] - 73:4
**deposition** [6] - 35:13, 35:24, 110:11, 112:5, 112:24, 126:5
**depress** [1] - 198:14

**depression** [1] - 210:7
**describe** [19] - 58:5, 101:14, 102:15, 104:24, 105:10, 120:25, 143:20, 157:4, 168:22, 169:8, 179:14, 180:9, 180:14, 182:19, 185:25, 196:10, 204:24, 206:20, 208:17
**described** [25] - 7:14, 9:22, 86:10, 87:18, 100:1, 102:20, 110:23, 111:22, 112:6, 112:13, 113:5, 127:17, 139:10, 148:25, 158:25, 163:6, 165:16, 175:17, 181:6, 192:10, 205:9, 205:16, 207:24, 208:9, 210:16
**describes** [3] - 94:9, 99:17, 133:9
**describing** [3] - 98:11, 128:2, 204:7
**description** [9] - 25:15, 31:19, 32:2, 32:22, 100:13, 172:13, 183:7, 190:16, 208:12
**descriptions** [3] - 134:11, 158:24, 202:21
**designed** [3] - 101:21, 105:19, 170:21
**despair** [1] - 158:22
**despite** [2] - 77:6, 147:19
**detail** [5] - 66:15, 180:9, 193:6, 206:3, 209:3
**detailed** [1] - 34:1
**details** [4] - 5:3, 35:3, 65:8, 122:8
**detect** [2] - 93:16, 210:2
**determinant** [1] - 209:18
**determination** [1] - 114:14
**determined** [1] - 189:3
**determining** [2] - 78:14, 114:9
**detracts** [1] - 191:16
**develop** [1] - 199:23
**developed** [10] - 80:19, 81:24, 93:1, 93:6, 93:10, 93:12, 93:21, 95:21, 96:1, 173:24
**developing** [1] - 171:17
**development** [1] - 198:14
**diagnose** [3] - 98:23, 101:21, 151:20
**diagnosed** [9] - 13:17, 13:18, 80:20, 81:20, 115:10, 115:12, 115:14, 115:20, 181:18
**diagnoses** [13] - 12:23, 63:6, 65:14, 65:21, 74:5, 103:16, 106:25, 107:2, 109:9, 123:9, 123:12, 152:2, 152:16

**diagnosing** [4] - 101:19, 115:19, 148:12, 155:19
**diagnosis** [39] - 50:15, 50:22, 51:3, 66:14, 70:23, 72:5, 77:4, 77:21, 82:8, 82:15, 84:17, 96:19, 97:2, 102:1, 105:19, 106:23, 111:8, 111:13, 112:4, 112:21, 113:1, 113:11, 118:13, 118:15, 118:18, 119:8, 121:2, 123:6, 132:19, 134:13, 145:3, 146:9, 151:18, 162:1, 162:25, 202:17, 202:20, 206:7
**Diagnostic** [2] - 81:16, 170:6
**diagnostic** [45] - 13:20, 67:12, 70:8, 70:11, 70:15, 74:12, 77:24, 78:5, 78:14, 78:17, 79:19, 80:16, 80:23, 80:24, 81:8, 83:15, 84:13, 91:9, 91:24, 92:6, 92:17, 92:21, 93:3, 93:5, 93:9, 94:17, 95:16, 98:24, 98:25, 99:7, 105:16, 105:18, 105:22, 107:25, 108:5, 108:8, 111:14, 144:7, 144:17, 145:1, 161:1, 162:13, 165:3, 194:8
**died** [1] - 52:8
**differ** [1] - 76:25
**difference** [5] - 13:22, 128:1, 130:11, 196:7, 202:8
**differences** [1] - 130:12
**different** [31] - 32:13, 32:16, 44:6, 65:14, 68:23, 79:20, 79:21, 90:18, 94:1, 101:16, 104:23, 105:13, 129:20, 130:2, 130:14, 130:18, 130:20, 132:14, 132:21, 157:19, 157:24, 160:8, 163:14, 187:24, 192:2, 192:7, 192:10, 193:4, 204:5, 205:8
**differentiate** [1] - 75:24
**differently** [1] - 187:23
**differs** [1] - 114:11
**difficult** [4] - 55:18, 89:25, 172:17, 191:10
**difficulties** [3] - 160:14, 184:14, 188:22
**difficulty** [8] - 46:9, 171:7, 171:20, 172:2, 172:7, 172:9, 181:7, 186:4
**DIRE** [3] - 212:7, 212:11, 212:14
**direct** [7] - 22:25, 38:15, 61:22, 100:8, 116:12, 125:21, 211:2
**DIRECT** [6] - 62:11, 71:18, 139:1, 146:21, 168:2, 174:10

**Direct** [1] - 212:4
**directions** [1] - 172:3
**directly** [4] - 20:1, 20:24, 85:19, 108:4
**director** [1] - 50:24
**directors** [1] - 50:20
**directs** [1] - 56:23
**disabilities** [50] - 15:24, 65:15, 65:19, 65:21, 66:11, 67:11, 67:13, 68:15, 68:16, 69:17, 70:24, 72:6, 74:6, 74:10, 75:12, 78:1, 80:19, 80:20, 80:24, 82:25, 83:2, 83:13, 99:2, 99:5, 101:20, 101:22, 103:14, 105:17, 105:19, 105:21, 105:23, 106:23, 108:16, 112:8, 123:11, 142:17, 143:2, 143:7, 143:15, 144:8, 144:15, 144:24, 145:4, 145:14, 146:10, 148:13, 151:18, 198:5, 207:18, 207:20
**Disabilities** [2] - 145:11, 147:11
**disability** [46] - 12:25, 13:14, 13:16, 72:16, 72:20, 77:14, 77:16, 78:12, 78:15, 79:4, 80:7, 80:11, 80:12, 81:4, 81:21, 82:2, 82:10, 98:24, 101:24, 102:1, 103:16, 106:25, 108:6, 114:10, 114:12, 114:13, 114:14, 119:5, 119:9, 119:17, 119:20, 119:23, 120:15, 120:25, 122:7, 122:22, 122:24, 133:1, 147:21, 164:25, 165:12, 173:17, 177:6, 177:8, 198:7, 198:14
**disabled** [6] - 79:14, 79:25, 147:22, 148:6, 165:15, 200:16
**disagree** [1] - 34:7
**disappointing** [1] - 128:15
**disclosed** [2] - 18:24, 104:21, 124:12
**discourage** [1] - 176:6
**discovery** [5] - 5:8, 19:3, 25:9, 65:25, 141:21
**discredited** [1] - 155:1
**discrepancies** [7] - 81:6, 198:24, 200:1, 200:17, 200:19, 201:11, 202:4
**discrepancy** [33] - 80:17, 80:21, 80:25, 81:10, 81:11, 81:19, 81:23, 81:24, 82:7, 82:21, 93:2, 94:16, 147:24, 148:7, 148:12, 148:18, 154:19, 155:12, 164:20, 164:21, 164:24, 197:17,

197:20, 197:24, 197:25, 198:4, 198:6, 198:9, 198:12, 198:22, 199:2, 199:3, 201:19
**discuss** [6] - 77:24, 131:21, 141:8, 142:1, 145:14, 146:7
**discussed** [18] - 33:13, 83:14, 91:1, 99:9, 100:17, 101:5, 110:19, 116:12, 123:23, 125:6, 130:14, 131:17, 141:20, 147:25, 150:13, 157:14, 189:14, 193:1
**discussing** [9] - 4:17, 20:25, 24:4, 34:23, 66:3, 91:5, 164:22, 194:5, 206:17
**discussion** [13] - 3:18, 16:1, 23:6, 31:17, 34:11, 61:17, 132:8, 154:20, 189:18, 191:1, 197:16, 199:18, 203:13
**discussions** [2] - 39:19
**disease** [2] - 45:14, 56:24
**Diseases** [2] - 155:15, 170:16
**disfavor** [1] - 154:21
**Disorder** [1] - 146:1
**disorder** [17] - 74:8, 75:6, 78:10, 83:12, 95:22, 143:9, 160:15, 171:3, 171:20, 171:23, 173:20, 177:12, 177:19, 177:21, 182:24, 182:25, 183:23
**disorders** [11] - 22:22, 45:14, 75:6, 77:25, 83:3, 83:5, 99:1, 142:13, 143:10, 155:21, 177:10
**Disorders** [3] - 37:14, 81:17, 170:7
**disorganized** [1] - 172:3
**disqualify** [1] - 198:12
**distinctly** [1] - 80:6
**distinguish** [2] - 127:25, 173:8
**distracted** [2] - 75:20, 172:2
**distress** [1] - 76:20
**DISTRICT** [2] - 1:1, 1:1
**district** [3] - 80:9, 154:22
**districts** [2] - 79:20, 143:23
**doc** [2] - 169:6, 192:21
**doctor** [1] - 52:14
**doctor's** [1] - 29:6
**doctoral** [4] - 66:23, 69:24, 169:3, 169:9
**document** [45] - 5:6, 5:25, 6:4, 6:7, 7:6, 11:24, 12:10, 12:12, 12:13, 13:9, 14:4, 14:8, 15:3, 15:10, 17:14, 17:15, 23:20, 25:14, 26:23, 33:16, 33:20, 34:11, 39:24, 40:2, 41:11, 43:11, 47:9,

64:13, 126:3, 126:4, 140:9, 147:7, 168:7, 178:16, 182:1, 183:16, 184:19, 184:20, 185:23, 189:16, 192:17, 199:13, 206:16
**documentation** [12] - 29:19, 63:20, 64:23, 69:7, 72:2, 72:3, 73:5, 109:2, 137:18, 139:10, 149:2, 159:18
**documented** [2] - 18:24, 133:17
**documents** [8] - 26:7, 62:24, 63:2, 72:12, 109:7, 141:1, 160:5, 179:22
**domains** [2] - 184:1, 200:17
**done** [31] - 5:20, 14:5, 22:23, 50:18, 69:4, 85:22, 86:6, 130:3, 130:7, 136:19, 166:21, 173:1, 173:15, 175:3, 175:19, 175:23, 175:24, 176:10, 176:12, 176:16, 177:24, 178:4, 178:18, 179:5, 181:8, 184:13, 192:1, 193:20, 193:24, 196:11, 196:15
**doom** [1] - 158:23
**door** [1] - 94:2
**dot** [2] - 47:20, 47:22
**double** [4] - 40:23, 45:8, 183:21, 210:21
**doubt** [15] - 110:20, 110:22, 110:24, 110:25, 111:3, 111:21, 111:24, 112:1, 112:12, 112:15, 112:17, 112:18, 113:4, 113:7, 163:4
**down** [8] - 12:9, 42:1, 59:23, 138:7, 143:4, 145:8, 159:21, 205:22
**download** [1] - 62:23
**downloaded** [1] - 73:5
**dozens** [1] - 98:12
**Dr** [150] - 4:16, 5:9, 5:13, 6:20, 9:3, 9:8, 10:4, 11:3, 12:4, 12:14, 13:3, 13:16, 13:18, 13:19, 13:21, 14:1, 14:10, 15:10, 17:2, 17:10, 18:5, 18:20, 19:3, 19:18, 19:22, 19:23, 20:7, 21:19, 21:23, 22:2, 22:6, 22:16, 22:19, 22:24, 23:2, 23:10, 23:17, 23:22, 24:3, 24:15, 24:18, 24:22, 25:14, 25:20, 26:10, 26:13, 27:2, 28:16, 29:4, 29:20, 29:24, 30:3, 30:9, 30:17, 30:20, 31:2, 33:14, 33:21, 34:23, 61:5, 62:3, 62:13, 64:6, 65:8, 69:19, 70:16, 70:22, 71:5, 71:20, 83:21, 84:3, 84:6, 85:20, 87:4, 88:17, 89:16,

93:18, 94:9, 94:20, 95:1,
97:15, 97:20, 97:21, 97:24,
98:23, 99:8, 99:24, 101:1,
101:12, 103:20, 108:1,
108:22, 109:12, 110:9,
110:15, 110:20, 111:21,
113:4, 113:14, 113:16,
114:19, 114:25, 123:23,
130:19, 131:5, 132:14,
138:18, 139:3, 139:24,
140:6, 140:25, 141:8,
141:10, 141:13, 142:1,
143:25, 146:8, 147:5,
148:10, 150:11, 153:14,
153:17, 153:20, 153:23,
154:1, 154:13, 158:12,
159:5, 160:1, 160:11,
160:13, 160:18, 161:10,
161:13, 161:16, 162:12,
162:19, 167:17, 168:4,
168:11, 174:2, 176:16,
176:22, 188:20, 193:11,
195:23, 208:20, 208:22,
209:1, 209:8
**DR** [9] - 62:7, 138:22,
167:22, 212:6, 212:8,
212:10, 212:12, 212:13,
212:15
**draft** [12] - 15:20, 17:11,
18:5, 18:7, 19:22, 20:22,
24:6, 26:16, 28:11, 28:12,
28:14, 30:21
**drafted** [1] - 25:25
**drafting** [1] - 24:25
**drafts** [1] - 29:24
**drastically** [1] - 204:4
**drawing** [2] - 35:6, 36:3
**drawings** [1] - 94:1
**driven** [1] - 209:23
**Drs** [1] - 198:19
**drug** [1] - 75:9
**DSM** [11] - 75:18, 81:8,
81:14, 83:4, 85:16, 95:18,
96:2, 99:2, 115:17, 119:21,
170:11
**DSM-5** [10] - 81:18, 115:14,
115:17, 170:13, 176:18,
176:25, 177:9, 177:10,
197:20, 198:3
**due** [5] - 75:7, 78:9, 162:13,
173:9, 173:10
**duly** [3] - 62:7, 138:22,
167:22
**during** [27] - 14:4, 35:9,
38:15, 50:1, 51:17, 52:19,
65:25, 70:13, 86:14, 92:7,
92:20, 93:2, 93:9, 93:14,
97:12, 105:22, 111:14,
120:3, 120:12, 126:4, 134:8,
179:24, 183:3, 183:9, 203:1,

207:5
**DVT** [3] - 42:11, 51:13, 51:20
**DX-3** [1] - 131:5
**DX-4** [2] - 28:21, 33:13
**DX-5** [5] - 128:7, 141:6,
156:10, 156:12, 212:22
**DX-6** [3] - 65:6, 128:8,
212:23
**DX6** [1] - 128:9
**dysfunction** [2] - 207:19,
207:20
**dyslexia** [60] - 111:8, 112:4,
112:21, 119:1, 119:3, 119:5,
119:8, 119:12, 119:16,
119:18, 119:19, 120:2,
120:8, 120:10, 120:21,
120:24, 121:7, 121:11,
121:17, 121:19, 122:7,
122:18, 122:19, 122:21,
123:20, 129:12, 132:20,
158:10, 158:16, 160:15,
161:2, 162:1, 165:19,
170:25, 171:2, 171:3,
171:14, 171:15, 172:22,
173:2, 173:10, 173:20,
173:22, 174:4, 175:5,
176:11, 176:14, 177:1,
177:7, 177:16, 178:2, 178:3,
178:14, 181:17, 194:20,
207:1, 207:21, 208:1, 208:6,
208:8
**Dyslexia** [3] - 145:18,
169:12, 198:20
**dyslexic** [4] - 171:5, 185:4,
185:5, 185:8
**early** [4] - 18:5, 18:6, 74:21,
83:6, 194:13, 194:21
**easier** [5] - 9:15, 12:7, 34:6,
186:12
**easiest** [1] - 33:16
**easily** [2] - 75:19, 98:15
**EASTERN** [1] - 1:1
**edit** [1] - 158:1
**edited** [2] - 23:20, 152:9
**editing** [3] - 14:25, 17:7, 25:5
**edition** [5] - 81:17, 155:17,
170:11, 170:18, 185:20
**Edition** [2] - 87:5, 185:19
**education** [6] - 68:19, 69:4,
69:23, 71:5, 91:21, 118:8
**educational** [5] - 66:20, 78:7,
99:4, 142:5, 168:22
**effect** [2] - 25:21, 198:13
**effective** [4] - 119:4, 158:25,
160:15, 207:22
**effectively** [1] - 121:1
**efficiently** [2] - 24:12, 186:5
**effort** [5] - 93:1, 93:9,
157:17, 171:11, 207:4
**effortlessly** [1] - 185:5

**efforts** [1] - 207:12
**eight** [1] - 5:22
**either** [14] - 30:9, 49:8,
49:17, 50:20, 116:5, 121:7,
121:16, 150:7, 173:20,
173:25, 175:4, 177:11,
197:20, 209:19
**elementary** [6] - 16:18,
100:25, 133:15, 181:10,
203:1, 208:15
**eliminate** [1] - 198:11
**eliminating** [1] - 198:4
**Elmira** [1] - 67:9
**email** [21] - 4:16, 6:20, 12:4,
12:10, 14:1, 14:3, 19:17,
21:18, 26:8, 26:10, 26:13,
26:17, 27:1, 27:11, 28:3,
30:20, 31:1, 62:23, 72:12,
73:2, 149:1
**emails** [3] - 25:7, 25:18, 30:9
**embarrassing** [1] - 186:10
**emergency** [3] - 31:21,
45:14, 52:2
**emphasize** [1] - 178:12
**emphasized** [1] - 129:10
**employers** [1] - 31:17
**encompassed** [1] - 13:17
**encounter** [2] - 50:19, 50:22
**encountered** [1] - 54:22
**encouraging** [1] - 195:4
**end** [11] - 3:18, 25:5, 31:10,
40:19, 40:20, 49:22, 51:17,
174:21, 183:1, 199:18,
199:20
**ended** [3] - 44:8, 48:23,
186:1
**endorse** [1] - 82:23
**endorsing** [1] - 96:13
**ends** [1] - 187:9
**energy** [1] - 171:9
**engage** [1] - 76:20
**engaged** [1] - 153:21
**English** [1] - 198:17
**enjoy** [3] - 57:4, 57:20, 117:9
**enjoyable** [3] - 57:17, 57:18,
58:3
**enjoyed** [1] - 57:20
**enrolled** [2] - 58:10, 116:9
**entire** [4] - 54:23, 63:19,
128:19, 128:24
**entirely** [1] - 62:19
**entirety** [1] - 129:4
**entitled** [4] - 37:2, 82:12,
183:14, 211:14
**entry** [1] - 79:21
**environments** [1] - 71:1
**episodes** [1] - 74:15
**equalize** [2] - 8:6, 12:1
**Erin** [3] - 25:24, 25:25, 28:4

**error** [5] - 187:13, 189:10,
191:15, 204:2
**errors** [14] - 17:6, 90:4, 90:9,
186:18, 186:20, 186:25,
187:3, 187:9, 187:11, 189:6,
189:7, 190:11
**especially** [6] - 66:9, 92:11,
94:20, 119:23, 194:1, 200:15
**ESQUIRE** [5] - 1:16, 2:3, 2:3,
2:10, 2:10
**essentially** [3] - 86:18,
145:22, 150:5
**establish** [1] - 172:17
**established** [2] - 13:19, 18:4
**estimate** [5] - 61:22, 116:16,
116:18, 173:1, 201:7
**et** [1] - 101:3
**ethics** [1] - 67:22
**evaluate** [6] - 46:14, 56:19,
56:20, 153:25, 159:3, 159:5
**evaluated** [4] - 40:3, 124:4,
165:8, 173:2
**evaluating** [10] - 22:22,
46:18, 92:3, 134:9, 154:6,
161:5, 173:4, 177:2, 177:6,
183:22
**evaluation** [23] - 13:20, 23:6,
29:6, 29:8, 35:9, 70:23, 72:8,
72:22, 82:1, 101:22, 136:19,
145:1, 145:3, 146:9, 154:11,
159:2, 165:11, 174:23,
175:21, 176:7, 181:12,
196:5, 209:9
**evaluations** [8] - 69:5, 70:8,
70:11, 97:11, 144:7, 144:17,
175:19, 208:18
**evaluator** [4] - 78:18, 83:16,
91:22, 118:16
**evaluators** [2] - 70:17, 83:1
**evening** [1] - 51:25
**events** [2] - 15:9, 27:15
**eventually** [2] - 18:9, 26:1
**everyday** [1] - 97:1
**evidence** [51] - 63:11, 63:12,
63:22, 65:18, 65:20, 78:13,
78:16, 78:17, 78:19, 78:20,
78:25, 80:5, 82:24, 83:13,
83:14, 83:17, 83:18, 83:19,
84:16, 91:15, 91:17, 93:3,
93:4, 94:21, 94:22, 97:7,
99:10, 99:24, 100:10,
100:11, 100:17, 101:23,
101:25, 103:15, 108:10,
108:11, 108:17, 108:20,
109:5, 111:13, 112:7,
113:12, 115:13, 121:10,
137:23, 138:3, 176:5, 193:9,
193:25, 206:6
**evolved** [1] - 184:11
**exacerbate** [1] - 173:11

**exact** [5] - 100:22, 116:7, 119:11, 136:11, 157:16
**exactly** [9] - 23:9, 72:11, 74:11, 90:21, 108:19, 118:20, 153:1, 153:5, 156:4
**exaggerated** [4] - 93:11, 93:17, 93:22, 94:24
**exaggerating** [1] - 94:14
**exam** [44] - 8:6, 12:2, 37:18, 40:3, 40:14, 40:15, 41:1, 41:24, 42:19, 42:20, 42:22, 43:18, 44:10, 45:4, 45:8, 45:20, 45:23, 46:4, 46:8, 46:11, 46:14, 46:18, 46:19, 47:1, 50:2, 50:19, 51:6, 52:22, 53:8, 53:12, 58:20, 58:23, 58:25, 59:5, 59:10, 59:19, 70:3, 101:12, 102:9, 103:9, 104:12, 116:8, 161:7
**Exam** [1] - 117:2
**examination** [14] - 34:1, 34:2, 39:25, 40:13, 40:20, 44:25, 61:25, 69:23, 109:13, 117:11, 117:15, 150:20, 211:3, 211:5
**Examination** [1] - 39:24
**EXAMINATION** [11] - 4:11, 48:17, 58:17, 62:11, 71:18, 110:7, 139:1, 146:21, 150:21, 168:2, 174:10
**examine** [4] - 30:5, 71:8, 104:4, 207:17
**examined** [3] - 62:8, 138:23, 167:23
**examiner** [1] - 90:3
**Examiners** [2] - 117:1
**EXAMINERS** [1] - 1:6
**example** [11] - 10:20, 41:6, 76:23, 110:18, 121:21, 129:11, 130:24, 147:14, 148:17, 165:22, 203:12
**examples** [2] - 68:24, 96:2
**exams** [19] - 16:11, 32:11, 38:16, 38:17, 38:19, 38:22, 39:2, 39:15, 40:4, 45:6, 47:13, 48:21, 48:23, 50:9, 50:10, 53:2, 59:16, 123:4
**excellent** [3] - 66:11, 66:12, 166:15
**except** [2] - 57:21, 181:6
**exception** [1] - 114:16
**exceptionally** [1] - 108:2
**excessively** [2] - 75:21, 172:2
**exchanges** [1] - 31:2
**exclusive** [2] - 177:13
**excused** [4] - 138:8, 138:14, 166:18, 166:22
**Exhibit** [73] - 4:7, 4:14, 6:20, 8:25, 9:6, 10:25, 12:4, 13:24,

17:8, 17:18, 18:11, 18:19, 20:16, 20:17, 20:21, 21:4, 25:6, 28:1, 30:8, 30:20, 31:1, 31:4, 36:14, 36:25, 37:13, 38:14, 39:22, 41:10, 44:10, 47:4, 47:5, 47:6, 64:6, 64:16, 64:19, 65:1, 66:18, 66:19, 68:9, 73:18, 83:25, 95:5, 95:6, 96:3, 98:6, 99:15, 102:23, 103:6, 104:17, 127:3, 127:13, 138:3, 140:6, 140:7, 140:14, 140:17, 140:21, 141:4, 141:6, 142:3, 142:20, 145:6, 147:5, 151:3, 151:9, 152:11, 156:7, 156:10, 164:1, 168:13, 168:19, 178:15, 180:25
**exhibit** [18] - 13:24, 18:22, 18:24, 19:4, 64:7, 64:13, 125:2, 125:4, 125:7, 125:9, 125:19, 127:6, 135:14, 168:11, 195:20, 198:6, 202:13
**exhibits** [6] - 5:7, 48:8, 135:17, 140:5, 146:24, 168:6
**Exhibits** [1] - 102:7
**expect** [19] - 77:2, 77:4, 77:7, 77:9, 80:4, 96:12, 96:18, 96:23, 96:25, 102:2, 105:20, 106:4, 115:25, 119:24, 124:16, 176:19, 197:13
**expectations** [1] - 85:18
**expected** [7] - 5:20, 49:8, 50:22, 105:11, 186:4, 197:3, 197:7
**experience** [18] - 11:22, 48:22, 49:5, 55:14, 55:15, 69:23, 69:25, 70:14, 76:1, 76:16, 113:25, 119:1, 163:22, 173:4, 176:17, 181:20, 194:22, 195:15
**experienced** [3] - 24:5, 96:10, 175:21
**experiences** [7] - 76:5, 76:7, 76:8, 134:11, 134:18, 158:22, 181:7
**experiencing** [1] - 76:14
**experimental** [1] - 206:25
**experiments** [1] - 37:12
**expert** [11] - 30:3, 61:6, 61:20, 70:23, 71:15, 146:9, 146:19, 166:24, 174:3, 195:9, 198:2
**expertise** [5] - 65:14, 71:4, 71:6, 71:13, 146:18
**experts** [3] - 60:5, 178:3, 198:10
**explain** [14] - 26:6, 27:8, 51:15, 74:12, 78:11, 84:9, 92:2, 94:16, 95:14, 139:9,

142:5, 186:22, 186:25, 203:21
**explained** [2] - 126:6, 188:1
**explaining** [1] - 101:1
**explanation** [4] - 7:20, 128:16, 187:21, 208:14
**explored** [1] - 159:2
**expressed** [3] - 66:6, 140:25, 141:23
**expression** [1] - 13:2
**extended** [16] - 28:23, 29:9, 29:17, 41:19, 44:1, 44:3, 44:4, 45:23, 119:21, 120:1, 123:2, 123:15, 123:19, 150:9, 157:16, 173:23
**extent** [2] - 18:25, 103:24
**external** [2] - 62:15, 139:5
**extra** [8] - 5:3, 6:12, 6:13, 16:17, 53:25, 54:17, 108:18, 179:25
**extremely** [15] - 51:25, 73:21, 74:1, 90:17, 128:12, 203:11, 204:14, 204:22, 205:6, 205:7, 205:12, 205:19, 205:23, 205:25, 206:11
**eyeglasses** [1] - 114:17
**face** [7] - 86:24, 88:6, 89:13, 90:15, 98:18, 175:13
**faced** [1] - 91:22
**fact** [19] - 20:22, 24:8, 29:24, 35:10, 53:24, 76:12, 116:12, 121:5, 132:21, 136:24, 143:5, 147:19, 158:4, 158:15, 166:7, 190:15, 194:13, 198:7, 210:3
**factor** [4] - 156:19, 187:11, 201:3, 204:2
**factors** [1] - 114:16
**facts** [1] - 29:23
**factual** [1] - 55:4
**failed** [3] - 50:24, 51:1, 210:2
**fair** [1] - 189:3
**fairly** [3] - 153:19, 181:20, 186:5
**fallen** [1] - 154:21
**falling** [2] - 90:20, 205:17
**false** [3] - 191:11, 191:12, 210:1
**familiar** [21] - 70:15, 70:20, 72:14, 79:13, 83:23, 101:12, 103:21, 103:22, 104:19, 104:22, 105:12, 120:6, 130:2, 155:14, 162:17, 170:9, 170:11, 170:15, 170:24, 171:22, 175:21
**familiarity** [2] - 103:24, 114:7
**family** [4] - 4:5, 45:21, 53:18, 101:2
**famous** [1] - 121:18

**far** [11] - 7:23, 39:17, 86:19, 87:18, 98:16, 111:16, 130:14, 176:24, 192:2, 196:22, 197:13
**fast** [3] - 57:16, 187:4, 192:1
**favor** [2] - 153:25, 154:7
**feature** [1] - 76:12
**features** [1] - 74:13
**February** [3] - 6:21, 8:10, 12:3
**feed** [1] - 173:7
**feedback** [1] - 50:19
**feigned** [4] - 93:10, 93:17, 93:21, 94:24
**feigning** [1] - 94:14
**fell** [2] - 204:22, 205:5, 205:6
**females** [1] - 45:15
**few** [7] - 28:8, 38:15, 40:6, 48:20, 67:3, 145:10, 194:25
**fiancé** [4] - 9:4, 9:8, 10:15, 202:21
**field** [6] - 144:23, 145:13, 145:15, 145:24, 146:6, 197:23
**Fielding** [3] - 169:3, 169:5, 169:6
**fields** [3] - 68:19, 118:9, 146:19
**fifth** [2] - 81:17, 158:5
**figure** [3] - 52:14, 181:21
**figures** [3] - 121:11, 121:16, 200:2
**file** [14] - 62:24, 63:19, 72:23, 72:25, 73:5, 73:8, 73:12, 73:17, 83:10, 84:4, 137:4, 137:14, 149:5
**filed** [1] - 64:25
**filing** [2] - 85:7, 88:3
**fill** [3] - 174:15, 202:23, 202:24
**filled** [1] - 10:3
**filling** [1] - 209:10
**final** [7] - 17:11, 18:16, 20:22, 23:19, 27:22, 31:8, 50:8
**finally** [3] - 46:11, 75:7, 140:21
**findings** [6] - 184:16, 203:10, 203:21, 206:3, 208:24
**fine** [6] - 60:25, 61:8, 75:4, 90:17, 131:15, 193:4
**finish** [5] - 3:19, 3:20, 3:21, 191:23, 193:21
**first** [69] - 6:9, 7:8, 8:13, 9:10, 9:17, 11:14, 13:11, 22:2, 22:12, 22:18, 23:5, 26:8, 26:11, 30:14, 32:2, 37:6, 40:4, 40:5, 40:6, 40:19, 40:20, 41:15, 46:20, 47:21, 48:24, 48:25, 49:4, 50:3,

50:4, 64:8, 72:24, 80:19, 82:2, 84:6, 86:15, 90:8, 91:4, 99:15, 99:16, 100:15, 100:20, 100:23, 109:3, 115:10, 115:12, 115:20, 119:22, 120:11, 126:11, 130:5, 139:17, 140:18, 148:23, 156:25, 159:12, 159:20, 163:19, 164:1, 174:18, 175:12, 179:8, 184:17, 186:13, 190:13, 191:5, 204:7, 204:20, 206:4
**five** [4] - 46:24, 67:6, 75:10, 96:20
**flexibly** [1] - 119:18
**flip** [1] - 35:13
**flu** [2] - 92:4, 210:8
**fluency** [39] - 87:19, 88:9, 88:12, 88:22, 88:23, 89:22, 90:10, 103:9, 106:17, 130:20, 131:1, 131:16, 131:18, 131:19, 132:4, 132:5, 132:12, 171:18, 184:23, 184:24, 185:1, 185:11, 185:23, 186:1, 186:19, 188:2, 189:1, 189:2, 189:23, 191:6, 191:7, 191:8, 191:17, 192:11, 208:6, 210:22
**focus** [5] - 55:13, 72:23, 76:7, 144:9, 195:5
**focusing** [9] - 68:8, 68:13, 69:9, 74:10, 83:8, 84:7, 95:1, 172:2, 193:10
**folks** [4] - 77:20, 81:25, 82:23, 88:11
**follow** [2] - 23:25, 51:7
**follow-up** [1] - 23:25
**followed** [1] - 130:16
**following** [3] - 52:23, 107:23, 140:2
**follows** [8] - 12:12, 14:8, 15:3, 17:14, 62:8, 138:23, 167:23, 170:1
**font** [1] - 17:14
**foot** [1] - 52:3
**forecasting** [1] - 42:19
**foregoing** [1] - 211:13
**forever** [1] - 58:4
**forget** [1] - 121:13
**forgetting** [1] - 96:17
**forgotten** [2] - 25:2, 25:4
**form** [2] - 103:25, 125:2
**formal** [4] - 173:25, 181:9, 181:11, 181:12
**format** [5] - 49:11, 70:20, 107:12, 118:16, 130:15
**formats** [1] - 104:23
**former** [2] - 122:4, 122:5
**forms** [2] - 86:6, 86:8

**formulas** [2] - 55:3, 81:23
**forth** [2] - 72:10, 126:23
**forward** [7] - 16:12, 167:19, 174:19, 175:7, 176:7, 178:12
**forwarded** [2] - 25:8, 27:11
**forwarding** [5] - 6:23, 18:20, 19:18, 26:8, 30:21
**foundation** [2] - 103:20, 195:7
**four** [8] - 31:22, 36:19, 105:1, 183:25, 190:19, 190:22, 191:17
**four-word** [3] - 190:19, 190:22
**four-year** [1] - 31:22
**fourth** [5] - 75:2, 126:12, 126:13, 126:18, 128:23
**frequency** [4] - 76:4, 76:9, 76:10, 209:21
**frequent** [2] - 74:17, 172:15
**frequently** [13] - 152:1, 152:15, 171:13, 181:20, 196:11, 198:5, 199:5, 199:25, 200:20, 201:18, 202:3, 202:6, 207:2
**Friday** [6] - 51:23, 51:25, 60:6, 60:7, 60:24
**friend** [1] - 57:9
**friends** [3] - 53:18, 57:8, 57:14
**front** [4] - 168:7, 168:11, 178:15, 206:10
**full** [6] - 32:19, 100:20, 100:23, 135:6, 169:25, 175:8, 203:14
**Full** [3] - 204:10, 205:10, 205:16
**fun** [1] - 58:5
**function** [4] - 96:24, 165:11, 165:14, 171:13
**functional** [2] - 6:10, 77:18
**functioning** [13] - 99:4, 101:24, 152:5, 152:19, 165:2, 172:13, 172:21, 182:19, 183:8, 183:14, 183:23, 183:24, 183:25
**future** [1] - 16:11
**game** [1] - 117:13
**Game** [2] - 57:10, 57:12
**gap** [1] - 81:3
**gather** [1] - 209:21
**gathered** [1] - 180:11
**gears** [1] - 107:17
**General** [3] - 200:13, 200:25, 201:10
**general** [28] - 32:5, 50:5, 70:21, 78:11, 85:23, 87:12, 90:23, 96:18, 102:14, 102:16, 105:25, 106:5, 115:24, 116:8, 123:14,

126:24, 154:2, 161:16, 182:19, 183:8, 183:23, 183:24, 199:6, 200:4, 207:6, 207:7, 209:2, 209:25
**generalization** [1] - 200:3
**generally** [42] - 22:20, 37:9, 50:7, 72:19, 84:15, 85:12, 86:8, 93:10, 101:13, 101:14, 103:21, 104:11, 104:20, 110:18, 111:16, 115:8, 116:6, 119:17, 120:7, 124:15, 127:22, 151:14, 156:15, 174:22, 176:19, 179:21, 180:9, 181:5, 182:5, 182:18, 183:17, 184:1, 187:20, 187:22, 188:1, 192:18, 194:12, 199:7, 199:8, 202:20, 206:3
**generates** [2] - 84:23, 98:12
**Genetic** [1] - 37:2
**genuine** [3] - 93:17, 94:24, 207:4
**gifted** [13] - 79:14, 79:16, 79:25, 80:3, 80:5, 80:9, 158:5, 158:7, 158:10, 158:15, 200:15, 200:16, 202:5
**Gifted** [1] - 147:12
**giftedness** [3] - 79:17, 79:19, 79:21
**given** [13] - 69:6, 69:7, 70:18, 70:20, 78:22, 83:15, 93:16, 97:10, 109:3, 118:16, 120:2, 162:6, 197:3
**global** [1] - 204:19
**goal** [1] - 92:13
**GORT** [13] - 89:17, 90:7, 90:22, 112:11, 112:12, 112:20, 123:25, 132:8, 163:9, 189:13, 189:14, 189:19, 190:12
**GORT-5** [5] - 131:20, 162:3, 192:5, 192:8, 194:5
**governor** [1] - 122:5
**grade** [15] - 16:17, 44:22, 51:8, 51:10, 51:11, 102:16, 147:20, 158:5, 165:24, 166:1, 195:3, 196:21, 197:9, 197:10
**grades** [10] - 53:15, 77:5, 78:21, 78:24, 83:19, 91:21, 134:8, 165:23, 166:2, 194:25
**grading** [2] - 32:10, 32:20
**graduate** [3] - 67:20, 118:6, 144:22
**graduated** [1] - 106:4
**graduating** [2] - 85:14, 85:21
**graduation** [1] - 32:17
**grain** [1] - 193:12
**grammar** [1] - 17:6

**GRAN** [1] - 1:15
**grant** [1] - 195:9
**granted** [3] - 21:14, 116:14, 116:17
**granting** [2] - 28:22, 108:24
**graph** [1] - 47:12
**gray** [1] - 47:23
**Gray** [4] - 89:16, 112:10, 187:23, 190:8
**great** [4] - 4:9, 51:6, 124:11
**grossly** [1] - 96:23
**grounds** [1] - 27:8
**group** [18] - 78:22, 85:15, 91:20, 104:22, 106:10, 106:14, 107:5, 115:22, 115:23, 145:12, 145:16, 145:21, 145:22, 146:2, 146:3, 196:13, 196:24, 202:2
**group-administered** [1] - 196:13
**grouping** [2] - 78:3, 78:25
**groups** [7] - 45:15, 68:23, 68:24, 69:3, 143:20, 143:22, 143:23
**guard** [1] - 31:20
**guess** [6] - 25:24, 55:22, 60:1, 134:1, 153:8, 209:3
**guessing** [3] - 55:23, 59:17, 59:19
**guide** [1] - 174:16
**guidelines** [2] - 5:18, 17:13
**guiding** [1] - 32:8
**Haddonfield** [1] - 1:17
**half** [6] - 18:8, 23:8, 61:23, 135:5, 135:7, 181:21
**halting** [1] - 190:20
**hand** [3] - 7:2, 11:14, 142:21
**handful** [1] - 73:11
**handled** [1] - 182:21
**handwriting** [2] - 9:12, 9:15
**hard** [5] - 5:17, 12:9, 58:2, 116:21, 127:25
**harder** [3] - 50:15, 76:6, 119:19
**hate** [1] - 206:13
**hated** [1] - 35:11
**head** [5] - 32:14, 33:5, 51:21, 172:4, 184:9
**headaches** [1] - 74:7
**heading** [1] - 206:18
**health** [4] - 56:14, 56:15, 56:17
**health-related** [1] - 56:14
**hear** [3] - 3:11, 74:1, 74:2
**heard** [17] - 87:9, 100:16, 101:3, 108:3, 109:9, 121:18, 121:22, 121:24, 122:3, 122:6, 127:25, 133:15, 134:7, 153:8, 157:14, 160:20, 170:5

**hearing** [1] - 60:10, 60:13, 65:3, 66:3, 101:3, 101:5, 109:8, 141:5, 141:20, 150:13, 185:16
**HEARING** [1] - 1:6
**heart** [2] - 52:6, 52:7
**heavy** [2] - 105:7, 105:11
**held** [1] - 142:14
**help** [26] - 5:15, 7:9, 7:17, 14:13, 14:14, 15:16, 16:12, 33:11, 53:17, 53:25, 54:1, 101:2, 101:11, 118:12, 133:16, 133:17, 135:15, 151:6, 164:19, 165:10, 165:13, 165:16, 165:20, 165:21, 195:21, 199:14
**helped** [5] - 14:18, 14:25, 17:7, 25:5, 133:23
**helpful** [3] - 22:21, 101:23, 130:25
**helps** [4] - 85:5, 87:16, 174:16, 175:2
**herself** [1] - 182:21
**hesitant** [1] - 122:21
**hesitation** [1] - 190:23
**hesitations** [1] - 190:20
**heterogenous** [1] - 122:13
**high** [16] - 16:19, 31:24, 74:19, 75:8, 79:18, 85:21, 87:2, 99:21, 100:25, 165:20, 181:15, 188:11, 193:21, 193:24, 210:1
**higher** [3] - 42:2, 79:11, 202:4
**highlighted** [2] - 27:14, 36:1
**highlighting** [2] - 15:4, 15:5
**highlights** [1] - 22:13
**highly** [2] - 107:5, 158:24
**hip** [1] - 52:4
**historical** [1] - 121:11
**historically** [1] - 184:12
**history** [18] - 34:15, 34:17, 100:6, 108:3, 137:2, 137:4, 137:5, 168:23, 169:8, 180:7, 180:13, 180:24, 181:3, 181:23, 183:19, 209:13, 209:20, 210:8
**hit** [1] - 35:2
**hold** [1] - 98:4
**home** [2] - 24:9, 24:12
**honestly** [1] - 109:8
**Honor** [57] - 3:4, 3:8, 3:16, 3:22, 4:2, 6:16, 17:24, 17:25, 18:22, 19:2, 19:11, 19:24, 20:5, 20:24, 22:9, 27:24, 30:1, 48:5, 58:16, 60:1, 60:11, 60:17, 60:25, 62:2, 64:24, 70:22, 71:3, 71:17, 103:19, 109:14, 117:7, 125:7, 137:19, 137:22,

138:1, 138:6, 138:9, 138:15, 138:17, 141:3, 146:8, 146:20, 146:25, 166:5, 166:11, 166:16, 166:19, 167:2, 167:5, 167:17, 168:8, 174:2, 174:8, 188:19, 195:7, 211:3, 211:7
**HONORABLE** [1] - 1:12
**hope** [3] - 3:23, 111:18
**hospital** [2] - 49:9, 49:12
**host** [1] - 210:7
**hour** [8] - 23:6, 23:8, 61:23, 61:24, 135:2, 135:3, 180:20
**hour-and-a-half** [1] - 61:23
**hours** [4] - 23:7, 32:20, 32:21, 69:25
**Houtman** [4] - 24:18, 24:22, 25:14, 26:11, 26:13, 27:2
**huge** [1] - 49:6
**hurt** [1] - 51:23
**hyperactivity** [3] - 75:20, 172:5, 172:6
**ICD** [3] - 155:14, 155:17, 170:18
**ICD-10** [5] - 155:19, 170:20, 177:16, 197:21, 197:22
**idea** [5] - 37:10, 53:19, 54:5, 82:11, 188:24
**identical** [2] - 43:15, 149:14
**identified** [3] - 12:23, 21:23, 156:8
**identify** [6] - 13:14, 22:2, 135:20, 171:8, 171:10, 178:23
**Ill** [3] - 110:19, 110:23, 111:6
**illegible** [1] - 73:13
**Illinois** [2] - 148:1, 155:3
**immediately** [1] - 36:9
**impaired** [15] - 80:13, 80:15, 82:6, 96:23, 185:8, 204:14, 204:22, 205:6, 205:12, 205:17, 205:20, 205:23, 205:25, 210:6, 210:10
**impairment** [11] - 13:1, 71:25, 75:6, 76:12, 76:22, 76:24, 77:19, 96:19, 100:3, 171:16
**impairments** [3] - 25:15, 72:15, 74:5
**impatience** [1] - 172:10
**impending** [1] - 158:23
**importance** [1] - 198:21
**important** [9] - 98:15, 99:19, 133:5, 133:6, 137:7, 137:12, 200:20, 201:18
**impossible** [4] - 38:3, 38:7, 122:15, 137:3
**impressed** [1] - 28:6
**impression** [2] - 22:25, 195:1

**impulsive** [3] - 74:16, 75:22, 172:7
**impulsively** [1] - 76:8
**impulsiveness** [1] - 75:21
**impulsivity** [1] - 172:6
**in-office** [1] - 98:25
**in-person** [2] - 72:18, 180:16
**inadequate** [1] - 177:2
**inappropriate** [3] - 111:15, 113:13, 114:3
**inappropriately** [1] - 18:25
**inattention** [2] - 75:18, 77:12
**incentive** [1] - 92:16
**incline** [1] - 167:21
**include** [10] - 6:13, 7:17, 7:20, 7:22, 35:6, 78:20, 99:18, 101:17, 113:13, 201:25
**included** [9] - 5:23, 13:3, 23:19, 24:20, 30:18, 32:20, 40:23, 49:24, 55:19
**includes** [4] - 18:22, 59:11, 88:9, 178:20
**including** [4] - 16:17, 41:22, 68:11, 183:8
**inconsistencies** [1] - 91:23
**incurred** [1] - 22:20
**indented** [1] - 22:12
**independent** [2] - 53:4, 56:1
**Index** [3] - 200:13, 200:25, 201:10
**index** [7] - 200:18, 201:1, 201:12, 201:13, 202:9
**indicate** [12] - 32:21, 41:5, 47:23, 86:16, 88:7, 101:9, 114:14, 119:9, 126:6, 158:16, 159:1
**indicated** [7] - 9:24, 10:6, 10:7, 12:16, 58:25, 63:12, 162:23
**indicates** [6] - 10:20, 10:21, 10:22, 10:23, 126:21, 158:21
**indicating** [1] - 11:7
**indication** [1] - 101:6, 164:24, 194:17
**indicator** [1] - 81:7
**individual** [16] - 4:17, 10:10, 25:25, 33:25, 71:22, 71:24, 79:1, 89:24, 90:2, 92:12, 96:15, 119:11, 120:14, 148:20, 173:16, 175:7
**Individual** [2] - 87:4, 185:19
**individually** [1] - 196:14
**individuals** [18] - 70:24, 72:4, 75:24, 75:25, 76:18, 79:11, 79:13, 82:5, 102:9, 102:13, 103:3, 103:5, 106:4, 144:7, 146:10, 158:2, 164:21, 174:3
**individuals'** [1] - 72:15

**inference** [1] - 210:9
**influenced** [2] - 189:5, 189:8
**Influences** [1] - 37:3
**informal** [12] - 16:15, 16:16, 16:21, 53:16, 53:19, 53:23, 68:7, 101:7, 133:16, 133:17, 165:10, 165:13
**information** [64] - 5:3, 12:11, 22:24, 23:23, 25:21, 28:12, 30:17, 34:12, 36:5, 49:15, 49:16, 56:19, 56:20, 56:23, 56:24, 66:8, 72:9, 83:9, 84:7, 105:22, 111:12, 112:22, 118:17, 123:24, 124:8, 130:6, 131:1, 131:11, 133:7, 133:11, 133:13, 134:1, 134:14, 134:17, 137:7, 137:10, 137:13, 137:17, 141:24, 148:2, 161:25, 163:2, 174:17, 175:3, 176:3, 178:20, 179:9, 179:14, 180:8, 180:11, 180:25, 184:9, 185:14, 185:17, 185:22, 188:14, 189:2, 192:3, 194:5, 194:10, 196:6, 209:10, 209:20
**infrequently** [1] - 202:7
**inherently** [1] - 153:24
**initial** [10] - 14:10, 15:20, 26:16, 28:11, 28:12, 28:14, 63:16, 109:2, 175:6, 182:23
**initials** [1] - 15:11
**INJUNCTION** [1] - 1:6
**injunction** [3] - 19:9, 19:10, 64:25
**injury** [1] - 93:14
**inserted** [1] - 16:14
**instance** [12] - 67:23, 69:7, 75:1, 77:1, 77:11, 78:10, 92:3, 96:17, 123:10, 191:12, 201:24, 209:24
**instances** [3] - 16:19, 74:15, 150:3
**instead** [3] - 53:7, 105:13, 135:5
**Institute** [2] - 169:5, 169:12
**institution** [1] - 69:25
**instruction** [2] - 77:9, 174:1
**instructions** [2] - 31:22, 191:21
**instructor's** [1] - 32:14
**instrument** [1] - 161:1
**instruments** [4] - 132:21, 136:20, 151:19, 183:5
**insufficient** [1] - 65:18
**Integrated** [3] - 97:8, 203:8, 203:15
**intellectual** [2] - 183:14, 198:15
**intelligence** [8] - 165:20,

184:2, 196:13, 197:8,
200:13, 201:5, 201:7, 201:15
**intelligently** [1] - 31:20
**intended** [1] - 52:20
**intensive** [2] - 105:7, 119:25
**interact** [1] - 146:6
**interacted** [1] - 183:10
**interactive** [1] - 198:13
**interest** [3] - 22:14, 145:13,
149:24
**interests** [5] - 34:24, 35:5,
35:8, 35:25, 36:11
**interfere** [2] - 75:2, 171:12
**interference** [1] - 172:21
**interferes** [1] - 171:4
**internal** [3] - 46:20, 49:25,
50:1
**international** [1] - 155:22
**International** [3] - 145:18,
155:15, 170:16
**internet** [1] - 22:3
**interpret** [1] - 137:3
**interpretable** [1] - 98:15
**interpretation** [1] - 89:14
**interpreted** [5] - 84:15,
100:18, 111:14, 112:8,
112:23
**interpreting** [1] - 137:13
**interrupt** [1] - 52:24
**interrupting** [1] - 172:9
**intervention** [9] - 70:2,
118:23, 119:3, 120:19,
120:23, 121:4, 122:14,
122:17, 122:23
**interventions** [2] - 119:7,
164:22
**interview** [21] - 23:6, 172:12,
174:14, 174:16, 174:21,
174:25, 175:6, 179:11,
179:24, 180:1, 180:2, 180:7,
180:10, 180:12, 180:16,
180:18, 180:24, 183:3, 183:9
**interviewing** [1] - 136:21
**interviews** [2] - 180:20,
209:10
**invite** [1] - 57:11
**invited** [5] - 68:22, 68:25,
69:6, 69:7, 143:19
**involve** [5] - 16:20, 75:6,
78:1, 101:24, 105:4
**involved** [6] - 38:25, 39:13,
39:18, 80:25, 94:5, 145:3
**involves** [3] - 68:5, 72:3,
130:9
**involving** [1] - 100:14
**Iowa** [2] - 195:24, 196:11
**IQ** [21] - 79:18, 79:22, 80:21,
81:1, 81:3, 81:21, 82:11,
82:13, 147:15, 148:18,
184:1, 196:13, 198:21,

200:11, 201:10, 201:14,
201:24, 202:4, 202:6
**issue** [4] - 7:19, 114:12,
117:5, 199:3
**issues** [5] - 68:20, 86:25,
115:18, 146:7, 167:8
**item** [1] - 128:21
**items** [4] - 84:8, 104:20,
104:23, 128:13
**itself** [6] - 37:11, 79:10, 80:4,
126:11, 151:4, 158:17
**IV** [7] - 88:14, 111:20,
111:22, 124:1, 162:7, 191:3,
194:6
**IVA** [7] - 98:12, 112:25,
203:8, 203:18, 209:13,
209:24
**IVA+Plus** [4] - 112:25,
162:16, 203:18, 203:19
**IVC** [1] - 52:5
**James** [1] - 1:8
**January** [4] - 4:25, 140:17,
156:11, 164:2
**Jerri** [1] - 9:11
**Jersey** [1] - 1:17
**Jessica** [14] - 4:6, 4:13, 6:19,
15:21, 15:23, 16:21, 17:19,
30:11, 63:14, 139:13,
194:15, 197:6, 202:25,
207:25
**JESSICA** [2] - 1:3, 212:5
**Jessica's** [4] - 192:19, 196:7,
198:24, 202:19
**jest** [1] - 60:8
**jittery** [1] - 76:8
**job** [7] - 31:20, 32:16, 32:22,
32:23, 50:7, 67:16, 133:21
**Johnson** [1] - 88:14,
111:20, 111:22, 123:25,
131:23, 132:1, 162:7, 163:9,
191:3, 192:8, 194:6
**joke** [1] - 51:20
**journal** [2] - 68:13, 68:20,
147:8
**journals** [5] - 68:3, 68:11,
68:18, 68:19, 68:20
**JOYNER** [1] - 1:12
**JR** [1] - 15:7
**Judge** [1] - 20:18
**judge's** [1] - 133:21
**judgment** [2] - 207:12,
209:23
**July** [2] - 140:21, 164:12
**June** [13] - 21:6, 21:11,
21:12, 26:18, 27:4, 28:15,
28:17, 28:18, 40:15, 43:12,
52:23, 139:20, 149:13
**junior** [1] - 106:3
**jury** [1] - 19:7
**keep** [4] - 52:17, 116:18,

138:12, 206:11
**kept** [1] - 51:21
**keys** [1] - 97:11
**kids** [3] - 150:25, 197:13,
199:25
**kind** [29] - 34:25, 49:1, 49:2,
49:3, 51:20, 56:6, 78:13,
114:5, 136:21, 163:16,
165:20, 172:10, 175:20,
176:10, 176:20, 177:12,
181:23, 182:22, 182:23,
183:10, 184:11, 194:23,
199:25, 202:1, 202:3, 204:3,
204:4, 206:8, 209:25
**kindergarten** [1] - 53:14
**kinds** [2] - 174:1, 194:4
**knock** [2] - 199:15, 204:15
**knowing** [1] - 137:4
**knowledge** [9] - 37:22, 38:2,
46:14, 55:4, 105:8, 118:21,
118:25, 129:25, 163:12
**known** [6] - 98:11, 121:5,
121:15, 155:14, 170:24,
171:22
**knows** [1] - 170:4
**Kurzweil** [7] - 15:16, 49:11,
120:5, 120:9, 120:13, 120:16
**lab** [5] - 32:3, 32:8, 32:10,
33:2, 33:3
**labeled** [1] - 56:1
**labeling** [1] - 177:10
**labs** [1] - 33:10
**lack** [2] - 103:20, 195:7
**language** [5] - 7:17, 7:19,
87:14, 144:14, 177:18
**largely** [2] - 145:12, 154:21
**Larry** [1] - 35:20
**larry@rcglawoffices.com**
[1] - 1:18
**last** [17] - 3:9, 6:6, 6:7, 7:8,
8:3, 10:14, 11:24, 33:24,
53:11, 116:11, 117:13,
132:8, 141:20, 151:23,
152:14, 157:14, 176:21
**lasted** [1] - 180:19
**latest** [1] - 81:11
**Law** [2] - 117:1, 117:2
**law** [1] - 67:22
**LAWRENCE** [1] - 1:16
**Lawrence** [1] - 30:21
**lawsuit** [1] - 20:10
**lawyer** [2] - 22:6, 24:22
**lawyer's** [1] - 27:21
**lawyers** [2] - 14:18, 14:21
**lead** [6] - 37:5, 37:7, 37:14,
165:4, 165:24, 165:25
**leaders** [1] - 121:6
**leading** [4] - 82:17, 122:2,
180:14, 198:3
**learn** [6] - 50:7, 54:11, 76:17,

145:2, 146:5, 174:25
**learned** [2] - 29:2, 55:5
**Learning** [2] - 145:11,
147:11
**learning** [100] - 12:25, 13:14,
13:16, 15:24, 22:22, 49:6,
65:15, 65:19, 65:21, 66:11,
67:11, 68:14, 68:16, 69:16,
70:24, 72:5, 74:6, 74:10,
75:12, 77:13, 77:16, 77:25,
78:1, 78:12, 78:15, 79:4,
79:14, 79:25, 80:7, 80:11,
80:12, 80:19, 80:20, 80:24,
81:4, 81:20, 82:2, 82:9,
82:25, 83:2, 83:12, 98:23,
99:2, 99:5, 101:19, 101:21,
101:23, 102:1, 103:14,
103:16, 105:17, 105:19,
105:20, 105:23, 106:23,
106:25, 108:6, 108:16,
112:8, 119:5, 119:9, 119:17,
119:20, 119:23, 120:14,
120:24, 122:22, 122:24,
123:11, 133:1, 142:17,
143:1, 143:6, 143:14, 144:8,
144:14, 144:15, 144:23,
145:3, 145:13, 146:10,
147:21, 147:22, 148:6,
148:12, 151:18, 152:2,
152:16, 155:21, 164:25,
177:6, 177:7, 177:10,
177:19, 177:21, 198:5,
198:7, 198:14, 200:16,
207:20
**least** [22] - 5:2, 7:10, 18:16,
44:22, 49:25, 60:6, 69:22,
81:11, 88:21, 97:6, 99:11,
99:12, 100:12, 107:13,
108:16, 116:9, 119:8,
119:17, 119:21, 123:12,
128:18, 164:4
**leave** [1] - 49:9
**lectures** [1] - 51:18
**left** [4] - 11:14, 21:24, 32:21,
183:7
**left-hand** [1] - 11:14
**leg** [8] - 51:18, 51:23, 51:24,
51:25, 52:1, 52:5, 167:8
**legal** [2] - 107:9, 114:5
**leisure** [1] - 58:5
**lengths** [1] - 124:11
**lengthy** [2] - 157:1, 157:7
**less** [7] - 49:18, 57:17,
126:20, 128:23, 199:8,
202:6, 209:23
**letter** [55] - 4:22, 4:25, 9:3,
14:11, 15:12, 15:15, 17:11,
18:5, 18:8, 18:9, 18:17,
18:21, 19:2, 19:19, 19:22,
20:22, 21:18, 23:18, 23:19,

23:25, 24:1, 24:6, 24:18, 24:20, 24:23, 25:1, 25:25, 26:22, 27:7, 27:9, 27:16, 27:22, 28:11, 28:14, 28:21, 28:24, 28:25, 29:12, 29:21, 33:21, 64:19, 140:18, 140:22, 149:6, 149:8, 149:17, 160:1, 160:11, 164:5, 164:7, 164:9, 164:11, 164:15
**letterhead** [1] - 26:12
**letters** [1] - 72:7
**level** [25] - 74:17, 75:25, 76:21, 76:23, 80:12, 80:22, 86:9, 89:12, 93:2, 96:7, 96:13, 97:3, 102:16, 103:8, 106:16, 106:19, 122:13, 147:20, 165:1, 165:14, 165:20, 166:3, 186:4, 200:21, 202:10
**levels** [5] - 72:15, 74:19, 75:8, 79:11, 91:11
**Lewandowski** [8] - 13:3, 13:17, 22:19, 23:2, 29:14, 33:14, 33:21, 34:24
**Lewandowski's** [1] - 176:22
**liberal** [1] - 67:8
**license** [1] - 195:10
**licensed** [10] - 23:15, 69:19, 69:21, 144:2, 155:4, 155:6, 155:8, 169:13, 169:15, 169:17
**licensure** [2] - 69:23, 70:3
**lied** [1] - 28:6
**life** [11] - 63:9, 74:22, 92:7, 96:19, 97:1, 104:9, 107:8, 108:14, 122:4, 148:21, 150:17
**lifeguarding** [1] - 31:19
**light** [1] - 141:24
**lighter** [1] - 49:17
**like-aged** [1] - 188:17
**likely** [6] - 11:21, 136:3, 137:10, 174:18, 175:4, 176:1
**likewise** [2] - 10:6, 41:21
**limit** [6] - 163:17, 186:6, 186:7, 186:14, 193:22, 211:1
**limitation** [1] - 150:7
**limitations** [2] - 6:10, 107:12
**limited** [8] - 63:8, 104:8, 104:11, 107:7, 108:14, 148:20, 150:17, 209:4
**line** [13] - 12:7, 35:14, 35:20, 35:24, 36:8, 36:9, 55:11, 56:23, 94:1, 156:25, 172:10, 190:4, 190:6
**lines** [2] - 16:11, 177:18
**list** [9] - 9:20, 25:17, 35:25, 36:16, 123:12, 143:19, 145:8, 159:25, 178:19

**listed** [6] - 37:6, 45:17, 75:17, 95:18, 97:22, 99:12
**listing** [6] - 68:10, 69:10, 99:13, 142:23, 159:12, 179:11
**lists** [2] - 35:5, 84:6
**literature** [2] - 59:7, 91:8
**litigation** [6] - 64:3, 64:14, 93:13, 107:19, 140:12, 141:21
**LLP** [3] - 1:15, 2:2, 2:9
**log** [1] - 73:2
**logged** [1] - 73:5
**logic** [1] - 51:7
**logistics** [1] - 72:24
**lonely** [1] - 4:5
**look** [67] - 5:6, 7:25, 8:25, 10:25, 25:6, 26:4, 26:10, 27:10, 28:1, 28:20, 31:15, 33:13, 33:16, 33:17, 36:24, 38:14, 39:22, 40:10, 41:10, 42:12, 43:10, 44:10, 45:3, 45:12, 45:19, 47:4, 68:9, 69:9, 73:4, 78:16, 83:14, 83:18, 88:19, 93:1, 93:9, 93:10, 93:21, 95:5, 96:3, 97:13, 99:2, 100:7, 100:20, 126:8, 129:24, 131:24, 135:13, 135:16, 140:4, 151:3, 152:11, 156:4, 156:6, 159:11, 168:13, 175:22, 179:23, 182:25, 184:17, 190:5, 192:20, 193:3, 195:15, 199:5, 206:15, 209:14
**looked** [7] - 25:17, 29:15, 43:6, 43:8, 54:11, 176:10, 196:5
**looking** [34] - 35:24, 46:11, 50:16, 60:23, 72:9, 78:13, 80:21, 82:24, 83:9, 84:6, 87:21, 100:21, 102:23, 103:6, 124:8, 127:6, 127:13, 131:14, 133:3, 133:24, 137:5, 143:4, 147:5, 160:4, 162:23, 164:11, 164:19, 172:14, 175:20, 182:6, 196:16, 200:6, 201:20
**looks** [43] - 7:1, 9:21, 9:24, 10:6, 10:19, 11:6, 15:17, 17:5, 19:21, 20:21, 21:21, 22:12, 24:4, 26:18, 26:20, 26:22, 31:19, 31:23, 32:1, 32:13, 32:17, 32:23, 36:19, 37:16, 40:14, 41:4, 41:8, 41:14, 43:9, 43:10, 43:16, 43:17, 44:16, 45:20, 46:1, 48:1, 84:19, 84:21, 96:3, 143:6, 143:9, 143:19
**loud** [1] - 192:6

**Lovett** [34] - 62:3, 62:10, 62:13, 64:6, 65:8, 69:19, 70:22, 71:5, 71:20, 97:24, 98:23, 101:12, 103:21, 108:22, 109:12, 110:9, 125:8, 137:24, 139:10, 139:24, 146:16, 148:10, 148:25, 153:8, 158:12, 161:12, 161:13, 161:24, 162:12, 162:15, 163:8, 193:11, 197:15
**LOVETT** [3] - 62:7, 212:7, 212:9
**Lovett's** [2] - 152:12, 152:15
**low** [14] - 78:11, 82:4, 85:12, 85:24, 89:5, 90:12, 97:23, 108:2, 131:4, 183:18, 192:10, 192:12, 203:11, 203:25
**lower** [3] - 42:2, 142:21, 200:22
**LSAT** [1] - 117:3
**Lucas** [3] - 147:15, 147:19, 148:4
**lunch** [4] - 109:19, 109:21, 117:9, 117:13
**Luncheon** [1] - 117:18
**ma'am** [3] - 4:1, 59:23, 167:15
**main** [3] - 12:19, 87:17, 153:24
**major** [7] - 10:9, 63:8, 104:8, 107:8, 108:14, 148:21, 150:17
**majority** [2] - 74:1, 136:4
**Malingering** [7] - 93:20, 93:25, 94:10, 94:13, 94:23, 206:21, 207:14
**malingering** [1] - 94:8
**manage** [1] - 49:3
**managed** [1] - 33:6
**management** [1] - 45:14
**managing** [1] - 195:3
**manner** [6] - 26:7, 148:25, 149:14, 154:12, 154:17, 190:16
**manual** [6] - 79:20, 81:8, 84:25, 86:1, 86:3, 86:11, 155:14, 155:19
**Manual** [2] - 81:16, 170:7
**March** [6] - 11:3, 11:6, 11:17, 12:5, 102:18, 102:24
**margins** [1] - 7:2
**Marie** [2] - 1:22, 211:17
**mark** [1] - 191:20
**marked** [6] - 125:2, 125:9, 126:3, 126:4, 126:5
**Market** [1] - 1:9
**market** [1] - 206:9
**marking** [1] - 191:11

**MARY** [1] - 2:3
**mary.vargas@steinvargas. com** [1] - 2:6
**master** [2] - 168:25, 188:21
**master's** [2] - 66:22, 142:8
**masters** [1] - 144:23
**match** [1] - 108:2
**material** [7] - 19:1, 49:19, 49:20, 50:6, 54:15, 65:24
**materials** [3] - 65:11, 108:13, 150:6
**math** [12] - 55:3, 78:2, 79:2, 79:3, 79:9, 87:13, 101:17, 158:9, 158:11, 158:15, 177:11, 197:5
**matter** [14] - 4:5, 38:19, 39:1, 44:10, 45:1, 45:6, 45:20, 114:18, 154:20, 166:7, 173:8, 195:4, 209:25, 211:14
**maximum** [2] - 10:11, 186:14
**MCAT** [53] - 55:15, 55:16, 56:5, 56:12, 56:13, 57:2, 58:20, 59:10, 91:19, 99:18, 100:12, 104:18, 104:25, 105:16, 105:24, 106:1, 106:5, 106:9, 106:16, 106:19, 106:22, 107:6, 107:13, 118:19, 124:17, 124:23, 125:3, 127:7, 127:14, 127:21, 127:23, 128:5, 128:13, 128:18, 129:4, 129:6, 129:7, 129:8, 129:9, 129:14, 129:16, 130:1, 133:3, 137:16, 156:1, 156:3, 160:23, 161:1, 161:4, 163:14, 194:2, 194:7
**mean** [29] - 33:7, 69:21, 79:10, 79:16, 91:4, 91:5, 94:13, 115:16, 123:9, 124:5, 124:13, 126:24, 137:10, 137:11, 165:13, 181:20, 188:10, 193:3, 194:22, 194:25, 196:20, 201:18, 209:1, 209:12, 210:1, 210:5, 210:24, 210:25
**meaning** [2] - 171:8, 187:24
**meaningful** [3] - 198:9, 198:16, 199:6
**means** [6] - 94:14, 165:12, 188:11, 188:12, 199:3, 210:5
**measure** [17] - 82:11, 84:18, 87:11, 89:20, 89:23, 93:24, 115:2, 132:12, 162:13, 162:14, 171:18, 196:13, 197:9, 199:25, 200:12, 200:14, 201:10
**measured** [4] - 29:11, 86:13, 104:15, 208:5
**measurements** [3] - 29:13, 185:11, 196:23

**measures** [17] - 84:19,
87:12, 89:21, 92:25, 93:6,
93:8, 96:1, 109:6, 114:9,
118:10, 119:10, 130:20,
162:2, 163:11, 197:8, 208:6,
210:22
**mechanics** [1] - 48:7
**mechanism** [2] - 92:2, 92:10
**mechanisms** [1] - 45:14
**MEDICAL** [1] - 1:5
**medical** [24] - 22:7, 31:6,
31:10, 34:21, 38:16, 39:15,
40:16, 47:14, 48:24, 57:10,
58:7, 58:10, 92:14, 105:9,
106:2, 116:1, 116:6, 116:9,
129:18, 136:24, 137:11,
175:17, 183:20
**Medical** [3] - 104:19, 104:21,
117:1
**medication** [11] - 113:15,
113:18, 114:1, 114:2, 114:3,
114:4, 114:9, 114:21, 115:2,
137:15, 210:13
**medicine** [8] - 45:21, 46:11,
46:15, 46:16, 46:20, 49:25,
50:1, 210:8
**meds** [1] - 52:18
**meet** [11] - 71:21, 77:3, 80:3,
80:10, 108:5, 108:8, 122:16,
145:14, 152:1, 152:16,
175:12
**meeting** [7] - 72:18, 80:5,
80:6, 80:10, 135:10, 137:24,
145:14
**meetings** [3] - 136:4, 153:9,
153:11
**meets** [3] - 15:21, 63:5,
78:14
**member** [5] - 145:16, 145:18,
169:19, 169:25, 170:4
**membership** [1] - 169:23
**memberships** [1] - 145:8
**memory** [13] - 93:11, 93:12,
93:15, 93:16, 93:21, 93:22,
94:7, 94:15, 184:8, 200:18,
201:1, 207:18
**Memory** [7] - 93:20, 93:25,
94:10, 94:13, 94:23, 206:21,
207:13
**mental** [5] - 45:13, 171:9,
171:11, 182:2, 182:15
**Mental** [2] - 81:16, 170:7
**mention** [5] - 7:10, 13:8,
79:11, 85:16, 102:4
**mentioned** [17] - 4:13, 27:22,
68:22, 76:3, 86:1, 86:22,
95:17, 97:22, 99:21, 100:11,
102:5, 115:5, 150:10, 177:9,
189:14, 196:22
**mentoring** [1] - 68:7

**mess** [1] - 28:7
**message** [1] - 6:20
**met** [7] - 23:2, 72:4, 122:24,
136:16, 160:18, 177:1, 179:4
**method** [1] - 82:15
**MEW** [34] - 2:10, 62:2, 62:12,
64:24, 65:7, 70:22, 71:17,
71:19, 82:20, 88:2, 88:5,
98:1, 98:4, 98:6, 98:8, 104:6,
107:16, 109:12, 138:1,
138:6, 138:9, 138:17, 139:2,
141:3, 141:7, 146:8, 146:20,
146:22, 147:3, 147:4,
150:19, 166:16, 166:20,
167:1
**MICHAEL** [1] - 2:3
**michael.stein@
steinvargas.com** [1] - 2:6
**Michigan** [7] - 142:8, 155:10,
168:25, 169:1, 169:2,
169:12, 169:16
**mics** [1] - 4:4
**middle** [16] - 11:15, 16:18,
27:1, 47:25, 57:9, 100:25,
131:22, 131:25, 156:14,
157:3, 158:20, 159:25,
160:9, 181:15, 191:2, 204:6
**midway** [1] - 147:13
**might** [18] - 3:19, 7:17, 20:8,
22:14, 69:13, 72:17, 92:2,
113:25, 114:2, 116:20,
124:25, 143:11, 161:12,
178:13, 178:14, 181:19,
182:25, 197:7
**migraines** [1] - 13:8
**mild** [1] - 96:11
**million** [3] - 102:11, 102:12
**mind** [2] - 119:22, 182:10
**minimally** [2] - 86:9, 86:10
**minimum** [1] - 12:9
**minute** [9] - 26:16, 75:13,
86:16, 86:20, 97:24, 98:4,
137:19, 193:14, 205:1
**minutes** [8] - 33:25, 61:9,
61:10, 166:8, 191:14,
191:24, 193:11, 206:14
**misapplication** [1] - 82:5
**miscalculated** [1] - 112:2
**miscommunication** [1] -
50:5
**miserable** [1] - 206:13
**misread** [2] - 187:7, 187:12
**misreading** [1] - 190:13
**missed** [4] - 52:12, 110:4,
153:12, 167:13
**missing** [1] - 73:14
**mistakes** [3] - 75:19, 185:7,
186:8
**misunderstanding** [1] -
172:3

**Mitchell** [2] - 1:22, 211:17
**mitigating** [3] - 114:8,
114:16, 115:2
**MLE** [1] - 63:15
**model** [11] - 82:21, 147:24,
148:1, 154:19, 155:12,
164:20, 197:17, 197:20,
197:24, 197:25, 198:4
**moderate** [2] - 10:22, 24:8
**Modification** [2] - 170:19,
170:20
**mom** [4] - 9:11, 9:17, 14:25,
17:7
**moment** [7] - 25:18, 35:16,
35:17, 54:19, 61:5, 127:6,
166:5
**moments** [1] - 48:20
**month** [2] - 53:8, 157:18
**months** [1] - 67:3
**morning** [10] - 3:2, 4:13,
48:12, 48:19, 57:4, 62:13,
62:14, 133:14, 134:5, 211:6
**most** [36] - 10:8, 37:10,
37:11, 44:17, 45:13, 46:3,
46:23, 67:13, 76:16, 81:8,
92:7, 93:4, 98:15, 135:12,
148:2, 152:10, 153:12,
158:12, 173:19, 173:20,
177:7, 184:7, 185:20, 190:2,
190:7, 191:23, 193:20,
193:21, 195:1, 195:2, 201:5,
206:12, 206:24, 207:2
**mostly** [4] - 33:9, 56:14,
56:17, 193:10
**mother** [9] - 9:4, 9:7, 16:20,
34:1, 179:12, 202:21,
202:23, 202:24, 208:13
**motivated** [1] - 92:12
**motivation** [5] - 92:11,
92:16, 92:24, 93:1, 93:9
**move** [3] - 20:12, 20:14,
204:15
**moved** [2] - 54:24, 59:1
**movie** [2] - 57:15, 57:18
**moving** [2] - 16:12, 136:13
**MR** [99] - 3:8, 3:12, 4:6, 4:12,
6:16, 6:18, 14:17, 14:20,
15:2, 17:21, 17:23, 18:1,
19:2, 19:14, 19:16, 20:5,
20:15, 20:18, 20:20, 21:3,
22:11, 27:24, 27:25, 30:7,
30:25, 35:15, 35:16, 35:20,
35:23, 48:5, 48:7, 48:11,
58:15, 58:18, 59:22, 60:1,
60:11, 60:17, 60:19, 60:22,
60:25, 61:4, 61:9, 61:11,
61:12, 61:15, 61:22, 65:4,
71:3, 82:16, 88:1, 98:7,
103:19, 104:2, 107:9,
109:14, 109:17, 109:20,

109:22, 109:24, 110:2,
110:4, 110:8, 117:7, 118:1,
125:7, 125:14, 125:18,
127:10, 127:12, 136:14,
137:19, 137:22, 138:4,
138:13, 146:14, 146:25,
147:2, 150:22, 151:8, 151:9,
151:11, 166:5, 166:11,
166:13, 166:19, 167:17,
168:3, 168:8, 168:10, 174:2,
174:8, 174:11, 188:19,
188:25, 195:7, 195:13,
211:2, 211:7
**MS** [51] - 3:4, 3:16, 3:22,
14:15, 14:23, 18:22, 19:11,
19:24, 20:24, 22:9, 30:1,
30:3, 30:23, 48:18, 58:13,
62:2, 62:12, 64:24, 65:7,
70:22, 71:17, 71:19, 82:20,
88:2, 88:5, 98:1, 98:4, 98:6,
98:8, 104:6, 107:16, 109:12,
138:1, 138:6, 138:9, 138:17,
139:2, 141:3, 141:7, 146:8,
146:20, 146:22, 147:3,
147:4, 150:19, 166:16,
166:20, 167:1, 167:5,
167:11, 167:16
**multiple** [11] - 16:19, 55:24,
55:25, 74:25, 84:22, 105:4,
105:5, 107:14, 109:4, 123:8,
142:19
**must** [1] - 133:15
**mutually** [2] - 177:13
**name** [8] - 10:17, 39:25,
62:9, 138:24, 155:22,
167:24, 178:18, 203:14
**named** [1] - 147:14
**names** [1] - 32:16
**narrowly** [1] - 79:17
**National** [3] - 116:25,
169:21, 169:23
**NATIONAL** [1] - 1:5
**nature** [4] - 16:12, 184:13,
187:2, 199:2
**NBME** [64] - 17:12, 18:10,
22:8, 23:18, 28:22, 29:2,
38:17, 38:19, 38:23, 38:25,
39:5, 39:8, 39:13, 39:17,
39:20, 39:25, 41:10, 41:11,
43:11, 62:15, 62:21, 63:3,
63:20, 63:25, 64:20, 65:12,
66:7, 72:11, 72:13, 72:24,
73:2, 73:7, 73:10, 73:19,
73:22, 108:23, 116:13,
116:21, 123:1, 129:21,
134:24, 135:1, 135:8,
135:21, 136:10, 137:23,
139:5, 140:2, 140:18,
140:22, 148:23, 149:4,
149:9, 149:12, 149:15,

149:19, 153:4, 153:16, 154:5, 156:11, 156:21, 163:16, 164:5, 164:14
**NBME's** [2] - 130:22, 136:9
**NE** [1] - 2:4
**near** [2] - 160:23, 204:17
**necessarily** [4] - 29:22, 49:15, 54:16, 184:2
**necessary** [4] - 31:21, 60:21, 110:1, 167:14
**necessity** [1] - 57:18
**need** [20] - 11:7, 61:5, 78:20, 92:20, 100:7, 103:9, 103:11, 107:23, 108:20, 118:14, 118:17, 119:24, 135:15, 148:10, 151:6, 157:25, 176:11, 182:25, 200:8, 201:14
**needed** [9] - 6:12, 14:4, 53:25, 54:18, 94:21, 97:2, 104:13, 137:11, 166:25
**needing** [1] - 16:20
**needs** [12] - 26:12, 74:14, 109:10, 114:12, 114:15, 114:17, 134:13, 137:12, 199:7, 210:17, 210:20, 210:21
**negative** [7] - 76:14, 76:17, 76:19, 77:7, 195:6, 209:1, 210:1
**Neil** [5] - 10:17, 24:9, 51:22, 57:8, 202:22
**Nelson** [18] - 84:11, 84:14, 84:25, 85:19, 86:7, 86:14, 123:25, 124:14, 162:10, 162:13, 192:14, 192:18, 192:24, 193:2, 193:4, 193:8, 194:6, 210:23
**Nelson-Denny** [18] - 84:11, 84:14, 84:25, 85:19, 86:7, 86:14, 123:25, 124:14, 162:10, 162:13, 192:14, 192:18, 192:24, 193:2, 193:4, 193:8, 194:6, 210:23
**neuro** [2] - 42:11, 50:23
**neurobehavioral** [1] - 34:2
**neurodevelopmental** [2] - 83:3, 83:5
**neurological** [1] - 171:3
**neurology** [4] - 49:23, 49:24, 51:16, 53:9
**neuropsychological** [2] - 207:19, 209:18
**neuropsychologist** [1] - 23:15
**neuropsychology** [1] - 169:7
**Neuropsychology** [2] - 169:22, 169:24
**never** [13] - 35:10, 81:24, 94:23, 121:12, 129:5, 129:8,

129:9, 129:18, 130:17, 136:16, 136:19, 159:1, 182:10
**nevertheless** [2] - 70:15, 165:19
**New** [6] - 1:17, 67:1, 67:7, 69:22, 117:1, 117:2
**new** [6] - 48:24, 49:5, 141:24, 159:16, 159:23, 185:20
**next** [29] - 6:7, 8:25, 9:14, 13:24, 16:10, 21:2, 30:4, 32:13, 40:10, 44:23, 54:24, 59:2, 59:25, 60:20, 61:6, 132:11, 138:16, 167:18, 179:13, 179:18, 180:7, 185:21, 186:12, 186:15, 189:18, 189:24, 205:2, 205:9, 205:22
**Nicotinic** [1] - 37:3
**night** [2] - 3:9, 117:13
**nine** [10] - 17:14, 18:9, 18:15, 62:18, 75:18, 75:20, 134:24, 134:25, 135:12, 157:4
**nine-page** [2] - 17:14, 18:9
**NO** [2] - 1:3, 212:21
**nobody** [1] - 176:10
**non** [9] - 91:7, 91:11, 92:1, 93:12, 93:22, 94:25, 185:4, 185:8
**non-credible** [6] - 91:7, 91:11, 92:1, 93:12, 93:22, 94:25
**non-dyslexic** [2] - 185:4, 185:8
**non-impaired** [1] - 185:8
**none** [2] - 178:3, 194:19
**nonetheless** [1] - 77:21
**nonverbal** [2] - 12:25, 184:8
**nonverbally** [1] - 201:4
**normally** [1] - 94:13
**norms** [1] - 162:5
**Northwestern** [3] - 142:11, 142:18, 144:11
**note** [9] - 5:7, 20:5, 34:10, 50:12, 51:1, 51:9, 51:10, 51:11, 206:8
**notebook** [1] - 146:24
**notebooks** [1] - 146:23
**noted** [1] - 78:8
**notes** [2] - 90:3, 127:14
**nothing** [1] - 94:19
**notice** [1] - 136:12
**notified** [1] - 3:9
**notoriously** [1] - 151:19
**notwithstanding** [1] - 20:11
**number** [17] - 6:16, 8:1, 84:7, 91:25, 96:13, 97:22, 100:16, 126:8, 159:12, 160:2, 160:7, 183:18, 186:18, 196:25, 197:2, 204:8, 210:25

**numbered** [2] - 6:7, 160:5
**numbers** [10] - 30:10, 30:15, 33:17, 85:7, 88:3, 125:22, 160:8, 182:14
**NW** [1] - 2:11
**oath** [2] - 3:25, 117:23
**OB** [1] - 51:1
**object** [3] - 19:1, 71:11, 103:19
**objection** [15] - 14:15, 19:5, 20:3, 20:14, 30:1, 30:23, 65:3, 65:4, 82:16, 103:25, 107:9, 138:1, 167:6, 174:8, 195:8
**objections** [2] - 137:25, 141:5
**objective** [5] - 29:13, 78:13, 97:7, 152:3, 152:18
**objects** [1] - 94:2
**observations** [4] - 182:3, 182:16, 182:21, 182:22
**observe** [1] - 183:4
**obtain** [5] - 53:15, 85:2, 87:15, 89:1, 90:6
**obtained** [4] - 34:12, 94:22, 111:4, 163:2
**obtaining** [1] - 101:2
**obviously** [2] - 61:24, 99:19
**occasional** [1] - 151:1
**occasionally** [2] - 70:6, 117:4
**occasions** [1] - 23:3
**occupational** [3] - 78:7, 99:4, 99:5
**occur** [6] - 175:6, 199:5, 200:1, 200:20, 202:4, 202:6
**occurred** [4] - 61:17, 93:14, 172:18, 202:9
**occurring** [1] - 200:23
**occurs** [2] - 200:4, 200:22
**October** [2] - 33:22, 103:1
**offer** [4] - 137:22, 141:4, 146:8, 174:2
**offers** [1] - 70:22
**offhand** [1] - 164:10
**office** [3] - 98:25, 209:2, 209:7
**Official** [2] - 1:22, 211:17
**official** [2] - 79:19, 95:17
**officially** [1] - 67:4
**offset** [1] - 204:3
**often** [9] - 74:17, 85:22, 86:10, 97:10, 121:11, 172:19, 185:7, 200:16, 200:23
**oftentimes** [1] - 185:3
**Ohio** [2] - 32:2, 137:9
**old** [1] - 195:25
**older** [2] - 96:21, 151:1
**olds** [1] - 90:24

**omitted** [1] - 187:7
**once** [2] - 43:3, 43:4
**one** [108] - 8:22, 9:10, 10:12, 12:3, 12:10, 13:3, 13:17, 16:7, 17:6, 18:6, 23:5, 25:18, 26:17, 29:3, 31:8, 32:13, 33:6, 35:17, 40:4, 43:6, 43:8, 43:21, 49:23, 51:12, 51:17, 52:23, 53:3, 55:16, 60:6, 60:12, 61:15, 63:1, 63:5, 67:14, 69:15, 73:2, 74:19, 76:4, 76:10, 78:17, 83:14, 84:11, 84:14, 86:15, 86:20, 92:8, 93:18, 96:10, 98:4, 100:1, 100:9, 104:13, 106:11, 112:7, 113:1, 115:5, 116:4, 116:23, 118:16, 119:16, 121:2, 122:4, 122:23, 122:24, 124:6, 125:11, 126:11, 128:18, 129:10, 129:13, 137:19, 143:9, 147:2, 151:5, 151:8, 151:12, 156:9, 156:23, 157:25, 158:13, 158:14, 159:25, 161:24, 173:5, 173:7, 176:19, 176:23, 177:14, 177:15, 183:18, 185:21, 186:13, 186:15, 187:8, 189:9, 190:25, 193:14, 195:11, 198:15, 199:21, 199:22, 205:7, 206:24, 207:2
**one-day** [1] - 60:12
**one-to-one** [1] - 118:16
**ones** [9] - 13:4, 55:3, 55:10, 56:1, 86:22, 98:13, 98:14, 179:24, 191:19
**online** [1] - 124:14
**onset** [1] - 95:24
**operating** [1] - 92:8
**opinion** [16] - 15:22, 65:9, 91:1, 91:13, 97:3, 108:5, 108:8, 108:13, 139:12, 148:11, 150:14, 150:16, 150:18, 158:24, 173:8, 210:16
**opinions** [5] - 66:6, 140:25, 141:1, 141:15, 141:23
**opportunities** [1] - 146:5
**opportunity** [4] - 7:22, 54:18, 104:3, 125:1
**opposed** [5] - 72:18, 114:15, 126:19, 160:15, 185:8
**opposite** [2] - 92:18, 108:12
**opposition** [1] - 65:1
**optimal** [1] - 201:6
**oral** [16] - 54:13, 87:14, 87:19, 89:21, 171:17, 185:1, 185:12, 186:1, 186:18, 186:19, 187:10, 187:15,

188:2, 189:2, 208:6, 210:22
**Oral** [4] - 89:16, 112:10,
187:23, 190:8
**order** [16] - 3:1, 3:7, 3:10,
15:14, 29:16, 56:19, 56:21,
56:25, 60:20, 61:19, 84:8,
118:12, 166:25, 186:15,
194:10, 198:17
**organic** [3] - 32:5, 40:14,
54:7
**Organic** [1] - 37:14
**organization** [1] - 146:4
**organizations** [3] - 145:10,
200:15, 209:17
**organize** [2] - 10:20, 28:7
**originally** [4] - 22:4, 48:25,
81:24, 95:21
**OSCE** [1] - 50:23
**OSCEs** [1] - 50:10
**Osteopathic** [1] - 116:25
**OSU** [1] - 54:4
**otherwise** [3] - 61:6, 93:11,
176:6
**outside** [3] - 24:9, 99:6,
135:22
**overactive/hyperactive** [1] -
74:16
**overall** [17] - 44:22, 71:4,
88:24, 89:3, 89:6, 96:9,
98:13, 101:17, 102:18,
102:21, 103:2, 106:9,
128:10, 178:16, 183:15,
197:8, 199:13
**overlap** [1] - 173:10
**overruled** [6] - 19:5, 19:12,
22:10, 104:1, 107:10, 195:9
**Overton** [1] - 27:23
**Overton's** [1] - 26:1
**overwhelming** [1] - 91:15
**own** [6] - 49:4, 57:24, 82:17,
165:25, 173:25, 207:12
**P-19A** [2] - 125:9, 127:13
**P-21** [3] - 168:13, 178:24,
180:25
**P-34** [6] - 135:15, 135:18,
135:20, 137:23, 138:3,
212:24
**p.m** [7] - 26:22, 27:4, 117:18,
166:9, 211:9
**P21** [1] - 178:15
**PA** [1] - 1:9
**package** [1] - 120:1
**page** [192] - 5:14, 6:6, 6:7,
6:17, 7:5, 7:6, 7:25, 8:3,
8:25, 9:10, 9:14, 10:4, 11:6,
11:10, 11:15, 11:24, 12:13,
12:17, 13:7, 13:8, 14:9,
15:17, 17:5, 17:14, 17:18,
18:2, 18:8, 18:9, 23:19, 24:4,
24:20, 26:4, 26:10, 26:21,

27:1, 27:2, 27:24, 28:3,
28:24, 31:15, 32:1, 33:17,
33:18, 33:20, 34:11, 34:18,
34:20, 35:14, 35:15, 35:20,
35:25, 36:16, 40:10, 40:25,
42:12, 42:18, 43:10, 44:13,
44:23, 45:3, 45:19, 46:11,
47:5, 47:21, 69:10, 73:14,
84:6, 85:6, 85:7, 87:16, 88:1,
88:2, 88:3, 88:20, 97:25,
98:1, 98:2, 98:3, 99:15,
99:16, 100:13, 100:20,
100:24, 125:24, 125:25,
126:8, 128:9, 128:10,
128:11, 131:11, 131:14,
131:25, 132:7, 132:9,
132:11, 142:20, 142:23,
143:17, 145:5, 145:9,
147:13, 147:14, 151:24,
156:13, 156:14, 157:4,
159:11, 159:12, 160:1,
160:3, 160:8, 160:23,
168:17, 178:16, 178:17,
179:2, 179:18, 180:25,
181:1, 181:2, 181:24,
181:25, 182:1, 182:2, 182:7,
182:9, 182:11, 182:14,
182:15, 183:13, 183:15,
184:17, 184:18, 184:19,
185:13, 185:22, 185:23,
187:15, 188:2, 189:15,
189:16, 189:18, 189:24,
190:4, 190:15, 190:25,
191:1, 191:2, 192:16,
192:17, 192:22, 199:12,
199:13, 199:16, 199:17,
201:20, 201:22, 202:12,
202:13, 203:20, 203:21,
204:6, 204:7, 204:10,
204:16, 204:17, 205:3,
205:9, 206:15, 206:16
**PAGE** [1] - 212:21
**pages** [18] - 5:22, 6:6, 9:17,
10:14, 18:15, 26:15, 26:23,
27:10, 30:14, 68:9, 85:5,
89:19, 96:3, 125:21, 130:25,
178:24, 184:22
**paid** [2] - 135:1, 135:2
**pain** [3] - 52:11, 52:15, 52:17
**painting** [2] - 35:6, 36:3
**panic** [1] - 158:22
**paper** [9] - 35:7, 36:3, 37:11,
39:7, 39:8, 39:12, 72:17,
73:13, 73:14
**papers** [1] - 73:6
**paragraph** [31] - 12:19,
15:19, 16:1, 16:8, 27:6,
33:24, 55:12, 100:21,
100:23, 126:12, 126:14,
126:18, 126:19, 126:22,

128:11, 128:23, 132:9,
151:21, 151:22, 151:24,
152:14, 152:15, 156:13,
156:24, 157:3, 158:4,
158:18, 158:21, 160:1,
205:22
**paragraphs** [1] - 51:4
**pardon** [1] - 17:21
**parent** [6] - 79:23, 143:22,
146:4, 165:5, 165:8
**parents** [5] - 57:8, 57:16,
146:3, 146:5, 164:18
**part** [40] - 7:20, 21:14, 44:11,
49:24, 49:25, 50:1, 53:10,
70:4, 70:9, 70:12, 70:14,
71:22, 81:3, 84:4, 85:1,
95:16, 97:10, 99:10, 102:5,
105:21, 120:1, 123:12,
127:7, 144:8, 151:23, 152:1,
152:15, 159:13, 169:10,
178:1, 180:1, 180:2, 180:24,
183:1, 185:10, 192:25,
193:1, 193:22, 206:7
**particular** [23] - 37:5, 42:16,
42:19, 65:22, 67:10, 71:12,
71:13, 72:11, 86:23, 92:2,
102:21, 103:4, 117:5, 122:6,
123:10, 124:14, 131:17,
132:25, 142:16, 146:14,
172:14, 189:8, 201:13
**particularly** [6] - 50:23, 68:8,
124:25, 173:23, 176:16,
198:19
**parts** [2] - 94:9, 153:1
**pass** [4] - 53:1, 53:4, 70:3,
188:22
**passage** [20] - 54:23, 55:2,
55:6, 55:25, 56:1, 56:18,
56:20, 57:2, 86:15, 90:1,
100:16, 100:22, 125:25,
126:1, 126:20, 128:24,
130:5, 130:6
**passages** [13] - 55:24, 56:3,
84:22, 84:23, 87:21, 87:22,
89:24, 90:3, 100:14, 105:13,
186:2, 186:13, 190:22
**passed** [3] - 50:20, 50:25,
58:8
**passing** [2] - 37:21, 69:23
**past** [7] - 117:6, 135:12,
143:7, 168:19, 175:2,
175:23, 175:24
**paste** [1] - 6:1
**patient** [5] - 33:25, 45:15,
51:7, 56:24, 130:16
**patients** [4] - 50:11, 70:4,
144:4, 144:5
**pattern** [2] - 132:22, 209:16
**patterned** [1] - 206:9
**patterns** [2] - 158:13, 209:14

**pause** [1] - 57:19
**pay** [1] - 76:7
**paying** [3] - 74:15, 76:5, 77:8
**PDF** [1] - 73:5
**peer** [4] - 36:22, 68:3, 68:11,
68:13
**peer-reviewed** [4] - 36:22,
68:3, 68:11, 68:13
**peers** [4] - 88:11, 89:10,
89:12, 90:21
**penalty** [4] - 55:22, 55:23,
59:17, 59:19
**pencil** [1] - 191:19
**Penn** [1] - 66:21
**PENNSYLVANIA** [1] - 1:1
**people** [43] - 11:22, 14:13,
14:14, 24:9, 58:5, 115:22,
115:23, 116:1, 116:4, 116:5,
120:17, 121:18, 124:9,
130:1, 130:4, 153:23,
153:25, 158:13, 164:20,
165:18, 172:9, 173:5,
173:22, 173:24, 176:6,
176:19, 181:17, 181:22,
184:7, 188:12, 188:13,
188:17, 191:23, 200:21,
200:23, 201:5, 201:24,
202:4, 202:5, 202:10,
206:12, 207:17, 209:22
**people's** [1] - 134:11
**per** [2] - 32:21, 122:11
**percent** [34] - 6:15, 8:4, 8:23,
11:7, 11:16, 11:18, 11:25,
12:16, 41:3, 44:16, 86:23,
87:1, 88:10, 88:12, 89:8,
89:11, 89:12, 98:19, 102:19,
102:22, 103:3, 103:5,
103:17, 106:10, 181:22,
188:12, 188:13, 193:15,
193:17, 199:8, 200:22,
202:10, 210:2, 210:4
**percentage** [1] - 116:16
**percentile** [48] - 56:8, 56:9,
58:22, 59:4, 59:8, 81:21,
85:11, 85:13, 85:25, 86:2,
87:25, 89:7, 90:9, 90:14,
90:20, 98:17, 102:19,
102:22, 103:2, 103:4, 106:9,
106:13, 131:2, 131:4,
131:16, 131:19, 132:2,
132:4, 132:5, 132:10,
132:11, 132:13, 147:15,
147:16, 148:5, 148:19,
148:20, 187:17, 187:19,
188:5, 188:8, 188:9, 189:20,
189:24, 196:20, 197:11,
197:12
**perceptual** [2] - 184:7, 201:3
**perfect** [1] - 94:11
**perform** [15] - 13:20, 70:8,

82:12, 89:12, 92:6, 92:13, 92:20, 94:7, 97:17, 98:10, 102:17, 103:8, 143:14, 144:7, 210:10
**Performance** [5] - 39:25, 43:12, 97:9, 203:9, 203:15
**performance** [57] - 40:13, 40:25, 41:6, 42:1, 42:2, 42:3, 42:5, 44:18, 45:12, 45:15, 45:17, 46:3, 46:6, 46:22, 47:13, 48:21, 58:19, 75:3, 77:10, 78:4, 78:6, 78:7, 78:24, 80:13, 83:19, 85:16, 85:21, 91:18, 91:19, 91:23, 93:7, 93:8, 94:17, 98:16, 103:8, 103:13, 104:7, 106:7, 106:13, 106:16, 106:19, 106:22, 107:6, 109:5, 127:23, 137:5, 152:4, 152:18, 188:21, 192:19, 196:7, 198:24, 201:12, 202:8, 207:10, 208:5
**performances** [1] - 188:11
**performed** [11] - 22:19, 23:13, 46:4, 58:22, 70:11, 72:7, 107:2, 107:3, 107:4, 132:17, 161:14
**performing** [5] - 82:10, 89:11, 103:17, 148:5, 154:16
**perhaps** [3] - 79:3, 100:6, 122:16
**period** [3] - 31:22, 80:23, 120:12
**PERKINS** [1] - 2:9
**permanent** [1] - 19:10
**permitted** [1] - 120:8
**person** [23] - 23:2, 37:9, 71:22, 72:18, 119:4, 119:12, 119:13, 120:9, 120:10, 124:3, 154:11, 159:6, 160:19, 164:25, 171:5, 171:14, 172:11, 173:2, 180:16, 185:3, 186:4, 194:10, 207:8
**person's** [1] - 119:15
**personal** [12] - 5:16, 57:22, 72:22, 79:8, 134:18, 156:15, 156:17, 156:25, 157:4, 157:13, 157:21
**personality** [2] - 75:4, 75:5
**personally** [4] - 72:4, 72:8, 132:16, 159:3
**pertain** [2] - 68:14, 209:11
**PhD** [3] - 66:23, 142:9, 169:1
**Philadelphia** [1] - 1:9
**phone** [4] - 9:19, 17:22, 175:14, 176:2
**photocopied** [1] - 73:15
**phrase** [2] - 190:21, 190:22
**phrases** [2] - 190:19, 190:20

**physical** [4] - 51:6, 105:1, 105:3, 105:6
**physician** [5] - 122:10, 122:12, 122:17, 122:20, 122:25
**physics** [1] - 55:20
**physiological** [1] - 171:3
**physiology** [1] - 41:8
**picked** [1] - 94:23
**pictures** [2] - 5:23, 6:1
**piece** [4] - 73:13, 73:14, 111:13, 193:8
**pieces** [2] - 10:15, 109:4
**place** [2] - 49:13, 82:2
**places** [2] - 101:8, 184:22
**plaintiff** [4] - 167:13, 167:17, 175:10
**Plaintiff** [3] - 1:3, 1:18, 2:7
**Plaintiff's** [1] - 147:5
**plaintiff's** [4] - 135:14, 146:24, 167:4, 168:11
**plaintiffs** [2] - 60:4, 138:10
**plan** [1] - 144:23
**planned** [1] - 188:19
**play** [3] - 115:2, 156:18, 188:20
**playing** [1] - 188:22
**pleasure** [1] - 57:24
**plus** [1] - 179:25
**point** [33] - 7:16, 8:15, 11:11, 13:23, 19:17, 21:4, 21:15, 21:21, 22:12, 22:18, 23:17, 36:7, 44:5, 63:20, 63:23, 73:25, 77:5, 82:16, 100:1, 100:9, 103:20, 119:8, 121:2, 122:16, 122:23, 122:24, 144:19, 153:18, 160:2, 165:3, 186:23, 188:19, 203:14
**pointed** [2] - 50:24, 162:12
**pointers** [1] - 49:3
**points** [4] - 17:12, 21:25, 24:1, 71:12
**policies** [1] - 170:1
**political** [2] - 121:6, 121:15
**poor** [6] - 78:4, 78:6, 83:18, 83:19, 90:17, 98:19
**poorly** [2] - 77:2, 82:3, 173:22
**population** [16] - 85:23, 88:13, 89:8, 89:9, 90:23, 98:20, 102:14, 102:16, 103:5, 105:25, 106:6, 115:24, 199:6, 200:1, 200:4, 202:10
**portion** [7] - 50:21, 51:11, 56:16, 85:1, 86:14, 102:4, 105:10
**portions** [5] - 88:16, 88:17, 110:22, 111:22

**position** [5] - 32:19, 33:1, 67:2, 142:12, 142:14
**positive** [1] - 195:5
**possesses** [1] - 128:12
**possibility** [1] - 61:2
**possible** [6] - 10:8, 22:22, 79:25, 118:24, 119:13, 158:2
**possibly** [2] - 31:8, 92:13
**post** [4] - 32:17, 169:3, 169:6, 169:9
**post-doc** [1] - 169:6
**post-doctoral** [1] - 169:3
**post-graduation** [1] - 32:17
**potential** [1] - 82:12
**potentially** [1] - 81:20
**practice** [13] - 70:1, 70:5, 70:7, 71:7, 122:20, 127:18, 143:25, 144:8, 150:23, 153:21, 153:24, 169:10, 209:2
**practitioner** [2] - 154:6, 154:7
**practitioners** [2] - 82:25, 154:3
**preceding** [1] - 27:10
**precise** [2] - 97:18, 196:14
**preclude** [1] - 158:17
**preference** [1] - 60:3
**preferred** [2] - 80:8, 200:14
**preliminary** [3] - 19:9, 21:22, 64:25
**PRELIMINARY** [1] - 1:5
**premedical** [1] - 105:8
**preparation** [1] - 9:3
**prepare** [3] - 28:11, 28:12, 124:5
**prepared** [12] - 1:24, 6:24, 7:2, 11:3, 12:13, 15:10, 20:8, 28:14, 31:6, 65:23, 140:11, 141:12
**prepares** [1] - 38:20
**preparing** [3] - 5:12, 24:25, 34:2
**prescribed** [1] - 114:21
**presence** [3] - 112:7, 115:6, 198:9
**present** [14] - 68:2, 68:25, 74:22, 74:24, 80:4, 96:11, 96:22, 108:11, 120:3, 124:22, 125:5, 172:20, 180:14, 181:8
**presentation** [3] - 12:25, 135:21, 137:23
**presentations** [5] - 36:17, 143:19, 143:21, 143:22, 172:1
**presenter** [1] - 135:25
**presently** [1] - 70:13
**presents** [1] - 145:23
**president** [1] - 122:5

**press** [1] - 97:11
**pressing** [1] - 97:12
**presumably** [2] - 20:6, 27:8
**presume** [1] - 165:24
**pretty** [13] - 46:10, 55:23, 57:20, 57:21, 65:16, 65:20, 67:14, 96:18, 176:16, 191:13, 202:6, 202:11, 202:23
**prevailing** [1] - 148:1
**prevalent** [1] - 151:20
**prevent** [1] - 122:12
**previous** [1] - 121:13
**previously** [4] - 3:25, 74:9, 117:23, 181:18
**primarily** [18] - 143:24, 144:22, 149:23, 150:24, 150:25, 171:15, 171:18, 172:6, 173:24, 179:23, 189:7, 194:8, 203:1, 207:6, 209:12, 209:23
**primary** [7] - 67:16, 113:12, 134:18, 144:9, 187:10, 208:7, 209:18
**private** [5] - 41:22, 44:1, 153:21, 154:6, 169:10
**privilege** [5] - 14:15, 18:23, 19:25, 20:6, 20:7
**privileged** [1] - 19:1
**problem** [10] - 78:10, 81:10, 110:5, 115:19, 173:9, 173:19, 194:18, 197:25, 198:4, 198:18
**problems** [24] - 76:13, 78:12, 84:17, 93:11, 93:12, 93:15, 93:17, 93:22, 94:15, 96:17, 100:4, 100:10, 120:15, 121:1, 121:3, 152:2, 152:17, 173:11, 180:5, 180:13, 180:14, 201:4
**procedure** [2] - 35:18, 113:22
**procedures** [1] - 32:8
**proceed** [10] - 3:3, 3:15, 4:10, 48:15, 61:18, 71:12, 71:16, 109:16, 117:25, 160:10
**proceeding** [2] - 19:7, 133:19
**proceedings** [1] - 211:14
**Proceedings** [2] - 1:24, 211:9
**process** [4] - 7:13, 7:23, 16:12, 52:13
**processing** [6] - 184:9, 184:10, 200:17, 201:1, 201:13, 202:9
**produce** [1] - 209:15
**produced** [6] - 5:8, 5:9, 19:3, 26:7, 65:25, 141:20

**produces** [1] - 187:24
**product** [12] - 14:16, 18:23, 19:24, 20:8, 20:11, 20:13, 20:23, 22:9, 27:8, 30:1, 30:23, 30:24
**profession** [2] - 82:14, 82:22
**professional** [12] - 15:22, 139:12, 143:23, 145:8, 146:4, 148:11, 154:17, 158:24, 169:19, 208:18, 209:17, 209:22
**professionals** [3] - 145:12, 146:6
**professor** [7] - 54:6, 54:7, 67:6, 67:17, 67:18, 142:13, 150:23
**Professor** [18] - 125:8, 136:6, 137:24, 139:10, 146:15, 148:25, 152:12, 152:14, 153:8, 161:12, 161:13, 161:24, 162:15, 163:8, 166:14, 197:15
**professors** [1] - 67:19
**Profile** [2] - 39:25, 43:12
**profile** [6] - 40:13, 42:1, 75:5, 79:5, 119:9, 119:15
**program** [9] - 53:6, 120:5, 120:9, 158:5, 158:8, 158:11, 169:3, 169:9, 170:1
**programs** [1] - 79:21
**progress** [1] - 68:11
**progressively** [1] - 89:25
**promoted** [1] - 198:19
**prompt** [3] - 10:3, 10:10, 96:15
**prompts** [2] - 95:12, 95:19
**pronunciation** [1] - 87:10
**proper** [3] - 32:8, 35:18, 145:3
**properly** [2] - 112:8, 112:23
**provide** [17] - 15:14, 31:21, 39:6, 39:9, 53:19, 53:22, 54:1, 63:1, 63:24, 64:2, 84:16, 101:22, 101:25, 139:12, 140:1, 156:21, 156:23
**provided** [21] - 4:22, 6:11, 9:7, 9:8, 10:15, 15:5, 15:14, 19:22, 25:8, 36:6, 39:7, 41:22, 42:9, 43:19, 45:10, 66:4, 72:2, 133:17, 136:24, 152:10
**provides** [6] - 101:1, 114:8, 133:7, 146:4, 175:3, 196:19
**providing** [2] - 31:22, 34:1
**provision** [2] - 67:12, 70:25
**psychiatrist** [2] - 4:19, 4:20
**psychiatry** [3] - 44:21, 44:25, 49:23
**Psychological** [1] - 169:21

**psychological** [3] - 70:1, 182:25, 183:8
**psychologist** [8] - 4:18, 69:19, 69:21, 144:2, 153:21, 155:4, 169:13, 169:20
**psychologists** [7] - 67:21, 67:23, 69:3, 69:5, 118:3, 118:7
**psychology** [10] - 66:21, 66:22, 66:23, 68:19, 68:21, 142:7, 142:9, 168:24, 168:25, 169:2
**psychosis** [1] - 210:6
**publication** [1] - 37:8
**publications** [4] - 36:16, 36:20, 68:10, 68:11
**publicly** [1] - 124:12
**publish** [1] - 68:3
**published** [1] - 68:3
**publishers** [1] - 124:10
**publishing** [1] - 68:18
**punctuation** [1] - 197:5
**pure** [1] - 158:21
**purported** [1] - 122:7
**purpose** [7] - 52:25, 105:19, 180:9, 181:5, 182:5, 182:18, 183:17
**purposes** [6] - 70:19, 72:16, 78:22, 85:22, 114:13
**pursuant** [1] - 60:9
**put** [15] - 5:19, 19:1, 25:3, 25:19, 28:8, 36:10, 37:10, 51:3, 52:9, 60:20, 72:10, 76:10, 86:25, 181:21, 188:8
**putting** [5] - 14:18, 14:21, 60:4, 120:14
**PX-2** [3] - 23:19, 24:20, 27:24
**qualifications** [2] - 146:13, 174:7
**qualifies** [1] - 119:20
**qualify** [3] - 82:9, 148:6, 181:19
**quantifiably** [2] - 80:15, 80:16
**quarter** [1] - 109:19
**quartile** [1] - 48:3
**quartiles** [1] - 47:25
**questioning** [1] - 51:6
**questionnaires** [3] - 172:12, 174:14, 180:12
**questions** [47] - 19:6, 33:11, 38:8, 41:4, 46:9, 48:5, 50:18, 54:22, 55:1, 55:17, 55:24, 55:25, 56:1, 56:16, 56:17, 57:3, 58:13, 58:15, 59:22, 63:3, 84:23, 90:2, 95:19, 100:15, 105:4, 107:15, 110:14, 111:20, 112:10, 126:1, 126:7, 130:4, 130:14, 138:4, 146:13, 150:19,

161:7, 166:13, 168:5, 174:6, 182:20, 183:5, 193:16, 193:17, 193:22, 210:25
**quick** [1] - 58:15
**quicker** [1] - 64:11
**quickly** [5] - 31:20, 35:3, 111:19, 165:7, 204:9
**quite** [5] - 5:20, 32:23, 49:5, 52:11, 90:22
**quizzes** [1] - 32:10
**quote** [3] - 16:11, 22:25, 100:8
**Quotient** [3] - 204:11, 205:10, 205:17
**quotient** [5] - 204:19, 204:25, 205:2, 205:19, 205:24
**quoting** [1] - 128:14
**RAMSAY** [3] - 1:3, 167:16, 212:5
**Ramsay** [83] - 3:6, 3:14, 3:24, 25:11, 31:16, 40:11, 42:12, 42:13, 48:16, 48:19, 58:19, 65:13, 70:16, 74:4, 83:21, 85:2, 87:15, 88:14, 89:1, 90:6, 94:7, 94:20, 96:8, 96:16, 97:17, 98:10, 102:17, 103:9, 103:23, 105:1, 107:20, 108:5, 108:8, 108:14, 110:15, 111:4, 113:11, 113:14, 114:3, 114:19, 120:3, 123:15, 124:22, 126:3, 126:10, 128:12, 129:12, 132:17, 133:22, 136:15, 136:16, 136:20, 137:15, 140:25, 141:8, 149:2, 150:16, 157:12, 158:5, 158:15, 158:21, 159:3, 160:19, 163:20, 164:5, 164:15, 165:16, 165:19, 167:7, 175:10, 177:22, 179:5, 180:5, 181:9, 183:4, 189:19, 194:1, 195:24, 207:4, 207:25, 210:11, 210:17
**Ramsay's** [48] - 63:14, 64:3, 64:21, 65:10, 66:1, 71:21, 72:23, 85:9, 85:20, 90:22, 91:21, 96:4, 97:3, 98:16, 101:4, 103:8, 103:13, 104:7, 104:18, 106:7, 106:22, 107:6, 107:25, 120:4, 120:11, 127:13, 127:20, 133:4, 134:7, 134:17, 139:13, 140:18, 140:22, 141:16, 148:23, 149:13, 150:1, 156:15, 156:25, 159:13, 160:14, 160:23, 176:8, 188:21, 193:9, 201:9, 202:19

**ran** [2] - 193:18, 193:19
**range** [23] - 81:22, 82:9, 83:16, 85:13, 89:4, 89:5, 90:22, 98:16, 107:3, 107:4, 147:16, 171:13, 172:17, 204:14, 204:22, 205:6, 205:12, 205:17, 205:20, 205:23, 205:25, 207:19, 210:10
**rank** [2] - 56:8, 188:5
**ranked** [1] - 10:9
**ranks** [1] - 196:20
**rarely** [1] - 121:9
**rate** [24] - 84:24, 85:25, 86:3, 86:12, 86:13, 86:20, 86:23, 88:25, 89:3, 89:6, 90:8, 90:11, 132:2, 132:8, 132:9, 132:12, 135:6, 162:7, 189:22, 191:6, 193:12, 200:25, 210:1, 210:25
**rated** [1] - 96:8
**rather** [4] - 8:25, 79:17, 126:19, 211:4
**rating** [9] - 10:8, 95:4, 95:11, 95:14, 96:5, 172:12, 202:22, 202:24, 209:10
**ratings** [4] - 10:14, 66:12, 79:23, 96:6
**rburgoyne@perkinscoie. com** [1] - 2:13
**RDR** [2] - 1:22, 211:17
**reach** [6] - 72:24, 148:23, 149:12, 149:19, 207:25, 208:10
**reached** [3] - 65:10, 149:16, 150:1
**reaching** [2] - 118:12, 208:24
**react** [1] - 31:20
**reacting** [1] - 75:22
**read** [59] - 7:10, 7:13, 13:9, 24:9, 24:12, 28:6, 35:11, 38:3, 38:7, 38:12, 38:13, 49:13, 49:18, 54:20, 54:23, 55:5, 55:7, 55:13, 56:21, 57:5, 57:12, 57:14, 57:16, 57:17, 57:24, 87:22, 103:9, 103:11, 105:14, 119:14, 126:13, 126:22, 128:23, 128:24, 130:4, 151:22, 151:23, 151:25, 152:21, 153:17, 158:19, 165:6, 165:23, 171:5, 173:22, 173:23, 185:3, 186:1, 186:5, 187:22, 190:1, 190:7, 190:9, 190:16, 190:19, 191:10, 196:25, 209:8
**reader** [6] - 49:10, 119:25, 165:7, 185:5, 185:8
**readily** [1] - 125:11
**reading** [181] - 13:1, 15:15,

15:23, 24:10, 27:16, 29:12, 29:13, 35:7, 35:10, 35:11, 36:3, 49:9, 49:18, 50:13, 50:14, 50:25, 55:1, 55:2, 55:11, 56:2, 57:1, 57:10, 57:23, 58:3, 59:2, 59:7, 74:7, 77:19, 77:21, 78:2, 79:3, 79:10, 84:17, 84:19, 84:20, 84:21, 84:24, 85:25, 86:3, 86:12, 86:13, 86:15, 86:20, 86:21, 86:23, 87:1, 87:13, 87:19, 87:21, 88:8, 88:12, 88:22, 88:23, 88:25, 89:3, 89:6, 89:21, 90:1, 90:3, 90:17, 90:18, 94:5, 94:22, 94:23, 100:13, 100:14, 100:15, 101:18, 102:20, 102:21, 103:3, 103:18, 104:14, 106:12, 106:14, 106:16, 106:20, 107:1, 107:14, 109:6, 119:5, 119:10, 119:18, 119:21, 119:23, 120:15, 120:25, 121:3, 122:22, 122:25, 125:25, 126:1, 126:16, 126:18, 126:19, 126:20, 128:3, 128:14, 128:18, 128:19, 128:23, 129:23, 130:9, 130:20, 130:25, 131:16, 131:18, 132:1, 132:4, 132:5, 133:2, 147:15, 148:21, 150:8, 162:7, 162:10, 165:18, 165:23, 165:24, 165:25, 166:2, 166:3, 171:4, 171:12, 171:16, 171:19, 171:21, 174:1, 176:13, 177:1, 177:3, 177:11, 177:12, 185:1, 186:1, 186:2, 186:19, 187:10, 187:16, 188:2, 189:2, 189:4, 190:2, 190:7, 190:23, 191:6, 191:8, 191:9, 191:17, 191:21, 191:25, 192:4, 192:5, 192:6, 193:9, 193:10, 193:14, 194:8, 194:9, 194:18, 197:4, 197:11, 207:17, 208:6, 208:7, 210:22, 210:24
**Reading** [3] - 84:11, 89:17, 112:10
**reading-based** [2] - 103:18, 107:14
**readmitted** [1] - 58:7
**reads** [5] - 57:7, 84:22, 89:24, 152:15, 185:5
**ready** [3] - 3:3, 109:16, 166:10
**real** [24] - 78:6, 78:19, 78:20, 78:21, 78:25, 83:18, 83:19, 91:15, 91:17, 91:23, 92:7,

92:11, 93:3, 94:17, 99:3, 99:9, 99:19, 99:24, 100:2, 100:17, 101:24, 109:4, 109:6, 129:11
**realized** [2] - 52:17, 53:25
**really** [34] - 9:13, 12:9, 24:2, 34:25, 51:9, 65:16, 66:10, 67:24, 76:19, 76:21, 78:16, 78:19, 79:2, 84:24, 103:15, 106:12, 109:9, 119:5, 119:11, 119:15, 130:12, 137:3, 163:12, 165:6, 174:24, 176:4, 176:14, 178:14, 181:12, 184:10, 184:13, 191:10, 199:21
**reappears** [1] - 9:14
**reapplying** [1] - 7:21
**rearrange** [1] - 61:6
**reason** [25] - 34:7, 38:25, 42:8, 46:6, 80:1, 91:10, 110:24, 111:2, 112:1, 112:17, 112:18, 113:4, 113:7, 138:12, 154:14, 161:17, 163:4, 164:18, 165:7, 166:17, 180:4, 186:2, 198:11, 198:17, 201:9
**reasonable** [1] - 38:6
**reasoning** [17] - 12:9, 50:17, 105:2, 105:3, 105:10, 106:11, 107:5, 125:3, 127:7, 127:8, 127:14, 127:15, 184:7, 184:8, 201:4, 201:12, 202:9
**reasons** [7] - 77:22, 81:7, 82:13, 91:25, 113:25, 114:1, 208:3
**recalling** [1] - 113:20
**receive** [5] - 87:23, 137:6, 137:7, 139:10, 154:6
**received** [16] - 16:16, 16:21, 22:6, 22:24, 23:1, 26:13, 28:22, 38:5, 87:24, 101:6, 135:3, 137:9, 149:1, 149:5, 165:22
**receiving** [5] - 39:8, 54:3, 71:25, 72:16, 149:19
**recent** [1] - 185:20
**recently** [2] - 102:12, 153:19
**Receptor** [1] - 37:3
**recess** [5] - 48:13, 117:8, 117:17, 117:18, 166:8
**Recess** [2] - 48:14, 166:9
**recognize** [7] - 19:25, 64:13, 64:16, 140:9, 147:7, 168:14, 170:2
**recognized** [3] - 170:1, 197:20, 197:22
**recognizing** [1] - 171:7
**recollection** [4] - 23:24, 34:5, 55:22, 59:20

**recommend** [6] - 63:11, 108:24, 116:14, 116:15, 116:17
**recommendation** [13] - 22:6, 63:1, 63:24, 64:21, 92:22, 108:25, 116:19, 123:2, 140:2, 140:18, 140:22, 173:16, 174:23
**recommendations** [4] - 54:8, 108:23, 149:21, 192:22
**recommended** [4] - 54:6, 123:9, 170:3, 174:22
**reconsideration** [9] - 20:9, 21:7, 21:16, 63:17, 63:19, 64:22, 83:22, 139:23, 141:9
**record** [18] - 20:2, 23:18, 24:20, 28:20, 61:17, 62:9, 64:24, 65:1, 81:14, 135:20, 141:4, 151:25, 155:2, 167:25, 185:17, 188:8, 203:14, 211:14
**recordings** [1] - 188:20
**records** [21] - 66:1, 66:9, 72:3, 72:7, 78:24, 97:4, 99:17, 100:2, 100:24, 101:4, 101:5, 101:6, 107:20, 150:12, 175:1, 179:19, 180:13, 194:13, 194:18, 194:21, 194:23
**recovering** [1] - 92:4
**Recross** [1] - 212:4
**recross** [1] - 58:14
**RECROSS** [1] - 58:17
**RECROSS-EXAMINATION** [1] - 58:17
**red** [2] - 47:20, 47:22
**redacted** [1] - 27:7
**REDIRECT** [1] - 48:17
**redirect** [3] - 138:5, 138:6, 166:15
**Redirect** [1] - 212:4
**redlined** [1] - 26:23
**redlines** [1] - 23:21
**redo** [1] - 51:12
**reduce** [1] - 126:15
**refer** [13] - 59:17, 85:5, 110:17, 126:25, 130:24, 134:4, 151:21, 158:4, 164:7, 176:21, 184:22, 200:9, 205:22
**reference** [11] - 19:9, 66:18, 88:1, 99:3, 99:6, 114:16, 117:12, 126:13, 192:16, 193:4, 199:12
**referenced** [1] - 26:16
**references** [2] - 131:13, 131:14
**referral** [1] - 180:4
**referred** [13] - 25:23, 38:16, 82:1, 87:7, 94:18, 130:20,

131:21, 156:24, 178:19, 185:3, 185:16, 193:2, 207:10
**referring** [21] - 11:13, 22:15, 59:12, 81:14, 81:15, 120:11, 122:8, 123:15, 125:8, 125:9, 128:7, 151:4, 158:12, 176:22, 184:3, 184:4, 184:6, 185:2, 192:24, 195:22, 203:14
**refers** [4] - 126:12, 131:20, 177:10, 194:12
**reflect** [6] - 9:17, 40:25, 86:24, 90:16, 100:24, 208:7
**reflected** [5] - 77:10, 78:4, 102:2, 105:21, 210:23
**reflecting** [2] - 102:15, 190:8
**reflection** [2] - 185:4, 194:24
**reflects** [4] - 183:25, 190:12, 190:23, 200:3
**refresh** [1] - 34:5
**regard** [24] - 10:21, 63:11, 65:15, 66:1, 66:8, 68:5, 89:21, 90:17, 91:8, 100:11, 104:10, 104:11, 106:25, 107:12, 108:16, 112:6, 114:11, 126:17, 130:12, 130:13, 133:12, 134:15, 154:1
**regarding** [6] - 6:11, 9:18, 34:5, 38:22, 65:10, 150:1
**regardless** [2] - 171:7, 186:7
**regards** [3] - 154:4, 176:15, 177:1
**regimen** [1] - 170:3
**regret** [1] - 76:9
**regular** [1] - 117:3
**regularly** [1] - 116:25
**REISMAN** [1] - 1:15
**relate** [1] - 169:20
**related** [13] - 55:25, 56:14, 56:17, 56:18, 56:24, 71:1, 115:18, 143:10, 181:6, 184:10, 191:18, 191:20, 201:2
**relates** [3] - 113:1, 121:8, 196:6
**relating** [6] - 64:3, 84:16, 95:2, 101:4, 134:21, 143:1
**relation** [1] - 196:20
**relationship** [1] - 136:11
**relative** [4] - 10:11, 47:13, 109:10, 150:17
**release** [1] - 127:18
**relevant** [7] - 63:9, 101:25, 104:9, 107:8, 108:15, 128:14, 130:6
**reliability** [4] - 86:5, 86:9, 86:11, 86:25
**reliable** [4] - 81:6, 84:25, 193:13, 204:1

**reliably** [1] - 173:8
**relied** [1] - 207:3
**rely** [2] - 194:9, 207:14
**relying** [1] - 105:8
**remain** [3] - 141:1, 150:14, 150:16
**remediation** [3] - 171:10, 185:6
**remember** [26] - 16:1, 24:16, 35:3, 55:17, 56:8, 73:11, 99:8, 99:11, 100:9, 101:23, 122:4, 123:6, 123:10, 125:5, 127:22, 127:24, 128:1, 131:4, 153:5, 160:11, 160:12, 160:13, 177:18, 180:18, 196:16
**remembering** [1] - 77:5
**remind** [2] - 3:24, 117:22
**reminding** [1] - 127:10
**reminds** [1] - 25:18
**remove** [1] - 19:7
**removed** [1] - 90:1
**repeat** [1] - 114:23
**rephrase** [2] - 16:8, 82:19
**rephrased** [1] - 14:22
**report** [139] - 10:3, 29:9, 29:24, 30:18, 30:21, 44:18, 45:3, 53:13, 66:2, 66:7, 66:13, 73:12, 73:18, 73:22, 73:23, 83:21, 83:23, 84:3, 84:6, 85:6, 85:10, 88:3, 94:9, 97:20, 98:2, 99:8, 99:10, 99:11, 99:12, 99:18, 99:20, 99:23, 100:1, 100:2, 100:10, 100:13, 100:20, 101:8, 104:18, 110:23, 113:5, 113:14, 113:18, 113:21, 115:1, 126:25, 128:6, 128:7, 128:9, 128:10, 129:10, 129:13, 129:24, 130:4, 130:8, 130:19, 131:5, 131:6, 131:12, 131:25, 133:9, 133:14, 133:24, 134:2, 134:4, 134:9, 134:22, 141:10, 141:13, 141:15, 141:19, 149:6, 149:9, 149:10, 149:17, 149:20, 150:11, 153:17, 154:6, 154:13, 156:8, 156:10, 160:22, 160:24, 161:11, 161:16, 161:22, 162:19, 176:21, 176:22, 178:19, 178:25, 179:4, 181:1, 181:24, 182:2, 182:12, 183:15, 184:16, 184:25, 185:13, 185:23, 187:15, 189:15, 189:19, 190:1, 190:4, 190:16, 191:1, 192:17, 194:12, 194:15, 195:23, 196:6, 198:23,

199:10, 199:12, 199:13, 199:17, 201:20, 202:1, 202:15, 203:12, 203:20, 204:6, 204:17, 204:19, 206:15, 206:16, 207:24, 208:10, 208:17, 210:15
**reported** [15] - 35:5, 96:9, 96:11, 111:1, 111:25, 112:16, 113:8, 114:20, 120:13, 121:6, 121:16, 152:3, 152:17, 161:20, 161:22
**Reporter** [2] - 1:22, 211:17
**reporter** [1] - 125:15
**REPORTER** [3] - 62:9, 138:24, 167:24
**reporting** [4] - 9:18, 21:22, 96:21, 132:17
**reports** [14] - 32:10, 72:4, 72:7, 96:16, 97:3, 99:20, 121:20, 128:5, 134:21, 141:12, 141:23, 149:23, 176:17, 176:19
**represent** [2] - 197:6, 201:6
**representation** [2] - 38:6, 92:5
**representations** [1] - 91:10
**representative** [5] - 37:21, 38:1, 38:9, 40:7, 40:8
**represented** [1] - 75:16
**Representing** [3] - 1:18, 2:7, 2:14
**represents** [2] - 106:12, 136:10
**request** [41] - 4:23, 12:8, 20:9, 21:5, 21:6, 21:7, 21:12, 21:16, 28:15, 29:9, 29:17, 39:6, 63:14, 63:17, 63:18, 63:25, 64:4, 64:21, 65:10, 65:12, 71:20, 72:10, 74:5, 83:22, 117:4, 123:7, 127:20, 133:8, 133:25, 134:2, 139:13, 139:17, 139:20, 139:21, 139:24, 140:23, 141:11, 141:16, 148:24, 149:13, 150:1
**requested** [7] - 11:10, 11:15, 39:7, 63:6, 65:13, 74:4, 74:6
**requesting** [3] - 11:21, 12:21, 123:13
**requests** [10] - 7:9, 28:9, 63:4, 63:21, 83:9, 83:10, 129:9, 135:2, 135:3, 146:11
**require** [7] - 24:10, 54:24, 80:12, 106:16, 106:19, 143:12, 172:16
**required** [2] - 54:23, 59:2
**requirement** [1] - 167:9
**requirements** [4] - 69:22, 80:11, 116:7, 169:23

**requires** [3] - 108:18, 172:19, 176:18
**reread** [1] - 7:13
**rereading** [1] - 190:21
**rescored** [2] - 111:2, 112:17
**research** [20] - 37:2, 37:10, 37:11, 67:18, 68:2, 68:8, 68:14, 70:18, 71:1, 81:5, 91:8, 130:3, 130:7, 143:14, 145:24, 154:3, 154:25, 193:20, 198:21, 206:25
**researched** [1] - 207:21
**researchers** [4] - 67:22, 81:12, 82:23, 198:2
**respect** [19] - 63:25, 66:7, 90:25, 103:14, 104:8, 106:23, 107:7, 108:1, 110:19, 111:5, 111:20, 112:9, 112:10, 112:25, 115:5, 137:8, 140:22, 141:16, 203:5
**respond** [4] - 174:17, 183:5, 209:6
**responded** [1] - 183:11
**responding** [1] - 107:14
**Response** [1] - 204:10
**response** [3] - 204:24, 205:1, 205:2
**responses** [1] - 202:22
**responsibilities** [1] - 67:16
**responsibility** [1] - 33:8
**rest** [3] - 46:24, 52:21, 53:8
**restate** [1] - 114:24
**restated** [1] - 55:6
**restless** [1] - 172:8
**result** [8] - 101:2, 133:3, 133:4, 155:23, 160:14, 204:1, 204:4
**results** [17] - 44:25, 91:23, 107:25, 110:15, 110:25, 111:24, 112:15, 113:8, 132:23, 145:23, 161:20, 161:22, 162:23, 163:5, 178:5, 191:2, 192:9
**resume** [3] - 3:5, 48:16, 117:20
**resumed** [1] - 109:18
**Retention** [1] - 94:11
**revert** [1] - 186:12
**review** [52] - 7:3, 29:25, 62:21, 62:25, 63:14, 64:23, 71:22, 72:17, 72:19, 72:23, 72:25, 73:3, 73:8, 74:2, 83:8, 83:10, 84:4, 99:8, 111:19, 116:13, 116:20, 116:24, 116:25, 117:4, 118:14, 121:10, 123:11, 133:25, 136:23, 139:11, 139:13, 139:21, 140:2, 146:11, 148:23, 149:13, 153:17,

154:13, 159:8, 160:22, 161:16, 162:19, 163:16, 163:17, 163:20, 163:24, 164:1, 164:11, 180:2, 182:19, 204:9
**reviewed** [42] - 3:13, 36:22, 53:13, 65:15, 65:24, 66:4, 68:3, 68:11, 68:13, 73:17, 84:3, 99:17, 100:19, 101:4, 107:19, 108:14, 109:4, 117:5, 118:17, 125:19, 128:17, 129:9, 130:22, 130:23, 134:1, 139:17, 139:24, 141:13, 141:18, 150:6, 150:11, 150:15, 153:2, 153:14, 161:10, 161:12, 179:19, 192:2, 194:13, 196:3, 207:23
**reviewer** [10] - 63:16, 78:17, 123:1, 129:8, 134:24, 135:8, 153:4, 154:5, 156:1, 156:3
**reviewers** [1] - 69:6
**reviewing** [10] - 27:15, 63:4, 63:18, 64:21, 71:20, 99:13, 135:2, 135:3, 160:11, 180:12
**reviews** [2] - 72:15, 140:1
**revise** [1] - 158:1
**revised** [4] - 14:10, 14:12, 81:9
**revisions** [3] - 73:23, 149:10, 149:20
**rewrite** [1] - 158:1
**Richard** [1] - 121:23
**rid** [1] - 5:2
**right-hand** [2] - 7:2, 142:21
**ringing** [1] - 17:22
**RMR** [2] - 1:22, 211:17
**Robert** [5] - 83:21, 136:1, 141:10, 167:17, 168:1
**ROBERT** [4] - 2:10, 167:22, 212:13, 212:15
**Rockefeller** [1] - 122:5
**role** [6] - 62:17, 62:20, 139:9, 139:16, 142:18, 156:18
**room** [7] - 8:4, 8:16, 11:25, 41:22, 43:24, 43:25, 44:1
**ropes** [1] - 49:2
**rotation** [10] - 44:8, 44:11, 46:20, 49:21, 49:22, 49:25, 51:1, 51:16, 53:3, 53:9
**rotations** [6] - 48:23, 49:4, 49:5, 49:17, 53:2, 53:5
**rough** [2] - 42:18, 102:15
**roughly** [2] - 85:23, 210:2
**rows** [1] - 191:17
**Ruekberg** [30] - 4:17, 5:9, 5:13, 6:20, 9:3, 9:8, 10:4, 11:3, 12:4, 12:14, 13:18, 13:19, 14:1, 15:10, 17:2, 17:10, 18:5, 19:3, 20:7,

21:19, 23:22, 24:3, 24:15,
25:20, 160:1, 160:13,
160:18, 176:16, 208:22,
209:8
**Ruekberg's** [5] - 14:10,
18:20, 19:18, 23:17, 160:11
**rule** [1] - 116:8
**ruled** [1] - 198:6
**ruling** [1] - 20:11
**run** [1] - 49:1
**Sally** [1] - 198:19
**salt** [1] - 193:12
**sample** [8] - 56:4, 90:23,
104:20, 105:3, 107:3,
199:24, 200:1, 200:2
**sat** [1] - 109:8
**Saturday** [1] - 52:2
**saw** [9] - 29:5, 59:18, 63:16,
63:19, 63:22, 94:2, 94:20,
151:14, 153:19
**scale** [8] - 96:5, 201:15,
202:25, 204:19, 204:25,
205:2, 205:23, 205:24
**Scale** [3] - 204:10, 205:10,
205:16
**scales** [6] - 95:4, 95:11,
95:14, 172:13, 202:22,
209:10
**scenario** [1] - 130:16
**schedule** [2] - 61:7, 180:20
**scheduled** [1] - 59:13
**scheduling** [4] - 3:17, 60:2,
60:10, 60:23
**scholars** [1] - 197:23
**scholastic** [1] - 177:19
**school** [107] - 12:8, 12:11,
16:19, 24:10, 24:11, 24:12,
25:20, 25:23, 31:7, 31:10,
31:24, 32:3, 38:16, 38:23,
39:5, 39:8, 39:9, 39:15,
39:16, 39:19, 40:16, 41:22,
43:19, 44:11, 45:10, 46:15,
47:10, 47:14, 48:24, 48:25,
52:12, 52:19, 53:6, 53:12,
57:10, 58:7, 58:11, 66:1,
66:9, 66:23, 67:21, 67:23,
68:20, 69:3, 70:12, 75:1,
77:2, 77:10, 77:13, 78:24,
79:20, 80:8, 85:21, 87:2,
91:20, 92:15, 96:24, 99:21,
100:24, 100:25, 101:5,
105:9, 106:2, 107:19, 108:3,
116:2, 116:4, 116:6, 116:9,
116:10, 118:6, 118:22,
119:2, 119:10, 129:18,
133:15, 134:12, 134:18,
136:24, 137:11, 141:18,
143:23, 148:9, 150:12,
150:25, 154:22, 165:11,
165:21, 181:2, 181:7,

181:10, 181:15, 183:20,
193:21, 193:24, 194:13,
194:21, 194:23, 203:1,
208:15
**School** [1] - 117:2
**school's** [1] - 47:1
**school-aged** [2] - 148:9,
150:25
**schoolchild** [2] - 77:1, 77:11
**schools** [3] - 38:20, 69:2,
78:23
**Schwab** [1] - 121:21
**science** [3] - 56:13, 59:11,
101:17
**Science** [2] - 41:11, 43:11
**sciences** [5] - 55:19, 105:2,
105:3, 105:4, 105:6, 142:13
**scientific** [2] - 82:24, 91:8
**score** [91] - 37:21, 38:8,
38:12, 38:13, 42:16, 42:19,
43:16, 44:5, 44:16, 44:18,
45:3, 46:1, 47:22, 56:6,
79:18, 84:24, 85:10, 85:13,
85:24, 85:25, 86:1, 86:3,
86:12, 86:13, 86:20, 86:23,
87:17, 87:19, 87:20, 87:23,
88:6, 88:25, 89:6, 90:8, 90:9,
90:10, 90:12, 90:13, 91:6,
94:10, 99:18, 99:22, 102:19,
102:20, 102:21, 103:2,
103:4, 104:18, 106:9,
106:11, 129:13, 131:17,
132:2, 132:8, 132:9, 132:10,
133:5, 148:5, 160:23, 184:1,
186:8, 186:11, 186:18,
187:4, 187:5, 187:6, 187:9,
187:16, 187:24, 188:3,
188:9, 189:1, 189:2, 189:8,
189:20, 189:22, 189:23,
191:16, 193:12, 197:10,
197:11, 197:12, 202:6,
204:13, 204:19
**scored** [7] - 37:18, 56:4,
59:4, 187:23, 188:2, 190:9,
209:24
**scores** [60] - 59:7, 66:2,
66:10, 66:11, 81:22, 83:16,
85:2, 85:9, 85:15, 86:22,
87:15, 88:4, 88:24, 89:1,
89:3, 90:6, 90:11, 90:15,
90:25, 91:2, 91:9, 91:12,
91:13, 93:5, 94:12, 96:4,
97:23, 98:12, 98:13, 98:14,
98:17, 98:21, 98:24, 101:16,
101:17, 102:5, 102:7, 105:1,
108:2, 111:3, 111:4, 112:1,
112:18, 118:15, 119:9,
131:4, 131:11, 132:1,
132:13, 133:2, 134:14,
141:19, 150:12, 185:13,

186:17, 192:11, 192:12,
196:20, 203:25
**scoring** [5] - 56:6, 186:16,
187:2, 187:3, 193:23
**screen** [2] - 182:23, 206:10
**screening** [6] - 84:15,
162:14, 177:4, 177:5,
182:22, 182:23
**se** [1] - 122:11
**search** [2] - 22:3, 130:6
**seated** [1] - 117:19
**secluded** [1] - 16:17
**second** [32] - 4:22, 5:14, 7:5,
12:7, 16:17, 21:5, 21:12,
23:12, 37:13, 40:16, 40:25,
41:16, 41:17, 43:15, 44:13,
51:17, 60:15, 74:21, 78:18,
78:25, 83:7, 83:17, 99:16,
140:23, 149:17, 149:19,
156:13, 159:8, 159:11,
160:22, 163:24, 206:2
**secondary** [1] - 31:5
**section** [29] - 5:2, 25:2, 25:4,
33:3, 33:6, 34:17, 55:10,
55:21, 58:20, 125:3, 179:8,
179:10, 179:13, 179:18,
179:21, 180:3, 180:7, 180:8,
180:10, 181:2, 181:5, 182:2,
182:5, 182:6, 182:18,
183:14, 183:17, 206:17
**sections** [5] - 33:2, 33:5,
33:6, 33:7, 55:17, 101:16,
104:23, 105:5, 179:8
**secure** [3] - 62:23, 73:3,
149:1
**see** [60] - 4:16, 5:16, 6:9,
11:14, 11:22, 16:7, 16:22,
23:12, 28:16, 29:4, 29:8,
33:24, 34:15, 34:19, 42:1,
42:18, 49:15, 53:1, 61:1,
64:9, 70:4, 72:11, 80:5, 82:2,
92:5, 95:18, 95:19, 96:12,
96:18, 97:5, 97:20, 99:3,
99:6, 100:4, 101:6, 119:15,
125:1, 125:4, 125:24, 126:2,
126:11, 147:17, 150:23,
151:17, 152:6, 152:20,
164:5, 175:23, 176:19,
180:5, 184:3, 192:16, 193:2,
196:2, 203:25, 204:1, 204:3,
207:11, 209:5, 209:14
**seeing** [1] - 144:4
**seeking** [1] - 18:25
**seem** [1] - 92:8
**select** [3] - 106:10, 106:14,
107:5
**selected** [2] - 40:7, 99:12
**self** [6] - 43:8, 97:14, 98:18,
152:3, 152:17, 190:21
**Self** [2] - 41:12, 43:12

**self-assessment** [1] - 43:8
**Self-Assessment** [2] - 41:12,
43:12
**self-control** [2] - 97:14,
98:18
**self-corrections** [1] - 190:21
**self-reported** [2] - 152:3,
152:17
**semester** [2] - 67:25, 69:15
**send** [4] - 5:19, 23:23,
174:15, 175:22
**Sending** [1] - 14:3
**sending** [1] - 25:22
**sends** [2] - 116:13, 163:16
**senior** [1] - 106:3
**seniors** [5] - 85:14, 85:21,
87:2, 193:21, 193:24
**sense** [8] - 77:9, 79:6, 79:9,
98:15, 105:7, 105:11, 111:4,
183:24
**sent** [23] - 6:20, 9:20, 11:3,
12:10, 12:13, 15:10, 17:15,
18:9, 20:7, 23:17, 23:18,
25:1, 25:14, 26:18, 26:23,
27:2, 29:24, 30:17, 62:21,
164:5, 164:9, 164:14, 179:25
**sentence** [15] - 8:3, 16:14,
16:23, 27:7, 88:22, 132:4,
151:24, 152:6, 152:8,
152:14, 152:24, 153:2,
191:6, 191:8
**sentences** [3] - 152:21,
158:19, 191:10
**separate** [4] - 8:4, 8:15,
11:25, 77:16
**separately** [3] - 10:10, 80:6,
80:11
**Separately** [1] - 22:5
**September** [8] - 21:4, 21:15,
23:23, 28:19, 29:1, 29:5,
67:3, 175:13
**series** [6] - 23:13, 25:7,
57:11, 57:12, 89:24, 112:10
**served** [1] - 139:7
**service** [2] - 67:18, 68:5
**services** [2] - 72:16, 135:1
**serving** [1] - 62:17
**set** [6] - 75:5, 78:23, 80:9,
91:11, 111:19, 163:16
**sets** [2] - 94:3, 186:3
**settings** [7] - 70:13, 74:25,
76:6, 78:6, 78:19, 96:24,
99:3
**setup** [1] - 50:12
**seven** [2] - 5:22, 67:8
**several** [14] - 5:6, 41:6, 42:5,
57:2, 65:14, 110:11, 110:14,
125:25, 130:20, 153:12,
161:13, 172:1, 185:12, 206:9
**severe** [8] - 10:1, 10:8,

10:23, 24:11, 96:10, 96:16, 96:22, 182:23
**severely** [3] - 107:2, 205:7, 205:17
**severity** [7] - 9:25, 10:12, 24:5, 76:10, 96:7, 96:13, 122:13
**shaded** [1] - 47:23
**shall** [1] - 117:8
**shared** [1] - 145:13
**Shaywitz** [1] - 198:20
**sheer** [1] - 49:7
**shelf** [4] - 38:19, 48:21, 48:23, 50:9
**shifting** [1] - 107:17
**shoe** [2] - 191:18, 191:19
**short** [3] - 61:15, 98:12, 190:19
**shortly** [1] - 65:9
**show** [16] - 22:19, 49:2, 49:19, 54:10, 54:18, 79:4, 85:7, 85:19, 93:25, 94:3, 115:21, 125:11, 132:22, 154:3, 178:14, 195:20
**showed** [3] - 85:24, 129:11, 192:10
**showing** [6] - 22:21, 74:25, 81:5, 83:16, 100:3
**shown** [1] - 54:16
**shows** [5] - 47:12, 86:1, 128:17, 132:1, 176:6
**sic** [1] - 140:25
**side** [3] - 11:14, 21:24, 32:21
**signature** [3] - 26:2, 168:17, 179:2
**significance** [1] - 37:7
**significant** [11] - 65:20, 76:14, 76:16, 77:3, 80:2, 81:3, 96:19, 128:2, 158:25, 172:20, 198:6
**significantly** [1] - 197:2
**signify** [1] - 47:20
**signs** [1] - 172:14
**silent** [5] - 86:21, 185:12, 191:8, 191:21, 208:7
**silently** [3] - 192:5, 192:6, 193:14
**similar** [6] - 16:12, 107:12, 163:24, 181:6, 204:1, 204:4
**simple** [3] - 94:1, 191:10, 191:13
**Simplified** [1] - 12:19
**simplified** [2] - 25:19, 25:22
**simulate** [1] - 43:23
**sincere** [1] - 207:7
**single** [1] - 130:15
**sit** [2] - 172:8, 206:13
**sitting** [5] - 19:7, 68:6, 167:8, 172:8, 206:10
**situation** [3] - 4:3, 44:6,

112:4
**situations** [3] - 31:21, 99:6, 120:5
**six** [1] - 33:6
**size** [1] - 174:18
**skeptical** [1] - 128:12
**skill** [2] - 91:11, 104:13
**skills** [30] - 78:2, 78:3, 79:2, 79:3, 79:9, 79:10, 79:23, 80:2, 80:14, 81:2, 82:4, 83:17, 84:19, 87:13, 89:21, 90:17, 92:5, 98:18, 104:14, 106:6, 147:16, 163:12, 171:4, 171:16, 171:19, 171:21, 174:1, 197:2
**Skills** [1] - 195:24
**skip** [6] - 56:22, 57:1, 180:3, 191:21, 191:25
**sleep** [1] - 182:20
**slides** [1] - 135:21
**slightly** [2] - 42:25, 44:6
**sloppiness** [1] - 199:4
**slow** [9] - 49:10, 94:21, 94:22, 94:23, 165:7, 185:7, 190:2, 190:7, 210:23
**slowly** [1] - 187:22
**small** [3] - 17:14, 56:16, 67:8
**small-font** [1] - 17:14
**smart** [2] - 16:10, 165:6
**SMITH** [3] - 167:22, 212:14, 212:16
**Smith** [55] - 13:21, 21:23, 22:2, 22:6, 22:16, 22:24, 28:16, 29:4, 29:20, 29:24, 30:3, 30:9, 30:17, 30:20, 31:2, 61:5, 70:16, 83:21, 84:3, 84:6, 85:20, 87:4, 88:17, 89:16, 93:18, 94:20, 95:1, 97:15, 97:21, 99:24, 101:1, 108:1, 110:15, 110:20, 111:21, 113:4, 113:16, 114:19, 114:25, 123:23, 130:19, 132:14, 141:10, 153:20, 153:23, 154:1, 159:5, 161:13, 167:18, 168:1, 168:4, 168:11, 174:3, 188:20, 195:23
**Smith's** [13] - 94:9, 97:20, 99:8, 113:14, 131:6, 141:13, 150:11, 153:14, 153:17, 154:13, 161:10, 161:16, 162:19
**Smiy** [3] - 23:10, 208:20, 209:1
**so..** [1] - 126:20
**social** [6] - 34:15, 34:17, 56:15, 99:5, 99:7, 99:5
**sociology** [1] - 142:8
**sock** [2] - 191:18, 191:19

**software** [1] - 49:13
**solely** [2] - 72:17, 98:24
**solve** [1] - 198:18
**solving** [1] - 201:4
**someone** [53] - 21:23, 29:15, 72:7, 74:14, 74:25, 75:3, 75:8, 76:13, 77:1, 77:2, 77:18, 78:10, 78:14, 80:1, 81:20, 82:2, 82:8, 84:22, 86:15, 86:18, 91:9, 92:3, 92:18, 92:19, 93:13, 93:15, 93:25, 96:13, 96:23, 96:25, 97:11, 102:1, 113:23, 114:1, 118:22, 119:1, 119:22, 120:8, 120:19, 121:2, 122:12, 122:15, 122:23, 122:24, 123:12, 123:16, 129:21, 133:8, 137:11, 148:17, 165:23, 174:12
**sometimes** [10] - 16:20, 56:15, 57:8, 92:17, 108:23, 108:24, 108:25, 121:1, 195:16, 203:18
**somewhat** [6] - 34:25, 35:3, 119:18, 130:14, 175:14, 186:12
**somewhere** [1] - 102:11
**son** [1] - 165:6
**soon** [1] - 29:4
**sooner** [1] - 5:1
**Sorrentino** [2] - 19:22, 19:23
**sorry** [35] - 3:11, 5:1, 6:6, 7:6, 14:5, 17:11, 17:16, 17:18, 18:11, 22:1, 26:25, 30:10, 30:11, 34:16, 42:13, 46:16, 47:6, 48:7, 52:24, 53:2, 56:20, 88:2, 97:19, 114:23, 128:9, 131:8, 131:23, 148:15, 148:16, 154:24, 155:13, 157:21, 161:21, 177:3, 182:6
**sort** [29] - 5:22, 10:19, 42:18, 47:23, 51:19, 60:3, 62:25, 67:19, 68:7, 75:12, 75:16, 76:3, 76:10, 76:17, 78:19, 79:1, 80:25, 82:11, 84:23, 85:19, 85:23, 96:9, 101:1, 101:10, 120:15, 121:2, 121:9, 134:13, 147:13
**sorts** [6] - 68:6, 70:1, 72:21, 77:11, 120:25, 124:6
**sought** [2] - 139:23, 141:9
**sounds** [1] - 29:7
**source** [1] - 113:12
**sources** [4] - 84:7, 178:20, 179:9, 179:14
**Spanish** [2] - 54:6, 54:12
**speaking** [7] - 65:25, 77:13, 91:17, 165:5, 187:20, 187:22, 210:2

**special** [2] - 117:4, 128:13
**specialize** [1] - 82:24
**specialized** [2] - 92:25, 93:5
**specialties** [3] - 67:10, 142:16, 142:17
**specific** [16] - 55:12, 77:25, 83:2, 95:19, 95:20, 96:2, 105:8, 105:12, 108:6, 126:13, 177:10, 177:17, 184:15, 203:4, 209:16
**specifically** [21] - 17:4, 28:23, 29:8, 29:11, 54:1, 55:8, 66:1, 67:11, 68:13, 68:20, 81:9, 101:10, 110:18, 115:14, 123:14, 136:3, 143:1, 160:12, 170:21, 176:18, 176:25
**specifics** [1] - 131:3
**speech** [1] - 144:14
**speed** [20] - 29:12, 29:13, 87:1, 87:22, 88:8, 90:18, 184:10, 185:2, 186:17, 186:19, 187:4, 189:4, 189:5, 189:7, 200:18, 201:1, 201:13, 202:9, 208:7, 210:22
**spelling** [2] - 17:6, 197:5
**spend** [2] - 53:3, 109:25
**spent** [6] - 23:10, 33:24, 34:6, 34:8, 34:9, 53:8
**sports** [2] - 35:6, 36:2
**spots** [1] - 101:9
**spring** [2] - 67:25, 118:7
**stage** [1] - 176:9
**stand** [5] - 3:5, 30:4, 48:16, 117:20, 149:23
**standard** [7] - 43:24, 105:15, 109:10, 165:4, 173:21, 178:1, 188:3
**standardization** [1] - 199:24
**standardized** [20] - 45:23, 50:11, 66:2, 66:9, 78:4, 78:21, 78:23, 83:15, 91:20, 99:19, 104:9, 107:8, 107:20, 108:3, 141:19, 146:11, 150:12, 158:3, 194:1, 196:24
**stands** [1] - 182:24
**start** [13] - 3:13, 4:6, 4:14, 30:13, 53:1, 67:25, 74:21, 83:6, 108:22, 153:15, 180:22, 186:3, 211:5
**started** [5] - 53:12, 62:18, 146:3, 179:9, 211:5
**starting** [12] - 5:13, 10:14, 16:16, 25:11, 72:24, 77:23, 80:18, 118:6, 150:25, 151:14, 184:19, 189:15
**starts** [6] - 86:15, 156:13, 159:11, 179:18, 180:7, 181:2
**state** [18] - 7:9, 24:8, 50:15, 62:9, 65:9, 66:20, 69:22,

86:3, 138:24, 147:19, 148:4, 149:25, 154:21, 154:22, 155:3, 155:6, 167:24, 169:15
**State** [7] - 32:2, 66:21, 67:7, 117:1, 137:9, 142:9, 169:2
**statement** [10] - 5:16, 6:11, 127:9, 134:18, 156:16, 156:17, 156:25, 157:5, 157:13, 157:21
**statements** [1] - 183:9
**States** [2] - 155:24, 170:22
**STATES** [1] - 1:1
**states** [1] - 8:3
**stating** [2] - 15:20, 16:15
**Statistical** [2] - 81:16, 170:6
**statistics** [1] - 56:15
**status** [3] - 34:2, 182:3, 182:15
**stay** [1] - 75:13
**STEIN** [2] - 2:2, 2:3
**stenographically** [1] - 1:24
**Step** [24] - 4:23, 7:9, 7:18, 7:22, 8:13, 29:17, 37:18, 42:20, 42:22, 43:1, 44:19, 56:10, 56:12, 56:14, 56:21, 58:8, 58:10, 58:23, 58:24, 99:22, 104:12, 115:23, 116:8, 130:10
**step** [7] - 59:23, 59:24, 62:4, 123:4, 138:7, 138:20, 167:20
**Steven** [2] - 138:18, 138:25
**STEVEN** [4] - 2:3, 138:22, 212:10, 212:12
**still** [33] - 3:24, 11:7, 11:17, 13:2, 13:14, 39:11, 43:24, 51:21, 63:1, 79:22, 82:9, 95:10, 95:23, 117:22, 119:5, 120:10, 128:14, 130:9, 131:23, 145:6, 148:1, 148:6, 148:15, 154:20, 160:22, 164:18, 172:8, 172:9, 178:15, 182:6, 185:6, 197:20, 198:16
**stone** [1] - 191:18
**stood** [1] - 167:7
**stop** [5] - 75:13, 86:16, 186:8, 186:10, 186:24
**stopped** [3] - 77:23, 174:21, 186:11
**story** [2] - 57:21, 58:3
**straightforward** [1] - 154:12
**strategies** [7] - 128:2, 129:3, 130:2, 130:13, 130:18, 173:25, 201:8
**strategy** [6] - 100:14, 129:22, 129:23, 129:25, 130:10, 133:9
**Street** [4] - 1:9, 1:16, 2:4, 2:11
**strength** [1] - 174:1

**strengthen** [1] - 66:10
**strengths** [4] - 79:1, 79:6, 79:8, 158:13
**strike** [1] - 155:13
**strikes** [1] - 17:20
**strong** [1] - 158:14
**struggle** [2] - 7:11, 7:21
**struggles** [2] - 100:25, 159:1
**struggling** [2] - 53:25, 198:8
**student** [12] - 3:9, 3:11, 47:10, 47:11, 120:2, 123:4, 154:7, 154:8, 157:7, 157:9, 175:17, 195:2
**students** [20] - 22:7, 32:5, 32:8, 33:3, 33:12, 47:13, 47:14, 47:17, 52:21, 55:19, 67:13, 67:20, 68:6, 87:2, 118:2, 118:11, 119:7, 144:22, 156:21, 156:23
**studied** [2] - 124:15, 163:19
**studies** [4] - 82:25, 197:5, 199:22, 207:17
**study** [16] - 44:9, 50:1, 52:16, 52:20, 53:4, 53:6, 53:7, 124:2, 124:4, 124:5, 124:6, 124:9, 124:18, 124:20, 163:10
**studying** [2] - 49:9, 118:3
**stuff** [4] - 15:1, 36:12, 50:3, 180:22
**stumbles** [1] - 185:7
**stumbling** [1] - 190:12
**subject** [11] - 38:19, 39:1, 44:10, 45:1, 45:6, 45:20, 46:23, 48:3, 158:7, 187:20, 202:16
**subjects** [2] - 40:2, 40:8
**submission** [1] - 134:22
**submit** [1] - 133:8
**submitted** [33] - 21:5, 21:12, 24:18, 28:18, 62:24, 63:13, 63:20, 63:23, 64:14, 64:18, 64:20, 65:11, 72:6, 72:12, 73:6, 73:22, 83:21, 127:1, 139:11, 139:20, 140:15, 141:9, 149:2, 149:5, 149:8, 149:16, 159:13, 159:17, 159:19, 159:20, 159:23, 168:5, 168:14
**subscore** [1] - 187:3
**subscores** [1] - 89:4
**subsequently** [6] - 21:14, 28:18, 141:9, 141:13, 141:14, 196:5
**substance** [1] - 73:8
**substantial** [6] - 76:21, 76:23, 130:9, 150:7, 154:25, 185:6
**substantially** [9] - 63:8, 80:15, 104:8, 104:11, 107:7,

108:14, 148:20, 150:17
**subtests** [1] - 184:13
**succeed** [1] - 158:10
**successful** [8] - 118:22, 119:1, 119:10, 120:17, 120:22, 120:23, 121:3, 122:25
**successfully** [2] - 122:9, 122:19
**sufficient** [4] - 79:4, 108:10, 108:17, 108:20
**suggest** [5] - 73:23, 87:1, 88:8, 133:1, 165:8
**suggested** [2] - 16:4, 19:18
**suggesting** [1] - 94:12
**suggestion** [1] - 17:2
**suggestions** [1] - 18:20
**suggestive** [1] - 158:24
**suggests** [5] - 93:21, 94:14, 104:10, 107:11, 108:12
**Suite** [2] - 2:4, 2:11
**summarize** [6] - 63:11, 116:20, 180:11, 190:18, 191:5, 208:3
**summary** [4] - 34:7, 63:2, 100:5, 185:13
**summer** [1] - 52:20
**superior** [1] - 79:2
**supervise** [1] - 144:10
**supervised** [4] - 33:7, 70:1, 70:14, 144:19
**supervising** [3] - 144:17, 144:21, 144:25
**supplement** [3] - 163:2, 207:11, 207:12
**supplemental** [2] - 84:24, 193:23
**supply** [1] - 33:10
**support** [23] - 4:22, 12:8, 12:20, 12:24, 13:14, 17:12, 24:8, 24:11, 29:9, 29:16, 29:19, 50:15, 51:3, 53:17, 63:21, 64:25, 65:12, 72:10, 81:13, 83:22, 101:11, 141:10
**supported** [4] - 25:16, 97:7, 98:22, 208:16
**supporting** [2] - 9:3, 65:19
**suppose** [1] - 124:7
**supposed** [4] - 33:9, 97:13, 105:8, 105:13
**surely** [1] - 60:8
**surgery** [4] - 44:8, 44:11, 44:19, 44:21
**surpassed** [1] - 102:12
**sustain** [2] - 20:3, 20:14
**sustained** [3] - 21:1, 205:23, 205:24
**swim** [1] - 31:22
**switching** [2] - 95:1, 146:23
**swollen** [2] - 52:1

**sworn** [5] - 3:25, 62:7, 117:23, 138:22, 167:22
**symptom** [8] - 9:4, 9:7, 10:3, 75:16, 115:13, 206:18, 207:8, 207:9
**symptoms** [41] - 9:18, 9:21, 9:25, 10:7, 10:20, 10:21, 10:22, 10:23, 24:5, 25:15, 74:20, 74:23, 74:25, 75:3, 75:8, 75:17, 76:15, 76:25, 95:18, 96:2, 96:6, 96:9, 96:14, 96:20, 96:22, 97:2, 97:4, 115:6, 115:21, 152:3, 152:18, 172:6, 172:7, 172:14, 172:15, 172:18, 172:20, 208:16, 209:11, 209:21
**Syracuse** [2] - 66:22, 66:23
**system** [2] - 56:7, 77:17
**TA** [1] - 33:6
**Tab** [19] - 28:21, 33:13, 64:16, 83:25, 127:3, 128:7, 131:5, 131:7, 131:10, 140:14, 156:7, 156:10, 156:13, 159:8, 160:3, 160:22, 164:1, 164:11, 168:12
**table** [14] - 5:4, 5:12, 5:15, 5:19, 5:23, 6:23, 7:1, 11:13, 31:18, 88:4, 131:11, 131:22, 131:25, 191:2
**tables** [1] - 5:7
**tabs** [1] - 151:5
**talks** [5] - 68:3, 69:1, 69:6, 69:7, 145:24
**tap** [1] - 184:13
**task** [3] - 97:12, 191:9, 191:23
**tasks** [2] - 183:11, 195:3
**taught** [7] - 67:8, 69:11, 118:4, 118:7, 118:18, 142:24, 143:1
**teach** [7] - 67:19, 67:22, 69:16, 118:4, 118:11, 142:18, 142:19
**teacher** [7] - 54:13, 77:8, 79:23, 101:9, 165:17, 165:18, 195:4
**teachers** [11] - 16:20, 53:18, 53:21, 53:22, 66:12, 69:2, 133:17, 133:23, 134:8, 134:11, 195:2
**Teachers** [2] - 67:1, 67:20
**teaching** [12] - 32:3, 32:14, 33:1, 33:5, 33:8, 67:18, 68:1, 69:9, 69:14, 118:2, 143:6, 143:11
**teams** [1] - 70:12
**technical** [2] - 162:14, 188:22

technically [2] - 14:12, 77:15
technician [2] - 23:14, 179:17
techniques [1] - 145:2
technology [1] - 120:16
telephone [3] - 21:22, 22:15, 22:16
ten [4] - 134:24, 143:7, 156:4, 163:21
tend [2] - 79:12, 130:15
tenure [1] - 67:7
term [8] - 40:5, 79:9, 80:16, 91:7, 119:18, 120:24, 122:22, 203:19
terminology [4] - 177:8, 177:16, 184:11, 184:12
terms [17] - 29:1, 37:6, 64:24, 68:2, 77:10, 78:4, 83:17, 90:9, 96:6, 97:1, 106:6, 107:13, 122:13, 137:1, 170:2, 187:2, 187:9
terribly [2] - 193:13
test [132] - 39:7, 39:10, 39:11, 41:14, 42:16, 43:3, 43:5, 43:10, 43:12, 44:3, 44:4, 49:1, 52:25, 54:20, 59:14, 66:2, 66:10, 72:1, 81:1, 84:13, 84:16, 84:20, 85:3, 85:9, 86:7, 86:15, 87:11, 87:16, 88:22, 88:23, 89:20, 89:21, 92:6, 92:23, 93:5, 93:16, 93:24, 94:5, 94:7, 97:10, 97:15, 97:17, 97:21, 101:15, 101:19, 101:21, 102:2, 103:17, 103:18, 104:14, 104:22, 105:15, 105:16, 105:17, 105:18, 105:20, 107:8, 107:14, 107:20, 108:3, 110:21, 111:1, 111:7, 112:3, 112:20, 112:25, 113:5, 113:10, 113:21, 114:4, 118:12, 118:15, 124:4, 124:17, 124:20, 127:7, 127:8, 127:14, 127:15, 127:18, 128:19, 130:1, 133:10, 134:14, 141:19, 157:19, 157:23, 158:3, 161:25, 162:3, 162:8, 162:10, 162:11, 162:15, 162:17, 162:20, 162:24, 163:5, 173:14, 173:17, 177:4, 178:18, 187:20, 187:21, 187:23, 189:5, 192:13, 193:11, 194:2, 194:6, 195:23, 196:12, 196:13, 196:19, 196:24, 197:4, 199:2, 199:5, 203:4, 203:7, 204:2, 204:20, 206:13, 206:20, 207:9,

208:5, 209:23, 210:13, 210:24
Test [19] - 84:11, 87:5, 89:17, 93:20, 93:25, 94:10, 94:13, 94:22, 97:9, 104:19, 112:10, 185:19, 195:24, 196:11, 196:12, 203:9, 203:16, 206:20, 207:13
test's [1] - 86:5
tested [6] - 49:16, 113:15, 113:16, 114:19, 114:25, 115:3
testified [20] - 38:15, 48:20, 51:13, 57:4, 58:19, 62:8, 94:21, 108:22, 120:4, 124:22, 132:18, 133:22, 136:16, 137:24, 138:23, 153:4, 161:12, 167:23, 194:12, 197:15
testify [2] - 133:16, 153:8
testifying [2] - 135:4, 135:5
testimony [19] - 3:15, 65:17, 74:9, 107:22, 108:23, 110:19, 111:16, 116:12, 117:12, 117:14, 120:4, 120:12, 127:24, 128:22, 131:22, 134:5, 134:7, 165:17, 170:5
testing [67] - 8:4, 8:16, 8:20, 11:25, 12:16, 16:17, 22:19, 22:23, 29:9, 29:11, 29:16, 29:17, 40:23, 41:19, 41:22, 42:9, 44:1, 44:6, 45:8, 45:24, 46:7, 50:8, 64:3, 65:10, 67:12, 68:4, 70:25, 71:25, 91:24, 92:17, 92:21, 93:3, 93:10, 108:1, 113:22, 116:20, 116:24, 123:2, 123:15, 123:19, 136:20, 136:25, 139:13, 140:19, 140:23, 141:16, 148:24, 150:1, 150:12, 173:14, 174:20, 174:24, 175:2, 176:11, 180:23, 183:3, 185:10, 186:8, 192:18, 193:23, 207:5, 210:15, 210:17
Tests [1] - 88:14
tests [93] - 29:15, 39:13, 50:11, 54:13, 63:9, 70:15, 78:5, 78:17, 78:21, 78:22, 79:22, 79:23, 83:15, 83:19, 84:10, 85:12, 88:16, 88:24, 89:2, 90:7, 91:1, 91:9, 91:18, 91:20, 92:12, 93:7, 93:8, 93:19, 94:17, 98:11, 99:19, 104:9, 104:10, 107:12, 110:15, 111:4, 112:6, 120:1, 123:23, 124:2, 124:3, 124:6, 124:9, 124:11, 124:13,

124:15, 124:17, 130:2, 146:11, 152:4, 152:18, 158:23, 161:13, 161:18, 161:25, 163:9, 166:3, 171:18, 174:5, 176:13, 177:1, 177:24, 178:2, 178:6, 179:5, 179:12, 179:14, 179:15, 179:16, 192:2, 192:7, 192:10, 194:1, 194:4, 194:8, 196:15, 204:3, 206:8, 206:24, 207:2, 207:10, 207:11, 208:7, 209:13, 209:18, 209:25, 210:18, 210:23
Texas [1] - 155:8
text [3] - 128:14, 130:9, 171:6
The court [110] - 3:2, 3:5, 3:11, 3:14, 3:20, 3:23, 4:3, 4:9, 14:19, 14:22, 14:24, 17:20, 17:22, 19:1, 19:5, 19:12, 20:2, 20:3, 20:13, 20:23, 21:1, 22:10, 30:2, 30:5, 30:24, 35:14, 35:17, 47:11, 48:6, 48:9, 48:12, 48:15, 58:14, 59:23, 60:8, 60:15, 60:18, 60:21, 60:23, 61:3, 61:8, 61:10, 61:13, 61:18, 61:25, 62:4, 65:3, 65:5, 71:2, 71:14, 82:19, 85:7, 88:3, 97:25, 103:25, 104:3, 107:10, 109:13, 109:15, 109:18, 109:21, 109:23, 109:25, 110:3, 110:5, 117:8, 117:17, 117:19, 117:22, 117:25, 125:13, 125:17, 127:9, 136:12, 137:21, 137:25, 138:2, 138:5, 138:7, 138:11, 138:14, 138:16, 138:19, 141:5, 146:12, 146:17, 147:1, 150:20, 166:7, 166:10, 166:12, 166:15, 166:17, 166:21, 166:24, 167:3, 167:7, 167:9, 167:12, 167:19, 167:24, 168:9, 168:22, 174:6, 174:9, 188:24, 195:9, 211:4, 211:8
The witness [28] - 4:2, 4:8, 14:25, 19:15, 20:19, 35:22, 48:16, 62:6, 62:10, 71:14, 88:4, 98:2, 98:5, 104:4, 107:11, 117:16, 117:20, 117:21, 117:24, 125:11, 127:10, 138:15, 138:25, 151:10, 166:23, 167:21, 168:1, 195:11
the.. [1] - 12:18
themselves [2] - 56:18, 72:10

124:15, 124:17, 130:2, theory [6] - 80:17, 81:20, 81:23, 82:8, 147:23, 148:12
thereafter [1] - 29:4
therefore [4] - 71:9, 199:9, 200:23, 200:24
theses [1] - 172:14
thesis [2] - 3:9, 3:13
they've [6] - 63:10, 72:2, 86:19, 94:3, 184:12, 210:2
thinking [3] - 100:22, 185:9
thinners [1] - 52:10
third [10] - 10:4, 21:21, 21:24, 44:7, 53:2, 60:14, 74:24, 169:11, 190:4, 190:6
Third [2] - 87:5, 185:19
thirds [1] - 106:14
thoroughly [1] - 108:4
thoughts [3] - 7:12, 18:7, 28:7
thousands [1] - 69:25
three [19] - 17:20, 27:10, 33:2, 33:5, 52:12, 67:19, 105:5, 116:6, 132:14, 132:21, 172:7, 186:2, 191:14, 191:24, 192:2, 192:7, 192:9, 205:5
Thrones [2] - 57:11, 57:12
throughout [2] - 16:18, 190:22
thrown [1] - 198:17
timed [10] - 54:16, 104:14, 105:14, 106:12, 106:14, 109:6, 166:3, 173:17, 174:5, 210:17
timeline [1] - 139:16
timing [1] - 21:10
title [8] - 31:18, 32:14, 37:3, 93:21, 136:11, 147:10, 177:8, 192:22
titled [1] - 37:14
titles [1] - 55:10
today [18] - 3:9, 3:19, 3:20, 4:4, 5:7, 33:25, 65:2, 74:9, 94:21, 111:17, 117:9, 130:23, 133:16, 141:1, 147:25, 150:14, 160:20, 173:13
together [6] - 25:19, 28:8, 76:11, 88:23, 145:23, 173:3
TOMM [4] - 206:21, 206:23, 207:3, 207:13
tomorrow [3] - 3:21, 60:5, 211:6
took [35] - 5:20, 38:16, 39:14, 40:14, 40:15, 41:14, 41:18, 41:24, 43:1, 43:9, 43:15, 43:18, 44:11, 45:1, 45:8, 45:23, 46:14, 47:1, 52:21, 52:23, 87:22, 88:6, 88:21, 102:18, 103:1, 105:1,

110:11, 113:15, 124:23, 126:5, 133:10, 137:16, 157:12, 194:1, 195:24
**top** [18] - 9:11, 15:19, 17:5, 33:18, 85:7, 102:19, 102:22, 103:2, 103:4, 103:17, 128:11, 160:8, 172:4, 182:2, 182:8, 182:16, 191:1, 192:23
**topics** [4] - 40:7, 56:13, 143:21, 145:15
**total** [3] - 9:21, 98:14, 182:1
**tougher** [1] - 119:3
**toward** [2] - 183:13, 209:2
**towards** [1] - 111:13
**track** [1] - 116:18
**traditionally** [1] - 79:17
**traffic** [1] - 206:9
**train** [1] - 67:20
**trained** [1] - 87:10
**training** [6] - 70:14, 70:19, 71:5, 118:2, 122:20, 170:2
**trait** [1] - 75:5
**traits** [4] - 75:5, 75:15, 75:25, 76:1
**transcript** [3] - 99:21, 99:22, 211:13
**transcription** [1] - 1:25
**translate** [1] - 7:12
**trauma** [1] - 22:20
**traveled** [1] - 51:24
**treat** [2] - 99:24, 209:4
**treated** [2] - 121:1, 187:1
**treating** [1] - 4:20
**treatment** [1] - 210:14
**treats** [1] - 187:21
**trends** [1] - 145:24
**Trial** [1] - 94:11
**trial** [1] - 94:11
**tricky** [1] - 155:3
**tried** [4] - 14:6, 52:16, 126:10, 126:22
**trouble** [5] - 74:15, 76:5, 77:4, 78:2, 119:22
**true** [12] - 82:7, 91:11, 115:10, 118:19, 121:15, 124:10, 124:13, 124:15, 133:22, 191:11, 191:12, 191:24
**truth** [2] - 133:20
**try** [11] - 52:14, 52:16, 93:1, 114:24, 128:2, 171:5, 174:18, 176:17, 181:8, 188:20, 207:11
**trying** [12] - 5:1, 43:23, 52:13, 56:25, 110:5, 124:5, 126:24, 155:2, 195:19, 196:13, 204:2, 207:8
**Tuesday** [1] - 51:22
**tumors** [1] - 22:20
**turn** [25] - 4:7, 6:19, 31:4,

32:1, 44:23, 64:6, 74:2, 77:5, 77:6, 83:25, 102:6, 104:17, 140:6, 142:2, 142:20, 143:17, 145:5, 147:13, 168:19, 178:13, 178:16, 180:25, 187:12, 190:25
**turned** [2] - 159:20, 168:12
**turning** [2] - 54:19, 140:21
**tutoring** [1] - 32:5
**twice** [7] - 50:24, 97:22, 156:14, 162:21, 162:22, 203:22, 203:24
**two** [43] - 8:5, 8:20, 9:17, 10:14, 12:1, 12:13, 12:17, 18:8, 23:2, 23:6, 23:7, 30:14, 48:1, 52:10, 60:13, 61:9, 61:10, 67:14, 78:16, 83:13, 86:6, 86:8, 88:24, 89:3, 94:9, 99:19, 106:14, 116:6, 128:1, 141:20, 145:2, 152:21, 157:14, 167:14, 169:6, 180:21, 186:12, 186:16, 186:17, 188:8, 190:19, 191:18, 200:11
**two-and-a-half** [1] - 18:8
**two-day** [1] - 60:13
**two-hour** [1] - 23:6
**two-page** [1] - 12:13
**two-thirds** [1] - 106:14
**two-year** [1] - 169:6
**type** [5] - 13:21, 83:9, 83:17, 93:8, 96:12
**typed** [3] - 15:9, 15:12, 27:17
**types** [8] - 55:1, 68:18, 75:24, 78:16, 83:13, 93:18, 99:1, 143:20
**typical** [4] - 79:5, 124:16, 163:22, 209:8
**typically** [10] - 62:22, 76:22, 94:10, 106:1, 123:11, 124:9, 177:9, 194:24, 202:5, 209:6
**U.S** [1] - 1:8
**ultrasound** [1] - 52:3
**unbiased** [2] - 154:12, 154:17
**uncertainty** [1] - 190:24
**unchanged** [1] - 12:3
**uncommon** [5] - 172:22, 174:20, 176:2, 194:20, 202:11
**under** [26] - 3:24, 33:7, 40:3, 63:7, 65:13, 72:20, 74:6, 78:23, 81:12, 81:19, 82:7, 96:20, 104:14, 105:14, 105:15, 107:1, 117:10, 117:14, 117:22, 119:21, 123:13, 148:7, 165:1, 179:14, 202:25, 206:18
**underachievement** [1] - 147:11

**underachieving** [2] - 147:21, 164:17
**undergrad** [2] - 57:9, 57:10
**undergraduate** [1] - 99:22
**undergraduates** [1] - 118:8
**undermine** [2] - 66:14, 103:15
**undermines** [2] - 107:2, 109:9
**undermining** [1] - 65:20
**understood** [2] - 64:19, 83:5, 119:17
**uneven** [1] - 79:1
**United** [2] - 155:24, 170:21
**UNITED** [1] - 1:1
**University** [15] - 31:6, 31:9, 66:22, 67:1, 67:7, 137:9, 142:8, 142:9, 142:11, 168:25, 169:1, 169:2, 169:4, 169:6, 198:20
**unless** [2] - 124:7, 189:6
**unlike** [2] - 190:10, 192:5
**unquote** [1] - 128:16
**unrecognized** [1] - 194:20
**unreliable** [3] - 86:1, 86:4, 151:19
**unsurprisingly** [1] - 90:11
**unusual** [11] - 73:21, 74:1, 74:18, 101:10, 151:2, 181:17, 199:7, 199:8, 200:21, 200:24, 201:11
**up** [36] - 20:21, 23:25, 31:10, 42:11, 50:21, 51:24, 52:3, 52:4, 52:7, 52:17, 53:9, 63:20, 63:23, 82:10, 82:12, 90:10, 90:22, 94:23, 124:8, 125:2, 125:17, 126:3, 126:5, 150:25, 156:5, 174:18, 176:24, 180:14, 181:8, 181:21, 186:1, 186:3, 187:9, 187:10, 188:18
**updated** [1] - 11:3
**US** [1] - 63:15
**useful** [4] - 84:16, 111:12, 112:7, 112:22
**uses** [1] - 129:22
**USMLE** [16] - 63:4, 71:21, 74:4, 83:11, 108:15, 108:18, 115:22, 130:10, 139:14, 150:2, 156:17, 157:20, 173:14, 173:18, 180:6, 210:18
**usual** [1] - 210:21
**utilized** [1] - 95:2
**utilizing** [1] - 1:24
**valid** [4] - 20:10, 77:21, 81:7, 200:12
**validity** [7] - 93:7, 93:8, 155:1, 206:18, 207:8, 207:9, 207:10

**value** [6] - 86:24, 88:6, 89:13, 89:14, 90:15, 98:18
**VARGAS** [19] - 2:2, 2:3, 3:4, 3:16, 3:22, 14:15, 14:23, 18:22, 19:11, 19:24, 20:24, 22:9, 30:1, 30:3, 30:23, 48:18, 58:13, 167:5, 167:11
**variability** [1] - 79:12
**varied** [2] - 47:19, 49:21
**varies** [2] - 116:4, 154:21
**variety** [3] - 90:17, 101:16, 143:22
**various** [11] - 5:13, 70:1, 77:22, 80:3, 91:1, 136:25, 145:2, 152:4, 152:18, 168:6, 193:25
**vary** [3] - 37:9, 116:10, 123:9
**varying** [1] - 10:19
**vast** [3] - 74:1, 136:4
**vein** [1] - 52:5
**verbal** [16] - 55:9, 55:21, 105:2, 105:3, 105:10, 106:11, 107:5, 125:3, 127:7, 127:14, 184:4, 184:6, 201:3, 201:12
**verbally** [1] - 201:4
**version** [10] - 14:10, 14:12, 18:17, 23:19, 25:22, 39:13, 43:7, 104:25, 114:13, 170:21
**versions** [1] - 12:19
**versus** [2] - 114:12, 116:21
**vice** [1] - 122:5
**videotaped** [1] - 51:8
**view** [1] - 51:8
**vignette** [1] - 130:15
**virtually** [3] - 72:3, 73:1, 147:20
**visible** [1] - 97:1
**visibly** [1] - 52:1
**visual** [4] - 205:2, 205:4, 205:19, 205:24
**Visual** [3] - 97:8, 203:8, 203:15
**vitae** [1] - 168:20
**vocabulary** [3] - 84:20, 85:10, 197:4
**voices** [1] - 57:13
**VOIR** [3] - 212:7, 212:10, 212:14
**volume** [3] - 64:8, 140:4, 151:6
**W-I-A-T** [1] - 87:11
**wait** [2] - 97:24, 205:1
**waiting** [1] - 172:10
**waived** [1] - 20:8
**wants** [1] - 195:4
**warranted** [1] - 150:9
**Washington** [2] - 2:5, 2:12
**watch** [6] - 51:19, 57:18, 59:24, 62:4, 138:20, 167:19

**watching** [2] - 57:15, 206:10
**Wayne** [1] - 142:9
**ways** [3] - 86:5, 92:23, 200:11
**weaken** [1] - 66:13
**weaker** [1] - 158:14
**weaknesses** [5] - 79:2, 79:6, 79:8, 158:13, 162:14
**website** [4] - 62:23, 73:3, 73:4, 149:1
**Wechsler** [5] - 87:4, 185:19, 196:15, 201:14, 209:14
**week** [8] - 4:5, 32:21, 33:6, 50:8, 53:11, 60:5, 60:10
**weekend** [1] - 117:14
**weekly** [1] - 145:1
**weeks** [2] - 52:12, 110:11
**weighed** [1] - 156:19
**weight** [4] - 71:4, 71:10, 137:1, 146:17
**weighted** [2] - 133:12, 134:15
**weird** [1] - 56:6
**well-written** [1] - 157:4
**whisker** [1] - 47:12
**white** [1] - 146:24
**whole** [12] - 13:10, 56:22, 116:10, 126:19, 151:22, 159:16, 189:6, 191:23, 193:21, 200:4, 210:7
**WIAT** [31] - 87:7, 87:8, 87:9, 87:10, 87:12, 87:17, 88:10, 110:19, 110:23, 111:6, 123:24, 131:1, 131:11, 161:25, 163:9, 185:14, 185:17, 186:3, 187:2, 188:14, 189:2, 190:10, 190:11, 192:3, 192:5, 192:7, 194:5, 199:21, 199:23
**WIAT-III** [3] - 110:19, 110:23, 111:6
**WIAT-information** [10] - 123:24, 131:1, 131:11, 161:25, 185:14, 185:17, 188:14, 189:2, 192:3, 194:5
**widely** [4] - 121:6, 121:16, 129:25, 155:19
**willing** [1] - 174:22
**window** [1] - 33:10
**Wisconsin** [2] - 31:9, 31:11
**Wisconsin's** [1] - 31:6
**wise** [1] - 55:16
**withdraw** [1] - 58:7
**withdrawn** [1] - 14:19
**withhold** [1] - 97:12
**Witness** [1] - 212:4
**witness** [16] - 30:3, 59:25, 61:12, 61:19, 61:20, 62:1, 70:23, 82:17, 138:8, 138:12, 146:9, 146:19, 166:17,

166:21, 167:18, 174:3
**witnesses** [1] - 166:24
**wondering** [1] - 17:23
**Woodcock** [11] - 88:14, 111:20, 111:22, 123:25, 131:23, 132:1, 162:7, 163:9, 191:3, 192:8, 194:6
**Woodcock-Johnson** [11] - 88:14, 111:20, 111:22, 123:25, 131:23, 132:1, 162:7, 163:9, 191:3, 192:8, 194:6
**word** [22] - 55:12, 59:15, 88:23, 132:5, 152:22, 171:8, 171:9, 184:24, 187:7, 187:8, 187:11, 187:12, 190:9, 190:19, 190:22, 190:24, 191:6, 191:17, 191:24
**words** [14] - 7:12, 8:8, 8:10, 25:21, 28:7, 50:16, 171:7, 171:10, 185:3, 190:2, 190:7, 191:10, 191:18
**workmen's** [1] - 72:20
**works** [1] - 68:10
**workshops** [1] - 69:4
**world** [24] - 78:6, 78:19, 78:20, 78:21, 78:25, 83:18, 83:19, 91:15, 91:17, 91:23, 92:7, 92:11, 93:3, 94:17, 99:3, 99:9, 99:19, 99:24, 100:2, 100:17, 101:24, 109:5, 109:6, 129:11
**worldwide** [1] - 145:22
**worry** [1] - 20:16
**worse** [3] - 92:6, 173:7, 173:11
**WRAT5** [1] - 177:4
**write** [10] - 5:15, 23:25, 24:12, 50:13, 51:2, 62:25, 157:7, 157:9, 157:12, 176:24
**write-up** [1] - 176:24
**writes** [1] - 191:12
**writing** [24] - 7:20, 15:24, 24:10, 27:7, 50:21, 51:11, 55:20, 56:4, 58:20, 58:23, 73:12, 74:7, 77:19, 77:22, 78:3, 87:13, 102:4, 103:18, 105:3, 107:2, 107:3, 157:21, 158:21, 177:11
**written** [14] - 7:13, 13:1, 25:1, 50:9, 63:24, 66:7, 140:1, 148:1, 149:23, 153:17, 157:4, 157:10, 171:6, 210:17
**wrote** [12] - 8:8, 8:10, 13:13, 15:12, 73:18, 73:23, 147:8, 152:8, 152:24, 153:1, 158:18, 158:20
**Xarelto** [1] - 52:10
**Yale** [1] - 198:20

**year** [22] - 31:12, 31:13, 31:22, 32:24, 40:5, 40:16, 40:19, 40:20, 41:15, 41:16, 41:17, 44:7, 47:19, 50:3, 50:4, 51:17, 53:3, 90:23, 102:10, 136:2, 169:6, 185:21
**years** [22] - 52:10, 62:18, 67:6, 67:8, 69:18, 73:10, 116:6, 134:24, 135:12, 139:8, 142:15, 143:7, 143:13, 144:15, 144:20, 153:5, 153:8, 156:4, 195:1, 195:25, 203:1
**yesterday** [20] - 3:19, 3:25, 4:18, 13:19, 15:20, 16:2, 18:4, 37:24, 38:15, 50:12, 53:13, 56:10, 59:18, 107:22, 124:22, 125:9, 126:6, 127:17, 133:16, 136:15
**yield** [1] - 101:16
**yielded** [1] - 105:1
**York** [5] - 67:1, 67:7, 69:22, 117:1, 117:2
**young** [4] - 151:1, 152:1, 152:16, 164:17
**younger** [1] - 151:17
**youngster** [1] - 208:15
**your..** [1] - 100:8
**yourself** [4] - 129:17, 136:19, 151:22, 179:15
**yup** [1] - 189:17
**Zecker** [13] - 136:6, 138:18, 138:25, 139:3, 140:6, 141:8, 142:1, 143:25, 146:8, 147:5, 150:23, 166:14, 197:15
**ZECKER** [3] - 138:22, 212:10, 212:12
**ZUBA** [1] - 1:15