IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSICA RAMSAY                          : CIVIL ACTION   19-2002

    VS.                                 :

                                                          :

NATIONAL BOARD OF MEDICAL EXAMINERS

### NOTICE

        AND NOW, this 30TH day of NOVEMBER, 2020, it is Ordered that this matter is **SCHEDULED** for a TELEPHONE CONFERENCE in chambers before the Honorable J. Curtis Joyner, on**, NOVEMBER 30, 2020** at **2:00PM** in Room 17614 - 17TH FLOOR.  (PARTIES ARE INSTRUCTED TO CALL 1-888-398-2342 **ACCESS CODE** 4373141#)

PS: If counsel is not available at this time and wish to reschedule that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

    ATTEST:                              or     BY THE COURT


BY: S/SHARON SCOTT                    _____
    SHARON SCOTT                         Judge
    Deputy Clerk
Civ 12 (9/83)