IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA RAMSAY,<br>　　　　Plaintiff | :<br>:<br>: |
| v. | :  CIVIL ACTION NO. 19-2002<br>: |
| NATIONAL BOARD OF MEDICAL EXAMINERS,<br>　　　　Defendant | :<br>:<br>: |

**ORDER**

AND NOW, this _____ day of _____ 2020, upon consideration of plaintiff's request that the Court set a schedule for discovery on plaintiff's damages claim, and the Court having conducted a telephone conference with counsel (Document No. 38) and upon consideration of the arguments of counsel for both parties as presented during the conference, it is hereby ORDERED that:

1. The parties may take discovery on plaintiff's damages claim according to the following schedule:

- Completion of all discovery other than expert depositions – three months from the date of this Order;

- Principal expert reports – one month after completion of discovery;

- Rebuttal expert reports – one month after principal expert reports;

- Expert depositions – one month after rebuttal expert reports.

2

2. To the extent that Ms. Ramsay herself is required to individually participate in the requested discovery, any requested oral deposition shall be taken remotely with the Zoom or similar application.

BY THE COURT:

_____
J. CURTIS JOYNER, J.