IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA RAMSAY, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-2002 |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : | |
| | : | |
|     Defendant | : | |

## Certificate of Service

I hereby certify that a copy of plaintiff's proposed Order was electronically filed on November 30, 2020, via the Court's CM/ECF system, which will send notification of such filing to counsel of record for defendant, and I have also sent a copy by e-mail to the following:

Nancy L. Goldstein, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA  19103

golidsteinnl@hamburg-golden.com

Robert A. Burgoyne, Esquire
Caroline M. Mew, Esquire
Perkins Coie LLP
701 Thirteenth Street, N.W., Suite 600
Washington, DC  20005

RBurgoyne@perkinscoie.com
CMew@perkinscoie.com


    /s/    Lawrence D. Berger
           Lawrence D. Berger