IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA RAMSAY | : |
| | : CIVIL ACTION |
|     Plaintiff | : |
| | : |
|   vs. | : NO. 19-CV-2002 |
| | : |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : |
| | : |
|     Defendant | : |

**O R D E R**

AND NOW, this 4th day of December, 2020, upon consideration of Plaintiff's Motion for Order (Doc. No. 39) and Defendant's Response thereto and following telephone conference with the parties, it is hereby ORDERED that the Motion is GRANTED and the parties shall take discovery on the Plaintiff's claim for damages in accordance with the following schedule:

1. All discovery on the preceding claim, with the exception of expert witness discovery, shall be completed within ninety (90) days or by no later than March 4, 2021.

2. Each party shall submit any and all Reports of their principal Expert Witness(es) to the other by no later than April 5, 2021.

3. Each party shall submit any and all Reports of their Rebuttal Expert Witnesses to the other by no later than <u>May 5, 2021.</u>

4. Any and all Depositions of Expert Witnesses shall be completed on or before <u>June 5, 2021</u>.

The parties are advised that any and all depositions may be conducted telephonically or via Zoom or other similar platform without need for further leave or Order of this Court.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER,        J.