**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JESSICA RAMSAY,<br>     Plaintiff | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 19-2002 |
| NATIONAL BOARD OF MEDICAL<br>EXAMINERS,<br>     Defendant | :<br>:<br>:<br>: |

**ORDER**

AND NOW, this  23rd  day of February 2021, upon consideration of plaintiff's unopposed request to modify the dates set forth in this Court's December 4, 2020 Order (ECF No. 42), it is hereby ORDERED that:

1. All discovery on plaintiff's claim for damages, with the exception of expert witness discovery, shall be completed by no later than May 3, 2021.

2. Each party shall submit any and all Reports of their principal Expert Witness(es) to the other by no later than June 4, 2021.

3. Each party shall submit any and all Reports of their Rebuttal Expert Witnesses to the other by no later than July 6, 2021.

4. Any and all Depositions of Expert Witnesses shall be completed on or before August 6, 2021.

Except as modified herein, the provisions of this Court's December 4, 2020 Order (ECF No. 42) remain in effect.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.