IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA RAMSAY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 2:19-cv-02002-JCJ |
| **NATIONAL BOARD OF MEDICAL EXAMINERS,** | ) |
| **Defendant.** | ) |

WITHDRAWAL AND ENTRY OF APPEARANCE

**TO THE CLERK OF THE DISTRICT COURT:**

Please withdraw the appearance of Nancy L. Goldstein, Esquire and enter the appearance of Michael E. Sacks, Esquire as counsel for the defendant, National Board of Medical Examiners in this matter.

/s/ Nancy L. Goldstein
NANCY L. GOLDSTEIN, Esquire
ID No. 40019 (Pa.)
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103
(215) 255-8590

/s/ Michael E. Sacks
MICHAEL E. SACKS, Esquire
ID Nos. 39774 (Pa.)
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103
(215) 255-8590

Dated: February 24, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing withdrawal of appearance of Nancy L. Goldstein, Esquire and Entry of Appearance of Michael E. Sacks was filed electronically with the Court's CM/ECF system on the date below which will serve a copy of the document on the following counsel of record, each of whom is registered as an ECF filer:

>Lawrence D. Berger, Esquire
>Reisman Carolla Gran & Zuba, LLP
>19 Chestnut Street
>Haddonfield, N.J. 08033
>**larry@rcglawoffices.com**
>
>Counsel for Plaintiff
>
>Mary C. Vargas
>Michael D. Stein
>Stein &Vargas LLP
>10 G Street NE, Suite 600
>Washington D.C. 20002
>**mary.vargas@steinvargas.com**
>Counsel for Plaintiff

>/s/ Nancy L. Goldstein
>Nancy L. Goldstein

Dated: February 24, 2021