IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSICA RAMSAY                                : CIVIL ACTION   19-2002

    VS.                                       :

                                                          :
NATIONAL BOARD OF MEDICAL EXAMINERS

### **NOTICE**

        AND NOW, this 12TH day of  MARCH, 2021, it is Ordered that this matter is **SCHEDULED** for a TELEPHONE CONFERENCE in chambers before the Honorable J. Curtis Joyner, on**, MARCH 12, 2021** at **11:00AM** in Room 17614 - 17TH FLOOR.  (PARTIES ARE INSTRUCTED TO CALL 1-888-398-2342 **ACCESS CODE** 4373141#)

PS: If counsel is not available at this time and wish to reschedule that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

    ATTEST:                                         or     BY THE COURT


BY: S/SHARON SCOTT                    _____
    SHARON SCOTT                             Judge
    Deputy Clerk
Civ 12 (9/83)