IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA RAMSAY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )    Case No. 2:19-cv-02002-JCJ ) |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) ) ) |
| Defendant. | ) ) |

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff Jessica Ramsay's Motion to Compel. Having considered the motion and supporting papers and the opposition of Defendant National Board of Medical Examiners, the Court hereby DENIES the motion to compel.

It is so ORDERED.

Dated: _____, 2021.

_____
J. Curtis Joyner
United States District Judge