IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA RAMSAY : | |
| : | CIVIL ACTION |
| Plaintiff : | |
| vs. : | |
| : | NO. 19-CV-2002 |
| NATIONAL BOARD OF MEDICAL : | |
| EXAMINERS : | |
| : | |
| Defendant : | |

**O R D E R**

AND NOW, this 9th day of April, 2021, upon consideration of the Parties' Joint Letter Request to suspend Scheduling Order deadlines pending settlement discussions, and it appearing to the Court that good cause exists, it is hereby ORDERED that the Request is GRANTED and all of the deadlines set forth in this Court's Order of February 23, 2021 shall be SUSPENDED for a period of four weeks.

IT IS FURTHER ORDERED that in the event that the matter does not settle within the time period allotted, the parties are DIRECTED to contact the Undersigned's Deputy Clerk to promptly schedule a status conference.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER,    J.