IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSICA RAMSAY                              : CIVIL ACTION   19-2002

    VS.                                     :
                                            :
NATIONAL BOARD OF MEDICAL EXAMINERS

**NOTICE**

    AND NOW, this 5TH day of MAY, 2021, it is Ordered that this matter is **SCHEDULED** for a TELEPHONE CONFERENCE in chambers before the Honorable J. Curtis Joyner, on, **MAY 6, 2021** at **9:30AM** in Room 17614 - 17TH FLOOR. (WHEN MR. BERGER HAS ALL PARTIES ON THE LINE CALL CHAMBERS AT 215-597-1537)

PS: If counsel is not available at this time and wish to reschedule that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

    ATTEST:                          or     BY THE COURT


BY: S/SHARON SCOTT                    _____
    SHARON SCOTT                      Judge
    Deputy Clerk
Civ 12 (9/83)