**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JESSICA RAMSAY | : | CIVIL ACTION |
| | : | |
| VS | : | |
| | : | 19-2002 |
| NATIONAL BOARD OF MEDICAL EXAMINERS | | |

## ORDER

**AND NOW,** this 10th day of May, 2021 it is hereby **ORDERED** that the above captioned matter is referred to U.S. Magistrate Judge CAROL SANDRA MOORE WELLS, in accordance with 28 U.S.C. § 636 (b) (1) (A), for the exploration of settlement.

**AND IT IS SO ORDERED.**

<u>S/J. CURTIS JOYNER</u>
J. CURTIS JOYNER,  J.