**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JESSICA RAMSAY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : | NO. 19-cv-2002 |
| | : | |

**O R D E R**

AND NOW this 3rd day of June 2021, it is hereby **ORDERED** that a settlement conference in the above-captioned matter has been scheduled for August 20, 2021 at 10**:**00 a.m. All parties necessary to settle the case or delegate(s) with full authority must attend this conference, unless excused by this court in advance.

Instructions for video\telephonic conferencing will follow, if necessary.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE