IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA RAMSAY,<br>        Plaintiff,<br><br>    v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br>        Defendant. | CIVIL ACTION<br><br><br><br>NO. 19-2002 |

## O R D E R

AND NOW, this 2nd day of July, 2021, upon consideration of Plaintiff's Motion to Compel (Doc. No. 48) and the Court having been advised that the parties are in settlement negotiations and that Plaintiff is therefore not pressing the motion at this time, it is hereby ORDERED that the Motion is DENIED without prejudice to Plaintiff's right to subsequently re-file it if necessary.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER,         sJ.