IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA RAMSAY | : | CIVIL ACTION |
| v. | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : | NO.:  19-cv-02002 |

**O R D E R**

**AND NOW**, this **30TH** day of **JULY 2021**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable J. Curtis Joyner, to the calendar of the Honorable Wendy Beetlestone.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

_Kate Barkman_
_____
**KATE BARKMAN**
Clerk of Court